**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F21 OPCO, LLC, *et al.*,[1] | Case No. 25-10469 (MFW) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**F21 OPCO, LLC (CASE NO. 25-10469)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F21 OpCo, LLC (8773); F21 Puerto Rico, LLC (5906); and F21 GiftCo Management, LLC (6412). The Debtors' address for purposes of service in these Chapter 11 Cases is 110 East 9th Street, Suite A500, Los Angeles, CA 90079.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F21 OPCO, LLC, *et al.*,[1] | Case No. 25-10469 (MFW) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

F21 OpCo, LLC and its debtor affiliates, as debtors and debtors in possession (each, a "**Debtor**" and collectively, the "**Debtors**") in the above-captioned chapter 11 cases (these "**Chapter 11 Cases**"), have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and the Schedules and Statements are unaudited.

The Debtors' co-Chief Restructuring Officer, Michael Brown, signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Brown has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' books and records, Mr. Brown has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, nor the completeness of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F21 OpCo, LLC (8773); F21 Puerto Rico, LLC (5906); and F21 GiftCo Management, LLC (6412). The Debtors' address for purposes of service in these Chapter 11 Cases is 110 East 9th Street, Suite A500, Los Angeles, CA 90079.

## Global Notes and Overview of Methodology

1.    **Description of Cases.**  On March 16, 2025 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, these "**Chapter 11 Cases**").   The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These Chapter 11 Cases are being jointly administered.  *See* [D.I. 70].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The information provided herein, except as otherwise noted, is reported as of the close of business on March 14, 2025.

2.    **Global Notes Control.**  These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  The Global Notes supplement all specific notes contained in any Debtor's Schedules or Statements.  Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

3.    **Reservations and Limitations.**  Nothing contained in the Schedules and Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under applicable bankruptcy or non-bankruptcy laws (including under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers).  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)    **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)    **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

(c)    **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract

counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)    **Claims Description.**  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.

(e)    **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results may differ from such estimates.

(f)    **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action.

(g)    **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)    **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only, and such information may not be used for the purposes of determining control of the Debtors; the extent to which any individual exercised management responsibilities, functions, or corporate decision-making authority over the Debtors; or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

32900372.8

4.    **Methodology.**

(a)    **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**") in the United States, nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)    **Historical Record-keeping**.  Prior to the Petition Date, in the ordinary course of business, the Debtors maintained their books and records on a consolidated basis, pursuant to which Debtor F21 OpCo, LLC ("**OpCo**") made all payments on account of the other Debtors and received all payments from customers. OpCo employs the Debtors' employees and funds their compensation and benefits.

The Debtors believe that it would be unduly burdensome to re-create their historical record-keeping by Debtor and have disclosed cash transactions in the Schedules and Statements consistent with their historical record-keeping practices.  In the ordinary course of business prior to the Petition Date, the Debtors did not book intercompany revenue and expenses among the Debtors and, as a result, those transactions are not listed in the Debtors' Schedules and Statements.  The Debtors have endeavored to otherwise allocate assets and liabilities to the applicable Debtor entity in their Schedules and Statements.

(c)    **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d)    **Date of Valuations.**  The Debtors disclosed the value of their fixed assets in Schedule A/B as of the Petition Date, and the values are net book value.

(e)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values.  Market values may vary materially, from net book values.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f)    **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value, and such values are presented without consideration of any liens that may attach (or have attached) to such property or equipment.  The Debtors may lease furniture,

fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(g)    **Allocation of Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(h)    **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

(i)    **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unknown," "undetermined," or "unliquidated."

(j)    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, and the difference may be material.

(k)    **Paid Claims.** The Debtors have authority to pay certain outstanding prepetition payables pursuant to certain orders of the Court; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to an order of the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing notices of satisfaction. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(l)    **Excluded Assets and Liabilities.** The Debtors have in certain instances excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; certain deferred revenue accounts that are recorded solely for accounting purposes; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded. With respect to leases, assets and liabilities recorded according to ASC 842 Lease Accounting Standard are not included in the Schedules.

(m)    **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(n)    **Setoffs.** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, promotions, refunds, and negotiations and/or disputes between Debtors and their

customers and/or suppliers.   Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.       **Specific Schedules Disclosures.**

(a)       **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods; (III) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business; and (IV) Granting Related Relief* [D.I. 6].  The balances of the financial accounts listed on Schedule A/B, Part 1, are listed as of the Petition Date.

Additionally, the Debtors have provided adequate assurance of payment for future utility services to certain counterparties, pursuant to the *Interim Order (I)(A) Prohibiting Utility Companies From Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to Have Adequate Assurance of Future Payment, (C) Establishing Procedures for Resolving Requests for Additional Assurance, and (II) Granting Related Relief* [D.I. 73]; however, such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

As set forth in the retention applications for the Debtors' professionals, the Debtors provided retainers to certain professionals in connection with their respective engagements.  Those retainers are not set forth in Schedule A/B, Part 2.

Security deposits and pre-payments are disclosed in Schedule A/B, Part 2 as of March 16, 2025, where available.  Where values are not available as of March 16, 2025, deposits and prepayments are reported as of March 1, 2025.  Additionally, the Debtors' books and records reflect certain *de minimis* deposits and prepayments, which the Debtors characterize as any deposit or prepayment under $100.00.  Inclusion of each *de minimis* deposit or prepayment would be unduly burdensome and voluminous; accordingly, the *de minimis* deposits and prepayments are listed on an aggregated basis.

(b)       **Schedule A/B, Part 8 – Inventory**

*Finished Goods, Including Goods Held for Resale.*  Inventory values are listed on an aggregated gross book value basis.  The value identified does not account for potential losses, including shrinkage.  The inventory value is reported as of the Petition Date.

(c)       **Schedule A/B, Part 11 – All Other Assets.**

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtors and Rights to Setoff Claims.***  In the ordinary course of their

business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and vendors. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

*Interests in Insurance Policies or Annuities.* A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders to Continue Prepetition Insurance Policies and Pay All Obligations Arising Thereunder; (II) Maintain Surety Bonds; (III) Continue to Pay Broker Fees; (IV) Authorizing Banks to Honor Related Checks and Transfers; and (V) Granting Related Relief* [D.I. 11] (the "**Insurance Motion**"). The insurance policies identified in the Schedules are held by the applicable Debtor. However, as disclosed in the Insurance Motion, the Debtors are also covered by certain insurance policies held by certain of their affiliates, which are not included in the Schedules.

*Cyber Claims.* The Debtors were subject to a cyber attack in 2023, whereby the ecommerce platform was disabled for a number of days. There is an undetermined amount of damages associated with the attack, but the Debtors estimate total damages of approximately $60,000,000. Damages were estimated based on the amount of forfeited online sales during the outage of the ecommerce site. To-date, the Debtors have recovered approximately $20,000,000 from Beazley Insurance Co Inc. and AXA XL.

(d)    **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

(e)    **Schedule E/F – Creditors Who Have Unsecured Claims.**

The liabilities identified on Schedule E/F, Part 2, are derived from the Debtors' books and records and are listed as of the Petition Date. The Debtors have made a reasonable attempt to verify their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. The Debtors have not listed potential claims as a result of demand letters received from potential litigants given the purely speculative nature of such potential claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the date hereof, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligation, to amend Schedules D and E/F if and as they receive additional prepetition invoices.

**Rent Claims**. The Debtors have scheduled prepetition rent claims for each of their landlords on an aggregated basis. The scheduled claims include CAM and other amounts owing under the leases. With respect to fixed rent locations, the scheduled claims include prepetition rent owing for the period March 1, 2025 to March 15, 2025. For percent rent locations, the scheduled claims include rent that was due in March 2025 rent based on February 2025 sales. The scheduled claims may also include rent that accrued prior to the aforementioned dates.

**SPARC Payable**. As described in the *Declaration of Stephen Coulombe in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] (the "**First Day Declaration**"), the Debtors participated in a cash pooling system that SPARC Group Holdings LLC ("**SPARC**") had developed for the collection of brands it operates. Centered at SPARC Group LLC, the entity housing the Aeropostale brand's operations ("**Aero**"), all cash generated by entities under the SPARC umbrella, including the Debtors, was swept into an account held by Aero (such arrangement, the "**Cash Pooling Arrangement**"), which Aero then used to pay down the Old SPARC ABL Facility (as defined in the First Day Declaration). As the Debtors or other SPARC subsidiaries required cash to fund their respective operations, Aero would draw on the Old SPARC ABL Facility and disburse funds to the applicable SPARC portfolio company (generally on a brand-by-brand basis); an intercompany receivable owing from such entity was recorded and, simultaneously, the applicable SPARC subsidiary would book an intercompany payable owing to Aero. This arrangement continued after the Old SPARC ABL Facility was replaced with the ABL Facility (as defined in the First Day Declaration) in connection with the SPARC Acquisition (as defined in the First Day Declaration). At month end, Aero provides a reconciliation of the SPARC Payable to the Debtors of all amounts that accrued in a given month and the total amount of the SPARC Payable. The Debtors have reported the SPARC Payable as of the February 28, 2025.

**Gift Cards**. The Debtors issued gift cards, gift certificates, and e-certificates (collectively, the "**Gift Cards**") in the ordinary course of their business. The Debtors do not know the identity of the individual Gift Card holders. Thus, it is impossible to list them in the Schedules. Further, listing the Gift Card holders in the Schedules would be cost prohibitive, unduly burdensome, and would cause the Schedules to become unwieldy and voluminous. Instead, the Debtors have listed the maximum liability associated with Gift Cards on an aggregate basis in Schedule E/F. The

Debtors encourage any customer who believes that he or she has a claim to file a proof of claim in the Debtors' cases on account of such claim.

**Medical Claims**.  As set forth more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay and Honor Certain (A) Prepetition Wages, Benefits, and Other Compensation Obligations; (B) Prepetition Employee Business Expenses; (C) Bonus Program Obligations; and (D) Workers' Compensation Obligations; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief* [D.I. 12] (the "**Wages Motion**"), the Debtors maintain self-insured medical and dental policies.  Pursuant to the final order approving the Wages Motion, the Debtors were authorized to, and have continued to, pay claims arising under their self-insured policies in the ordinary course of business.  Such claims are not listed in Schedule E/F.

**Workers' Compensation Claims**.  The Debtors have listed claims that were asserted under their workers' compensation policy in Schedule E/F.

(f)      **Schedule G – Executory Contracts and Unexpired Leases.**  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or agreement is valid or enforceable.  The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain or include renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights and amendments.  Such rights, powers, duties, obligations, and amendments are not set forth separately on Schedule G.  In addition, the Debtors may have entered into other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth on Schedule G.  Moreover, to the extent any agreements are governed by a master services agreement, the Debtors have endeavored to list the master services agreement on Schedule G.

(g)      **Schedule H – Co-Debtors.**  As described in the First Day Declaration, the Debtors are co-obligors with other entities under the SPARC umbrella with respect to the ABL Facility (as defined in the First Day Declaration), the Term Loan Facility (as defined in the First Day Declaration), and the Subordinated Loan Facility (as defined in the First Day Declaration).  Schedule H includes Penney Holdings LLC as the lead administrative borrower under each credit facility as a co-debtor.  However, reference to the applicable agreements and other related relevant documents is necessary for a complete description of all co-obligors.

6.      **Specific Statements Disclosures.**

(a)      **Statements, Part 2, Question 3 – Payments to Certain Creditors.**  Disbursements made on account of multiple invoices may be reflected as a single payment.  All transfers in Part 2, Question 3 of the Schedules are listed as of the check date.  Any values listed in this section are separate and not repeated in Question 4 (payments or other transfers of property made within one year before filing these cases that benefited any insider) or Question 11 (payments related to

bankruptcy within one year of filing).  Please refer to those sections for payments related to those parties.

(b)     **Statements, Part 2, Question 4 - Payments to Insiders.**    Certain of the payments disclosed for OpCo in response to Question 4 were also made on behalf of the other Debtors and are not repeated in response to Question 4 for the other Debtors.

Additionally, as disclosed in the Wages Motion, prior to the Petition Date, the Debtors made payments to certain insiders and non-insiders through the implementation of a retention program in an effort to retain these critical employees for the duration of these Chapter 11 Cases and, in some instances, for the wind down that follows. Participants in the retention program were paid at the outset of its implementation and are required to remain employees of the Debtors until their specified target end date. In the event applicable participants terminate their employment with the Debtors of their own accord, or are terminated for cause, prior to their target end date, they will be required to refund the entirety of their respective payments to the estates.  The payments to insiders are included in response to Question 4, and are labeled "Retention Bonus."

(c)     **Statements, Part 5, Question 10 – Certain Losses.**    The Debtors incur certain immaterial losses in the ordinary course of business.  Such amounts are not listed in the Statements.

(d)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**    The payments related to bankruptcy are reflected on the Schedules of the Debtor that made the payments, but such payments were made on behalf of all of the Debtors.

(e)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**    The Debtors provide certain parties, such as banks, factors, auditors, potential investors, vendors, and financial advisors, with financial statements.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in Part 13, Question 26 of the Statements.

(f)     **Statements, Part 13, Question 27.**    Inventories are taken at each of the Debtors' stores on a periodic basis throughout the year.

(g)     **Statements, Part 13, Question 30.**    Unless otherwise indicated in a Debtor's specific response to Question 30, the Debtors have included a comprehensive response to Question 30 in Question 4.

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ......................................................................................    $     17,302,123.50

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* .....................................................................................    $     233,634,146.99

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ......................................................................................    $     250,936,270.49

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* ......................    $     1,582,655,832.03

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................    $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................    + $     674,810,869.49

4. **Total liabilities**

    Lines 2 + 3a + 3b .................................................................................................................    $     2,257,466,701.52

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   2.1  See Schedule A/B 2 Attachment      $    803,045.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1  See Schedule A/B 3 Attachment      $    3,480,856.02

4. **Other cash equivalents** *(Identify all)*

   4.1  None      $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $    4,283,901.02

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469
_____

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b> Deposits and prepayments</td></tr>
</table>

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 See Schedule A/B 7 Attachment | $ | 1,674,396.60 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 See Schedule A/B 8 Prepayment Attachment | $ | 4,827,194.00 |
|---|---|---|
| 8.2 See Schedule A/B 8 Rent and trade debt related credits and discounts Attachment | $ | 7,151,706.92 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $ | 13,653,297.52 |
|---|---|---|

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

---

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

|  |  | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | See Schedule A/B 11a Attachments | $ 12,861,722.63 | - $ | 900,478.19 | =.....➔ | $ | 11,961,244.44 |
| 11b. | Over 90 days old: | AR-License-india | $ 6,838.00 | - $ | 0.00 | =.....➔ | $ | 6,838.00 |
| 11b. | Over 90 days old: | AR Licensee & Wholesale | $ 370,490.15 | - $ | 99,521.81 | =.....➔ | $ | 270,968.34 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 12,239,050.78

---

Debtor: F21 OpCo, LLC
_____
Name

Case number (if known): 25-10469
_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None _____ | _____ | $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                      % of ownership:

15.1 See Schedule A/B 15 Attachment _____ | _____ | $    Undetermined

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None _____ | _____ | $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83. | $ _____ 0.00

---

Debtor:  F21 OpCo, LLC
_____     Case number *(if known)*:  25-10469
Name

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No. Go to Part 6.
☒  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Inventory | | $ 158,077,161.16 | Cost | $ 158,077,161.16 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Supplies | | $ 1,719,746.97 | Cost | $ 1,719,746.97 |

23.  **Total of Part 5.**
     Add lines 19 through 22. Copy the total to line 84.                           $  159,796,908.13

24.  **Is any of the property listed in Part 5 perishable?**
☐  No
☒  Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐  No
☒  Yes.          Finished goods and Other Inventory or Supplies

Description          Book value $          Undetermined          Valuation method _____          Current value $          Undetermined

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒  No
☐  Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*   25-10469

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |
| **33. Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ _____ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes.  Description _____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Furniture & Fixtures | $                    3,272,533.07 | STL | $                    3,272,533.07 |
| **40. Office fixtures** | | | |
| 40.1  See SOAL A/B 39 | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office Equipment | $                  31,276,368.19 | STL | $                  31,276,368.19 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$                    34,548,901.26

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $ 0.00 | | $ Undetermined |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Other machinery, fixtures and equipment | $ 9,112,088.28 | STL | $ 9,112,088.28 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 9,112,088.28

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known):*  25-10469

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☒  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1  See Schedule A/B 55 Attachment | | $    17,302,123.50 | | $    17,302,123.50 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    17,302,123.50

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☒  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

_____
Name

Case number *(if known)*: 25-10469

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| **61. Internet domain names and websites** | | | |
| 61.1 None | $ | | $ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 See Schedule A/B 62 Attachment | $ Undetermined | | $ Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer List | $ 0.00 | | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)  Total face amount  doubtful or uncollectible accounts

71.1  None  $ _____ - $ _____ =..... ➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  None  Tax year  $ _____

73. **Interests in insurance policies or annuities**

73.1  See Schedule Schedule A/B 73 Attachment  $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  See Schedule A/B 74  $ Undetermined

**Nature of claim**  _____

**Amount requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  Various Class Actions  $ Undetermined

**Nature of claim**  Class Action

**Amount requested**  $ _____  Unpecified

76. **Trusts, equitable or future interests in property**

76.1  None  $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  Intercompany Receivable  $ Undetermined

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

---

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,283,901.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 13,653,297.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 12,239,050.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 159,796,908.13 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 34,548,901.26 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 9,112,088.28 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................➔ | | $ 17,302,123.50 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................91a. | $ 233,634,146.99  + 91b. | $ 17,302,123.50 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $ 250,936,270.49 |

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **Creditor's name** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Pathlight Capital LP, as Term Loan Agent<br>Creditor's Name | Substantially all of the Debtors' assets | $    320,875,000.00 | $    Undetermined |

**Creditor's mailing address**

Riemer & Braunstein LLP

Notice Name

Attn: Steven E. Fox, Esq.

Street

Times Square Tower, Suite 2506

Seven Times Square

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

sfox@riemerlaw.com

**Date debt was incurred**    12/7/2020

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Penney Holdings LLC and certain other Loan Parties; Junior Lien to ABL Credit Agreement

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe the lien**

Security interests granted pursuant to the Prepetition Term Loan Documents, junior to the liens granted to the Prepetition ABL Administrative Agent pursuant to the Prepetition ABL Credit Agreement.

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors (Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2 Creditor's name**

Simon Blackjack Consolidated Holdings, LLC, as Subordinated Loan Agent
_____
Creditor's Name

**Creditor's mailing address**

Choate Hall & Stewart LLP
_____
Notice Name

Attn: Mark D. Silva, Rick Thide, M. Hampton Foushee, Alexandra Thomas
_____
Street

Two International Place
_____

| Boston | MA | 02110 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Creditor's email address, if known**

msilva@choate.com; rthide@choate.com; hfoushee@choate.com; athomas@choate.com

**Date debt was incurred**      12/19/2024

**Last 4 digits of account number**      _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☑ Yes. The relative priority of creditors is specified on lines
  _____

**Describe debtor's property that is subject to a lien**

Substantially all of the Debtors' assets          $ 176,147,053.95    $    Undetermined

**Describe the lien**

See Note below

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*NOTE: Security interests granted pursuant to the Prepetition Subordinated Loan Documents, junior to the liens granted to the Prepetition ABL Administrative Agent and the Prepetition Term Loan Agent under the Prepetition ABL Loan Documents and the Prepetition Term Loan Documents, respectively.*

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.3 **Creditor's name**

Wells Fargo Bank, N.A., as ABL Agent

Creditor's Name

**Creditor's mailing address**

Otterbourg P.C

Notice Name

Attn: Chad Simon, Daniel Fiorillo, & Antonio J. Aguilera

Street

230 Park Avenue

| New York | NY | 10169 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

csimon@otterbourg.com;
dfiorillo@otterbourg.com;
aaguilera@otterbourg.com

**Date debt was incurred**    12/7/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all of the Debtors' assets    $    1,085,633,778.08    $    Undetermined

**Describe the lien**

Senior security interests granted pursuant to the Prepetition ABL Loan Documents.

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$    1,582,655,832.03

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | |

Name

Notice Name

Street

City                    State              ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*

Creditor Name

☐   Contingent

Creditor's Notice name

☐   Unliquidated

☐   Disputed

Address

**Basis for the claim:**

_____

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account
number**

**Is the claim subject to offset?**

☐   No

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ()

☐   Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|--|-----------------|

**3.1 Nonpriority creditor's name and mailing address**

119 Investments Ltd.
_Creditor Name_

_Creditor's Notice name_

11 Pipers Avenue
_Address_

Airlie Heights, Cave Hill, St. Michael

Bridgetown
_City_      _State_      _ZIP Code_

Barbados
_Country_

**Date or dates debt was incurred**
Various

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $  Undetermined
_Check all that apply._

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Supply Agreement Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2 Nonpriority creditor's name and mailing address**

24 SEVEN TOPCO LLC
_Creditor Name_

_Creditor's Notice name_

105 MAXESS ROAD, SUITE N201
_Address_

MELVILLE      NY      11747
_City_      _State_      _ZIP Code_

_Country_

**Date or dates debt was incurred**
Various

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $  3,206.25
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  F21 OpCo, LLC
Case number *(if known)*    25-10469

| | |
|---|---|
| **3.3**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 429,335.88 |
| 3B INTERNATIONAL LIMITED LIABILITY COMPANY | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| MUHAMMAD RAZA KHAN | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 100 BOMONT PLACE | |
| Address | Trade Claim (Merch) |

| TOTOWA | NJ | 07512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**
Various                                          ☑ No
**Last 4 digits of account**                     ☐ Yes

**number**

| | |
|---|---|
| **3.4**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 248,905.27 |
| 4 WHAT ITS WORTH INC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| STEVEN JOLNA | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 5815 SMITHWAY ST. | |
| Address | Trade Claim (Merch) |

| COMMERCE | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**
Various                                          ☑ No
**Last 4 digits of account**                     ☐ Yes

**number**

Debtor: F21 OpCo, LLC
_____

Case number *(if known)*: 25-10469

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 609.95 |

4N Service LLC
Creditor Name

_____
Creditor's Notice name

8500 N Stemmons Fwy Ste 5013
Address

_____

| Dallas | TX | 75247 |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 3,971.81 |

4th Dimension Properties
Creditor Name

_____
Creditor's Notice name

1909 Tyler Street, Suite 401
Address

_____

| Hollywood | FL | 33020 |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.7  Nonpriority creditor's name and mailing address**

A.Q., Infant by Mother and Natural Gaurdian Saima Naeem
Creditor Name

Hecht, Kleeger & Damashek P.C.
Creditor's Notice name

19 West 44th St Suite 1500
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.8  Nonpriority creditor's name and mailing address**

AA FASHION INC
Creditor Name

PERSAYA
Creditor's Notice name

ASHIM CHOPRA
Address

2741 S ALAMEDA ST

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,534.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.9  Nonpriority creditor's name and mailing address**

Abbas Darwich

Creditor Name

Creditor's Notice name

PO Box 58004

Address

| Sherman Oaks | CA | 91413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,547.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.10  Nonpriority creditor's name and mailing address**

ACCESSORIES HOUSE NY LLC

Creditor Name

ROWENA WONG

Creditor's Notice name

10 WEST 33RD STREET SUITE 1217

Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                536,723.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.11 Nonpriority creditor's name and mailing address**

Adams, Mary

Creditor Name

Danielle Fox

Creditor's Notice name

400 S. Industrial Blvd Suite 200

Address

| Euless | TX | 76040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**

adMarketplace, Inc.

Creditor Name

Creditor's Notice name

90 Park Ave, 11th Floor

Address

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            460,728.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 131,640.50 |

AIR CONDITIONING SOLUTIONS INC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

2223 El Sol Ave
Address

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

| Altadena | CA | 91001 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 557.00 |

AIR CONTROL SYSTEMS, INC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

PO BOX 80451
Address

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

| CITY OF INDUSTRY | CA | 91716-8451 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

---

**3.15 Nonpriority creditor's name and mailing address**

ALL ACCESS APPAREL INC

Creditor Name

RICHARD CLAREMAN

Creditor's Notice name

1515 GAGE ROAD

Address

| MONTEBELLO | CA | 90640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                115,382.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**

ALL AMERICAN FACILITY

Creditor Name

Creditor's Notice name

P O BOX 3693

Address

| HOLLYWOOD | FL | 33083 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                354,360.61

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.17 Nonpriority creditor's name and mailing address**

ALLEN MATKINS LECK GAMBLE
Creditor Name

Creditor's Notice name

515 SOUTH FIGUEROA ST. 9TH FL
Address

| LOS ANGELES | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,352.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

ALMAR SALES CO INC
Creditor Name

JACK ASHKENAZIE
Creditor's Notice name

320 FIFTH AVENUE THIRD FLOOR
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,938.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

**3.19  Nonpriority creditor's name and mailing address**

ALONE AGAIN STUDIO LLC
_____
Creditor Name

SHAWN BROWN
_____
Creditor's Notice name

146-150 CALLE DE LOS MOLINOS
_____
Address

_____

_____

| SAN CLEMENTE | CA | 92672 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    238,354.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.20  Nonpriority creditor's name and mailing address**

ALPHA FASHION CO LIMITED
_____
Creditor Name

ERIC SHAN
_____
Creditor's Notice name

Flat /RM 826 8/F Ocean Centre Harbour City 5 Canton Road
_____
Address

_____

_____

| TST | KLN | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    569,899.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*   25-10469

---

**3.21  Nonpriority creditor's name and mailing address**

AMASS GLOBAL NETWORK (US) INC
Creditor Name

_____
Creditor's Notice name

13191 CROSSROADS PARKWAY N
Address

_____

| INDUSTRY | CA | 91746 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              278.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.22  Nonpriority creditor's name and mailing address**

AMERICAN BAZI INC
Creditor Name

HANA KIM
Creditor's Notice name

807 E 12TH STREET #107
Address

_____

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            4,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.23** **Nonpriority creditor's name and mailing address**

ANFIELD APPAREL GROUP INC
Creditor Name

BENJAMIN ZHENG
Creditor's Notice name

17870 CASTLETON STREET SUITE 378
Address

| | | |
|---|---|---|
| CITY OF INDUSTRY | CA | 91748 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,578,170.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

ANHUI MEI & BANG INTERNATIONAL TRADE CO LTD
Creditor Name

Creditor's Notice name

10th Floor, Block B, Dingxin Center, No. 8 Qianshan North Road
Address

| | | |
|---|---|---|
| HEFEI | | 230001 |
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            1,534,249.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| **3.25 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 16,553.50 |
| APPAREL NETWORK LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| DAVID COHENSHAD | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 7590 BRITANNIA COURT, SUITE B COMBO 7590 | Trade Claim (Merch) |
| Address | |

| | | | |
|---|---|---|---|
| SAN DIEGO | CA | 92154 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

**number**

☐ Yes

| | |
|---|---|
| **3.26 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 164,862.27 |
| AQUA BLUES WORLDWIDE INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| MICHAEL THALER | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 1407 BROADWAY ROOM 1906 | Trade Claim (Merch) |
| Address | |

| | | | |
|---|---|---|---|
| NEW YORK | NY | 10018 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

**number**

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.27** **Nonpriority creditor's name and mailing address**

Arlette Rojano
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    10,000.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

ARTEMIS VINTAGE
Creditor Name

CURTIS BAEK
Creditor's Notice name

3430 S BROADWAY
Address

LOS ANGELES    CA        90007
City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    2,830.20
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.29**  **Nonpriority creditor's name and mailing address**

ARTISTIC FABRIC MILLS PVT LTD
Creditor Name

IQBAL AHMED
Creditor's Notice name

PLOT NO 6 & 7 SECTOR 21 KORANGI INDUSTRIAL AREA
Address

| KARACHI | | 74900 |
|---|---|---|
| City | State | ZIP Code |

PAKISTAN
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    192,348.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.30**  **Nonpriority creditor's name and mailing address**

AT&T CORP
Creditor Name

Creditor's Notice name

208 S. AKARD STREET, SUITE 2954
Address

| DALLAS | TX | 75202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    36,414.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

**3.31** **Nonpriority creditor's name and mailing address**

Attentive Mobile Inc.
Creditor Name

Creditor's Notice name

221 River Street 9th Floor
Address

| Hoboken | NJ | 07030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                527,011.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**

AUDIO TECHNOLOGY OF NEW YORK INC
Creditor Name

Creditor's Notice name

143 WEST 29TH STREET
Address

| Brooklyn | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                13,806.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.33** **Nonpriority creditor's name and mailing address**

AURA ACCESSORIES LLC
Creditor Name

Jamie Boblitt
Creditor's Notice name

10 INDUSTRIAL LANE
Address

| JOHNSTON | RI | 02919 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,905.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**

AVONDAYLE LTD
Creditor Name

KARI BRATT
Creditor's Notice name

69 WINGOLD AVE TORONTO ON M6B 1 P8
Address

| TORONTO | ON | M6B 1 P8 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 78,251.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**3.35** **Nonpriority creditor's name and mailing address**

Axis Portable Air, LLC
Creditor Name


Creditor's Notice name

33 S. 56th St., Ste 102
Address



| Chandler | AZ | 85226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 4,060.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

B W I LLC
Creditor Name

BREAKING WAVES INTERNATIONAL
Creditor's Notice name

LEON M. HARARY
Address

1441 BROADWAY, SUITE 801


| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,095.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.37** **Nonpriority creditor's name and mailing address**

Balabbo, Precila

Creditor Name

Brodsky & Smith, LLC

Creditor's Notice name

Evan J. Smith, Esquire

Address

9595 Wilshire Blvd., Ste. 900

| Beverly Hills | CA | 90212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**

BBC INTERNATIONAL LLC

Creditor Name

SETH CAMPBELL

Creditor's Notice name

1515 N FEDERAL HWY #206

Address

| BOCA RATON | FL | 33432 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                          171,594.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

**3.39** **Nonpriority creditor's name and mailing address**

BE WICKED INC
Creditor Name

_____
Creditor's Notice name

6400 CORVETTE ST
Address

_____

COMMERCE | CA | 90040
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            114,475.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

BERKSHIRE FASHIONS INC
Creditor Name

_____
Creditor's Notice name

420 5TH AVENUE, 28TH FLOOR
Address

_____

NEW YORK | NY | 10018
City | State | ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             30,330.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.41 Nonpriority creditor's name and mailing address**

BEST KEPT RESOURCES INC

Creditor Name

ANDREW KUO

Creditor's Notice name

2807 Oregon Court, suite #E3

Address

| Torrance | CA | 90503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                152,205.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

BIF III US AGGREGATOR (DELAWARE)

Creditor Name

Creditor's Notice name

3100 OLYMPUS BLVD, SUITE 510

Address

| COPPELL | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                19,243.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.43 **Nonpriority creditor's name and mailing address**

Big V Property Group
Creditor Name

Creditor's Notice name

176 North Main St., Suite #210
Address

| Florida | NY | 10921 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,465.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.44 **Nonpriority creditor's name and mailing address**

BIGCOMMERCE, INC
Creditor Name

Creditor's Notice name

11305 FOUR POINTS DR, BLDG II FLR 1
Address

| AUSTIN | TX | 78726 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

**3.45** **Nonpriority creditor's name and mailing address**

BIO WORLD MERCHANDISING INC
_____
Creditor Name

Patrick Heenan
_____
Creditor's Notice name

1159 COTTONWOOD LANE
_____
Address

_____

| IRVING | TX | 75038-4048 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                240,623.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Black Girl Ventures Foundation
_____
Creditor Name

_____
Creditor's Notice name

8647 Richmond Highway #649
_____
Address

_____

| Alexandria | VA | 22309 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    755.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| **3.47** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 18,304.75 |

Bliss Properties, Inc.
Creditor Name

Creditor's Notice name

245 Waterman Street, Suite 404
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

| Providence | RI | 02906 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

Bloomfield, Yhana
Creditor Name

Steinger Greene & Feiner
Creditor's Notice name

2727 NW 62nd St.
Address

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

| Fort Lauderdale | FL | 33309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

---

**3.49** **Nonpriority creditor's name and mailing address**

BLUE BLUSH CLOTHING INC
Creditor Name

JAY CHO
Creditor's Notice name

1015 CROCKER ST. UNIT Q20
Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 117,539.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

BLUE DOT SAFES CORPORATION
Creditor Name

Creditor's Notice name

2707 N GAREY AVE
Address

| POMONA | CA | 91767 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 499.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

Name

---

**3.51**  **Nonpriority creditor's name and mailing address**

BlueTriton Brands, Inc.

Creditor Name

Creditor's Notice name

PO Box 856158

Address

| Louisville | KY | 40285-6158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               2,428.21

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.52**  **Nonpriority creditor's name and mailing address**

BOLT FINANCIAL, INC.

Creditor Name

Creditor's Notice name

268 Bush Street #4214

Address

| SAN FRANCISCO | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             269,335.68

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.53 Nonpriority creditor's name and mailing address**

BONA INDUSTRIAL CO LIMITED
Creditor Name

HAMA (H.K) INTERNATIONAL TRADING LIMITED / BONA INDUSTRIAL., LIMITIED
Creditor's Notice name

Jin Chu Ying / YIN ZHENGWAN
Address

11/F CAPITAL CENTRE 151 GLOUCESTER ROAD WANCHAI

| HONG KONG | | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,345,720.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

BRANCH METRICS, INC.
Creditor Name

Creditor's Notice name

1400 B SEAPORT BLVD, FLOOR 2
Address

| REDWOOD CITY | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,558.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469
Name

**3.55** **Nonpriority creditor's name and mailing address**

BREAKWALL WEST
Creditor Name

Creditor's Notice name

PO BOX #3208
Address

| MANHATTAN BEACH | CA | 90266 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                270.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.56** **Nonpriority creditor's name and mailing address**

BRINKS INCORPORATED
Creditor Name

Creditor's Notice name

555 DIVIDEND DRIVE
Address

| COPPELL | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              35,609.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.57** **Nonpriority creditor's name and mailing address**

BRISTAR HK INTERNATIONAL TRADING LIMITED
Creditor Name

JIN CHUYING
Creditor's Notice name

UNIT 503, 5/F SILVERCORD TOWER 2, 30 CANTON RD TST
Address

| KOWLOON | KLN | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                          51,520.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**

BROADBAND MDU HOLDINGS, LLC
Creditor Name

Creditor's Notice name

1111 PENNSYLVANIA AVE., N.W.
Address

| WASHINGTON | DC | 20004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                            1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

---

**3.59**  **Nonpriority creditor's name and mailing address**

Brookfield Properties
Creditor Name

Attn Law/Lease Administration Dept
Creditor's Notice name

350 New Orleans, Suite 300
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          2,261,146.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.60**  **Nonpriority creditor's name and mailing address**

Brooks Shopping Center LLC / Marx Realty
Creditor Name

Attn Legal Department
Creditor's Notice name

155 East 44th St., 7th Floor
Address

10 Grand Central

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             56,398.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.61  Nonpriority creditor's name and mailing address**

BUBBLEGUM STUFF LTD
Creditor Name

Courtney Wood
Creditor's Notice name

Studio 51 & 52 Riverside Building 55 Trinity Buoy Wharf
Address

| London | | E140FP |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   9,984.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62  Nonpriority creditor's name and mailing address**

BUCHALTER NEMER
Creditor Name

Creditor's Notice name

1000 Wilshire Boulevard SUITE 1500
Address

| LOS ANGELES | CA | 90017-1730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   7,978.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.63 Nonpriority creditor's name and mailing address**

BUCHANAN TECHNOLOGIES, INC

Creditor Name

Creditor's Notice name

1026 Texan Trail, Suite 200

Address

| Grapevine | TX | 75229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,382.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

Bum Jin Park

Creditor Name

Creditor's Notice name

3450 Enclave Mill Ct

Address

| Dacula | GA | 30019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.65** **Nonpriority creditor's name and mailing address**

Button, Inc.

Creditor Name

Creditor's Notice name

PO BOX 8176 PMB 90775

Address

| Greenwich | CT | 06836 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,551.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

BYNDER LLC

Creditor Name

Creditor's Notice name

321 SUMMER ST., SUITE 100

Address

| BOSTON | MA | 02210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 72,700.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| 3.67 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 11,110,402.19 |

**Nonpriority creditor's name and mailing address**

C & C NANTONG CATHAY CLOTHING CO LTD
Creditor Name

ANDY WANG
Creditor's Notice name

No.999, Pingchao Town, Tongzhou
Address

Room 1603, No.33 Gongnong Road

NANTONG                     226100
City          State          ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,110,402.19
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.68 **Nonpriority creditor's name and mailing address**

C & C RESOURCES HK CO LTD
Creditor Name

VORANICA
Creditor's Notice name

31 FU JIAN ROAD
Address

Nanjing                     210008
City          State          ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 14,252.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.69 Nonpriority creditor's name and mailing address**

C.J. Segerstrom & Sons
Creditor Name

Attn Chief Financial Officer
Creditor's Notice name

3315 Fairview Road
Address

S-Tract Property

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 51,111.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

CA Citizen Protection Group, LLC By Khansari Law
Creditor Name

CA Citizen Protection Group, LLC
Creditor's Notice name

Andre A. Khansari, Esq., Attorney
Address

16133 Ventura Blvd., Suite 1200,

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.71 Nonpriority creditor's name and mailing address**

CABLEVISION LIGHPATH LLC

Creditor Name

Creditor's Notice name

1111 STEWART AVENUE

Address

| BETHPAGE | NY | 11714 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 352.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

CACTUS AND PEARL LLC

Creditor Name

CAROLINE ACHADINHA

Creditor's Notice name

110 E. 9TH STREET, C771

Address

| LOS ANGELES | CA | 90079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 579,435.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.73** **Nonpriority creditor's name and mailing address**

Cafaro Management Company

Creditor Name

Creditor's Notice name

5577 Youngstown-Warren Road

Address

| Niles | OH | 44446 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    5,143.37

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

CANA COMMUNICATIONS

Creditor Name

Creditor's Notice name

1610 COBB INTERNATIONAL BLVD. STE 6

Address

| KENNESAW | GA | 30152 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    386.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.75    Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc.
Creditor Name

Creditor's Notice name

158 Gaither Drive, Suite 200
Address

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    18,306.30
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑    No

☐    Yes

---

**3.76    Nonpriority creditor's name and mailing address**

Cantu, Tanya
Creditor Name

Law Offices of Todd Friedman
Creditor's Notice name

21031 Ventura Blvd. Suite 340
Address

| Woodland Hills | CA | 91364 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    Undetermined
*Check all that apply.*

☑    Contingent

☑    Unliquidated

☑    Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑    No

☐    Yes

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.77 Nonpriority creditor's name and mailing address**

CAPELLA APPAREL DBA DECOY INTL INC

Creditor Name

DECOY INT L INC

Creditor's Notice name

TED JANG

Address

3288 E VERNON AVE

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              14,707.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

Cargomatic Inc

Creditor Name

Creditor's Notice name

211 E Ocean Blvd Suite 350

Address

| Long Beach | CA | 90802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              25,146.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number (if known): 25-10469

---

3.79 **Nonpriority creditor's name and mailing address**

CARRIER RENTAL SYSTEMS, INC.

Creditor Name

Creditor's Notice name

1951 NW 19TH ST, SUITE 100

Address

| BOCA RATON | FL | 33431-7344 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,756.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.80 **Nonpriority creditor's name and mailing address**

Catalogos, C.A.

Creditor Name

Creditor's Notice name

Calle Igualdad, Local Nro. S/N

Address

Sector Centro Porlamar, Nueva

| Esparta | | 6301 |
|---|---|---|
| City | State | ZIP Code |

Venezuela

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Supply Agreement Deposit

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.81  Nonpriority creditor's name and mailing address**

CBL & Associates Properties, Inc.
Creditor Name

Attn General Counsel
Creditor's Notice name

2030 Hamilton Place Boulevard, Suite 500
Address

Chattanooga          TN          37421
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    130,525.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.82  Nonpriority creditor's name and mailing address**

CDW DIRECT, LLC
Creditor Name

Creditor's Notice name

P.O. BOX 75723
Address

CHICAGO          IL          60675-5723
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    87,650.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.83 Nonpriority creditor's name and mailing address**

CE Collierville, LLC
Creditor Name

c/o Edwards Realty Company
Creditor's Notice name

14400 John Humphrey Dr, Suite 200
Address

| Orland Park | IL | 60462 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,298.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.84 Nonpriority creditor's name and mailing address**

CELLO
Creditor Name

KENNY
Creditor's Notice name

1001 TOWNE AVE., #103
Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 65,536.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.85  Nonpriority creditor's name and mailing address**

Centennial Real Estate Company
Creditor Name

Attn Legal Dept / COO
Creditor's Notice name

8750 N Central Expressway, Suite 1740
Address

| Dallas | TX | 75231 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    106,134.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.86  Nonpriority creditor's name and mailing address**

CenterCal Properties, LLC
Creditor Name

Attn Jean Paul Wardy
Creditor's Notice name

830 S. Pacific Coast Hwy, Ste 208
Address

| El Segundo | CA | 90245 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    27,117.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.87 Nonpriority creditor's name and mailing address**

CFH FASHION INC
Creditor Name

ANDY WANG
Creditor's Notice name

625 S BERENDO ST #403
Address

| LOS ANGELES | CA | 90005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      5,321,902.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

Charles Company
Creditor Name

Excel Property Mgmt Services, Inc.
Creditor's Notice name

Attn Lease Administrator
Address

9034 W. Sunset Blvd.

| West Hollywoood | CA | 90069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                         11,629.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
_____

Case number *(if known)*   25-10469
_____
Name

**3.89  Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
_____
Creditor Name

_____
Creditor's Notice name

400 WASHINGTON BLVD.
_____
Address

_____

_____

| STAMFORD | CT | 06902 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                92.88
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.90  Nonpriority creditor's name and mailing address**

CHENGDA INTERNATIONAL CO LTD
_____
Creditor Name

N/A
_____
Creditor's Notice name

NO 71 RENMIN ROAD ZHONGSHAN DISTRICT DALIAN LIAONING PROVINCE
_____
Address

_____

_____

| DALIAN | | 116001 |
|---|---|---|
| City | State | ZIP Code |

CHINA
_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           1,357,976.41
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.91 Nonpriority creditor's name and mailing address**

CHERRY MELLOW INC
Creditor Name

DO KEUN CHANG
Creditor's Notice name

777 E 12TH ST, UNIT 1-6
Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 226,156.71
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

CIM Group
Creditor Name

Attn General Counsel
Creditor's Notice name

4700 Wilshire Boulevard
Address

| Los Angeles | CA | 90010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,568.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.93  Nonpriority creditor's name and mailing address**

CINGULAR STAFFING, INC

Creditor Name

Creditor's Notice name

110 E. WILSHIRE AVE., STE. 409

Address

| FULLERTON | CA | 92832 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,866.40

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.94  Nonpriority creditor's name and mailing address**

Cintas Corporation No 3

Creditor Name

Creditor's Notice name

PO BOX 29059

Address

| Phoenix | AZ | 85038-9059 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,140.10

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.95 Nonpriority creditor's name and mailing address**

CINTAS PROTECTION NO 2
Creditor Name

Creditor's Notice name

PO BOX 636525
Address

| | | |
|---|---|---|
| CINCINNATI | OH | 45263 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,088.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

CITY OF OXNARD
Creditor Name

Creditor's Notice name

214 SOUTH C STREET
Address

| | | |
|---|---|---|
| OXNARD | CA | 93030-5790 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

| | |
|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** |

CityView Commercial, LLC
Creditor Name

Attn General Counsel
Creditor's Notice name

1901 Avenue of the Stars, Suite 1950
Address

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    8,073.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** |

Civil Human Rights and Equity Department
Creditor Name

Creditor's Notice name

201 N. Los Angeles St. Suite 6
Address

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    Undetermined
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

3.99 **Nonpriority creditor's name and mailing address**

CLARO
Creditor Name

Creditor's Notice name

3350 SW 148TH AVE #400
Address

| MIRAMAR | FL | 33027 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                              445.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**

Clawson, Sharon
Creditor Name

Law Offices of Timothy Hall
Creditor's Notice name

Timothy A. Hall
Address

16200 Ventura Blvd., Suite 208

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                              Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:   F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.101** | **Nonpriority creditor's name and mailing address**

Clayton, Marilyn
Creditor Name

Rosenberg Kirby Cahill Stankowitz
Creditor's Notice name

29 Main Street
Address

| Toms River | NJ | 08753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.102** | **Nonpriority creditor's name and mailing address**

CLEVER IDIOTS INC
Creditor Name

SEI SASAKI
Creditor's Notice name

3821 MONTEREY RD.
Address

| LOS ANGELES | CA | 90032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    8,706.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.103 Nonpriority creditor's name and mailing address**

CLOUD SKY ENTERPRISE
Creditor Name

HOWARD TRINH
Creditor's Notice name

5401 E JURUPA ST
Address

| ONTARIO | CA | 90761 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    228,699.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.104 Nonpriority creditor's name and mailing address**

CMA CGM (America) LLC
Creditor Name

Creditor's Notice name

5701 LAKE WRIGHT DRIVE
Address

| NORFOLK | VA | 23502 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    9,980.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** |

CMS MECHANICAL SERVICES, LLC
Creditor Name

Creditor's Notice name

445 WEST DRIVE
Address

| MELBOURNE | FL | 32904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 772,199.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** |

Cockrell, Cynthia
Creditor Name

Richard Presutti
Creditor's Notice name

525 North Sam Houston Pkwy, E, Suite 600
Address

| Houston | TX | 77060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.107** **Nonpriority creditor's name and mailing address**

COCO BRANDS INTL LLC

Creditor Name

SAM COHEN

Creditor's Notice name

265 STATE RT 36, SUITE 202

Address

| WEST LONG BRANCH | NJ | 07764 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,172.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

COCOLOVE APPAREL INC

Creditor Name

KY J NAM

Creditor's Notice name

5080 S ALAMEDA ST

Address

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 56,946.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.109  Nonpriority creditor's name and mailing address**

COMCO, LLC

Creditor Name

Creditor's Notice name

1261 20th Street

Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                47,133.39
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.110  Nonpriority creditor's name and mailing address**

COMM-WORKS INVESTMENT HOLDING

Creditor Name

Creditor's Notice name

1405 XENIUM LANE N, SUITE 120

Address

| MINNEAPOLIS | MN | 55441 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    494.53
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

**3.111** **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC.
Creditor Name

_____
Creditor's Notice name

601, 108TH AVENUE NE, SUITE 1000
Address

| BELLEVUE | WA | 98004 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,319.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**

Conde Nast Publications
Creditor Name

_____
Creditor's Notice name

1 World Trade Center
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.113** **Nonpriority creditor's name and mailing address**

Consolidated Maintenance Soultions
Creditor Name

Creditor's Notice name

1438 W. Broadway Rd., Suite 211
Address

| Tempe | AZ | 85282 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    36,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

Consumer Protection Group by Blackstone Law
Creditor Name

BLACKSTONE LAW, A.P.C.
Creditor's Notice name

Jonathan M. Genish, Esq.
Address

8383 Wilshire Blvd., Suite 745

| Beverly Hills | CA | 90211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:   F21 OpCo, LLC

Case number *(if known)*:    25-10469

**3.115** **Nonpriority creditor's name and mailing address**

CONTROL GROUP COMPANIES LLC

Creditor Name

Creditor's Notice name

200 CROSSING BLVD SECOND FLOOR

Address

| BRIDGEWATER | NJ | 08807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   14,427.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**

CONTROLCASE LLC

Creditor Name

Creditor's Notice name

12015 Lee Jackson Memorial Hwy, Suite 520

Address

| FAIRFAX | VA | 22033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   13,750.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.117**  **Nonpriority creditor's name and mailing address**

Corporate Contractors, Inc.

Creditor Name

Creditor's Notice name

2550 Corporate Place, Suite C-111

Address

| Monterey Park | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                7,761.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.118**  **Nonpriority creditor's name and mailing address**

COTTON CLUB BD LTD

Creditor Name

MD ZUBAYER MONDOL

Creditor's Notice name

Jarun ( South ), Kashimpur, Gazipur

Address

| Dhaka | | 1700 |
|---|---|---|
| City | State | ZIP Code |

BANGLADESH

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                5.29

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| 3.119 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 12,472.19 |

Cozy Air Conditioning LLC
Creditor Name

Creditor's Notice name

276 5th Avenue Suite 704
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.120 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 7,895.70 |

Craig Realty Group
Creditor Name

Creditor's Notice name

4100 Macarthur, Suite 100
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.121** **Nonpriority creditor's name and mailing address**

Crawford Square Property Management
Creditor Name

Attn Steve Chrimes
Creditor's Notice name

2700 2nd Avenue South, Suite 200
Address

| Birmingham | AL | 35233 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,909.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.122** **Nonpriority creditor's name and mailing address**

CREATEX HOLDINGS LIMITED
Creditor Name

Wang Grui Jun
Creditor's Notice name

Building #6-7, Tiankou Industrial Zone, HuangTian
Address

Hangcheng, Baoan District

| Shenzhen | | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,842,870.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.123** **Nonpriority creditor's name and mailing address**

CREATIVE LOGISTICS SOLUTIONS, INC.
Creditor Name

Creditor's Notice name

980 MERCANTILE DRIVE, SUITE J
Address

| HANOVER | MD | 21076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,987.50
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

**3.124** **Nonpriority creditor's name and mailing address**

CRESTONE LLC HAZEL JALOUX
Creditor Name

Robert Cho
Creditor's Notice name

1852 E 46TH ST
Address

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    298,642.12
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.125** **Nonpriority creditor's name and mailing address**

CRITEO CORP.

Creditor Name

Creditor's Notice name

387 PARK AVENUE SOUTH, 12TH FLOO

Address

NEW YORK | NY | 10016
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 403,554.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORPORATION

Creditor Name

Creditor's Notice name

44 SOUTH WASHINGTON STREET

Address

NEW BREMEN | OH | 45869-1247
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 904.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 64 of 324

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.127 Nonpriority creditor's name and mailing address**

CROWN PACKAGING CORP

Creditor Name

Creditor's Notice name

17854 CHESTERFIELD AIRPORT

Address

| CHESTERFIELD | MO | 63005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,746.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

CRS DENIM GARMENTS EGYPT S A E

Creditor Name

Creditor's Notice name

PORT SAID PUBLIC INVESRMENT FREE ZOONE EGYPT

Address

| PORT SAID | | |
|---|---|---|
| City | State | ZIP Code |

EGYPT

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 611,794.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469
_____

3.129 **Nonpriority creditor's name and mailing address**

CS CONSULTING GROUP INC DBA ONE GLOBE SOURCING

Creditor Name

COSTA SPANOS

Creditor's Notice name

110 E 9TH STREET, SUITE C440

Address

| LOS ANGELES | CA | 90079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                123,771.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**

CS HUDSON, INC.

Creditor Name

Creditor's Notice name

700 VETERANS MEMORIAL HWY #215

Address

| HAUPPAUGE | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                405,199.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.131 Nonpriority creditor's name and mailing address**

CT CORPORATION SYSTEM

Creditor Name

Creditor's Notice name

28 Liverty Street

Address

| New York | NY | 10005 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    3,686.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.132 Nonpriority creditor's name and mailing address**

Culligan Ultrapure Inc

Creditor Name

Creditor's Notice name

8745 Rawles Ave

Address

| Indianapolis | IN | 46219 |
|--------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    30.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.133  Nonpriority creditor's name and mailing address**

CURE APPAREL LLC DBA LIBERTY LOVE
Creditor Name

FAIR HAVEN CONCEPTS
Creditor's Notice name

AMIR SEILABI
Address

3338 S. MALT AVE

| COMMERCE | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          60,749.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.134  Nonpriority creditor's name and mailing address**

Customer Refund - OTV
Creditor Name

Creditor's Notice name

N/A
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                             196.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| 3.135 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,146.88 |

Cypress Equities
Creditor Name

Attn General Counsel
Creditor's Notice name

8144 Walnut Hill Lane, Suite 1200
Address

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ 5,146.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Landlord Claim

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.136 **Nonpriority creditor's name and mailing address**

Dalton, Julie
Creditor Name

Throndset Michenfelder, LLC
Creditor's Notice name

Chad Throndset
Address

80 South 8th Street Suite 900

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Litigation

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.137 Nonpriority creditor's name and mailing address**

DANIEL M FRIEDMAN & ASSOCIATES INC
Creditor Name

MARC WASSERMAN
Creditor's Notice name

48 WEST 37TH STREET 5TH FL
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    460,566.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

DATA-CODE, INC
Creditor Name

Creditor's Notice name

14771 MYFORD ROAD #E
Address

| TUSTIN | CA | 92780 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    8,711.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number (if known)    25-10469

---

**3.139 Nonpriority creditor's name and mailing address**

DAVACO, LP
Creditor Name

Creditor's Notice name

4050 Valley View Lane, Suite 150
Address

| Irving | TX | 75038 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,463.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.140 Nonpriority creditor's name and mailing address**

DBA MEDIA, LLC
Creditor Name

Creditor's Notice name

750 N San Vicente Blvd. Suite 950
Address

| West Hollywood | CA | 90069 |
|----------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   12,457.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC
Name

Case number *(if known)* 25-10469

3.141 **Nonpriority creditor's name and mailing address**

DEBUT ACCESSORIES LIMITED
Creditor Name

MORLEY STOCK
Creditor's Notice name

3493 ASHBY ST. SAINT LAURENT
Address

| QUEBEC | QC | H4R 2K3 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,503.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

3.142 **Nonpriority creditor's name and mailing address**

DeepSeas, LLC
Creditor Name

Creditor's Notice name

12121 Scripps Summit Drive, Suite 320
Address

| San Diego | CA | 92131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,062.02
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.143** **Nonpriority creditor's name and mailing address**

DEL MAR FOOTWEAR
Creditor Name

LUCIANO ALVEAR
Creditor's Notice name

352 THIRD ST SUITE 302
Address

| LAGUNA BEACH | CA | 92651 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  100,183.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**

Denaud, Anie et al
Creditor Name

Law Office of Richard M. Kenny
Creditor's Notice name

975 Avenue of the Americas - Suite 801
Address

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.145 Nonpriority creditor's name and mailing address**

DENIM & BEYOND LLC

Creditor Name

KHURRAM SUHAI

Creditor's Notice name

3422 HILLDALE PT

Address

| SAN ANTONIO | TX | 78261 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,218,368.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

Deno, Pamela P.

Creditor Name

Omrani & Taub

Creditor's Notice name

488 Madison Ave. 20th Floor

Address

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.147  Nonpriority creditor's name and mailing address**

DEPARTMENT OF CONSUMER AND BUSINESS
Creditor Name

Creditor's Notice name

PO BOX 14610
Address

| SALEM | OR | 97309-0445 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    804.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.148  Nonpriority creditor's name and mailing address**

Department of Labor - Collierville, TN
Creditor Name

Labor Standards Unit
Creditor's Notice name

Lisa Watson, Director
Address

220 French Landing Drive, Suite 2B

| Nashville | TN | 38027 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                Undetermined
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.149 Nonpriority creditor's name and mailing address**

Dependable Vending Inc.
Creditor Name

Creditor's Notice name

1431 W. 9TH ST BLDG B
Address

Upland     CA     91786
City     State     ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,722.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

DETOUR APPAREL INC
Creditor Name

FIOR MEDINA
Creditor's Notice name

530 7TH AVE SUITE 608
Address

NEW YORK     NY     10018
City     State     ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 414,237.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

---

3.151 **Nonpriority creditor's name and mailing address**

DI OVERNITE, LLC

Creditor Name

Creditor's Notice name

1900 S. STATE COLLEGE BLVD, STE 450

Address

| ANAHEIM | CA | 92806 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,352.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.152 **Nonpriority creditor's name and mailing address**

Digital Color Concepts, Inc.

Creditor Name

Creditor's Notice name

256 SHEFFIELD STREET

Address

| Mountainside | NJ | 07092 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,459.42

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.153  Nonpriority creditor's name and mailing address**

DiMassimo, Inc.
Creditor Name

Creditor's Notice name

711 Third Ave, Suite 500
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        56,666.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.154  Nonpriority creditor's name and mailing address**

DISNEY CONSUMER PRODUCTS, INC.
Creditor Name

Creditor's Notice name

500 SOUTH BUENA VISTA STREET
Address

| BURBANK | CA | 91521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        579,808.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.155** **Nonpriority creditor's name and mailing address**

DIZZY LIZZY
Creditor Name

Jainsons International
Creditor's Notice name

8040 Deering Ave #7
Address

| CANOGA PARK | CA | 91304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              65,023.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

DJM Capital Partners, Inc
Creditor Name

Attn Legal Dept
Creditor's Notice name

60 South Market Street, Suite 1120
Address

| San Jose | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              21,063.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.157 Nonpriority creditor's name and mailing address**

DOCUSIGN, INC.
Creditor Name

Creditor's Notice name

221 MAIN STREET, SUITE 1550
Address

| SAN FRANCISCO | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 283.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158 Nonpriority creditor's name and mailing address**

DONGHAN GROUP LIMITED
Creditor Name

Creditor's Notice name

XIHUANGBU, XIAZHUANGJIEDAO, CHENGYANGQU
Address

| QINGDAO | | 266000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 35,686.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known)  25-10469

**3.159** **Nonpriority creditor's name and mailing address**

DONGSUH INTERNATIONAL CO LTD
Creditor Name

TBA
Creditor's Notice name

B-910, 11, BEOBWON-RO 11-GIL, SONGPA-GU
Address

| SEOUL | | 05836 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 218,162.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**

Dorado, Victoria
Creditor Name

Oscar A. Lara
Creditor's Notice name

420 E. San Antonio Ave., 2nd Floor
Address

| El Paso | TX | 79901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*  25-10469

---

**3.161** **Nonpriority creditor's name and mailing address**

DUFF AND PHELPS HOLDING CORPORATION
Creditor Name

Creditor's Notice name

55 EAST 52ND STREET, 17TH FLOOR
Address

| NEW YORK | NY | 10055 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 162.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.162** **Nonpriority creditor's name and mailing address**

Dunbar Security Products, Inc.
Creditor Name

Creditor's Notice name

235 Schilling Circle, Suite 109
Address

| Hunt Valley | MD | 21031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*  25-10469
_____

**3.163** **Nonpriority creditor's name and mailing address**

Dunhill Partners
Creditor Name

Attn General Counsel/Dunhill Partners
Creditor's Notice name

3100 Monticello Avenue, Suite 300
Address

| Dallas | TX | 75205 |
|--------|-----|--------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,898.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

DVSA TECHNOLOGIES INC
Creditor Name

_____
Creditor's Notice name

5 REEVE ROAD
Address

| ROCKVILLE CENTRE | NY | 11570 |
|-------------------|-----|--------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 339.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*   25-10469

3.165 **Nonpriority creditor's name and mailing address**

E S ORIGINALS INC

Creditor Name

MORRIS SHALOM

Creditor's Notice name

440 NINTH AVENUE 7TH FLOOR

Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              17,133.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

3.166 **Nonpriority creditor's name and mailing address**

E3 Realty MA Advisors, LLC

Creditor Name

Creditor's Notice name

501 West Broadway, Suite 290

Address

| San Diego | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              71,225.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.167 Nonpriority creditor's name and mailing address**

EAST COAST WEST COAST LOGISTICS LLC

Creditor Name

Creditor's Notice name

1000 RIVERSIDE DRIVE

Address

| KEASBEY | NJ | 08832 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                52,205.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

Eastridge Property Holdings, LLC

Creditor Name

Creditor's Notice name

9999 Bellaire Blvd., Ste. 610

Address

| Houston | TX | 77036 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,580.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*      25-10469

**3.169 Nonpriority creditor's name and mailing address**

Ecological Alliance, LLC, by Custodio & Dubey LLP
Creditor Name

Custodio & Dubey LLP
Creditor's Notice name

Vineet Dubey
Address

445 S. Figueroa St., Suite 2520

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

Eddie Bauer LLC
Creditor Name

Creditor's Notice name

125 Chubb Avenue, 5th Floor
Address

| Lyndhurst | NJ | 07071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          44,140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.171  Nonpriority creditor's name and mailing address**

EDPO LLC

Creditor Name

Creditor's Notice name

1040 PRICE STREET

Address

| POMONA | CA | 91767 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                773.45

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.172  Nonpriority creditor's name and mailing address**

ELITE INVESTIGATIONS, LTD - NY

Creditor Name

Creditor's Notice name

2001 CENTRAL PARK AVE

Address

| YONKERS | NY | 10710 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             159,539.83

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.173 Nonpriority creditor's name and mailing address**

ELLEN CLOTHING
Creditor Name

BIANCA
Creditor's Notice name

1866 E 46Th St.
Address

| Los Angeles | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                167,997.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

Emerson, Valerie
Creditor Name

Lowenthal & Abrams
Creditor's Notice name

555 City Line Ave Suite 500
Address

| Bala Cynwyd | PA | 19004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Case number *(if known)*: 25-10469

**3.175 Nonpriority creditor's name and mailing address**

Empresas Fonalledas, Inc.
Creditor Name

Attn General Counsel
Creditor's Notice name

PO Box 363268
Address

| San Juan | PR | 00936-3268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 103,515.81
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

ENCHANTE ACCESSORIES INC
Creditor Name

ENCHANTE/EDWARD JAY ACCESSORIES, INC.
Creditor's Notice name

EDDIE ASH
Address

16 EAST 34TH STREET, 16TH FLOOR

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,352.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.177** **Nonpriority creditor's name and mailing address**

Engie Insight Services Inc.
Creditor Name

Creditor's Notice name

1313 N. Atlantic, Suite 5000
Address

| Spokane | WA | 99201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                254,833.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**

EPOCH EVERLASTING PLAY LLC
Creditor Name

Jeff Cheslik
Creditor's Notice name

330 Changebridge Rd
Address

| Pinebrook | NJ | 07058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                14,937.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.179 Nonpriority creditor's name and mailing address**

Erika S Aguilera

Creditor Name

Creditor's Notice name

2913 Riverbend Dr

Address

| Nashville | TN | 37214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.180 Nonpriority creditor's name and mailing address**

ERVIN COHEN & JESSUP LLP

Creditor Name

Creditor's Notice name

9401 WILSHIRE BLVD, 9TH FLOOR

Address

SUITE #900

| BEVERLY HILLS | CA | 90212-2974 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,452.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.181 Nonpriority creditor's name and mailing address**

ESO INTERNATIONAL LIMITED
Creditor Name

PETER LEWIS
Creditor's Notice name

ROOM 401, 4/F TOWER 2, SILVERCORD, 30 CANTON ROAD
Address

| TSIM SHA TSUI | KLN | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                96,616.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.182 Nonpriority creditor's name and mailing address**

EUREKA WATER COMPANY
Creditor Name

Creditor's Notice name

729 SE 3RD ST
Address

| OKLAHOMA CITY | OK | 73109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                   64.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

**3.183 Nonpriority creditor's name and mailing address**

EVERSHINE CREATIONS INC
Creditor Name

KURT HOU
Creditor's Notice name

2F., No.71, Sec. 2, Nanjing E. Rd., Zhongshan Dist
Address

| TAIPEI | TWN | 10457 |
|---|---|---|
| City | State | ZIP Code |

TAIWAN
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                279,029.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.184 Nonpriority creditor's name and mailing address**

EYEKING LLC
Creditor Name

CRAIG FELS
Creditor's Notice name

400 OSER AVE SUITE 1650
Address

| HAUPPAUGE | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                 34,545.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.185 Nonpriority creditor's name and mailing address**

F21 GiftCo Management, LLC
Creditor Name

Creditor's Notice name

110 East 9th Street, Suite A500
Address

| Los Angeles | CA | 90079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

F21 Puerto Rico, LLC
Creditor Name

Creditor's Notice name

110 East 9th Street, Suite A500
Address

| Los Angeles | CA | 90079 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.187 Nonpriority creditor's name and mailing address**

FAMMA GROUP INC

Creditor Name

JOE KAMARI

Creditor's Notice name

6277 E SLAUSON AVE

Address

| COMMERCE | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                234,194.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.188 Nonpriority creditor's name and mailing address**

Fanny Gavin

Creditor Name

Creditor's Notice name

3805 Melrose Avenue Apt D

Address

| Los Angeles | CA | 90029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                690.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.189 Nonpriority creditor's name and mailing address**

FANTAS EYES INC

Creditor Name

SAM TERZI

Creditor's Notice name

420 5TH AVE, 27TH FL

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,411.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

FASTMILE DELIVERS, LLC

Creditor Name

Creditor's Notice name

37-18 57th Street

Address

| Woodside | NY | 11377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,536.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.191 Nonpriority creditor's name and mailing address**

FEDEX

Creditor Name

Creditor's Notice name

PO BOX 7221

Address

| PASADENA | CA | 91109-7321 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    33,171.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

Fenn Termite & Pest Control Inc.

Creditor Name

Creditor's Notice name

7322 Walnut Ave

Address

| Buena Park | CA | 90620 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                      990.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
Case number *(if known)*    25-10469

**3.193** **Nonpriority creditor's name and mailing address**

FERREYRA, GABRIELA
Creditor Name

VELILLA LAW SACRAMENTO
Creditor's Notice name

8928 VOLUNTEER LN STE 210
Address

| Sacramento | CA | 95826 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**

FIRE DETECTION UNLIMITED, INC
Creditor Name

Creditor's Notice name

3975 INDUSTRIAL WAY, SUITE A
Address

| CONCORD | CA | 94520 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    103.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

3.195 **Nonpriority creditor's name and mailing address**

Flint, Melina
Creditor Name

Hochman & Plunkett
Creditor's Notice name

3033 Kettering Blvd Ste 201
Address

| Moraine | OH | 45439 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.196 **Nonpriority creditor's name and mailing address**

FOR PLAY CATALOGUE INC
Creditor Name

SHERVIN RAHIM
Creditor's Notice name

6921 VALJEAN AVE
Address

| VAN NUYS | CA | 91406 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                        21,186.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.197 **Nonpriority creditor's name and mailing address**

Forter Inc
Creditor Name

Creditor's Notice name

575 Fifth Ave
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                47,237.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

3.198 **Nonpriority creditor's name and mailing address**

Forward Air
Creditor Name

Creditor's Notice name

1915 Snapps Ferry Rd Building N
Address

| Greenville | TN | 37745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                10,317.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.199 Nonpriority creditor's name and mailing address**

FOSHAN NANHAI SOUL ELECTRIC TECHNOLOGY CO LTD

Creditor Name

YANG CHUNLAI

Creditor's Notice name

6 OF 77-2 LISHUI AVENUE DENGGANG LISHUI TOWN NANHAI DISTRICT

Address

FOSHAN CITY, GUANGDONG PROVINCE

| Foshan | | |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                127,623.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

FRANCO MANUFACTURING CO INC

Creditor Name

AUDREY FISHMAN - VP

Creditor's Notice name

555 PROSPECT STREET

Address

| METUCHEN | NJ | 08840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  9,043.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.201** **Nonpriority creditor's name and mailing address**

FRONTIER FASHION INC
Creditor Name

ROBERT H. CHANG
Creditor's Notice name

1295 S. JOHNSON DRIVE
Address

CITY OF INDUSTRY | CA | 91745
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    5,338.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**

Fulcrum Property
Creditor Name

Creditor's Notice name

1530 J St# 200
Address

Sacramento | CA | 95814
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    27,149.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.203 Nonpriority creditor's name and mailing address**

GARDA CL SOUTHWEST, INC.
Creditor Name

Creditor's Notice name

PO BOX 90152
Address

| PASADENA | CA | 91109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                62,122.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

GDCP RICHMAX INTERNATIONAL LIMITED
Creditor Name

George Qiao
Creditor's Notice name

14TH FLOOR, SENZHEN LIGHT BLD, 1002 AIGUO RD, LUOHU
DISTRICT
Address

| SHENZHEN | | 518003 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                89,555.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.205 Nonpriority creditor's name and mailing address**

GENERATION X SALES & MARKETING LLC
Creditor Name

Keith Belcher
Creditor's Notice name

19849 NORDHOFF ST UNIT 103
Address

| NORTHRIDGE | CA | 91324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,712.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

GERBER TECHNOLOGY, INC.
Creditor Name

Creditor's Notice name

24 INDUSTRIAL PARK ROAD WEST
Address

| TOLLAND | CT | 06084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,632.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*   25-10469

---

**3.207** **Nonpriority creditor's name and mailing address**

Gift Cards and Credits

Creditor Name

Creditor's Notice name

N/A

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            123,228,080.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Gift Cards Outstanding

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

GINA GROUP LLC

Creditor Name

MICHAEL MCDERMOTT

Creditor's Notice name

10 WEST 33RD STREET, SUITE 306

Address

NEW YORK          NY          10001

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            67,080.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.209** **Nonpriority creditor's name and mailing address**

Glashofer, Randi
Creditor Name

Louis B. Himmelstein
Creditor's Notice name

1420 Walnut St. Suite 1000
Address

| Philadelphia | PA | 19102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.210** **Nonpriority creditor's name and mailing address**

GLOBAL CAPACITY
Creditor Name

Creditor's Notice name

180 N. LASALLE STREET, SUITE 2430
Address

| CHICAGO | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.211** **Nonpriority creditor's name and mailing address**

GLOBAL FASHION RESOURCE INC DBA SSS CLOTHING
Creditor Name

MICHAEL KIM
Creditor's Notice name

3315 S BROADWAY
Address

| | | |
|---|---|---|
| LOS ANGELES | CA | 90007 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    2,049,420.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**

GLOBAL MAIL, INC.
Creditor Name

Creditor's Notice name

2700 S Commerce Parkway Suite 400
Address

| | | |
|---|---|---|
| Weston | FL | 33331 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    36,768.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.213** **Nonpriority creditor's name and mailing address**

GLOBAL MERCHANDISING SERVICES INC
Creditor Name

GILBERT LINDSTROM
Creditor's Notice name

1680 VINE ST #1112
Address

| HOLLYWOOD | CA | 90028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,082.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**

GOOGLE INC.
Creditor Name

Creditor's Notice name

1600 AMPHITHEATRE PARKWAY
Address

| MOUNTAIN VIEW | CA | 94043 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,782,162.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| **3.215 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,500.00 |

Grace Crawley
Creditor Name

Creditor's Notice name

Dungail Catlins Lane
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

| London | | HA5 2EZ |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.216 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,144,847.46 |

GRAND APPARELS DESIGNS LIMITED
Creditor Name

KAMLESH CHANDIRAMANI
Creditor's Notice name

ROOM 807, HARBOUR CRYSTAL CENTRE, 100 GRANVILLE ROAD
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

| TSIM SHA TSUI EAST | KLN | 100HKG |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**

Various

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.217 Nonpriority creditor's name and mailing address**

Greenwood Global LLC

Creditor Name

Jones Lang LaSalle Americas, Inc.

Creditor's Notice name

Attn General Counsel

Address

3344 Peachtree Road NE, Suite 1200

| Atlanta | GA | 30326 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              19,721.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

GRUNFELD DESIDERIO LEBOWITZ

Creditor Name

Creditor's Notice name

707 WILSHIRE BLVD SUITE 4150

Address

| LOS ANGELES | CA | 90017-3605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              14,278.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.219 Nonpriority creditor's name and mailing address**

GUANGZHOU HONG YING DA CLOTHING CO LTD
Creditor Name

SILVIA WEN
Creditor's Notice name

1/F 3/F NO.1 BUILDING3 NO. 14 LIXIN 12 ROAD ZENGCHENG
Address

| GUANGZHOU | | 511340 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,249,368.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220 Nonpriority creditor's name and mailing address**

H. D. a minor by and through her Guardian ad litem Liduvina Hernandez
Creditor Name

Marlin G. Costello
Creditor's Notice name

333 W. Shaw Ave Suite 103
Address

| Fresno | CA | 93704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.221** **Nonpriority creditor's name and mailing address**

HAHNLEE GLOBAL LLC
Creditor Name

BRANDON LEE
Creditor's Notice name

237 W 37TH ST.#801
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 554,932.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**

HAINING KINDWAY IMP & EXP CO LTD
Creditor Name

ALFRED LEE
Creditor's Notice name

FLOOR 8 ZHONGHAI BUILDING 3, NO.426 HAICHANG SOUTH ROAD
Address

| HAINING | | 314400 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 94,318.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

| | |
|---|---|
| **3.223** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ Undetermined |
| Hale, Ella | *Check all that apply.* |
| Creditor Name | |
| | ☒ Contingent |
| ALREEN HAEGGQUIST | ☒ Unliquidated |
| Creditor's Notice name | ☒ Disputed |
| | **Basis for the claim:** |
| 225 Broadway, Suite 2050 | |
| Address | Litigation |

| San Diego | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.224** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 11,546,064.64 |
| HANGZHOU QIDI FASHION APPAREL CO LTD | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Mr. Zhang Ye Dong | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Room 102, Block A, 1 BLDG, Jingwei International Creative Park | |
| Address | Trade Claim (Merch) |
| 279# Shiqiao RD | |

| Xiacheng District Hangzhou | | 310000 |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.225 Nonpriority creditor's name and mailing address**

Hardaway, Deloris (LA)
Creditor Name

Loyd J. Bourgeois, Jr.
Creditor's Notice name

50 Wade Street, Suite 9
Address

| Luling | LA | 70070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.226 Nonpriority creditor's name and mailing address**

Hardaway, Deloris (NV)
Creditor Name

Bighorn Law
Creditor's Notice name

3675 W. Cheyenne Ave Suite 100
Address

| North Las Vegas | NV | 89032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.227 Nonpriority creditor's name and mailing address**

Haynes, Christina
Creditor Name

SLATER GRANT
Creditor's Notice name

2600 Cypress Ridge Blvd. Suite D
Address

| Wesley Chapel | FL | 33544 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

Heiting, Anne
Creditor Name

AULER SMITH LLP
Creditor's Notice name

Wendy Miele
Address

626 Wilshire Boulevard, Suite 550

| Los Angeles | CA | 90017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.229** **Nonpriority creditor's name and mailing address**

Hendricks Commercial Properties
Creditor Name

Creditor's Notice name

525 Third Street, Ste 300
Address

| Beloit | WI | 53511 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**

Herc Rentals Inc.
Creditor Name

Creditor's Notice name

27500 Riverview Center Blvd
Address

| Bonita Springs | FL | 34134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,058.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.231 Nonpriority creditor's name and mailing address**

HERNANDEZ, FRANCIS
Creditor Name

ORR DUONG
Creditor's Notice name

PO BOX 340819
Address

| Sacramento | CA | 95834 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

HESPERUS INC
Creditor Name

ESTHER LEE
Creditor's Notice name

956 E JEFFERSON BLVD
Address

| LOS ANGELES | CA | 90011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,540.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.233** **Nonpriority creditor's name and mailing address**

HESS, PATRICIA

Creditor Name

GATEWAY PACIFIC LAW LONG BEACH

Creditor's Notice name

PO BOX 32626

Address

| Long Beach | CA | 90832 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.234** **Nonpriority creditor's name and mailing address**

HIGH POINT DESIGN LLC

Creditor Name

Creditor's Notice name

75 REMITTANCE DRIVE DEPT 1535

Address

| CHICAGO | IL | 60675-1535 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    53,412.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.235  Nonpriority creditor's name and mailing address**

HILCO MERCHANT RESOURCES, LLC
Creditor Name

Creditor's Notice name

5 REVERE DRIVE SUITE 206
Address

| NORTHBROOK | IL | 60062 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                309,351.13
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.236  Nonpriority creditor's name and mailing address**

Hines Global REIT
Creditor Name

Attn Barbara Garrett
Creditor's Notice name

1380 Atlantic Drive, Suite 14250
Address

| Atlanta | GA | 30363 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  10,367.47
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.237** **Nonpriority creditor's name and mailing address**

HK EAST INTERNATIONAL TRADING LIMITED

Creditor Name

GIOVANNI FUNG

Creditor's Notice name

RM 702, 7/FL., KOWLOON BUILDING, NO. 555 NATHAN ROAD

Address

| KOWLOON | NT | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 864,572.72

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

HMM Co., LTD

Creditor Name

Creditor's Notice name

222 W Las Colinas Blvd Suite 700

Address

| Irving | TX | 75039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 2,039.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.239 Nonpriority creditor's name and mailing address**

Hodgson, Hazel
Creditor Name

Rubenstein Law PA
Creditor's Notice name

2 Datran Center Bldg 9130 S. Dadeland Blvd
Address

| Miami | FL | 33156 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    Undetermined
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

HOLD THIS INC DBA GOODIE TWO SLEEVES
Creditor Name

GOODIE TWO SLEEVES/GOODIE 2 U HOLD THIS INC/WHATEVER
Creditor's Notice name

JASON HALLOCK
Address

9400 LURLINE AVE C2

| CHATSWORTH | CA | 91311 |
|------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    1,159,716.62
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   F21 OpCo, LLC                                            Case number *(if known)*   25-10469
_____
Name

**3.241**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:  $ _____ Undetermined

HONCHARUK, OLENA                                                 *Check all that apply.*
_____
Creditor Name
                                                                ☒  Contingent
Kreger Brodish Attorneys at Law                                 ☒  Unliquidated
_____
Creditor's Notice name                                          ☒  Disputed

                                                                **Basis for the claim:**
5003 Southpark Dr STE 200
_____                Litigation
Address                                                         _____

_____

_____

Durham               NC            27713
_____
City                 State         ZIP Code

_____
Country

**Date or dates debt was incurred**                             **Is the claim subject to offset?**
Undetermined                                                    ☒  No
**Last 4 digits of account**                                    ☐  Yes

**number**


**3.242**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:  $ _____ 3,374,880.84

HONG KONG BUTTERFLY LIMITED                                     *Check all that apply.*
_____
Creditor Name
                                                                ☐  Contingent
_____
Creditor's Notice name                                          ☐  Unliquidated

                                                                ☐  Disputed
UNIT 04, 7/F BRIGHT WAY TOWER NO. 33 MONG KOK ROAD
_____                **Basis for the claim:**
Address
                                                                Trade Claim (Merch)
                                                                _____
_____

_____

KOWLOON              KLN           852
_____
City                 State         ZIP Code

HONG KONG
_____
Country

**Date or dates debt was incurred**                             **Is the claim subject to offset?**
Various                                                         ☒  No
**Last 4 digits of account**                                    ☐  Yes

**number**

---

Debtor: F21 OpCo, LLC
Name

Case number (if known) 25-10469

**3.243 Nonpriority creditor's name and mailing address**

HONG KONG OLIVE FASHION CO LIMITED
Creditor Name

WEIHAI BONO GARMENT CO., LTD.
Creditor's Notice name

Wang Xu
Address

FLAT/RM A 12/F KIU FU COMMERCIAL BLDG

300 LOCKHART ROAD

| WAN CHAI | HK | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 256,653.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.244 Nonpriority creditor's name and mailing address**

HONG KONG YEEYEUNG TRADING LIMITED
Creditor Name

WANG WEIGUO
Creditor's Notice name

UNIT 2 LG1 MIRROR TOWER 61 MODY ROAD TSIM SHA TSUI
Address

| KOWLOON | | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,211,439.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.245 Nonpriority creditor's name and mailing address**

HONG KONG YONGDIAN FASHION CO LIMITED
Creditor Name

Creditor's Notice name

East F4, Bloc C, Lianshang Intelligent Manufacturing Park, Chuangxing Road
Address

Gaobu Town

| Dongguan City | | 523000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 87,678.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

Horizon Group Properties, Inc. / CBL & Associates Properties, Inc.
Creditor Name

Creditor's Notice name

10275 Higgins Road, Suite 260
Address

| Rosemont | IL | 60018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,602.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.247 Nonpriority creditor's name and mailing address**

HORIZON IMPORTS
Creditor Name

IKE COHEN
Creditor's Notice name

10 WEST 33RD STREET
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 68,304.22

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

Houssou, Chimene & Cjabar Hensen, her husband
Creditor Name

Pearce Law L.L.C.
Creditor's Notice name

25 Main Street Court Plaza North, Suite 602
Address

| Hackensack | NJ | 07601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.249** **Nonpriority creditor's name and mailing address**

Hull Property Group, LLC
Creditor Name

Attn Legal Department
Creditor's Notice name

1190 Interstate Parkway
Address

| Augusta | GA | 30909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 8,449.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**

Hunter, Erica
Creditor Name

David John Dzarnoski
Creditor's Notice name

1055 Whitney Ranch Drive, Suite 110
Address

| Henderson | NV | 89014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.251** **Nonpriority creditor's name and mailing address**

HYBRID APPAREL
Creditor Name

Bill Hutchison
Creditor's Notice name

10711 WALKER ST.
Address

| CYPRESS | CA | 90631 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                78,534.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.252** **Nonpriority creditor's name and mailing address**

HYFVE INC
Creditor Name

JAY AN
Creditor's Notice name

810 EAST PICO BLVD #134
Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                57,696.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

---

**3.253 Nonpriority creditor's name and mailing address**

ICER BASKETBALL LLC
Creditor Name

Norman Jemal
Creditor's Notice name

1385 Broadway 16th Floor
Address

| New York | NY | 10018 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 283,300.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.254 Nonpriority creditor's name and mailing address**

ICR, LLC
Creditor Name

Creditor's Notice name

761 MAIN AVENUE
Address

| NORWALK | CT | 06851 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 39,251.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)* 25-10469
_____

**3.255 Nonpriority creditor's name and mailing address**

IDEA GROUP INTERNATIONAL LIMITED
Creditor Name

BUDDY LIU
Creditor's Notice name

RM C, 9/F, GOODWILL IND. BLDG, 36 PAK TIN PAR ST, TSUEN WAN
Address

| KOWLOON | KLN | HKG |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    92,459.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

IGP Business Group
Creditor Name

Attn Legal Department
Creditor's Notice name

22500 Town Cir Suite 1206
Address

| Moreno Valley | CA | 92553 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    8,414.84
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.257** **Nonpriority creditor's name and mailing address**

IKEDDI ENTERPRISES INC

Creditor Name

ISAAC SALEM

Creditor's Notice name

1407 BROADWAY SUITE 1600

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            65,788.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.258** **Nonpriority creditor's name and mailing address**

ILLUMA FASHION INC

Creditor Name

ANDREW YU

Creditor's Notice name

1141 S. BOYLE AVE #201

Address

| LOS ANGELES | CA | 90023 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            13,549.40

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.259  Nonpriority creditor's name and mailing address**

Impact Environmental Group

Creditor Name

Creditor's Notice name

950 Tollgate Rd

Address

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 5,842.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.260  Nonpriority creditor's name and mailing address**

Impact Tech, Inc.

Creditor Name

Creditor's Notice name

223 East De La Guerra Street

Address

| Santa Barbara | CA | 93101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 126,080.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.261 Nonpriority creditor's name and mailing address**

Imperial Valley Mall II, L.P.
Creditor Name

c/o CBRE
Creditor's Notice name

Attn General Counsel
Address

2121 North Pearl Street, Suite 300

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,516.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.262 Nonpriority creditor's name and mailing address**

Initiative for Safer Cosmetics (IFSC, Cliffwood Law)
Creditor Name

Cliffwood Law Firm PC
Creditor's Notice name

12100 Wilshire Blvd., Suite 800
Address

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.263 Nonpriority creditor's name and mailing address**

INKYUNG APPAREL CO LTD
Creditor Name

IN SUK OH
Creditor's Notice name

7F INKYUNG BLDG 37, JANGHAN-RO
Address

| DONGDAEMUN-GU | | 02629 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 155,983.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

INTEC LTD
Creditor Name

SUNGSOO KIM
Creditor's Notice name

18FL, Centerpoint Seocho BD, Hyuryeng-to 304
Address

| SEOCHO-GU | | 06720 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 322,032.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.265** **Nonpriority creditor's name and mailing address**

INTEGRATED OFFICE TECHNOLOGY

Creditor Name

Creditor's Notice name

12150 MORA DRIVE, UNIT 2

Address

| SANTA FE SPRINGS | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                 175.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.266** **Nonpriority creditor's name and mailing address**

Intelligent Discovery Solutins, Inc.

Creditor Name

Creditor's Notice name

3000 K Street NW, Suite 425

Address

| Washington | DC | 20007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                 4,169.18

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.267** **Nonpriority creditor's name and mailing address**

International Innovations Inc

Creditor Name

Creditor's Notice name

3933 Spicewood Springs Rd. Bldg D-600

Address

| Austin | TX | 78759 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189,404.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

INTERSTATE TRAILER SALES, INC.

Creditor Name

Creditor's Notice name

14001 VALLEY BLVD

Address

| FONTANA | CA | 92335 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 862.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

| | |
|---|---|
| 3.269 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 56.50 |
| Intertek Pakistan (PVT.) Ltd | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Sector 5, Korangi Industrial Area | Trade Claim (Non-Merch) |
| Address | |
| Intertek House Plot No. 1-5/11-A | |

Karachi

City        State        ZIP Code

Pakistan

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| 3.270 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 74.16 |
| Iris Group Holdings LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 2441 Western Ave | Trade Claim (Non-Merch) |
| Address | |

Las Vegas        NV        89102-4815

City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.271  Nonpriority creditor's name and mailing address**

J & F DESIGN INC

Creditor Name

JACK FARSHI

Creditor's Notice name

2042 GARFIELD AVE.

Address

| COMMERCE | CA | 90040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,202,932.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.272  Nonpriority creditor's name and mailing address**

J & G INTERNATIONAL INC

Creditor Name

JOO KIM

Creditor's Notice name

1129 E 12TH ST

Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    138,358.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.273  Nonpriority creditor's name and mailing address**

Jahoda, Robert
Creditor Name

Carlson Brown
Creditor's Notice name

222 Broad St PO Box 242
Address



| Sewickley | PA | 15143 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            Undetermined
*Check all that apply.*

☑  Contingent
☑  Unliquidated
☑  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑  No
☐  Yes

**3.274  Nonpriority creditor's name and mailing address**

JAMS, INC.
Creditor Name


Creditor's Notice name

P.O. BOX 845402
Address



| LOS ANGELES | CA | 90084 |
|-------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            11,500.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑  No
☐  Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*  25-10469

**3.275 Nonpriority creditor's name and mailing address**

JERZY SZACHNIEWICZ
Creditor Name

Creditor's Notice name

497 Main St #4
Address

| Great Barrington | MA | 01230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 2,763.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

JIANGYIN KENADI INTERNATIONAL TRADE CO LTD
Creditor Name

SERENA KIM
Creditor's Notice name

ROOM 432, BUILDING1, NO2, BINJIANG WEST RD
Address

| SHANGHAI | | 07072 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 9,401,106.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*  25-10469
_____

**3.277** **Nonpriority creditor's name and mailing address**

JIAXING JUNCHAO IMPORT AND EXPORT CO LTD
_____
Creditor Name

LI CHAOWAN
_____
Creditor's Notice name

NO. 189 FENGNAN STREET, XINFENG TOWN
_____
Address

_____

_____

JIAXING CITY
_____
City                State        ZIP Code

CHINA
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                398,429.80
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.278** **Nonpriority creditor's name and mailing address**

JIAXING LAYO IMP & EXP GROUP CO LTD
_____
Creditor Name

JENNIFER ZHU
_____
Creditor's Notice name

NO 2500 DONGSHENG EAST ROAD LAYO BUILDING JIAXING
_____
Address

_____

ZHEJIANG                314033
_____
City                State        ZIP Code

CHINA
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                277,041.40
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.279** **Nonpriority creditor's name and mailing address**

Jimenez, Flor

Creditor Name

Wilshire Law Firm

Creditor's Notice name

Thiago Merlini Coelho

Address

3055 Wilshire Blvd 12th Floor

| Los Angeles | CA | 90010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.280** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS US HOLDINGS LLC

Creditor Name

Creditor's Notice name

5757 N GREEN BAY AVE

Address

| MILWAUKEE | WI | 53209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    193,119.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**3.281 Nonpriority creditor's name and mailing address**

Jones Lang LaSalle Americas, Inc.
Creditor Name

Attn General Counsel
Creditor's Notice name

3344 Peachtree Road NE, Suite 1200
Address

| | | |
|---|---|---|
| Atlanta | GA | 30326 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                95,878.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.282 Nonpriority creditor's name and mailing address**

JPMORGAN CHASE BANK N.A.
Creditor Name

Creditor's Notice name

270 PARK AVENUE
Address

| | | |
|---|---|---|
| NEW YORK | NY | 10017 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                45,334.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**3.283 Nonpriority creditor's name and mailing address**

JSL LOGISTICS, INC.
Creditor Name

Creditor's Notice name

12750 CENTER COURT DR STE 170
Address

| CERRITOS | CA | 90703 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,945.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

JSTART FASHION H K LIMITED
Creditor Name

JASON HUI
Creditor's Notice name

United b 1/F GEE LOK IND, BLDG, NO.34 HUNG TO RD KWUN
Address

| TONG | KLN | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 834,053.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**3.285  Nonpriority creditor's name and mailing address**

JTM PAINTING INC

Creditor Name

Creditor's Notice name

316 MAIN STREET

Address

| COLD SPRING | NY | 10516 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              9,320.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.286  Nonpriority creditor's name and mailing address**

JUST FOR WRAPS INC

Creditor Name

RAKESH LAL

Creditor's Notice name

4871 S. SANTA FE AVE

Address

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             15,021.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)* 25-10469

**3.287 Nonpriority creditor's name and mailing address**

JUST POLLY INC
Creditor Name

JAMIE STUART
Creditor's Notice name

525 7TH AVE., SUITE 1804
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 277,346.24
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

K & M ASSOCIATES LP
Creditor Name

TODD MARCUS
Creditor's Notice name

425 DEXTER ST.
Address

| PROVIDENCE | RI | 02907 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,976.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known):*  25-10469

---

**3.289 Nonpriority creditor's name and mailing address**

KAIYE KNITTING FACTORY CO LTD
Creditor Name

SHEN XIANG YUAN
Creditor's Notice name

RM 401, BLOCK A, NO.48 NING NAN AVENUE
Address

NANJING
City                State            ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                47,052.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.290 Nonpriority creditor's name and mailing address**

KATTEN MUCHIN ROSENMAN LLP
Creditor Name

Creditor's Notice name

525 WEST MONROE STREET
Address

CHICAGO            IL              60661-3693
City                State            ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                23,420.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.291** **Nonpriority creditor's name and mailing address**

Kimco Realty Corporation
Creditor Name

Creditor's Notice name

500 North Broadway, Suite 201
Address

| Jericho | NY | 11753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.292** **Nonpriority creditor's name and mailing address**

KIMERA INTERNATIONAL INC
Creditor Name

SAM YANG
Creditor's Notice name

810 ECHELON COURT
Address

| INDUSTRY | CA | 91744 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 752,821.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.293** **Nonpriority creditor's name and mailing address**

KISOO K TRADING CO LTD
Creditor Name

YoungKuk Kim
Creditor's Notice name

#4-7TH FL, JAEYOUNG BLDG 63, NONHYEON-RO 31-GIL
Address

| SEOCHO-GU | | 06745 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            10,270,712.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**

Klarna Inc
Creditor Name

Creditor's Notice name

800 N High Street, Floor 4
Address

| Columbus | OH | 43215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                48,544.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.295** **Nonpriority creditor's name and mailing address**

Klauber Bros
Creditor Name

Trevor Barrett, Esq
Creditor's Notice name

603 Rose Ave.
Address

Venice | CA | 90291
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.296** **Nonpriority creditor's name and mailing address**

KNF INTERNATIONAL CO LTD
Creditor Name

Heongsam Ma
Creditor's Notice name

408, SAMSEONG-RO, GANGNAM-GU
Address

SEOUL | | 06185
City | State | ZIP Code

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              6,998,742.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

**3.297** **Nonpriority creditor's name and mailing address**

Knight Transportation Services
Creditor Name

Creditor's Notice name

2002 W Wahalla Ln
Address

| Phoenix | AZ | 85027 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    13,366.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.298** **Nonpriority creditor's name and mailing address**

Kogon, Samuel
Creditor Name

Basch & Keegan
Creditor's Notice name

PO BOX 4235
Address

| Kingston | NY | 12402 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

3.299 **Nonpriority creditor's name and mailing address**

Kohan Retail Investment Group
Creditor Name

Creditor's Notice name

1010 Northern Boulevard, Suite 234
Address

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $         386,235.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.300 **Nonpriority creditor's name and mailing address**

KONE INC.
Creditor Name

Creditor's Notice name

ONE KONE COURT
Address

| MOLINE | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $         498,465.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.301 Nonpriority creditor's name and mailing address**

KONTOOR BRANDS INC
Creditor Name

Creditor's Notice name

400 N ELM STREET
Address

| GREENSBORO | NC | 27401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,061.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.302 Nonpriority creditor's name and mailing address**

KOREA SHES LINE CO LTD
Creditor Name

Y.K. CHOI
Creditor's Notice name

19-1 OGEUM-RO 46-GIL
Address

| SONGPA-GU | | 05770 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,501.36
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.303 Nonpriority creditor's name and mailing address**

KPMG LLP
Creditor Name

Creditor's Notice name

3 CHESTNUT RIDGE ROAD
Address

| MONTAVLE | NJ | 07645 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          9,584.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

KREF Lloyd Center LLC
Creditor Name

Urban Renaissance Group
Creditor's Notice name

925 S. Federal Highway, Suite 700
Address

| Boca Raton | FL | 33432 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          800.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

**3.305 Nonpriority creditor's name and mailing address**

KURT S ADLER INC
Creditor Name

CLIFFORD ADLER
Creditor's Notice name

122 EAST 42ND STREET
Address

| NEW YORK | NY | 10168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,788.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.306 Nonpriority creditor's name and mailing address**

Kusez, Lara
Creditor Name

Law Offices of Timothy Hall
Creditor's Notice name

Timothy A. Hall
Address

16200 Ventura Blvd., Suite 208

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number (if known) 25-10469

**3.307 Nonpriority creditor's name and mailing address**

KW INTERNATIONAL, INC
Creditor Name

Creditor's Notice name

18655 BISHOP AVE
Address

| CARSON | CA | 90746 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 650.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.308 Nonpriority creditor's name and mailing address**

KYUNG KWANG COMMERCIAL CO LTD
Creditor Name

STEVE HONG
Creditor's Notice name

1F 48 BONGEUNSA-RO 71GIL
Address

| GANGNAM-GU | | 06094 |
|------------|-----|-------|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,030.86
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469

---

3.309 **Nonpriority creditor's name and mailing address**

LA MIA FASHION CO LTD
Creditor Name

XIAOJIE QIU
Creditor's Notice name

625 S BERENDO ST #403
Address

| | | |
|---|---|---|
| LOS ANGELES | CA | 90005 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                251,484.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.310 **Nonpriority creditor's name and mailing address**

LA MODELS
Creditor Name

Creditor's Notice name

7700 W SUNSET BLVD
Address

| | | |
|---|---|---|
| LOS ANGELES | CA | 90046 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 10,097.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

Name

**3.311 Nonpriority creditor's name and mailing address**

LAFAYETTE ENGINEERING, INC

Creditor Name

Creditor's Notice name

2405 LEBANON ROAD

Address

| DANVILLE | KY | 40422 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              16,224.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.312 Nonpriority creditor's name and mailing address**

LEGEND FOOTWEAR

Creditor Name

Creditor's Notice name

19445 E. WALNUT DR. N.

Address

| CITY OF INDUSTRY | CA | 91789 |
|------------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               5,882.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number (if known):  25-10469

---

**3.313** **Nonpriority creditor's name and mailing address**

LENNOX INDUSTRIES INC.

Creditor Name

Creditor's Notice name

2140 LAKE PARK BLVD

Address

| RICHARDSON | TX | 75080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                110,853.97

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

LEO D BERNSTEIN & SONS, INC.

Creditor Name

Creditor's Notice name

151 WEST 25TH STREET

Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                14,818.99

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.315 Nonpriority creditor's name and mailing address**

LEUKON INC
Creditor Name

Creditor's Notice name

SEONGSU HYUNDAI TERRACE TOWER, East 15F, YEONMUJANG 5GA-GIL 7
Address

SEONGDONG-GU
City

State

ZIP Code

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,189,519.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.316 Nonpriority creditor's name and mailing address**

Licea, Miguel
Creditor Name

Pacific Trial Attorneys
Creditor's Notice name

Scott J. Ferrell
Address

4100 Newport Place Drive, Ste. 800

Newport Beach
City

CA
State

92660
ZIP Code

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.317 Nonpriority creditor's name and mailing address**

LIEM TRINH CO LTD

Creditor Name

DO THUY LOAN

Creditor's Notice name

LAND PARCEL MAP 37, 38, 105 SHEET B1 (DC8), QUATER 1B, AN
PHU WARD

Address

THUAN AN TOWN

BINH DUONG

City            State            ZIP Code

VIETNAM

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              131,877.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

LIFE CLOTHING CO

Creditor Name

Bobby Banafsheian

Creditor's Notice name

2327 E. 51st Street

Address

VERNON        CA          90058

City            State            ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              143,763.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.319 Nonpriority creditor's name and mailing address**

LIFU ENTERPRISES CORP

Creditor Name

KUO LI CHING

Creditor's Notice name

Huang Zhu Yuan Industrial District Maiyuan Managing Zone, Chang Ping Town

Address

DONGGUAN

| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 208,970.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.320 Nonpriority creditor's name and mailing address**

LIKE DREAMS INC

Creditor Name

JIN Y WOO

Creditor's Notice name

4433 PACIFIC BLVD

Address

| VERNON | CA | 90058 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 246,444.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.321** **Nonpriority creditor's name and mailing address**

ListEngage LLC

Creditor Name

Creditor's Notice name

5 Edgell Road, Suite 20

Address

| Framingham | MA | 01701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,987.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.322** **Nonpriority creditor's name and mailing address**

LITTLER MENDELSON PC

Creditor Name

Creditor's Notice name

333 BUSH STREET 34TH FLOOR

Address

| SAN FRANCISCO | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,241.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.323** **Nonpriority creditor's name and mailing address**

LIU SUN ENTERPRISES INC
Creditor Name

LEON LI
Creditor's Notice name

3520 147TH STREET SUITE 1B
Address

| FLUSHING | NY | 11354 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                411,915.06

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.324** **Nonpriority creditor's name and mailing address**

Llamas, Leleinia
Creditor Name

Melmed Law Group P.C.
Creditor's Notice name

Jonathan Melmed
Address

1801 Century Park East, Suite 850

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

3.325 **Nonpriority creditor's name and mailing address**

Louis Esperance, Marie
Creditor Name

Joseph Perea
Creditor's Notice name

1776 N Pine Island Rd Suite 224
Address

| Plantation | FL | 33322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.326 **Nonpriority creditor's name and mailing address**

LOUISE PARIS LTD
Creditor Name

SOLOMON BARNATHAN
Creditor's Notice name

1407 BROADWAY SUITE 1405
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 787,852.81
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.327** **Nonpriority creditor's name and mailing address**

LOVIN ENTERPRISES INC
Creditor Name

BARRY REVZEN
Creditor's Notice name

5548 LINDBERCGH LANE
Address

| BELL | CA | 90201 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   13,180.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.328** **Nonpriority creditor's name and mailing address**

Lozano, Dora Michelle
Creditor Name

Osuna & Dotson Law Firm
Creditor's Notice name

13624 San Antonio Dr.
Address

| Norwalk | CA | 90650 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

3.329 **Nonpriority creditor's name and mailing address**

LUCENT PRODUCT INC
Creditor Name

Creditor's Notice name

5515 Daniels st.
Address

| chino | CA | 91710 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              60,995.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

3.330 **Nonpriority creditor's name and mailing address**

LUCKY DRAGON ENTERPRISE GROUP INC
Creditor Name

CHU PENG-FEI
Creditor's Notice name

Trust Company Complex, Ajeltake Road, Ajeltake Island
Address

| Majuro | MH | 96960 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            1,104,321.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

Name

**3.331 Nonpriority creditor's name and mailing address**

LUCKY TREE CO LTD

Creditor Name

STELLA HSIAO

Creditor's Notice name

R9F-7, No.99, Sec.1, Xintai 5th Rd., Xizhi Dist.

Address

| NEW TAIPEI | TPE | 221006 |
|---|---|---|
| City | State | ZIP Code |

TAIWAN

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,202.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.332 Nonpriority creditor's name and mailing address**

LUCKY ZONE DESIGN GROUP LLC

Creditor Name

Jessie Huang - CFO

Creditor's Notice name

21 W 38th St. 10th FL

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,998.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

---

**3.333** **Nonpriority creditor's name and mailing address**

Ludena, Veronica Arce
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**

LYNCO DISTRIBUTION INC
Creditor Name

John Mitchell
Creditor's Notice name

1410 11th St. West
Address

MILAN        IL        61264
City        State        ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        25,245.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number (if known):  25-10469

**3.335  Nonpriority creditor's name and mailing address**

M&J Wilkow Property LLC
Creditor Name

Creditor's Notice name

20 S. Clark Street, Suite 3000
Address

| Chicago | IL | 60603 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    8,030.35
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.336  Nonpriority creditor's name and mailing address**

Macerich
Creditor Name

Attn Legal Department
Creditor's Notice name

401 Wilshire Boulevard, Suite 700
Address

| Santa Monica | CA | 90401 |
|--------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    301,340.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.337** **Nonpriority creditor's name and mailing address**

Macys West Stores, LLC
Creditor Name

Attn Law Dept - Real Estate Group
Creditor's Notice name

145 Progress Place
Address

| Springdale | OH | 45246 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    36,543.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**

MAD ENGINE LLC
Creditor Name

FAZIAN HANIF
Creditor's Notice name

6740 COBRA WAY
Address

| SAN DIEGO | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    27,914.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.339** **Nonpriority creditor's name and mailing address**

MADDEN INTERNATIONAL DBA ADESSO INTERNATIONAL
Creditor Name

Ed Rosenfeld
Creditor's Notice name

9 Wing Hong St Flat/RM 1102-5 11/F Cheung Sha Wan, Kowloon
Address

KOWLOON
City | State | ZIP Code

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 124,030.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.340** **Nonpriority creditor's name and mailing address**

Madonna, Maria
Creditor Name

Kalamaya Goscha
Creditor's Notice name

133 Propsector Rd Suite 4102X
Address

Aspen | CO | 81611
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

3.341 **Nonpriority creditor's name and mailing address**

Maersk A/S

Creditor Name

Creditor's Notice name

9300 ARROWPOINT BLVD

Address

| CHARLOTTE | NC | 28273 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,106.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

3.342 **Nonpriority creditor's name and mailing address**

MAERSK WAREHOUSING AND DISTRIBUTION SERV

Creditor Name

Creditor's Notice name

2240 E. MAPLE AVE.

Address

| EL SEGUNDO | CA | 90245 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,528,538.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.343 Nonpriority creditor's name and mailing address**

MAI DDC LLC
Creditor Name

SEYDANUR YILMAZ
Creditor's Notice name

23141 VERDUGO DR S102
Address

| LAGUNA HILLS | CA | 92653 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 80,480.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

MAISON OHANA INC DBA KASA OHANA INC
Creditor Name

AIME OHANA
Creditor's Notice name

230 MIRABEL STREET
Address

| DOLLARD DES ORMEAUX | QC | H9A3J5 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 555.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.345 Nonpriority creditor's name and mailing address**

MAMEJO INC
Creditor Name

YOUNGSOON CHO
Creditor's Notice name

15990 CONSTABLE RD
Address

| RIVERSIDE | CA | 92504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,087.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

MANHATTAN ASSOCIATES, INC.
Creditor Name

Creditor's Notice name

2300 WINDY RIDGE PKWY 10TH FLOOR
Address

| ATLANTA | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,277.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.347 Nonpriority creditor's name and mailing address**

MANREN HK ENTERPRISE LIMITED

Creditor Name

PIAO CHENGXU

Creditor's Notice name

RM D 10/F TOWER A BILLION CTR 1 WANGKWONG RD KOWLOON BAY KL

Address

| HONG KONG | KLN | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    7,022,026.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.348 Nonpriority creditor's name and mailing address**

MARK EDWARDS APPAREL INC

Creditor Name

VETEMENTS MARK EDWARDS APPPAREL INC, 3143899 CANADA INC.

Creditor's Notice name

ANNE MARIE DEVECCHIS

Address

8480 JEANNE MANCE

| MONTREAL | QC | H2P253 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    123,051.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)* 25-10469

**3.349 Nonpriority creditor's name and mailing address**

MARMIC FIRE & SAFETY CO. INC.
Creditor Name

Creditor's Notice name

639 W. Chestnut Expressway
Address

| SPRINGFIELD | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 186.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.350 Nonpriority creditor's name and mailing address**

Marsh, Tewanna
Creditor Name

Andrew W. McClelland
Creditor's Notice name

88 Union Ave Suite 1100
Address

| Memphis | TN | 38103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.351 Nonpriority creditor's name and mailing address**

MASON INVESTIGATIVE GROUP INC
Creditor Name

Creditor's Notice name

2430 5TH STREET, SUITE F
Address

| BERKELEY | CA | 94710 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                430.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.352 Nonpriority creditor's name and mailing address**

MASTER TOYS & NOVELTIES INC
Creditor Name

ERNIE WONG
Creditor's Notice name

2355 EAST 37TH ST.
Address

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             34,734.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.353** **Nonpriority creditor's name and mailing address**

Matthews, Marissa
Creditor Name

Brodsky & Smith, LLC
Creditor's Notice name

Evan J. Smith, Esquire
Address

9465 Wilshire Blvd., Ste. 300

| Beverly Hills | CA | 90212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.354** **Nonpriority creditor's name and mailing address**

MAXIM SERVICE GROUP, INC.
Creditor Name

Creditor's Notice name

14740 15TH AVENUE
Address

| WHITESTONE | NY | 11357 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    15,383.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

**3.355  Nonpriority creditor's name and mailing address**

MAY BLANC APPAREL

Creditor Name

SANG M CHUNG

Creditor's Notice name

26404 VERMONT AVE #17

Address

| HARBOR CITY | CA | 90710 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    32,518.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.356  Nonpriority creditor's name and mailing address**

MEADE BAILEY

Creditor Name

Creditor's Notice name

2500 E IMPERIAL HWY SUITE#149A-144

Address

| BREA | CA | 92821 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     1,645.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.357 Nonpriority creditor's name and mailing address**

MEESHEE INC DBA SOB CLOTHING
Creditor Name

DANNY ANAVIM
Creditor's Notice name

1504 S.MAIN STREET
Address

| LOS ANGELES | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,596.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

MERCH TRAFFIC LLC
Creditor Name

TOM BENNETT
Creditor's Notice name

129 WEST 29TH STREET ROOM 1100
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,704.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*   25-10469

| | |
|---|---|
| **3.359 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,162,943.68 |
| Meta Platforms, Inc. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 1601 WILLOW ROAD | **Basis for the claim:** |
| Address | Trade Claim (Non-Merch) |

| City | State | ZIP Code |
|---|---|---|
| MENLO PARK | CA | 94025 |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

**number**

☐ Yes

| | |
|---|---|
| **3.360 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 394,738.26 |
| METRIC THEORY LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 1517 Blake St, Ste 250 | **Basis for the claim:** |
| Address | Trade Claim (Non-Merch) |

| City | State | ZIP Code |
|---|---|---|
| Denver | CO | 80202 |

Country

**Date or dates debt was incurred**
Various

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account**

**number**

☐ Yes

Debtor:  F21 OpCo, LLC
                                                                    Case number *(if known)*    25-10469
Name

**3.361** **Nonpriority creditor's name and mailing address**

MGA Entertainment Inc
Creditor Name

Creditor's Notice name

9220 Winnetka Avenue
Address

| Chatsworth | CA | 91311 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    9,389.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.362** **Nonpriority creditor's name and mailing address**

MIAMI-DADE FIRE RESCUE DEPT
Creditor Name

Creditor's Notice name

9300 NW 41ST STREET
Address

| DORAL | FL | 33178-2424 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    674.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

**3.363** **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
Creditor Name

Creditor's Notice name

ONE MICROSOFT WAY
Address

| REDMOND | WA | 98052-6399 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,607.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

MICROSOFT ONLINE, INC.
Creditor Name

Creditor's Notice name

6100 NEIL ROAD, STE100
Address

| RENO | NV | 89511 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    51,539.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.365  Nonpriority creditor's name and mailing address**

MICROSTRATEGY SERVICES CORP

Creditor Name

Creditor's Notice name

PO BOX 409671

Address

| ATLANTA | GA | 30384 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                80,733.07

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.366  Nonpriority creditor's name and mailing address**

MightyHive, Inc.

Creditor Name

Creditor's Notice name

311 California Street, Suite 200

Address

| San Francisco | CA | 94104 |
|---------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                43,766.81

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.367** **Nonpriority creditor's name and mailing address**

MILK STUDIOS LOS ANGELES, LLC
Creditor Name

Creditor's Notice name

855 NORTH CAHUENGA BLVD
Address

| LOS ANGELES | CA | 90038 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,888.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.368** **Nonpriority creditor's name and mailing address**

Mimco Inc.
Creditor Name

Attn Legal Department
Creditor's Notice name

6500 Montana
Address

| El Paso | TX | 79925 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,752.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

**3.369  Nonpriority creditor's name and mailing address**

Mingo, Connie
_____
Creditor Name

Devin A. Cutting
_____
Creditor's Notice name

22505 Market St. Suite 104
_____
Address

_____

_____

| Newhall | CA | 91321 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Undetermined
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.370  Nonpriority creditor's name and mailing address**

MJC INTERNATIONAL GROUP LLC
_____
Creditor Name

MARK SIEGAL
_____
Creditor's Notice name

365 South Spruce Ave, 2nd Floor
_____
Address

_____

_____

| SOOUTH SAN FRANCISCO | CA | 94080 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               116,487.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number (if known) 25-10469

**3.371** **Nonpriority creditor's name and mailing address**

MODEL TWO MANAGEMENT LLC

Creditor Name

Creditor's Notice name

9255 W. SUNSET BLVD., STE #407

Address

| WEST HOLLYWOOD | CA | 90069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    23,880.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.372** **Nonpriority creditor's name and mailing address**

MOL CONSOLIDATION SERVICE LIMITED

Creditor Name

Creditor's Notice name

100 KWAI CHEONG ROAD, KWAI CHUNG, N.T.

Address

Unit B-D, 11F, KC 100

| KWAI CHUNG | | |
|---|---|---|
| City | State | ZIP Code |

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    2,097.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.373 **Nonpriority creditor's name and mailing address**

MONOGRAM INTERNATIONAL INC
Creditor Name

VESIAH LEE
Creditor's Notice name

21005 COMMERCE POINTE SR.
Address

| WALNUT | CA | 91789 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 46,850.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

3.374 **Nonpriority creditor's name and mailing address**

Mood Media North American Holdings Corp
Creditor Name

Creditor's Notice name

PO Box 71070
Address

| Charlotte | NC | 28272 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 77,164.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.375** **Nonpriority creditor's name and mailing address**

MORALES, VALERIA C
Creditor Name

Ginarte Gonzalez Winograd LLP
Creditor's Notice name

400 Market St 2nd Floor
Address

| Newark | NJ | 07105 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.376** **Nonpriority creditor's name and mailing address**

Mosley, Lloyd
Creditor Name

Dayton Magallenes
Creditor's Notice name

10366 Wilshire Blvd. Suite 303
Address

| Los Angeles | CA | 90024 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.377** **Nonpriority creditor's name and mailing address**

MULTIMEDIA OPERATIONS, DESIGN+ENHANC
Creditor Name

Creditor's Notice name

145 SOUTH GLENOAKS BLVD #407
Address

| BURBANK | CA | 91502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                43,148.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.378** **Nonpriority creditor's name and mailing address**

Munoz, Lidia
Creditor Name

Jeffrey A. Adelamn
Creditor's Notice name

137 West Royal Palm Rd
Address

| Boca Raton | FL | 33432 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.379 Nonpriority creditor's name and mailing address**

Munoz, Lidia - Cross Claim by Florida Mall Associates LTD
Creditor Name

Jack D. Luks
Creditor's Notice name

110 SE 6th St. 20th Floor
Address

| Fort Lauderdale | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.380 Nonpriority creditor's name and mailing address**

MUSE APPAREL INC
Creditor Name

DON KEUN CHUNG
Creditor's Notice name

1015 S Crocker St. Suite #R24
Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          99,998.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.381  Nonpriority creditor's name and mailing address**

Nagarro, Inc.
Creditor Name


Creditor's Notice name

1737 N. First Street, Suite 590
Address



| San Jose | CA | 95112 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              30,118.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.382  Nonpriority creditor's name and mailing address**

Namdar Realty Group LLC
Creditor Name

Attn Legal Department
Creditor's Notice name

150 Great Neck Road, Suite 304
Address



| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              53,825.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.383** **Nonpriority creditor's name and mailing address**

NANJING SKYMOUNTAIN TRADING CO LTD
Creditor Name

DANYANG TIGERS CLOTHING CO LTD
Creditor's Notice name

10TH FLOOR 2ND MINZHI RD YUHUATAI DISTRICT JIANGSU
Address

| | | |
|---|---|---|
| NANJING | | 210012 |
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 264,687.70
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**

NANTONG D & J FASHION CO LTD
Creditor Name

David
Creditor's Notice name

5th Floor , Building NO.3 , NO.385 Guoqiang Road.Nantong City
Address

| | | |
|---|---|---|
| NANTONG | | |
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,783,903.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.385 Nonpriority creditor's name and mailing address**

NANTONG Z & Z GARMENT CO LTD
Creditor Name

CAO YUHUA
Creditor's Notice name

NO.54, 55, XI CHAN SI CUN , XITING TOWN , TONGZHOU DISTRICT
Address

NANTONG CITY
City            State            ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                4,975,057.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.386 Nonpriority creditor's name and mailing address**

NARA INTERNATIONAL TRADING LIMITED
Creditor Name

YIN ZHENGWAN
Creditor's Notice name

11/F., CAPITAL CENTRE, 151 GLOUCESTER ROAD
Address

WANCHAI        HK
City            State            ZIP Code

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                796,351.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.387 Nonpriority creditor's name and mailing address**

NATIONAL ELEVATOR INSPECTION SERVIC
Creditor Name

Creditor's Notice name

PO BOX 503067
Address

| ST LOUIS | MO | 63150-3067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 955.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.388 Nonpriority creditor's name and mailing address**

National Hanger Company, Inc
Creditor Name

Creditor's Notice name

276 Water street
Address

| North Bennington | VT | 05257 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,161.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.389 Nonpriority creditor's name and mailing address**

NATURAL MODEL MANAGEMENT LLC
Creditor Name

Creditor's Notice name

4505 W Jefferson Blvd # 108
Address

Los Angeles | CA | 90016
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,000.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.390 Nonpriority creditor's name and mailing address**

NAVI ACCESSORIES INC
Creditor Name

TOM PARK
Creditor's Notice name

1536 KNOWLES AVE.
Address

LOS ANGELES | CA | 90063
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 76,260.67
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.391 Nonpriority creditor's name and mailing address**

NBC Universal LLC

Creditor Name

Creditor's Notice name

100 UNIVERSAL CITY PLAZA

Address

| UNIVERSAL CITY | CA | 91608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   105,728.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.392 Nonpriority creditor's name and mailing address**

Neal Cohen Law LLC

Creditor Name

Creditor's Notice name

6930 Carroll Ave, Suite 423

Address

| Takoma Park | MD | 20912 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   3,451.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.393** **Nonpriority creditor's name and mailing address**

NEDGRAPHICS
Creditor Name

Creditor's Notice name

135 West 41st Street, Floor 5
Address

| NEW YORK | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              2,072.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.394** **Nonpriority creditor's name and mailing address**

NESCTC SECURITY AGENCY LLC
Creditor Name

Creditor's Notice name

46 MOLTER STREET
Address

| CRANSTON | RI | 02910 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           134,713.11
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.395 Nonpriority creditor's name and mailing address**

Netflix, Inc.

Creditor Name

Creditor's Notice name

5808 W. Sunset Blvd., 6th Floor

Address

| Los Angeles | CA | 90028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    401.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.396 Nonpriority creditor's name and mailing address**

NEW CENTURY TEXTILES LTD

Creditor Name

Creditor's Notice name

RM 502-503, No.3 BLDG, Legend Commercial Plaza, Lane 3599, Qixin Road

Address

| SHANGHAI | | 201101 |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    2,404,795.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.397 Nonpriority creditor's name and mailing address**

New England Development
Creditor Name

Attn General Manager
Creditor's Notice name

75 Park Plaza
Address

| Boston | MA | 02116 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $   6,529.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.398 Nonpriority creditor's name and mailing address**

NINGBO LONG LAN FASHION GARMENT INC
Creditor Name

CHEN JIANHAI
Creditor's Notice name

No.6 HuaTianFan, ChunHu Town, Fenghua District
Address

| NINGBO | | 315506 |
|--------|-----|----------|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $   1,821,443.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.399** **Nonpriority creditor's name and mailing address**

NINGBO ORIENT HONGYE IMP & EXP INC

Creditor Name

Creditor's Notice name

No.97 WUJIA ROAD, SEDUNO BUILDING, HENGTONG PLAZA, HAISHU DISTRICT, NINGBO

Address

| SHANGHAI | | 201103 |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              1,693,573.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.400** **Nonpriority creditor's name and mailing address**

NINGBO ROIAC IMPORT & EXPORT CO LTD

Creditor Name

JIMMY CHEN

Creditor's Notice name

Unit.4, No.8 Xinheng Rd, Cicheng Industrial Area, Jiangbei District

Address

| Ningbo | | 315031 |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              15,944.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC
                                                                        Case number *(if known)*    25-10469

**3.401  Nonpriority creditor's name and mailing address**

NINGBO SUNYU FASHION CO LTD
Creditor Name

CLIVE
Creditor's Notice name

NO, 377 YAYUAN NAN RD, HAISHU DISTRICT
Address

| NINGBO | | 315153 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                507,972.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.402  Nonpriority creditor's name and mailing address**

NK Projects LLC
Creditor Name

Creditor's Notice name

2408 Butler National Dr.
Address

| Pflugerville | TX | 78660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  3,096.77
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*  25-10469

---

**3.403** **Nonpriority creditor's name and mailing address**

NKM HOLDINGS LTD
_____
Creditor Name

JOANNA
_____
Creditor's Notice name

11F, BONA INTERNATIONAL PLAZA, NO. 456 TAIKANG MIDDLE ROAD, NINGBO CHINA
_____
Address

_____

| NINGBO | | 315199 |
|---|---|---|
| City | State | ZIP Code |

CHINA
_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            10,753,021.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.404** **Nonpriority creditor's name and mailing address**

NMR DISTRIBUTION AMERICA INC
_____
Creditor Name

KONRAD HOENIG
_____
Creditor's Notice name

28912 AVENUE PAINE
_____
Address

_____

| VALENCIA | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              10,142.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.405** **Nonpriority creditor's name and mailing address**

NOIR JEWELRY LLC
Creditor Name

International Inspirations Ltd.
Creditor's Notice name

MANDY REITER
Address

358 FIFTH AVE, 5TH FLOOR

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 135,332.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.406** **Nonpriority creditor's name and mailing address**

North American Development Group LLC
Creditor Name

Attn Executive VP
Creditor's Notice name

2581 John Street, Suite 1
Address

| Markham Ontario | ON | L3R 5R7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,645.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.407** **Nonpriority creditor's name and mailing address**

Northwood Retail, LLC
Creditor Name

Attn Lease Administration
Creditor's Notice name

1819 Wazee Street
Address

| Denver | CO | 80202 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 21,646.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

Nostra, Inc.
Creditor Name

Creditor's Notice name

447 Sutter Street., Suite 405
Address

| San Francisco | CA | 94108 |
|---------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 37,230.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.409  Nonpriority creditor's name and mailing address**

NOVA INC
Creditor Name

LANA SHAFRAN
Creditor's Notice name

362 5TH AVE SUITE 1001
Address

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,568.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.410  Nonpriority creditor's name and mailing address**

NU Technology, Inc.
Creditor Name

Creditor's Notice name

3721 S. Stonebridge Dr. Unit #1403
Address

| McKinney | TX | 75070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.411** **Nonpriority creditor's name and mailing address**

NUTECH FIRE ALARM & SECURITY
Creditor Name

Creditor's Notice name

11223 OLD RIVER SCHOOL RD. STE. A
Address

| DOWNEY | CA | 90241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.412** **Nonpriority creditor's name and mailing address**

NYC ALLIANCE COMPANY LLC
Creditor Name

Darren Cohen
Creditor's Notice name

1411 BROADWAY 15TH FLOOR
Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                972.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.413 Nonpriority creditor's name and mailing address**

NYC DCWP

Creditor Name

DCWP Staff Counsel

Creditor's Notice name

Maria Jennings, M.P.A., Esq.

Address

Office of Labor Policy & Standards

42 Broadway, 8th floor

| New York | NY | 10004 |
|----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.414 Nonpriority creditor's name and mailing address**

O & K INC DBA ONE CLOTHING

Creditor Name

HENRY LEE

Creditor's Notice name

2121 E. 37TH ST

Address

| LOS ANGELES | CA | 90058 |
|-------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 2,493,792.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.415** **Nonpriority creditor's name and mailing address**

Oakland Mall, LLC
Creditor Name

Attn Legal Department
Creditor's Notice name

2600 West Big Beaver Road, Suite 410
Address

| Troy | MI | 48084 |
|------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              12,036.58
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.416** **Nonpriority creditor's name and mailing address**

OConnor Capital Partners
Creditor Name

Attn Lease Administration
Creditor's Notice name

240 Royal Palm Way, Second Floor
Address

| Palm Beach | FL | 33480 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              23,934.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.417 Nonpriority creditor's name and mailing address**

Old Gringo Boots
Creditor Name

Danna Cotman, Esq
Creditor's Notice name

5749 La Jolla Blvd.
Address

| La Jolla | CA | 92037 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.418 Nonpriority creditor's name and mailing address**

OLI J INC
Creditor Name

JASON KIM
Creditor's Notice name

19161 E. WALNUT DRIVE N.
Address

| CITY OF INDUSTRY | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    609,008.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.419** **Nonpriority creditor's name and mailing address**

Olshan Properties
Creditor Name

Attn Legal Department
Creditor's Notice name

600 Madison Avenue, 14th Floor
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,866.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.420** **Nonpriority creditor's name and mailing address**

ONLY STAR NINGBO CO LTD
Creditor Name

Daizu Owei
Creditor's Notice name

Room 1103, No. 18 Pan Asia International No. 636 Duan Tang RD E
Address

| Ningbo | | 315012 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 169,384.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.421** **Nonpriority creditor's name and mailing address**

Onni Properties LLC
Creditor Name

c/o Onni Group
Creditor's Notice name

1031 S Broadway
Address

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,327.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**

ORKIN PEST CONTROL
Creditor Name

Creditor's Notice name

PO BOX 220044
Address

| KIRKWOOD | MO | 63122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,956.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.423 **Nonpriority creditor's name and mailing address**

Pace Runners Inc
Creditor Name

Creditor's Notice name

5951 Greenwood Parkway
Address

| Bessemer | AL | 35022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,684.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

3.424 **Nonpriority creditor's name and mailing address**

Pacific Retail Capital Partners
Creditor Name

Attn General Counsel
Creditor's Notice name

2029 Century Park East, Suite 1550
Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 591,455.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.425** **Nonpriority creditor's name and mailing address**

Palette Media, Inc.
Creditor Name

Creditor's Notice name

245 E. 93rd Street, Suite 21C
Address

| New York | NY | 10128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                5,666.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.426** **Nonpriority creditor's name and mailing address**

Palmer Dedicated Logistics, LLC
Creditor Name

Creditor's Notice name

39 South Broad Street
Address

| Westfield | MA | 01085 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                10,599.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.427 **Nonpriority creditor's name and mailing address**

PAOLELLA, GAIL
Creditor Name

Mcintyre, Donohue, Accardi
Creditor's Notice name

8 East Main St
Address

| Bay Shore | NY | 11706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

3.428 **Nonpriority creditor's name and mailing address**

Parrot Communications Intl, Inc.
Creditor Name

Creditor's Notice name

25461 Rye Canyon Road
Address

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,940.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.429** **Nonpriority creditor's name and mailing address**

Pastor, Miatta
Creditor Name

Jordan S. Finkelstein
Creditor's Notice name

420 Lexington Ave Suite 2140
Address

| | | |
|---|---|---|
| New York | NY | 10170 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                Undetermined
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.430** **Nonpriority creditor's name and mailing address**

Patricia Brandt and Associates
Creditor Name

Creditor's Notice name

6444 East Spring Street #127
Address

| | | |
|---|---|---|
| Long Beach | CA | 90815 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                1,016.19
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

---

3.431 **Nonpriority creditor's name and mailing address**

PENA, SIDNEY

Creditor Name

PRUSSAK WELCH

Creditor's Notice name

175 S C ST FL 2

Address

| TUSTIN | CA | 92780 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.432 **Nonpriority creditor's name and mailing address**

PEREZ-LEON, LILIANA

Creditor Name

Sasha Tymkowicz

Creditor's Notice name

1800 N. Broadway #200

Address

| Santa Ana | CA | 92706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.433 Nonpriority creditor's name and mailing address**

PHILCOS ENTERPRISERS USA INC
Creditor Name

SUMMIT KUMAR
Creditor's Notice name

1501 EAST ROBINSON STREET
Address

| ORLANDO | FL | 32801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 31,759.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.434 Nonpriority creditor's name and mailing address**

PINK USA JEWELRY INC
Creditor Name

Creditor's Notice name

1458 S SAN PEDRO ST UNIT#229
Address

| LOS ANGELES | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 61,997.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

Name

3.435 **Nonpriority creditor's name and mailing address**

PIXXY ETAIL SOLUTIONS PRIVATE LIMITED
Creditor Name

Creditor's Notice name

23/48 CANAL BANK ROAD CIT NAGAR
Address

CHENNAI, TAMIL NADU | | 600035
City | State | ZIP Code

INDIA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $              14,044.15
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

3.436 **Nonpriority creditor's name and mailing address**

PLANET GOLD CLOTHING COMPANY INC
Creditor Name

PLANET GOLD CLOTHING COMPANY, INC./GOLDEN TOUCH IMPORTS, INC
Creditor's Notice name

BRUCE FISCHER
Address

500 SEVENTH AVENUE 7TH FLOOR

NEW YORK | NY | 10018
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $             109,096.60
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

---

**3.437** **Nonpriority creditor's name and mailing address**

PLASTICOS INDUSTRIALES DE

Creditor Name

Creditor's Notice name

CTRA NACIONAL 340

Address

| ALFARRASI | | 46893 |
|---|---|---|
| City | State | ZIP Code |

SPAIN

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                493,614.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**

PLAYNETWORK, INC

Creditor Name

Creditor's Notice name

14720 NE 87TH STREET

Address

| REDMOND | WA | 98052 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 46,697.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.439 Nonpriority creditor's name and mailing address**

PLOGMAG AGENCY INC
Creditor Name

UNHA JEONG
Creditor's Notice name

8940 SORENSEN AVE STE #6
Address

| SANTA FE SPRINGS | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            89,061.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.440 Nonpriority creditor's name and mailing address**

PORTELA, KENNETH
Creditor Name

Bramnick Rodriguez Grabas Arnold
Creditor's Notice name

1827 E. 2nd St
Address

| Scotch Plains | NJ | 07076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.441 Nonpriority creditor's name and mailing address**

POWER LIFT PARTS
Creditor Name

Creditor's Notice name

1415 W. Olympic Blvd
Address

| Montebello | CA | 90640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 191.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.442 Nonpriority creditor's name and mailing address**

PREIT Services, LLC
Creditor Name

Attn General Counsel
Creditor's Notice name

2005 Market Street, Suite 1120
Address

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 118,416.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.443 **Nonpriority creditor's name and mailing address**

PREP Property Group
Creditor Name

Attn VP of legal Services
Creditor's Notice name

5905 E. Galbraith Road, Suite 1000
Address

| Cincinnati | OH | 45236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,291.99
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

3.444 **Nonpriority creditor's name and mailing address**

Prestige Properties & Development Co Inc.
Creditor Name

Creditor's Notice name

546 Fifth Avenue, 15th Floor
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 77,270.41
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

---

**3.445  Nonpriority creditor's name and mailing address**

PRETTY WOMAN LLC
Creditor Name

JOHN MANZIONE
Creditor's Notice name

35 CORPORATE DR.
Address

| HOLTSVILLE | NY | 11742 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              268,452.07
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.446  Nonpriority creditor's name and mailing address**

Primestor Development, Inc.
Creditor Name

Attn Legal Department
Creditor's Notice name

9950 Jefferson Blvd., Building 2
Address

| Culver City | CA | 90232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               16,631.21
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.447 Nonpriority creditor's name and mailing address**

Prism Places, Inc.
Creditor Name

c/o McWhinney Real Estate Services, Inc.
Creditor's Notice name

1800 Wazee Street, Suite 200
Address

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,628.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.448 Nonpriority creditor's name and mailing address**

PRIVY INC
Creditor Name

BEIVY
Creditor's Notice name

GYOUNG TAE PARK
Address

2640 E. 26TH STREET

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 338,161.57
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|

**3.449 Nonpriority creditor's name and mailing address**

PRO DECENT COMMERCE INC
Creditor Name

Creditor's Notice name

2F-1, No 58, Sec 5, Nan-Jing E. Rd
Address

| TAIPEI | | 105 |
|---|---|---|
| City | State | ZIP Code |

TAIWAN
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 224,394.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.450 Nonpriority creditor's name and mailing address**

PRO MACH INC.
Creditor Name

Creditor's Notice name

5051 N. SYLVANIA AVE. STE. 405
Address

| FORTH WORTH | TX | 76137 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,283.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*        25-10469

**3.451** **Nonpriority creditor's name and mailing address**

PRODUCT DEVELOPMENT INTERNATIONAL LLC
Creditor Name

ERIC CHU
Creditor's Notice name

1412 BROADWAY SUITE #1502
Address

NEW YORK        NY        10018
City              State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        690,951.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.452** **Nonpriority creditor's name and mailing address**

Professional Retail Services
Creditor Name

Creditor's Notice name

5 Orville Dr, Suite 100
Address

Bohemia        NY        11716
City              State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        127,289.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   F21 OpCo, LLC

Case number *(if known):*  25-10469

---

**3.453** **Nonpriority creditor's name and mailing address**

Project Forty Two Inc.
Creditor Name

Creditor's Notice name

3 South Beach Lagoon Road
Address


| Hilton Head | SC | 29928 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    3,600.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.454** **Nonpriority creditor's name and mailing address**

Prologis, Inc.
Creditor Name

Creditor's Notice name

1800 Wazee St, Suite 500
Address


| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    0.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.455** **Nonpriority creditor's name and mailing address**

Pyramid Management Group
Creditor Name

Attn General Counsel
Creditor's Notice name

4 Clinton Square
Address

| Syracuse | NY | 13202-1078 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              25,100.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.456** **Nonpriority creditor's name and mailing address**

QINGDAO CAMELLIA JEWELRY CO LTD
Creditor Name

SONGHU XU
Creditor's Notice name

QINGDAO INTL BUILDING C6-12 JIUJIANGRD. NO.17 APPAREL LND. PARK TONJI NEW
Address

JIMO DISTRICT

| QINGDAO | | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             250,207.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.457** **Nonpriority creditor's name and mailing address**

QINGDAO HORIZON TRADING CO LTD

Creditor Name

GRACE

Creditor's Notice name

No.4 Pingxiang road, Shibei district

Address

QINGDAO

City          State          ZIP Code

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,099,166.51

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.458** **Nonpriority creditor's name and mailing address**

QINGDAO SHENGTONGSHANGRUI TRADE CO LTD

Creditor Name

LI XIUMEI

Creditor's Notice name

NO. 1501-5AW22-31 HESHAN ROAD, NEW TOWN OF SMALL
COMMODITIES, JIMO DISTRICT

Address

QINGDAO CITY          266200

City          State          ZIP Code

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,568.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number (if known) 25-10469

**3.459** **Nonpriority creditor's name and mailing address**

QINGDAO WETOHIGHER CLOTHING CO LTD
Creditor Name

ERIC
Creditor's Notice name

EAST SIDE OF XINBA ROAD, BEILONGWAN VILLAGE, JI MO
DISTRICT
Address

| | | |
|---|---|---|
| QINGDAO | | |
| City | State | ZIP Code |
| CHINA | | |
| Country | | |

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,292,979.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.460** **Nonpriority creditor's name and mailing address**

Quench USA, Inc
Creditor Name

Creditor's Notice name

630 Allendale Road, Suite 200
Address

| | | |
|---|---|---|
| King of Prussia | PA | 19406 |
| City | State | ZIP Code |
| | | |
| Country | | |

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,063.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.461 Nonpriority creditor's name and mailing address**

R & R MOBILITY SOLUTIONS CORP

Creditor Name

Creditor's Notice name

PO BOX 194960

Address

| SAN JUAN | PR | 00919-4960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                317.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.462 Nonpriority creditor's name and mailing address**

R.J. ACQUISITION CORP

Creditor Name

Creditor's Notice name

3260 E. 26th STREET

Address

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             414,067.61

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.463** **Nonpriority creditor's name and mailing address**

RADIX FIRE PROTECTION, INC.

Creditor Name

Creditor's Notice name

1769 EAST 23RD STREET

Address

| LOS ANGELES | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.464** **Nonpriority creditor's name and mailing address**

RAGE MODELS

Creditor Name

Creditor's Notice name

22287 Mulholland Hwy. #401

Address

| CALABASAS | CA | 91302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 168.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)* 25-10469
_____

**3.465 Nonpriority creditor's name and mailing address**

RAINBOW BEAUTY CO LIMITED
_____
Creditor Name

THOMAS LEUNG
_____
Creditor's Notice name

RM 18 27/F HO KING COMM CTR 2-16 FA YUEN ST MONGKOK
_____
Address

_____

_____

KOWLOON
_____
City

_____
State

_____
ZIP Code

HONG KONG
_____
Country

**Date or dates debt was incurred**
Various
_____
**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 186,366.16 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.466 Nonpriority creditor's name and mailing address**

RAMI RECORD INC
_____
Creditor Name

SHIRLEY KIM
_____
Creditor's Notice name

810 E PICO BLVD #212
_____
Address

_____

_____

LOS ANGELES
_____
City

CA
_____
State

90021
_____
ZIP Code

_____
Country

**Date or dates debt was incurred**
Various
_____
**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 92,442.75 |
|---|---|---|

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.467 Nonpriority creditor's name and mailing address**

RAMOS, LUZ
Creditor Name

RAMIN YOUNESSI LOS ANGELES
Creditor's Notice name

3435 WILSHIRE BLVD STE 2200
Address

| Los Angeles | CA | 90010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.468 Nonpriority creditor's name and mailing address**

RAND ACCESSORIES INC
Creditor Name

ADAM GOLDBERG
Creditor's Notice name

9350 AVE DE L ESPLANADE S.222 H2N1V6
Address

| MONTREAL | QC | H2N1V6 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 20,215.25
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.469 Nonpriority creditor's name and mailing address**

Rand Accessories Inc.
Creditor Name

Creditor's Notice name

1350 Rue Mazurette, Suite 212
Address

| Montreal | QC | H4N 1H2 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 721,829.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.470 Nonpriority creditor's name and mailing address**

Raymond Leasing Corporation
Creditor Name

Creditor's Notice name

22 South Canal Street
Address

| Greene | NY | 13778 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,167.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.471** **Nonpriority creditor's name and mailing address**

RED Development
Creditor Name

C/O RED DEVELOPMENT LLC
Creditor's Notice name

2502 E Camelback Road, Suite 200
Address

| Phoenix | AZ | 85016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    15,260.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.472** **Nonpriority creditor's name and mailing address**

Redtree Partners LP
Creditor Name

Creditor's Notice name

1200 Pacific Avenue, Suite 210
Address

| Santa Cruz | CA | 95060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

Name

**3.473 Nonpriority creditor's name and mailing address**

REEBOK INTERNATIONAL LTD

Creditor Name

Creditor's Notice name

DEPT CH 19405

Address

| PALATINE | IL | 60055-9405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,683.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.474 Nonpriority creditor's name and mailing address**

REED SMITH LLP

Creditor Name

Creditor's Notice name

355 SOUTH GRAND AVENUE, SUITE 2900

Address

| LOS ANGELES | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 83,956.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.475 Nonpriority creditor's name and mailing address**

Reed, Michael M., Jr.
Creditor Name

Law Offices of Michael P. Balaban
Creditor's Notice name

10726 Del Rudini St.
Address

| Las Vegas | NV | 89141 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.476 Nonpriority creditor's name and mailing address**

REGENTEX APPAREL LIMITED
Creditor Name

LYDIA JIANG
Creditor's Notice name

RM501 NO.252 TIANDA LIJING PLAZA
Address

| NINGBO | | 315100 |
|--------|-----|--------|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          279,113.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469
_____

**3.477** **Nonpriority creditor's name and mailing address**

Retailability (pty) Limited
_____
Creditor Name

_____
Creditor's Notice name

Unilever Building, 15 Nollsworth Crescent
_____
Address

Nollsworth Park
_____

La Lucia
_____

| Durban | State | 4051 |
|--------|-------|------|
| City | State | ZIP Code |

South Africa
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Supply Agreement Deposit
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.478** **Nonpriority creditor's name and mailing address**

Reveron, Stephanie
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

| | State | |
|--|-------|--|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Undetermined
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC
_____

Case number (if known): 25-10469

---

**3.479** **Nonpriority creditor's name and mailing address**

REXEL, INC.
Creditor Name

_____
Creditor's Notice name

PO BOX 418453
Address

_____

| BOSTON | MA | 02241-8453 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 559,201.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

Reyes, Patricia Lizeth
Creditor Name

Javaheri & Yahoudai
Creditor's Notice name

1880 Century Park East Suite 717
Address

_____

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.481 Nonpriority creditor's name and mailing address**

Rhino Investments Group
Creditor Name

c/o GRE Management Services / Gallelli
Creditor's Notice name

3005 Douglas Blvd, Suite 200
Address

| Roseville | CA | 95661 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,845.96
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.482 Nonpriority creditor's name and mailing address**

Richard Horn
Creditor Name

Creditor's Notice name

13961 TUCKER AVE
Address

| SYLMAR | CA | 91342 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,072.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.483  Nonpriority creditor's name and mailing address**

RICHARD S ALATORRE
Creditor Name

Creditor's Notice name

925 PLYMOUTH DR
Address

| GILROY | CA | 95020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  272.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.484  Nonpriority creditor's name and mailing address**

Riderwood USA
Creditor Name

Attn Property Manager
Creditor's Notice name

400 South Baldwin Avenue, Suite 231
Address

| Arcadia | CA | 91007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  35,921.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.485 Nonpriority creditor's name and mailing address**

Robertson, Charnelle

Creditor Name

Kim Kasreliovich, Assistant General Manager

Creditor's Notice name

201 N. LOS ANGELES ST., SUITE 6

Address

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.486 Nonpriority creditor's name and mailing address**

ROBINS, KAPLAN, MILLER & CIRES

Creditor Name

Creditor's Notice name

800 LASALLE AVE #2800

Address

| MINNEAPOLIS | MN | 55402-2015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            2,811.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.487 Nonpriority creditor's name and mailing address**

Robles, Hector
Creditor Name

MOON LAW GROUP, PC
Creditor's Notice name

Kane Moon
Address

725 South Figueroa St., 31st Floor

| Los Angeles | CA | 90017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.488 Nonpriority creditor's name and mailing address**

RotoCo LLC. dba Roto-Rooter Plumbers
Creditor Name

Creditor's Notice name

2141 Industrial Ct. Su D.
Address

| Vista | CA | 92081 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 19,154.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

---

**3.489 Nonpriority creditor's name and mailing address**

RTB HOUSE INC.

Creditor Name

Creditor's Notice name

2 Park Ave Ste 1800

Address

| NEW YORK | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 167,263.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.490 Nonpriority creditor's name and mailing address**

SADA SYSTEMS INC.

Creditor Name

Creditor's Notice name

5250 LANKERSHIM BLVD SUITE 620

Address

| NORTH HOLLYWOOD | CA | 91601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,875.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.491 Nonpriority creditor's name and mailing address**

SALAS, KAREN
Creditor Name

MVP TRIAL LAWYERS
Creditor's Notice name

92 CORPORATE PARK STE C211
Address

| Irvine | CA | 92606 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.492 Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
Creditor Name

Creditor's Notice name

415 MISSION STREET, 3RD FLOOR
Address

| SAN FRANCISCO | CA | 94105 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 217,048.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: F21 OpCo, LLC
Name

Case number (if known)  25-10469

**3.493 Nonpriority creditor's name and mailing address**

SALSON LOGISTICS, INC
Creditor Name

Creditor's Notice name

888 DOREMUS AVENUE
Address

| NEWARK | NJ | 07114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              5,579.55
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.494 Nonpriority creditor's name and mailing address**

Sandoval, Alejandra
Creditor Name

ORACLE LAW FIRM COSTA MESA
Creditor's Notice name

245 FISCHER AVE STE D1
Address

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              Undetermined
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    F21 OpCo, LLC

Case number (if known)    25-10469

---

**3.495** **Nonpriority creditor's name and mailing address**

SANRIO, INC
Creditor Name

Creditor's Notice name

2050 West 190th Street, Suite 205
Address

| TORRANCE | CA | 90504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    985,367.13
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

---

**3.496** **Nonpriority creditor's name and mailing address**

Scenario Communications, LLC
Creditor Name

Creditor's Notice name

25876 The Old Road #191
Address

| Stevenson Ranch | CA | 91381 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    62,767.34
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒    No

☐    Yes

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*  25-10469
_____

**3.497 Nonpriority creditor's name and mailing address**

SCHINDLER ELEVATOR CORP
_____
Creditor Name

_____
Creditor's Notice name

PO BOX 93050
_____
Address

_____

_____

| CHICAGO | IL | 60673-3050 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 306,689.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.498 Nonpriority creditor's name and mailing address**

Second Horizon Capital
_____
Creditor Name

Attn Howard Levine or Camilo Varela
_____
Creditor's Notice name

2255 Glades Road, Suite 324A
_____
Address

_____

| Boca Raton | FL | 33431 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,002.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.499**  **Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES USA INC

Creditor Name

Creditor's Notice name

1055 WILSHIRE BLVD SUITE 1600

Address

| LOS ANGELES | CA | 90017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               62,582.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.500**  **Nonpriority creditor's name and mailing address**

SEKO WORLDWIDE LLC

Creditor Name

Creditor's Notice name

1100 ARLINGTON HEIGHTS ROAD

Address

| ITASCA | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   846.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.501 Nonpriority creditor's name and mailing address**

SELECT LOS ANGELES LLC
Creditor Name

Creditor's Notice name

7250 MELROSE AVE., SUITE 4
Address

| LOS ANGELES | CA | 90046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,148.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.502 Nonpriority creditor's name and mailing address**

SENSOURCE INC
Creditor Name

Creditor's Notice name

3890 OAKWOOD AVE
Address

| Youngstown | OH | 44515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,620.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.503** **Nonpriority creditor's name and mailing address**

SEOYOUNG INDUSTRY CO LTD
Creditor Name

Y.T.LIM/Y.JEUNG
Creditor's Notice name

Room#1709, Halla Sigma Valley, 53, Gasan Digital 2-ro
Address

| Geumcheon-gu | | 08588 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,498,933.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.504** **Nonpriority creditor's name and mailing address**

SERRANO, MARIA
Creditor Name

SOOKASIAN AMIRKHANIAN
Creditor's Notice name

500 N CENTRAL AVE STE 910
Address

| Glendale | CA | 91203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

---

**3.505 Nonpriority creditor's name and mailing address**

SERVICECHANNEL.COM, INC
Creditor Name

Creditor's Notice name

6200 STONERIDGE MALL ROAD
Address

SUITE 450

| PLEASANTON | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 15,697.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.506 Nonpriority creditor's name and mailing address**

SEWING COLLECTION, INC
Creditor Name

Creditor's Notice name

3113 EAST 26TH STREET
Address

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 491,728.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.507** **Nonpriority creditor's name and mailing address**

Shalla NYC
Creditor Name

Creditor's Notice name

4605 Cahuenga Blvd, Apt 305
Address

| Toluca Lake | CA | 91602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.508** **Nonpriority creditor's name and mailing address**

SHANDONG ONE PLUS APPAREL CO LTD
Creditor Name

ZHAO CHAO
Creditor's Notice name

F4, DAI YIN BUILDING, NO. 89 # LEIGUSHI STR
Address

| TAIAN | | 271000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 82,043.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.509 Nonpriority creditor's name and mailing address**

SHANGHAI FEI CHUAN IMP & EXP CORP
Creditor Name

KEGANG LI
Creditor's Notice name

FL18 NO.85 LOUSHANGUAN ROAD
Address

| SHANGHAI | | 200052 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,791,417.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.510 Nonpriority creditor's name and mailing address**

SHANGHAI HOMY APPAREL CO LTD
Creditor Name

TERRY MU
Creditor's Notice name

528, North Yanggao Road, Pudong New Area
Address

| SHANGHAI | | 200120 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 188,572.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469
_____

**3.511** **Nonpriority creditor's name and mailing address**

SHANGHAI JSPEED INDUSTRY CO LTD
Creditor Name

WEI LIU
Creditor's Notice name

ROOM 903, BUILDING 6, 7001 ZHONGCHUN ROAD
Address

| SHANGHAI | | 201101 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              69,584.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.512** **Nonpriority creditor's name and mailing address**

SHANGHAI TOEX INTERNATIONAL TRADING CO LTD
Creditor Name

LI GE BIN
Creditor's Notice name

FLOOR 5, BUILDING 6, NO. 67 ZHUJIN ROAD, SONGJIANG
DISTRICT, SHANGHAI
Address

| SHANGHAI | | 201615 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           4,152,428.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.513 Nonpriority creditor's name and mailing address**

SHANGHAI WINGS INTERNATIONAL TRADING CO LTD
Creditor Name

JENNIFER ZHANG
Creditor's Notice name

Room 505, BLDG.59, NO.461 HONGCAO ROAD
Address

| XUHUI | | 200233 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,385,300.67

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.514 Nonpriority creditor's name and mailing address**

SHAOXING LANKOU TRADING CO LTD
Creditor Name

WANG WEIGUO
Creditor's Notice name

Room 1803, Building 3, Golden Times Mansion, Yuecheng District
Address

| SHAOXING CITY | | 312000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,882,737.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 258 of 324

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.515 Nonpriority creditor's name and mailing address**

SHAWN & ELLIOT DBA SESI JEWELRY USA
Creditor Name

FELIX KIM
Creditor's Notice name

944 S SERRANO AVE UNIT 207
Address

| LOS ANGELES | CA | 90006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 204,371.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.516 Nonpriority creditor's name and mailing address**

SHEER LABEL INC
Creditor Name

ANNIE MOK
Creditor's Notice name

17588 ROWLAND ST A298
Address

| CITY OF INDUSTRY | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 48,051.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.517 Nonpriority creditor's name and mailing address**

SHELTERPOINT LIFE INSURANCE COMPANY
Creditor Name

Creditor's Notice name

1225 FRANKLIN AVENUE, SUITE 475
Address

| GARDEN CITY | NY | 11530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  16,274.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.518 Nonpriority creditor's name and mailing address**

SHOW IN INC
Creditor Name

KEN HUAI
Creditor's Notice name

801 S GARFIELD AVE, STE 218
Address

| ALHAMBRA | CA | 91801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  690,360.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

Name

**3.519 Nonpriority creditor's name and mailing address**

SHOWS APPAREL CO LIMITED

Creditor Name

MR HAIRONG CHEN

Creditor's Notice name

FLAT T, 4/F., HARIBEST INDUSTRIAL BUILDING, 45-47 AU PUI WAN STREET

Address

FOTAN

City | State | ZIP Code

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,749.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.520 Nonpriority creditor's name and mailing address**

SILVER BUFFALO LLC

Creditor Name

ERIC SILVER

Creditor's Notice name

141 WEST 36TH STREET, FL 8

Address

NEW YORK | NY | 10018

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,401.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.521 Nonpriority creditor's name and mailing address**

Simon Property Group, Inc.
Creditor Name

Attn General Counsel
Creditor's Notice name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,316,864.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.522 Nonpriority creditor's name and mailing address**

SINOPROUD IMP & EXP CO LTD
Creditor Name

Sinoproud
Creditor's Notice name

No.29, 1st Jingbian Rd., Maqiao
Address

| Haining | | 314419 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        289,367.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| Name | |

**3.523** **Nonpriority creditor's name and mailing address**

Site Centers Corp.
Creditor Name

Attn General Counsel
Creditor's Notice name

3300 Enterprise Parkway
Address

| Beachwood | OH | 44122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,778.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.524** **Nonpriority creditor's name and mailing address**

SKY EAGLE LOGISTICS, INC.
Creditor Name

Creditor's Notice name

247 E REDONDO BEACH BLVD
Address

| GARDENA | CA | 90248 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,569.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.525** **Nonpriority creditor's name and mailing address**

SMITH, BREANNA
Creditor Name

LAGORIO LAW
Creditor's Notice name

42305 WASHINGTON ST STE 230
Address

| | | |
|---|---|---|
| Palm Desert | CA | 92211 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.526** **Nonpriority creditor's name and mailing address**

Snappy App, Inc.
Creditor Name

Creditor's Notice name

33 Irving Place, #5021
Address

| | | |
|---|---|---|
| New York | NY | 10003 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    4,436.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

**3.527**  **Nonpriority creditor's name and mailing address**

SNOGEN GREEN LTD
Creditor Name

HONG JUNG KU
Creditor's Notice name

13F, (Seocho-dong, Gangnam bldg., ) 396, Seocho-daero
Address

| Seocho-gu | | 06619 |
|---|---|---|
| City | State | ZIP Code |

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,691,524.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.528**  **Nonpriority creditor's name and mailing address**

SOLUCORE, LLC
Creditor Name

Creditor's Notice name

100 PARK AVE, 16TH FLOOR
Address

| NEW YORK | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    40,566.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number (if known) 25-10469

**3.529** **Nonpriority creditor's name and mailing address**

SONY MUSIC ENTERTAINMENT
Creditor Name

GIL ARONOW
Creditor's Notice name

26966 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    73,911.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.530** **Nonpriority creditor's name and mailing address**

SOUTH COAST AIR QUALITY
Creditor Name

Creditor's Notice name

21865 COPLEY DRIVE
Address

| DIAMOND BAR | CA | 91765 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,019.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

---

**3.531** **Nonpriority creditor's name and mailing address**

SOUTHERN TELECOM INC
Creditor Name

PERRY AYAL
Creditor's Notice name

5601 FIRST AVE
Address



BROOKLYN | NY | 11220
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                11,904.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.532** **Nonpriority creditor's name and mailing address**

SP PLUS CORPORATION
Creditor Name



Creditor's Notice name

200 E. RANDOLPH ST., SUITE 7700
Address



CHICAGO | IL | 60601
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.533  Nonpriority creditor's name and mailing address**

SPACO INC.
Creditor Name

Creditor's Notice name

3461 E 14TH ST
Address

LOS ANGELES          CA          90023
City                State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          637.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.534  Nonpriority creditor's name and mailing address**

SPARC Group F21, LLC
Creditor Name

c/o Authentic Brands Group, LLC
Creditor's Notice name

1411 Broadway, 21st Floor
Address

New York              NY          10018
City                State       ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $       322,636,062.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.535 Nonpriority creditor's name and mailing address**

Spectrum Capital R/E
Creditor Name

FFO Realty
Creditor's Notice name

1340 Smith Ave, Suite 200
Address

| Baltimore | MD | 21209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,773.72
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

SPICY CHIX INC
Creditor Name

KAREN FRAZIER
Creditor's Notice name

1753 E 21 ST STREET
Address

| LOS ANGELES | CA | 90508 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,230.15
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

Name

**3.537** **Nonpriority creditor's name and mailing address**

Spinoso Real Estate Group, LLC

Creditor Name

Attn Lease Admin

Creditor's Notice name

112 Northern Concourse

Address

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 130,162.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.538** **Nonpriority creditor's name and mailing address**

STABLEWAYS INTERNATIONAL FASHION LIMITED

Creditor Name

JACKY WANG

Creditor's Notice name

FLAT/RM 1612 16/F STERLING CENTRE NO.11 CHEUNG YUE STREET

Address

| CHEUNG SHA WAN | KLN | 200032 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 137,002.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

| | |
|---|---|
| **3.539 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,292,698.13 |
| STAGE GROUP CO LTD | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| LARRY LIU | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| ROOM 1801 18 FLOOR BUILDING A BAOLIAN SQUARE NO 1103 LIYU ROAD JINHUA | **Basis for the claim:** |
| Address | Trade Claim (Merch) |

| | | |
|---|---|---|
| ZHEJIANG | | 310021 |
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.540 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 252,713.94 |
| STAPLES INC. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| POST OFFICE BOX 660409 | **Basis for the claim:** |
| Address | Trade Claim (Non-Merch) |

| | | |
|---|---|---|
| DALLAS | TX | 75266-0409 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

---

**3.541 Nonpriority creditor's name and mailing address**

STATEMENT ACCESSORIES LLC DBA TRUE LOVE

Creditor Name

TRUE LOVE ACCESSORIES/STATEMENT ACCESSORIES LLC

Creditor's Notice name

RAYMOND BRAHA

Address

10 WEST 33RD ST SUITE 210

| NEW YORK | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                173,050.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.542 Nonpriority creditor's name and mailing address**

STITCH FUSION APPAREL GROUP INC

Creditor Name

IVAN YAP

Creditor's Notice name

550 7TH AVENUE 17TH FLOOR

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                143,352.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469
_____
Name

**3.543** **Nonpriority creditor's name and mailing address**

Stockdale Capital Partners
Creditor Name

_____
Creditor's Notice name

11601 Wilshire Blvd. Suite 1750
Address

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    4,301.07
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.544** **Nonpriority creditor's name and mailing address**

STORM APPAREL LIMITED
Creditor Name

HENG LIN
Creditor's Notice name

ROOM 1318-19 13F HOLLYWOOD PLAZA 610 NATHAN ROAD
Address

| HONG KONG | HK | 610HKG |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  161,943.53
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.545 Nonpriority creditor's name and mailing address**

STORM MANAGEMENT LLC
Creditor Name

Creditor's Notice name

11012 VENTURA BLVD #G
Address

| STUDIO CITY | CA | 91604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.546 Nonpriority creditor's name and mailing address**

STRATEGIQ COMMERCE LLC
Creditor Name

Creditor's Notice name

217 N. JEFFERSON ST., FL 3
Address

| CHICAGO | IL | 60661 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,001.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469
_____

**3.547** **Nonpriority creditor's name and mailing address**

Sultan and Edwards, Kenisha S. and Alisa E.
_____
Creditor Name

JOSEPH & NORINSBERG, LLC
_____
Creditor's Notice name

JONATHAN A. TAND, ESQ.
_____
Address

110 East 59th Street, Suite 3200
_____

_____

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.548** **Nonpriority creditor's name and mailing address**

SUMEC TEXTILE AND LIGHT INDUSTRY CO LTD
_____
Creditor Name

FAN WENYE
_____
Creditor's Notice name

SUMEC INTERNATIONAL PLAZA NO 68 YUNLONGSHAN ROAD
NANJING
_____
Address

_____

| JIANGSU | | 210019 |
|---|---|---|
| City | State | ZIP Code |

CHINA
_____
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 188,247.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.549 Nonpriority creditor's name and mailing address**

Summit Properties USA
Creditor Name

Attn Lease Administration
Creditor's Notice name

1350 Avenue of the Americas, 19th Fl, Ste. 1925
Address

New York    NY    10019
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    190,866.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.550 Nonpriority creditor's name and mailing address**

Sunteck Transport Co.
Creditor Name

Creditor's Notice name

4500 Slisbury Rd. Ste 305
Address

Jacksonville    FL    32216
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    15,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.551** **Nonpriority creditor's name and mailing address**

SUPER IMPULSE USA LLC
Creditor Name

ALAN DORFMAN
Creditor's Notice name

10 CANAL STREET SUITE 330
Address

| BRISTOL | PA | 19007 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,008.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.552** **Nonpriority creditor's name and mailing address**

SUXING GARMENT HONGKONG CO LIMITED
Creditor Name

JACK KUANG
Creditor's Notice name

BENNIU TOWN, WUJIN DISTRIC, CHANGZHOU
Address

| CHANGZHOU | | 213131 |
|-----------|-----|-------|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,561.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**3.553 Nonpriority creditor's name and mailing address**

SUZHOU SOFINE IMPORT & EXPORT CO LTD
Creditor Name

Xiangquan Cao
Creditor's Notice name

68#TIANLUN GARDEN MUDU TOWN, WUZHONG DISTRICT
Address

ROOM 8802, 229#SHISHAN ROAD

| | | |
|---|---|---|
| SUZHOU | | 215011 |
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 576,423.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.554 Nonpriority creditor's name and mailing address**

SWEET APPAREL INC
Creditor Name

YOSEF ABOHAMRA
Creditor's Notice name

128 32ND STREET 5TH FLOOR
Address

| | | |
|---|---|---|
| BROOKLYN | NY | 11232 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 230,997.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.555** **Nonpriority creditor's name and mailing address**

TALEND, INC
Creditor Name

Creditor's Notice name

400 South El Camino Real, Suite 1400
Address

| | | |
|---|---|---|
| San Mateo | CA | 94402 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 39,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**

Tanger Factory Outlet Centers, Inc.
Creditor Name

Attn Legal Department
Creditor's Notice name

3200 Northline Avenue, Suite 360
Address

| | | |
|---|---|---|
| Greensboro | NC | 27408 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 132,072.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

3.557 **Nonpriority creditor's name and mailing address**

TARAE CO LTD
Creditor Name

MOOK KIM
Creditor's Notice name

607 SUPER STAR TOWER 10, WIRYESEOIL-RO
Address


SUJEONG-GU
City | State | ZIP Code

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 65,565.35
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558 **Nonpriority creditor's name and mailing address**

Taylor, Jillian
Creditor Name

KERMANI LLP
Creditor's Notice name

Mohamad Ahmad
Address

2719 Wilshire Blvd. Ste. 200


Santa Monica | CA | 90403
City | State | ZIP Code


Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ Undetermined
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

---

**3.559** **Nonpriority creditor's name and mailing address**

TEAM ONWARD AGENCY, LLC

Creditor Name

Creditor's Notice name

5575 WOOD FALLS DRIVE

Address

| BUFORD | GA | 30518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.560** **Nonpriority creditor's name and mailing address**

Tech Mahindra Americas Inc.

Creditor Name

Creditor's Notice name

5700 Democracy Drive, Suite 2000

Address

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 210,511.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**3.561 Nonpriority creditor's name and mailing address**

TECHNOLOGY RECOVERY GROUP, LTD
Creditor Name

Creditor's Notice name

31390 VIKING PARKWAY
Address

| WESTLAKE | OH | 44145 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                      2,856.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.562 Nonpriority creditor's name and mailing address**

The Coca-Cola Company
Creditor Name

Creditor's Notice name

One Coca-Cola Plaza NW
Address

| Atlanta | GA | 30313 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                     11,681.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**3.563** **Nonpriority creditor's name and mailing address**

The Feil Organization

Creditor Name

Attn Legal Department

Creditor's Notice name

7 Penn Plaza, 11th Floor

Address

7th Avenue at 31st Street

| New York | NY | 10001 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                60,528.26

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.564** **Nonpriority creditor's name and mailing address**

The Forbes Company

Creditor Name

Creditor's Notice name

100 Galleria Officentre, Suite 427

Address

Post Office Box 667

| Southfield | MI | 48037-0667 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                52,903.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.565 Nonpriority creditor's name and mailing address**

The Harlem Irving Co.
Creditor Name

Attn General Counsel
Creditor's Notice name

4104 North Harlem Avenue
Address

| Norridge | IL | 60706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,216.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.566 Nonpriority creditor's name and mailing address**

The Karlin Law Firm LLP
Creditor Name

Creditor's Notice name

13522 Newport Ave, Suite 201
Address

| Tustin | CA | 92780 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,427.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

Name

**3.567 Nonpriority creditor's name and mailing address**

THE KENDALL COMPLIANCE GROUP, INC.

Creditor Name

Creditor's Notice name

33175 TEMECULA PARKWAY

Address

SUITE A-311

| TEMECULA | CA | 92592 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               9,960.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.568 Nonpriority creditor's name and mailing address**

The Outlet Resource Group (TORG)

Creditor Name

Creditor's Notice name

980 N Michigan Ave, Suite 1660

Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               5,353.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.569** **Nonpriority creditor's name and mailing address**

The Taubman Company
Creditor Name

Attn Lease Administration
Creditor's Notice name

200 East Long Lake Road
Address

PO Box 200

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 334,330.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

THIRTY SINGLE LLC
Creditor Name

AMIR OHEBSION
Creditor's Notice name

1929 HOOPER AVE
Address

| LOS ANGELES | CA | 90011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 87,793.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**3.571 Nonpriority creditor's name and mailing address**

THOMAS AND THORNGREN, INC.

Creditor Name

Creditor's Notice name

ONE VANTAGE WAY

Address

SUITE A-105

| NASHVILLE | TN | 37228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,104.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.572 Nonpriority creditor's name and mailing address**

TikTokInc

Creditor Name

Creditor's Notice name

5800 Bristol Pkwy, Suite 100

Address

Attn Finance Dept. 5800

| Culver City | CA | 90230 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 58,812.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

___

**3.573 Nonpriority creditor's name and mailing address**

Tobias, Jessica, Keith BarrH
Creditor Name

Pius A. Obioha
Creditor's Notice name

1550 North Broad St
Address

New Orleans | LA | 70119
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

___

**3.574 Nonpriority creditor's name and mailing address**

TOKIDOKI LLC
Creditor Name

POONEH MOHAJER
Creditor's Notice name

5655 WEST ADAMS BLVD
Address

LOS ANGELES | CA | 90016
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  95,300.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

___

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.575 Nonpriority creditor's name and mailing address**

Trademark Property Company
Creditor Name

Attn Vice President Real Estate
Creditor's Notice name

1701 River Run, Suite 500
Address

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 63,218.46
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.576 Nonpriority creditor's name and mailing address**

TRCC-Rock Outlet Center, LLC
Creditor Name

Attn General Counsel
Creditor's Notice name

4436 LEBEC RD
Address

| LEBEC | CA | 93243 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,383.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**3.577  Nonpriority creditor's name and mailing address**

Triple Five Corp.

Creditor Name

Creditor's Notice name

2131 Lindau Lane, Suite 500

Address

| Bloomington | MN | 55425-2640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    0.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.578  Nonpriority creditor's name and mailing address**

TRL SYSTEMS, INC.

Creditor Name

Creditor's Notice name

9531 MILIKEN AVENUE

Address

| RANCHO CUCAMONGA | CA | 91730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  728.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | |
|---|---|
| 3.579 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 130,132.88 |

TROY DESIGNS INC
Creditor Name

JOSEPH GUTENTAG
Creditor's Notice name

127 EAST 9TH STREET SUITE#507
Address

LOS ANGELES        CA        90015
City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.580 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 170,296.25 |

TRUESOURCE LLC
Creditor Name

Creditor's Notice name

2929 EXPRESSWAY DR. N. STE 300B
Address

ISLANDIA        NY        11749
City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.581  Nonpriority creditor's name and mailing address**

Twin Sauce

Creditor Name

Creditor's Notice name

1103 Grand Blvd Apt. 901

Address

| Kansas City | MO | 64106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  7,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.582  Nonpriority creditor's name and mailing address**

TWO BOYS DESIGNS INC

Creditor Name

Gail Hernandez

Creditor's Notice name

1896 HELEN COURT

Address

| MERRICK | NY | 11566 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  140,490.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.583 Nonpriority creditor's name and mailing address**

U KNITS INC
Creditor Name

Yae Young, Yoo
Creditor's Notice name

R#1504, MARIO TOWER, 28 DIGITAL-RO 30 GIL
Address

GURO-GU
City    State    ZIP Code

SOUTH KOREA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 14,824.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.584 Nonpriority creditor's name and mailing address**

UCC DISTRIBUTING INC
Creditor Name

JOHN OROZCO
Creditor's Notice name

2580 PIONEER AVE #A
Address

VISTA    CA    92081
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 38,582.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*    25-10469

Name

---

**3.585** **Nonpriority creditor's name and mailing address**

UCRAVE INC
Creditor Name

KHURRAM IQBAL
Creditor's Notice name

1384 BROADWAY, SUITE 406
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 71,046.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

UDELL WANG LLP
Creditor Name

Creditor's Notice name

65 N. Raymond Avenue, Suite 220
Address

| Pasadena | CA | 91103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,126.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.587 Nonpriority creditor's name and mailing address**

ULINE, INC.
Creditor Name

Creditor's Notice name

PO BOX88741
Address

| CHICAGO | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    13,245.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.588 Nonpriority creditor's name and mailing address**

Understated Leather Ltd
Creditor Name

Mark Fritsche, Esq
Creditor's Notice name

1900 N. Pearl Street suite 1800
Address

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.589 **Nonpriority creditor's name and mailing address**

Unibail-Rodamco-Westfield (URW)
Creditor Name

Attn Legal Department
Creditor's Notice name

2049 Century Park East, 41st Floor
Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    184,171.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

3.590 **Nonpriority creditor's name and mailing address**

UNITED DENIM GROUP LLC
Creditor Name

JOEL AUERBACH
Creditor's Notice name

1431 BROADWAY #5th FLOOR
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    604,120.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

**3.591  Nonpriority creditor's name and mailing address**

United Parcel Service, Inc.
Creditor Name



Creditor's Notice name

55 Glenlake Pkwy, NE
Address



| Atlanta | GA | 30328 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            317,269.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.592  Nonpriority creditor's name and mailing address**

UNIVERSAL ENVIRONMENTAL CONSULTING
Creditor Name



Creditor's Notice name

266 BANGOR ST.
Address



| LINDENHURST | NY | 11757 |
|-------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            379,123.82
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.593** **Nonpriority creditor's name and mailing address**

Urban Edge Properties
Creditor Name

Attn Legal Department
Creditor's Notice name

210 Route 4 East
Address

| Paramus | NJ | 07652 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 35,333.78
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.594** **Nonpriority creditor's name and mailing address**

URBAN NATION APPAREL INC
Creditor Name

Shahram Bijan
Creditor's Notice name

17023 Summer Meadow Lane
Address

| Sonoma | CA | 95476 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,654,992.38
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.595 Nonpriority creditor's name and mailing address**

Urban Retail Properties, LLC
Creditor Name

Creditor's Notice name

50 Public Square, Suite 1360
Address

| Cleveland | OH | 44113-2267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              9,892.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.596 Nonpriority creditor's name and mailing address**

USAOPOLY INC
Creditor Name

KATIE LOWTHER
Creditor's Notice name

5999 AVENIDA ENCINAS SUITE 150
Address

| CARLSBAD | CA | 92008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             37,161.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

**3.597** **Nonpriority creditor's name and mailing address**

V & E ACCESSORIES INC
Creditor Name

Creditor's Notice name

3rd FL, RM 306, Di Wang plaza, Chang Qing Rd Chang-An Town
Address

| Dong Guang | | 523845 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               547,439.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.598** **Nonpriority creditor's name and mailing address**

Vantiva Global Logistics, LLC
Creditor Name

Creditor's Notice name

4855 PEACHTREE INDUSTRIAL BLVD.
Address

SUITE 200

| NORCROSS | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               74,156.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  F21 OpCo, LLC
Case number *(if known)*: 25-10469

**3.599  Nonpriority creditor's name and mailing address**

Vasser, Toni L.
Creditor Name

THE WILLIAMS LAW FIRM
Creditor's Notice name

863 Flat Shoals Rd. #164
Address

| Conyers | GA | 30094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.600  Nonpriority creditor's name and mailing address**

VELOCITY APPARELZ FOR READYMADE GARMENT ESC
Creditor Name

SIDDHARTH SINHA
Creditor's Notice name

D3-01/B SAIF ZONE PUBLIC FREE ZONE PO BOX 41111
Address

| ISMAILIA | | |
|---|---|---|
| City | State | ZIP Code |

EGYPT
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            899,282.17
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*   25-10469

---

**3.601 Nonpriority creditor's name and mailing address**

Vestar Property Management
Creditor Name

Creditor's Notice name

2415 E. Camelback Road, Suite 100
Address

| Phoenix | AZ | 85016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.602 Nonpriority creditor's name and mailing address**

VIACOM INTERNATIONAL INC
Creditor Name

Creditor's Notice name

1515 BROADWAY
Address

| NEW YORK | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              76,799.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: F21 OpCo, LLC
Name

Case number (if known)  25-10469

**3.603 Nonpriority creditor's name and mailing address**

Vornado Realty Trust
Creditor Name

Attn Chief Financial Officer
Creditor's Notice name

210 Route 4 East
Address

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 260,415.29
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.604 Nonpriority creditor's name and mailing address**

WARNER BROS. CONSUMER PRODUCTS INC.
Creditor Name

Creditor's Notice name

4000 WARNER BLVD 1 56 S OFFICE 41733
Address

| BURBANK | CA | 91522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 43,437.90
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.605** **Nonpriority creditor's name and mailing address**

Washington Prime Group
Creditor Name

Attn General Counsel
Creditor's Notice name

4900 East Dublin Granville Road, 4th Floor
Address

| Columbus | OH | 43081 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,599.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.606** **Nonpriority creditor's name and mailing address**

WASHINGTON RETAIL ASSOCIATION
Creditor Name

Creditor's Notice name

618 QUINCE ST SE
Address

PO Box 2227

| OLYMPIA | WA | 98501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,056.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

### 3.607 Nonpriority creditor's name and mailing address

WEIHAI HILOW IMP & EXP CO LTD
Creditor Name

WEIGON ZHAO
Creditor's Notice name

ROOM 1409 NO 268-2 SHICHANG RD
Address

| WEIHAI | | 264200 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,127,024.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.608 Nonpriority creditor's name and mailing address

WEIHAI LONGYI IMPORT AND EXPORT CO LTD
Creditor Name

KANG ZHONGZHEN
Creditor's Notice name

ROOM 706, JIAHE MANSION, NO. 55, HAIBIN SOUTH ROAD
Address

| WEIHAI | | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 785,228.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.609 Nonpriority creditor's name and mailing address**

WELL GALLANT LIMITED
Creditor Name

PATRICK ZHANG
Creditor's Notice name

SUITE 2401 24/F CHINA INSURANCE GROUP BUILDING, 141 DES VOEUX ROAD CENTRAL
Address

| HONG KONG | | HKG |
|---|---|---|
| City | State | ZIP Code |

HONG KONG
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 305,143.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.610 Nonpriority creditor's name and mailing address**

WENDYLOU ACCESSORIES INC
Creditor Name

WENDY HARRISON YORK
Creditor's Notice name

30941 AGOURA ROAD#310
Address

| WESTLAKE VILLAGE | CA | 91361 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 202,059.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.611 Nonpriority creditor's name and mailing address**

WENZHOU DATURA ACCESSORIES IMPORT & EXPO
Creditor Name

Creditor's Notice name

2F, 1# Chuangyi Building, 56# Nanxijiang Road, Economic and Technological
Address

Development Zone, Wenzhou

| ZHEJIANG | | 325011 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,408,042.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.612 Nonpriority creditor's name and mailing address**

WENZHOU EASTSTAR IMPORT & EXPORT CO LTD
Creditor Name

ZHU JIATAO
Creditor's Notice name

1101, JIANSHI BLD, WENZHOU AVENUE 2881, LUCHENG DISTRICT
Address

ROOM 1502, 5A BUILDING, YUEHU DISTRICT

XICHENG ROAD

| ZHEJIANG PROVINCE | | 325027 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,227.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   F21 OpCo, LLC

Case number *(if known)*   25-10469

**3.613 Nonpriority creditor's name and mailing address**

WENZHOU EVERSTAR IMPORT & EXPORT CO LTD
Creditor Name

BOB ZHOU
Creditor's Notice name

NO 165 WENZHOU AVE, ECONOMIC AND TECHNOLOGY
DEVELOPMENT ZONE
Address

WENZHOU,
ZHEJIANG
City               State              ZIP Code

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                12,917.70
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑   No

☐   Yes

**3.614 Nonpriority creditor's name and mailing address**

WENZHOU HISIGHT INTERNATIONAL TRADE CO LTD
Creditor Name

JAMES XIE
Creditor's Notice name

2ND FLOOR BUILDING 3, NO. 145, SHANGJIANG ROAD
Address

WENZHOU                          325000
City               State              ZIP Code

CHINA
Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                18,938.07
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor: F21 OpCo, LLC

Case number *(if known)* 25-10469

**3.615 Nonpriority creditor's name and mailing address**

WENZHOU HONGSHEN INTERNATIONAL TRADE CO LTD
Creditor Name

CHEN GAOLIN
Creditor's Notice name

13F, Bldg 5, Daziran, NO.103 Shifu Road, Lucheng District, Wenzhou
Address

| WENZHOU | | 325000 |
|---------|-------|--------|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,267.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.616 Nonpriority creditor's name and mailing address**

West Acres Development, LLP
Creditor Name

Attn Chief Executive Officer
Creditor's Notice name

3902 13th Ave. S., Suite 3717
Address

| Fargo | ND | 58103 |
|-------|-------|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,655.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

**3.617  Nonpriority creditor's name and mailing address**

WEST BRIDGE APPAREL INC
Creditor Name

STEVE GUO
Creditor's Notice name

214 W 39TH ST RM 300
Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              706,148.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.618  Nonpriority creditor's name and mailing address**

WILHELMINA INTERNATIONAL INC.
Creditor Name

Creditor's Notice name

300 PARK AVE SOUTH
Address

| NEW YORK | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               15,540.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

### 3.619 Nonpriority creditor's name and mailing address

Williams, Denver
Creditor Name

Ewall & Ewall Law Offices
Creditor's Notice name

946 Park Ave
Address

| Huntington | NY | 11743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.620 Nonpriority creditor's name and mailing address

Wilmorite Management Group, LLC
Creditor Name

Attn General Counsel
Creditor's Notice name

1265 Scottsville Road
Address

| Rochester | NY | 14624 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,350.21
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*: 25-10469

3.621 **Nonpriority creditor's name and mailing address**

Wilson, Christina, Individually and on behalf of her minor child J.B.
Creditor Name

Mark W. Nicholson
Creditor's Notice name

9702 E. Washington St Suite 171
Address

Indianapolis        IN        46229
City        State        ZIP Code

Country

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.622 **Nonpriority creditor's name and mailing address**

WIS IVS, LLC ( fka RGIS, LLC)
Creditor Name

Creditor's Notice name

2000 Taylor Rd, Suite 200
Address

Auburn Hills        MI        48326
City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                238,776.67
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number (if known) 25-10469

3.623 **Nonpriority creditor's name and mailing address**

WITHY INC

Creditor Name

RAN YOON

Creditor's Notice name

1250 LONG BEACH AVE STE 121

Address

| LOS ANGELES | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 747,711.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

3.624 **Nonpriority creditor's name and mailing address**

Womble Bond Dickinson (US) LLP

Creditor Name

Creditor's Notice name

One West Fourth Street

Address

| Winston-Salem | NC | 27101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,671.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*  25-10469

**3.625** **Nonpriority creditor's name and mailing address**

WONG, AMY

Creditor Name

SCOTT WARMUTH

Creditor's Notice name

17700 CASTLETON ST STE 168

Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Undetermined

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.626** **Nonpriority creditor's name and mailing address**

Woodbury Corporation

Creditor Name

Attn Legal Department

Creditor's Notice name

2733 East Parleys Way, Suite 300

Address

| Salt Lake City | UT | 84109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                9,720.62

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Landlord Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**3.627** **Nonpriority creditor's name and mailing address**

XIAMEN JUOU TRADING CO LTD

Creditor Name

LIU CHANG DI

Creditor's Notice name

UNIT 2 11C NO.10 NORTH HUBIN ROAD XINGANG SQUARE SIMING
DISTRICT XIAMEN

Address

| FUJIAN | | 361000 |
|---|---|---|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 202,102.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

XIN MENG INTERNATIONAL CO LTD

Creditor Name

Creditor's Notice name

Room 803, Chevalier House, 45-51 Chatham Road South

Address

| Tsim Sha Tsui | KLN | 999077 |
|---|---|---|
| City | State | ZIP Code |

HONG KONG

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 468,210.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.629 Nonpriority creditor's name and mailing address**

YANTAI YIMEI TRADING CO LTD
Creditor Name

YU XUBO
Creditor's Notice name

RM#2101 DINGXIN MANSION, NO.51 HUAXIA ROAD
Address

| WEIHAI | | 265100 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 853,849.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.630 Nonpriority creditor's name and mailing address**

YB INTERNATIONAL LIMITED
Creditor Name

YIWU YB INTERNATIONAL
Creditor's Notice name

ALEX PARK
Address

3fl 2nd building No 1006 Xiangshang Road

| YIWU CITY | | 322000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 425,004.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*   25-10469
_____

**3.631  Nonpriority creditor's name and mailing address**

YIWU CASA FASHION INTERNATIONAL CO LTD
_____
Creditor Name

WILLIAM FANG
_____
Creditor's Notice name

1NO. 700 XiangMin Road Nian San Li St.
_____
Address

_____

_____

| YIWU CITY | | 322013 |
|---|---|---|
| City | State | ZIP Code |

CHINA
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              1,217,374.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.632  Nonpriority creditor's name and mailing address**

YIWU YUNMENGZE IMP & EXP CO LTD
_____
Creditor Name

MICHAEL HU
_____
Creditor's Notice name

FLOOR 2 BUILDING 3 NO 41 DASHI ROAD FOTANG TOWN
ZHEJIANG
_____
Address

_____

_____

| YIWU | | 322000 |
|---|---|---|
| City | State | ZIP Code |

CHINA
_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                78,336.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim (Merch)
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.633 Nonpriority creditor's name and mailing address**

Young Electric Sign Company
Creditor Name

Creditor's Notice name

2401 Foothill Drive
Address

| Salt Lake City | UT | 84109 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,670.72
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Non-Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.634 Nonpriority creditor's name and mailing address**

YOUNG PLUS TRADING HK CO LTD
Creditor Name

LIN LIN LIN
Creditor's Notice name

419 ROOM, QIAOXING BUILDING NO.33 XINGNAN ROAD PANYU DISTRICT
Address

| GUANGZHOU | | |
|---|---|---|
| City | State | ZIP Code |

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,669,160.10
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

**3.635** **Nonpriority creditor's name and mailing address**

YVO PEOPLE INC
Creditor Name

JIN WOO
Creditor's Notice name

4621 PACIFIC BLVD
Address

| VERNON | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,268.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.636** **Nonpriority creditor's name and mailing address**

Zembula Inc.
Creditor Name

Creditor's Notice name

8201 SE 17th Ave., Suite 100
Address

| Portland | OR | 97202 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,627.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Non-Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

**3.637** **Nonpriority creditor's name and mailing address**

ZHEJIANG JIAXIN SILK CORP LTD
Creditor Name

XU HONG
Creditor's Notice name

NO 588 ZHONGHUAN ROAD WEST JIAXING
Address


ZHEJIANG | ZHEJIANG | 314033
City | State | ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,511.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.638** **Nonpriority creditor's name and mailing address**

ZHEJIANG YIHENG TEXTILE TECHNOLOGY CO LTD
Creditor Name

EVA
Creditor's Notice name

No. 8, ShuangJin Road, Datang Street
Address


ZHUJI CITY | | 311801
City | State | ZIP Code

CHINA
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 185,880.28
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim (Merch)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**3.639  Nonpriority creditor's name and mailing address**

ZHEJIANG YODU IMP & EXP CO LTD

Creditor Name

WESLEY WU

Creditor's Notice name

7F, No.599 Huigang Road

Address

| YIWU | | 322000 |
|------|-------|---------|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                664,467.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.640  Nonpriority creditor's name and mailing address**

ZHEJIANG ZHONGDA SUNJOY TRADING CO LTD

Creditor Name

Ye Zi

Creditor's Notice name

18th Floor, Tower A, Zhongda Plaza, No.366 Zhongshan Rd

Address

| HANGZHOU | | 310003 |
|----------|-------|---------|
| City | State | ZIP Code |

CHINA

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 59,865.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

---

**3.641 Nonpriority creditor's name and mailing address**

ZILI INC

Creditor Name

KEVIN CHUNG

Creditor's Notice name

16625 CHARIOT PLACE

Address

| HACIENDA HEIGHTS | CA | 91745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,475.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.642 Nonpriority creditor's name and mailing address**

ZORBITZ INC

Creditor Name

ROBIN HEYMSFIELD

Creditor's Notice name

5948 LINDENHURST AVE

Address

| LOS ANGELES | CA | 90036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,364.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim (Merch)

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐  Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $      0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $      674,810,869.49 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      674,810,869.49 |

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | 1 Model Management LA, LLC |
| | | *Name* |
| | | |
| | | *Notice Name* |
| | | 529-531 Westmount Dr |
| State the term remaining | Undetermined | *Address* |
| List the contract number of any government contract | | |
| | | West Hollywood    CA    90048 |
| | | *City*    *State*    *ZIP Code* |
| | | |
| | | *Country* |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement Purchase Order Terms and Conditions | 119 Investments Ltd. |
| | | *Name* |
| | | |
| | | *Notice Name* |
| | | 11 Pipers Avenue |
| State the term remaining | Undetermined | *Address* |
| | | Airlie Heights, Cave Hill, St. Michael |
| List the contract number of any government contract | | |
| | | Bridgetown |
| | | *City*    *State*    *ZIP Code* |
| | | Barbados |
| | | *Country* |

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

---

**2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Temp Labor (Buying) | 24 Seven Topco LLC

Name

Notice Name

**State the term remaining** | Undetermined

105 Maxess Road, Suite N201

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Melville | NY | 11747 |

Country

---

**2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | 28th Ave Management LLC

Name

Notice Name

**State the term remaining** | Undetermined

17 28th Ave #103

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Venice | CA | 90291 |

Country

---

**2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Bellis Fair, 1 Bellis Fair Parkway, Ste #532, Bellingham, WA 98226 (Store ID 1622) | 4th Dimension Properties

Name

Notice Name

**State the term remaining** | 6/30/2026

1909 Tyler Street, Suite 401

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Hollywood | FL | 33020 |

Country

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Enterprise PLM, Program manager to implement product life cycle management |

703 OPCO
_____
Name

c/o 703 Advisors
_____
Notice Name

863 County Road 2
_____
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Accord | NY | 12404 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

86, LLC
_____
Name

_____
Notice Name

527 W. 7th St. Suite 607
_____
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Los Angeles | CA | 90017 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | License and Distribution Agreement Summary of Commercial Terms |

A.R. Retail S.A. dba ALAMEDA DC
_____
Name

_____
Notice Name

Ave 5TA Entre Calle Ira Y 2DA, Medieval Zona Libre
_____
Address

Area Comercial, France Field, Zona Libre De Colon

| | | |
|---|---|---|
| | **State the term remaining** | 12/31/2030 |
| | **List the contract number of any government contract** | |

Colon, Colon

Cristobal
_____
City                          State                          ZIP Code

Panama
_____
Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance-HVAC |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

ACCO Engineered Systems, Inc.
Name

Notice Name

888 East Walnut Street
Address

| Pasadena | CA | 91101 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Accounting/Tax Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Accruent Inc
Name

Notice Name

Domain 3, 11501 Domain Drive Suite 160
Address

| Austin | TX | 78758 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Acnovate Corporation
Name

Notice Name

3160 De La Cruz Blvd, Suite #206, #212
Address

| Santa Clara | CA | 95054 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

---

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | License and Distribution Agreement Summary of Commercial Terms | Aditya Birla Fashion and Retail Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Piramal Agastya Corporate Park, Building A, 4th and 5th Floor |
| | **State the term remaining** | 12/31/2039 | Address |
| | | | Unit No. 401, 403, 501, 502, L.B.S. Road |
| | **List the contract number of any government contract** | | Kurla |

| | | | Mumbai | | 400 070 |
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

---

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecommerce Marketing | adMarketplace, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 90 Park Ave, 11th Floor |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | New York | NY | 10016 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

---

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Payroll Service | ADP, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 ADP Boulevard |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | | Roseland | NJ | 07068 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number (if known):   25-10469

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**

GA4, GTM Licenses

Adswerve (fka Analytics Pro)
_____
Name

Attn Legal Department
_____
Notice Name

999 18th Street, Suite 2301N
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Insurance & Benefits

Aero Cares
_____
Name

_____
Notice Name

141 West 40th Street
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Yuma | AZ | 85365 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

A-Frame LLC
_____
Name

_____
Notice Name

12001 Ventura Place Suite #400
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Studio City | CA | 91604 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:    F21 OpCo, LLC

Case number *(if known)*    25-10469

| | |
|---|---|
| | **Name** |

**2.18** **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Accounting/Tax Services

Agilence, Inc
Name

Notice Name

309 Fellowship Road - Suite 200
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.19** **State what the contract or lease is for and the nature of the debtor's interest**    General Liability Insurance - Puerto Rico

AIG Insurance Company-Puerto Rico
Name

Notice Name

250 Munoz Rivera Avenue
Address

American International Plaza, Suite 500

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Hato Rey | PR | 00918 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.20** **State what the contract or lease is for and the nature of the debtor's interest**    Maintenance-HVAC

Air Control Systems, Inc
Name

Notice Name

1940 South Grove Ave
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Store to Store |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Aire-Ride Transfer, Inc.
Name

Notice Name

595 Shrewsbury Avenue, Suite 204
Address

| Shrewsbury | NJ | 07702 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Mobil App experience |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Airship Group, Inc
Name

Notice Name

1225 W. Burnside Suite 401
Address

| Portland | OR | 97209 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Royalties |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Airwalk
Name

c/o Authentic Brands Group, LLC
Notice Name

Attention Legal Department
Address

1411 Broadway, 21st Floor

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

---

**2.24** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Ecommerce Marketing

Akeneo Inc

Name

Notice Name

Alewife Brook Parkway Suite 210

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cambridge | MA | 02138 |

Country

---

**2.25** **State what the contract or lease is for and the nature of the debtor's interest**

Alarm Fees/Maint/Inspection

Alarm And Electronics Systems. LLC.

Name

Notice Name

13973 SW 140 St.

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Miami | FL | 33186 |

Country

---

**2.26** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Alexa Elizabeth Klein

Name

Notice Name

Address on File

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

---

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Settlement |

Alexander Todd Smith
Name

Notice Name

Address on File
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Alexus Danisha Epps
Name

Notice Name

Address on File
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Prop 65 |

Allen Matkins Leck Gamble
Name

Notice Name

515 South Figueroa St. 9th Fl
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | Allied Digital |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2377 Crenshaw Blvd, Suite 320 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Torrance     CA     90501 |
| | | | City     State     ZIP Code |
| | | | Country |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | EE Benefit Witholding | Allstate Indemnity |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2775 Sanders Road |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Northbrook     IL     60062 |
| | | | City     State     ZIP Code |
| | | | Country |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Guard Services | Altima Security & Consultant |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Urbanizacion Baldrich, 339 Ave. Cayetano Coll Y Toste |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | San Juan     PR     00918 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.33** **State what the contract or lease is for and the nature of the debtor's interest** Models/Influencers/Freelancers

Amanda Hinojosa
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

**2.34** **State what the contract or lease is for and the nature of the debtor's interest** Inventory Merchandise Freight In

Amass Global Network (US) Inc
Name

Notice Name

13191 Crossroads Parkway N
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

Industry | CA | 91746
City | State | ZIP Code

Country

**2.35** **State what the contract or lease is for and the nature of the debtor's interest** Roundup

American Women for International Underst
Name

Notice Name

1900 East Golf Road, Suite 950
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

Schaumburg | IL | 60173
City | State | ZIP Code

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Customer Data Platform

Amperity
_____
Name

_____
Notice Name

701 5th Ave 26th Floor
_____
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Ana Escalante
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Andrea Marie Fuentes
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Andrew David Arboleda
Name

Notice Name

Address on File

**State the term remaining** | Undetermined
Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

**2.40** **State what the contract or lease is for and the nature of the debtor's interest**

Health Insurance for EEs

Anthem Blue Cross
Name

Notice Name

220 Virginia Avenue
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

Indianapolis | IN | 46204
City | State | ZIP Code

Country

---

**2.41** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Anthony Benitez
Name

Notice Name

Address on File

**State the term remaining** | Undetermined
Address

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Freight | Apex Logistics International (NY) Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 145-68 228th St, Unit #3-4 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Springfield | NY | 11413 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Benefits | Arag North America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 500 Grand Avenue, Suite 100 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Des Moines | IA | 50309-2405 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Legal Service Insurance for EEs | Arag North America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 500 Grand Avenue, Suite 100 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| Des Moines | IA | 50309-2405 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

---

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Name: Arlette Rojano

Notice Name:

Address on File

Address:

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| | | |

Country:

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Freight to Redirect US Logistics Shipments

Name: Armstrong Transportation

Notice Name:

1120 S Tryon, Suite 500

Address:

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Charlotte | NC | 28203 |

Country:

---

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Name: Art Department LA, Inc.

Notice Name:

424 E. San Marino Drive

Address:

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Miami | FL | 33139 |

Country:

---

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**2.48** **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Artlist Ltd
Name

Notice Name

**State the term remaining**    Undetermined

PO Box 84
Address

**List the contract number of any government contract**

Afikim, Jordan Valley    1514800
City    State    ZIP Code

Israel
Country

**2.49** **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Associated Talent, Inc.
Name

Notice Name

**State the term remaining**    Undetermined

25 Worcester Square
Address

**List the contract number of any government contract**

Boston    MA    02118
City    State    ZIP Code

Country

**2.50** **State what the contract or lease is for and the nature of the debtor's interest**    Telephone/DSL

AT&T Communication Services
Name

Notice Name

**State the term remaining**    Undetermined

Mohan Dev House, 13, Tolstoy Marg
Address

**List the contract number of any government contract**

New Delhi    110001
City    State    ZIP Code

India
Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number (if known):    25-10469

---

**2.51** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | AT&T Corp
Name

| | | Notice Name

| | | 208 S. Akard Street, Suite 2954
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | Dallas | TX | 75202
| | | City | State | ZIP Code

| | | Country

---

**2.52** | **State what the contract or lease is for and the nature of the debtor's interest** | JIRA Ticket | Atlassian
Name

| | | Notice Name

| | | Level 6, 341 George St
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | Sydney | NSW | 2000
| | | City | State | ZIP Code

| | | Australia
| | | Country

---

**2.53** | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Marketing. Text Messages | Attentive Mobile Inc.
Name

| | | Notice Name

| | | 221 River Street 9th Floor
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | Hoboken | NJ | 07030
| | | City | State | ZIP Code

| | | Country

---

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*: _25-10469_

| | | | |
|---|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Tapout - ABG Royalties | Authentic Brands Group, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1411 Broadway, 21st Floor |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York | NY | 10018 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | B Floral LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 47-07 32nd Place |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Long Island City | NY | 11101 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees | Baker & Mckenzie Abogados, S.C |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Blvd. Puerta De Hierro 5090 Fr |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Zapopan | | 45110 |
| | | | City | State | ZIP Code |
| | | | Mexico |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Bar Down LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5911 Old Harding Pike |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Nashville | TN | 37205 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Royalties | Barney's |
| | | | Name |
| | | | c/o Authentic Brands Group LLC |
| | | | Notice Name |
| | | | 1411 Broadway, 21st Floor |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | New York | NY | 10018 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re IT Services | Baymard Institute |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Kastanie Alle 41 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Farum | | 3520 |
| | | | City | State | ZIP Code |
| | | | Denmark |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.60** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Accounting/Tax Services

BDO Audit
Name

BDO USA, P.C.
Notice Name

5300 Patterson Ave SE, Suite 100
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Grand Rapids | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.61** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Accounting Services

BDO USA, P.C.
Name

Notice Name

5300 Patterson Ave SE, Suite 100
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Grand Rapids | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.62** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Ecom Services

Bearstone LLC
Name

Notice Name

10614 Bear Path Ct.
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Noblesville | IN | 46060 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Beezoo LLC
_____
Name

_____
Notice Name

1420 Kellam Ave
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90026 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Last Mile - Hub to Store |

Beitler Logistics Services, Inc
_____
Name

_____
Notice Name

3379 Stafford Street
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15204 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Complaints Management |

Better Business Bureau of Los Angeles
_____
Name

_____
Notice Name

1112 S Bascom Ave
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Jose | CA | 95128 |
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| **2.66** **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Avenue at Murfreesboro, 2615 Medical Center Parkway, Ste. 2300, Murfreesboro, TN 37129 (Store ID 1699) | Big V Property Group<br>Name |
| | | Notice Name |
| **State the term remaining** | 1/31/2025 | 176 North Main St., Suite #210<br>Address |
| **List the contract number of any government contract** | | |
| | | Florida     NY     10921 |
| | | City     State     ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.67** **State what the contract or lease is for and the nature of the debtor's interest** | Shopping Feed Platform | Bigcommerce, Inc<br>Name |
| | | Notice Name |
| **State the term remaining** | Undetermined | 11305 Four Points Dr, Bldg Ii Flr 1<br>Address |
| **List the contract number of any government contract** | | |
| | | Austin     TX     78726 |
| | | City     State     ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.68** **State what the contract or lease is for and the nature of the debtor's interest** | Email Deliverability Partner | Bird (MessageBird, Sparkpost)<br>Name |
| | | c/o Bird.com Inc.<br>Notice Name |
| **State the term remaining** | Undetermined | 4701 Sangamore Road, Suite 100N-139<br>Address |
| **List the contract number of any government contract** | | |
| | | Bethesda     MD     20816 |
| | | City     State     ZIP Code |
| | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Donation |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Black Girl Ventures Foundation
Name

Notice Name

8647 Richmond Highway #649
Address

| | | |
|---|---|---|
| Alexandria | VA | 22309 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Giftcard Provider |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Blackhawk Network, Inc
Name

Notice Name

6220 Stoneridge Mall Road
Address

| | | |
|---|---|---|
| Pleasanton | CA | 94588 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Firm Supporting Cyber Incident |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Blank Rome LLP
Name

Notice Name

One Logan Square, 130 North 18th Street
Address

| | | |
|---|---|---|
| Philadelphia | PA | 19103 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Warwick Mall, 400 Bald Hill Rd., Warwick, RI 02886 (Store ID 1402) |

Bliss Properties, Inc.

Name

Notice Name

245 Waterman Street, Suite 404

Address

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

| | | |
|---|---|---|
| Providence | RI | 02906 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Dues, Subscriptions |

Bloomberg Industry Group, Inc.

Name

Notice Name

1801 S Bell Street

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Arlington | VA | 22202 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Site Search, Merch, Content Management |

Bloomreach (via Google)

Name

Bloomreach, Inc.

Notice Name

700 East Camino Real, Suite 103

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Mountain View | CA | 94041 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services | Blue Moon |
| | | | Name |
| | | | Blue Moon Digital, Inc. |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 200 E. Wacker Drive, Suite 3450 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Chicago    IL    60601 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | Blue Yonder |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 15059 N Scottsdale Rd Suite 400 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Scottsdale    AZ    85254 |
| | | | City    State    ZIP Code |
| | | | Country |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Triggered Emails | Bluecore |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 222 Broadway 16th Floor |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | New York    NY    10038 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Freight Services | Bluestreak Couriers |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Undetermined | 3840 Belfort Road Suite 303 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Jacksonville          FL          32216 |
| | | | City                  State       ZIP Code |
| | | | |
| | | | Country |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Drinking Water for St | BlueTriton Brands, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Undetermined | 900 Long Ridge Road, Building 2 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Stamford          CT          06902 |
| | | | City              State       ZIP Code |
| | | | |
| | | | Country |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Ecom Services | Boomi PPD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Undetermined | 1 W Elm Street, Suite 200 |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Conshohocken          PA          19428 |
| | | | City                   State       ZIP Code |
| | | | |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Drinking Water for St | Bori Springs LLC |
| | | | Name |

| | | | Notice Name |
| | | | 53 Palmeras Street Suite 1501 |
| **State the term remaining** | Undetermined | | Address |

| **List the contract number of any government contract** | | | |

| | | San Juan | PR | 00901 |
| | | City | State | ZIP Code |

| | | Country |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecommerce Marketing | Born Group Inc. |
| | | | Name |

| | | | Notice Name |
| | | | 530 7th Ave, Suite 801 |
| **State the term remaining** | Undetermined | | Address |

| **List the contract number of any government contract** | | | |

| | | New York | NY | 10018 |
| | | City | State | ZIP Code |

| | | Country |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Round Up Donation | Boys & Girls Club of America |
| | | | Name |

| | | | Notice Name |
| | | | 1275 Peachtree Street N.E. |
| **State the term remaining** | Undetermined | | Address |

| **List the contract number of any government contract** | | | |

| | | Atlanta | GA | 30309 |
| | | City | State | ZIP Code |

| | | Country |

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

---

**2.84** **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Brad Kemp
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| | | |

Country

---

**2.85** **State what the contract or lease is for and the nature of the debtor's interest**    Branch Enterprise-Channels Link

Branch Metrics, Inc.
_____
Name

_____
Notice Name

1400 B Seaport Blvd, Floor 2
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Redwood City | CA | 94063 |

Country

---

**2.86** **State what the contract or lease is for and the nature of the debtor's interest**    Fit Model

Breakwall West
_____
Name

_____
Notice Name

PO Box #3208
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Manhattan Beach | CA | 90266 |

Country

---

Debtor:   F21 OpCo, LLC

Case number *(if known)*:   25-10469

Name

**2.87** **State what the contract or lease is for and the nature of the debtor's interest**

Armored Carrier

Brinks Incorporated

Name

Notice Name

555 Dividend Drive

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.88** **State what the contract or lease is for and the nature of the debtor's interest**

Workers Comp

Broadspire Services, Inc

Name

Notice Name

5335 Triangle Parkway NW

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Peachtree Corners | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.89** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Brooke Jaramillo

Name

Notice Name

Address on File

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for California Market Center, 110 East 9th Street, Los Angeles, CA 90079 (Store ID 5) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    2/28/2034

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60654 |

Country
_____

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Alderwood Mall, 3000 184th St. SW, Ste 910, Lynnwood, WA 98037 (Store ID 1612) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60654 |

Country
_____

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Altamonte Mall, 451 E. Altamonte Drive Suite 2113, Altamonte Springs, FL 32701 (Store ID 1607) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60654 |

Country
_____

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Apache Mall, 1200 12th Street SW, Ste 692, Rochester, MN 55902 (Store ID 1428) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

| | **State the term remaining** | 1/31/2027 |
|---|---|---|

350 New Orleans, Suite 300
_____
Address

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Augusta Mall, 3450 Wrightsboro Rd., #1200, Augusta, GA 30909 (Store ID 1952) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

| | **State the term remaining** | 1/31/2027 |
|---|---|---|

350 New Orleans, Suite 300
_____
Address

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Baybrook Mall, 1408 Baybrook Mall, Friendswood, TX 77546 (Store ID 1928) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

| | **State the term remaining** | 1/31/2026 |
|---|---|---|

350 New Orleans, Suite 300
_____
Address

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*:   25-10469

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Beachwood Place, 26300 Cedar Road, Space #2370, Beachwood, OH 44122 (Store ID 1974) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Boise Town Center, 350 N. Milwaukee, #2060, Boise, ID 83704 (Store ID 1924) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Carolina Place, 11025 Carolina Place Parkway, Pineville, NC 28134 (Store ID 1817) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*:    25-10469

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Christiana Mall, 162 Christiana Mall, Space #1466, Newark, DE 19702 (Store ID 1688) | Brookfield Properties |
|------|-----|-----|-----|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    1/31/2027

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60654 |

Country

---

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Clakamas Town Center, 12000 SE 82nd Ave., Ste #1129, Happy Valley, OR 97086 (Store ID 1744) | Brookfield Properties |
|------|-----|-----|-----|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    1/31/2027

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60654 |

Country

---

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Coastland, 1704 Tamiami Trail North, Ste A19, Naples, FL 34102 (Store ID 1860) | Brookfield Properties |
|------|-----|-----|-----|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    1/31/2027

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Chicago | IL | 60654 |

Country

---

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

---

2.102 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Columbiana Centre, 100 Columbiana Circle, Ste #1022, Columbia, SC 29212 (Store ID 1977)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   1/31/2025

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.103 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Coronado Center, 6600 Menaul Blvd NE, Space #N-011, Albuquerque, NM 87110 (Store ID 1958)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.104 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Cumberland Mall, 1429 Cumberland Mall, Atlanta, GA 30339 (Store ID 1842)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Deerbrook Mall, 20131 Highway 59 North, Humble, TX 77338 (Store ID 1641) | Brookfield Properties |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2027 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Fashion Place, 6191 State St., Ste. 1930, Murray, UT 84107 (Store ID 1763) | Brookfield Properties |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Fashion Show, 3200 Las Vegas Blvd, Space #D200, Las Vegas, NV 89109 (Store ID 1846) | Brookfield Properties |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 First Colony, 16535 SW Freeway #550, Sugar Land, TX 77479 (Store ID 1818) | Brookfield Properties |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2027 | 350 New Orleans, Suite 300 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60654 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Four Seasons Town Centre, 410 Four Seasons Town Centre, Space #111, Greensboro, NC 27427 (Store ID 1875) | Brookfield Properties |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 350 New Orleans, Suite 300 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60654 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fox River, 4301 W. Wisconsin Ave. #902, Appleton, WI 54913 (Store ID 1762) | Brookfield Properties |
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2027 | 350 New Orleans, Suite 300 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | Chicago | IL | 60654 |
| | | | City | State | ZIP Code |

| | | | Country |

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

---

**2.111** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Governor's Square, 1500 Apalachee Pkwy, Ste 1210, Tallahassee, FL 32301 (Store ID 1673)

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.112** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Hulen Mall, 4800 S. Hulen Street, Space #1125, Fort Worth, TX 76132 (Store ID 1861)

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.113** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Independence Mall, 3500 Oleander Dr. Ste 1069, Wilmington, NC 28403 (Store ID 1695)

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*:   25-10469

| | | |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Jordan Creek Town Center, 101 Jordan Creek Parkway, West Des Moines, IA 50266 (Store ID 1765) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Kenwood Towne Center, 7875 Montgomery Rd, #1150, Cincinnati, OH 45236 (Store ID 1815) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Lynnhaven Mall, 701 Lynnhaven Parkway, Space #E07A, Virginia Beach, VA 23452 (Store ID 1849) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall in Columbia, 10300 Little Patuxent Pkwy Ste 1780, Columbia, MD 21044 (Store ID 1715) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall of Louisiana, 6401 Bluebonnet Blvd., Space 1002, Baton Rouge, LA 70836 (Store ID 1761) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall St. Matthews (REMO-Downsize), 5000 Shelbyville Road, Suite #D200, Louisville, KY 40207 (Store ID 1801) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.120**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Market Place Shopping Center, 2000 N. Neil St. #520, Champaign, IL 61820 (Store ID 1900)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.121**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Mayfair Mall, 2500 North Mayfair Road, Space # 624, Wauwatosa, WI 53226 (Store ID 1825)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.122**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Natick Mall, 1245 Worcester St., Suite 3030, Natick, MA 1760 (Store ID 1611)

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
          Name

Case number *(if known)*:   25-10469

| | | |
|---|---|---|
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 North Star Mall, 7400 San Pedro Ave., San Antonio, TX 78216 (Store ID 1929) |
| | **State the term remaining** | 1/31/2031 |
| | **List the contract number of any government contract** | |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Northbrook Court, 2270 Northbrook Court, Northbrook, IL 60062 (Store ID 1880) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Northridge Fashion Center, 9301 Tampa Ave., #4, Northridge, CA 91324 (Store ID 1628) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Oakwood Center, 197 Westbank Expressway #1013, Gretna, LA 70056 (Store ID 1434) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

| | **State the term remaining** | 1/31/2027 | 350 New Orleans, Suite 300 |
|---|---|---|---|

Address

**List the contract number of any government contract**

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Oglethorpe Mall, 7804 Abercorn Street, Space #81, Savannah, GA 31406 (Store ID 1906) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

| | **State the term remaining** | 1/31/2026 | 350 New Orleans, Suite 300 |
|---|---|---|---|

Address

**List the contract number of any government contract**

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Park City Center, 828 Park City Center (Space A-828), Lancaster, PA 17601 (Store ID 1922) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

| | **State the term remaining** | 1/31/2027 | 350 New Orleans, Suite 300 |
|---|---|---|---|

Address

**List the contract number of any government contract**

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Park Meadows, 8557 Park Meadows Center Dr., Lone Tree, CO 80124 (Store ID 1776) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

**State the term remaining**  1/31/2027

350 New Orleans, Suite 300
Address

**List the contract number of**

**any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Peachtree Mall, 3501 Manchester Expressway Space 53, Columbus, GA 31909 (Store ID 1604) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

**State the term remaining**  1/31/2027

350 New Orleans, Suite 300
Address

**List the contract number of**

**any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Pembroke Lakes Mall, 11401 Pines Blvd #576, Pembroke Pines, FL 33026 (Store ID 1788) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

**State the term remaining**  1/31/2027

350 New Orleans, Suite 300
Address

**List the contract number of**

**any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Perimeter Mall, 4400 Ashford Dunwoody Rd., Space #1315, Atlanta, GA 30346 (Store ID 1845) | Brookfield Properties |
|---|---|---|---|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    3/31/2025

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Promenade in Temecula, 40820 Winchester Road, Ste #1050, Temecula, CA 92591 (Store ID 1954) |
|---|---|---|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    1/31/2027

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Riverchase Galleria, 2700 Riverchase Galleria, Space 2701, Birmingham, AL 35244 (Store ID 1805) |
|---|---|---|

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

State the term remaining    1/31/2026

350 New Orleans, Suite 300
Address

List the contract number of
any government contract

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Southland Mall, 343 Southland Mall Drive, Space #76, Hayward, CA 94545 (Store ID 1779) | Brookfield Properties |
|---|---|---|---|
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Southwest Plaza, 8501 West Bowles Ave., Littleton, CO 80123 (Store ID 1724) | Brookfield Properties |
|---|---|---|---|
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2027 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Spokane Valley Mall, 14700 East Indiana Ave., Space #2144, Spokane Valley, WA 99216 (Store ID 1932) | Brookfield Properties |
|---|---|---|---|
| | | | Name |
| | | | Attn Law/Lease Administration Dept |
| | | | Notice Name |
| | State the term remaining | 1/31/2027 | 350 New Orleans, Suite 300 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60654 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 St. Louis Galleria, 2186 St. Louis Galleria, St. Louis, MO 63117 (Store ID 1946) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Staten Island Shopping Center, 2655 Richmond Ave., Suite 1040, Staten Island, NY 10314 (Store ID 1655) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Stonestown Galleria, 3251 20th Ave., Space #136, San Francisco, CA 94132 (Store ID 1943) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Streets at Southpoint, 6910 Fayetteville Rd., Suite #105, Durham, NC 27713 (Store ID 1995) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| **State the term remaining** | 1/31/2027 |
|---|---|

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Meadows Mall, 4300 Meadows Lane, Space #2380, Las Vegas, NV 89107 (Store ID 1973) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| **State the term remaining** | 1/31/2027 |
|---|---|

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Oaks (FL), 6419 Newberry Rd., Space #B16, Gainesville, FL 32605 (Store ID 1859) |

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

| **State the term remaining** | 1/31/2027 |
|---|---|

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*:   25-10469

---

**2.144**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Parks @ Arlington, 3811 S. Cooper St. #1020, Arlington, TX 76015 (Store ID 1758)

Brookfield Properties

Name

Attn Law/Lease Administration Dept

Notice Name

350 New Orleans, Suite 300

Address

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.145**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Shoppes at Carlsbad, 2525 El Camino Real, Space #102, Carlsbad, CA 92008 (Store ID 1921)

Brookfield Properties

Name

Attn Law/Lease Administration Dept

Notice Name

350 New Orleans, Suite 300

Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.146**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Shops at La Cantera, 15900 La Cantera Parkway, Ste 12050, San Antonio, TX 78256 (Store ID 1795)

Brookfield Properties

Name

Attn Law/Lease Administration Dept

Notice Name

350 New Orleans, Suite 300

Address

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Woodlands Mall, 1201 Lake Woodland Dr., Ste #100, The Woodlands, TX 77380 (Store ID 1677) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   3/31/2025

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Town East, 2063 Town East #2078, Mesquite, TX 75150 (Store ID 1898) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Towson Town Center, 825 Dulaney Valley Rd., Space #1405, Towson, MD 21204 (Store ID 1959) |

Brookfield Properties
Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining**   1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tucson Mall, 4510 North Oracle Road, Tucson, AZ 85705 (Store ID 1705) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Valley Plaza Mall, 2801 Ming Ave., Bakersfield, CA 93304 (Store ID 1425) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Victoria Gardens, 12482 N. Main St., Rancho Cucamonga, CA 91739 (Store ID 1767) | Brookfield Properties |
|---|---|---|---|

Name

Attn Law/Lease Administration Dept
Notice Name

350 New Orleans, Suite 300
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469
_____

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Visalia Mall, 2055 S. Mooney Blvd. #1608, Visalia, CA 93277 (Store ID 1616) | Brookfield Properties |
|---|---|---|---|

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Westroads Mall, 10000 California Street, Suite #2156, Omaha, NE 68114 (Store ID 1902) | Brookfield Properties |
|---|---|---|---|

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Willow Brook, 7925 FM 1960 Rd West, Houston, TX 77070 (Store ID 1414) | Brookfield Properties |
|---|---|---|---|

Brookfield Properties
_____
Name

Attn Law/Lease Administration Dept
_____
Notice Name

350 New Orleans, Suite 300
_____
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

**2.156** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Willowbrook Mall, 1842 Willowbrook Mall, Space #1275, Wayne, NJ 7470 (Store ID 1652) | Brookfield Properties

Name

Attn Law/Lease Administration Dept

Notice Name

350 New Orleans, Suite 300

Address

**State the term remaining** | 1/31/2027

**List the contract number of any government contract**

| Chicago | IL | 60654 |

City | State | ZIP Code

Country

---

**2.157** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Cross County Shopping Center, 8040 Mall Walk, Yonkers, NY 10704 (Store ID 1874) | Brooks Shopping Center LLC / Marx Realty

Name

Attn Legal Department

Notice Name

155 East 44th St., 7th Floor

Address

10 Grand Central

**State the term remaining** | 4/30/2025

**List the contract number of any government contract**

| New York | NY | 10017 |

City | State | ZIP Code

Country

---

**2.158** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Brothers Four Productions, Inc.

Name

Notice Name

1332 Armadale Ave

Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90042 |

City | State | ZIP Code

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**2.159** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees HR | Buchalter Nemer |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Wilshire Boulevard SUITE 1500 |
| **State the term remaining** | Undetermined | | Address |
| **List the contract number of any government contract** | | | |
| | | | Los Angeles — CA — 90017-1730 |
| | | | City — State — ZIP Code |
| | | | Country |

**2.160** | **State what the contract or lease is for and the nature of the debtor's interest** | POS Maintenance | Buchanan Technologies, Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1026 Texan Trail, Suite 200 |
| **State the term remaining** | Undetermined | | Address |
| **List the contract number of any government contract** | | | |
| | | | Grapevine — TX — 75229 |
| | | | City — State — ZIP Code |
| | | | Country |

**2.161** | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Marketing | Button, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 101 Greenwich St, Suite 9A |
| **State the term remaining** | Undetermined | | Address |
| **List the contract number of any government contract** | | | |
| | | | New York — NY — 10006 |
| | | | City — State — ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**    Digital Asset Management

Bynder LLC
Name

Notice Name

321 Summer St., Suite 100
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Boston | MA | 02210 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.163** **State what the contract or lease is for and the nature of the debtor's interest**    Inventory Merchandise Freight In

C.H. Robinson International, Inc
Name

Notice Name

14701 Charlson Road, Suite 1400
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Eden Prairie | MN | 55347 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**2.164** **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease for F21 South Coast Plaza, 3333 Bristol Ave., Costa Mesa, CA 92626 (Store ID 1708)

C.J. Segerstrom & Sons
Name

Attn Chief Financial Officer
Notice Name

3315 Fairview Road
Address

**State the term remaining**    1/31/2027

S-Tract Property

**List the contract number of any government contract**

| Costa Mesa | CA | 92626 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.165** **State what the contract or lease is for and the nature of the debtor's interest**

Royalties Gov Ball

C3 Presents, LLC
Name

Notice Name

1645 E 6th Street, Suite 150
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Austin | TX | 78702 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.166** **State what the contract or lease is for and the nature of the debtor's interest**

Ford Royalties

CAA Brands USA, LLC
Name

Notice Name

2000 Avenue of the Stars
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.167** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Millcreek Mall, 5800 Peach St. Unit #450, Erie, PA 16565 (Store ID 1663)

Cafaro Management Company
Name

Notice Name

5577 Youngstown-Warren Road
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Niles | OH | 44446 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

---

**2.168** **State what the contract or lease is for and the nature of the debtor's interest**

Printer lease. Charging Late Fees

Canon Financial Services, Inc.

Name

Notice Name

158 Gaither Drive, Suite 200

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.169** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Caoimhe Morris

Name

Notice Name

Address on File

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.170** **State what the contract or lease is for and the nature of the debtor's interest**

Inventory Merchandise Freight In

Cargomatic Inc

Name

Notice Name

211 E Ocean Blvd Suite 350

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Long Beach | CA | 90802 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

---

**2.171** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Carla Sienna Leone
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.172** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Caroline Lund
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.173** **State what the contract or lease is for and the nature of the debtor's interest**

Legal Settlement

Cassandra Hickok
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

---

**2.174** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | Catalogos, C.A.
Name

Notice Name

Calle Igualdad, Local Nro. S/N
Address

**State the term remaining** | 12/31/2029 | Sector Centro Porlamar, Nueva

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Esparta | | 6301 |

Venezuela
Country

---

**2.175** | **State what the contract or lease is for and the nature of the debtor's interest** | Site Monitoring/Alert | Catchpoint
Name

c/o Dayforce, Inc.
Notice Name

228 Park Avenue South
Address

**State the term remaining** | Undetermined | PMB 28080

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10003-1502 |

Country

---

**2.176** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Arbor Place, 6594 Douglas Blvd., Douglasville, GA 30135 (Store ID 1720) | CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500
Address

**State the term remaining** | 1/31/2026 |

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Cahttanooga | TN | 37421 |

Country

---

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Cool Springs Galleria, 1800 Galleria Blvd, Ste #2520, Franklin, TN 37067 (Store ID 1972) | CBL & Associates Properties, Inc. |
|---|---|---|---|

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500

State the term remaining          1/31/2026

Address

List the contract number of
any government contract

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Cross Creek Mall, 425 Cross Creek Mall #TA-04, Fayetteville, NC 28303 (Store ID 1931) |
|---|---|---|

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500

State the term remaining          1/31/2026

Address

List the contract number of
any government contract

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Fayette Mall, 3401 Nicholasville Rd., Suite A100, Lexington, KY 40503 (Store ID 1998) |
|---|---|---|

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500

State the term remaining          1/31/2026

Address

List the contract number of
any government contract

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Hanes Mall, 3320 Silas Creek Pkwy #DL450, Winston-Salem, NC 27103 (Store ID 1894) | CBL & Associates Properties, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2030 Hamilton Place Boulevard, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Chattanooga | TN | 37421 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Mall Del Norte, 5300 San Dario Ave, Suite 2004, Laredo, TX 78041 (Store ID 1608) | CBL & Associates Properties, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 9/30/2029 | 2030 Hamilton Place Boulevard, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Chattanooga | TN | 37421 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Oak Park Mall, 11799 W. 95th St., Overland Park, KS 66214 (Store ID 1956) | CBL & Associates Properties, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2030 Hamilton Place Boulevard, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Chattanooga | TN | 37421 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Parkdale Mall, 6155 Eastex Freeway, Suite D-420, Beaumont, TX 77706 (Store ID 1760) | CBL & Associates Properties, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 2030 Hamilton Place Boulevard, Suite 500 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Chattanooga |  TN | 37421 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Parkway Place, 2801 Memorial Parkway SW #211, Huntsville, AL 35801 (Store ID 1916) | CBL & Associates Properties, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 2030 Hamilton Place Boulevard, Suite 500 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Chattanooga | TN | 37421 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Pearland Town Center, 11200 Broadway St. #340, Pearland, TX 77584 (Store ID 1910) | CBL & Associates Properties, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 2030 Hamilton Place Boulevard, Suite 500 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Chattanooga | TN | 37421 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.186** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Post Oak Mall, 1500 Harvey Road, Space #7012, College Station, TX 77840 (Store ID 1919)

State the term remaining — 1/31/2026

List the contract number of any government contract

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500
Address

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.187** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 South County Center, 38 South County Center Way, Saint Louis, MO 63129 (Store ID 1682)

State the term remaining — 1/31/2025

List the contract number of any government contract

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500
Address

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.188** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 St. Clair Square, 134 St. Clair Square #112, Fairview Heights, IL 62208 (Store ID 1816)

State the term remaining — 8/31/2029

List the contract number of any government contract

CBL & Associates Properties, Inc.
Name

Attn General Counsel
Notice Name

2030 Hamilton Place Boulevard, Suite 500
Address

| Chattanooga | TN | 37421 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | | |
|---|---|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Outlet Shoppes at Atlanta, 915 Ridgewalk Parkway, Woodstock, GA 30188 (Store ID 1492) | CBL & Associates Properties, Inc. | |
| | | | Name | |
| | | | Attn General Counsel | |
| | | | Notice Name | |
| | **State the term remaining** | 1/31/2033 | 2030 Hamilton Place Boulevard, Suite 500 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Chattanooga | TN | 37421 |

City / State / ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 West County Center, 9 West County Center, Des Peres, MO 63131 (Store ID 1700) | CBL & Associates Properties, Inc. | |
| | | | Name | |
| | | | Attn General Counsel | |
| | | | Notice Name | |
| | **State the term remaining** | 1/31/2026 | 2030 Hamilton Place Boulevard, Suite 500 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Chattanooga | TN | 37421 |

City / State / ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecommerce Services | CDI CDI0527574-IN | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Undetermined | 500 Fifth Ave Suite 1500 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | New York | NY | 10110 |

City / State / ZIP Code

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.192** State what the contract or lease is for and the nature of the debtor's interest: IT Supplies

CDW Direct, LLC
Name

Notice Name

200 North Milwaukee Avenue
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.193** State what the contract or lease is for and the nature of the debtor's interest: Real Property Lease for F21 Carriage Crossing, 4674 Merchants Park Circle. , Space 721, Collierville, TN 38017 (Store ID 1629)

CE Collierville, LLC
Name

c/o Edwards Realty Company
Notice Name

14400 John Humphrey Dr, Suite 200
Address

State the term remaining: 1/31/2030

List the contract number of any government contract

| Orland Park | IL | 60462 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.194** State what the contract or lease is for and the nature of the debtor's interest: Real Property Lease for F21 Annapolis Mall, 1115 Annapolis Mall #173, Annapolis, MD 21401 (Store ID 1693)

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

State the term remaining: 1/31/2026

List the contract number of any government contract

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Connecticut Post, 1201 Boston Post Rd, #2009, Milford, CT 6460 (Store ID 1713) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**   4/30/2025

**List the contract number of any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Dulles Town Center, 21100 Dulles Town Circle, Suite 206, Dulles, VA 20166 (Store ID 1787) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fox Valley, 1068 Fox Valley Center Dr., Space #G08, Aurora, IL 60504 (Store ID 1747) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**   Month to Month

**List the contract number of any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Main Place, 2800 N. Main St. #201, Santa Ana, CA 92705 (Store ID 1827) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**  Month to Month

**List the contract number of**

**any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Valencia Town Center, 24201 W. Valencia Blvd. #139, Valencia, CA 91355 (Store ID 1914) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**  1/31/2026

**List the contract number of**

**any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Vancouver Mall, 8700 NE Vancouver Mall Dr., #138, Vancouver, WA 98662 (Store ID 1856) |

Centennial Real Estate Company
Name

Attn Legal Dept / COO
Notice Name

8750 N Central Expressway, Suite 1740
Address

**State the term remaining**  1/31/2026

**List the contract number of**

**any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Station Park, 188 North East Promontory, Space J-120, Farmington, UT 84025 (Store ID 1755) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

CenterCal Properties, LLC
_____
Name

Attn Jean Paul Wardy
_____
Notice Name

830 S. Pacific Coast Hwy, Ste 208
_____
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Collection at Riverpark, 520 Town Center Drive, Oxnard, CA 93036 (Store ID 1785) |
| | **State the term remaining** | 6/30/2025 |
| | **List the contract number of any government contract** | |

CenterCal Properties, LLC
_____
Name

Attn Legal Dept
_____
Notice Name

830 S. Pacific Coast Hwy, Ste 208
_____
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Valley Mall, 2529 Main Street, Ste. 128, Union Gap, WA 98903 (Store ID 1749) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

CenterCal Properties, LLC
_____
Name

Attn Jean Paul Wardy
_____
Notice Name

830 S. Pacific Coast Hwy, Ste 208
_____
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

---

**2.204** **State what the contract or lease is for and the nature of the debtor's interest**

Payroll Services

Ceridian Headcount

Name

Notice Name

3311 E. Old Shakopee Road

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Minneapolis | MN | 55425 |

Country

---

**2.205** **State what the contract or lease is for and the nature of the debtor's interest**

Experience Driven Events, Football Suite 36 Tickets (Chargers vs Chiefs Game 9/29)

Chargers Football HoldCo LLC

Name

Notice Name

One Chargers Way

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| El Segundo | CA | 90245 |

Country

---

**2.206** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Gran Plaza Outlets Calexico, 888 West Second Street, Calexico, CA 92231 (Store ID 1487)

Charles Company

Name

Excel Property Mgmt Services, Inc.

Notice Name

Attn Lease Administrator

Address

9034 W. Sunset Blvd.

**State the term remaining**    1/31/2029

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| West Hollywoood | CA | 90069 |

Country

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

---

**2.207** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Charles Samuel
Name

Notice Name

Address on File
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

**2.208** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Charlotte M. Wild
Name

Notice Name

Address on File
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

**2.209** | **State what the contract or lease is for and the nature of the debtor's interest** | Telephone/DSL | Charter Communications
Name

Notice Name

12405 Powerscourt Drive
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

St. Louis | MO | 63131-3674
City | State | ZIP Code

Country

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

---

**2.210**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Chelsea Lazkani
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.211**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Chill Events LLC
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.212**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Christian Medina
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |

Christina Diaz
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

| | | |
|---|---|---|
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Montclair Plaza, 5060 Montclair Plaza Ln., #2121, Montclair, CA 91763 (Store ID 1621) |

CIM Group
Name

Attn General Counsel
Notice Name

4700 Wilshire Boulevard
Address

**State the term remaining**  1/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90010 |

Country

---

| | | |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | HQ Temp Labor Maintenance |

Cingular Staffing, Inc
Name

Notice Name

110 E. Wilshire Ave., Ste. 409
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Fullerton | CA | 92832 |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Patterns | Cinzia Plus Design LLC |
|---|---|---|---|

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | |
|---|---|
| Name | |
| Notice Name | |
| 4611 El Reposo Dr | |
| Address | |

| Los Angeles | CA | 90065 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Southlake Mall (GA), 1000 Southlake Circle, Morrow, GA 30260 (Store ID 1751) | CityView Commercial, LLC |
|---|---|---|---|

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

| | |
|---|---|
| Name | |
| Attn General Counsel | |
| Notice Name | |
| 1901 Avenue of the Stars, Suite 1950 | |
| Address | |

| Los Angeles | CA | 90015 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Ecom Services | CJS I.T. Consulting |
|---|---|---|---|

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | |
|---|---|
| Name | |
| Notice Name | |
| 960 Sunrise Highway | |
| Address | |

| West Babylon | NY | 11704 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

Name

| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Ecom Services | Clarkston Consulting |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 2655 Meridian Parkway |
| | | | Address |
| | List the contract number of any government contract | | |

| Durham | NC | 27713 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Closeup Models and Talent LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 5455 Wilshire Blvd Suite 1608 |
| | | | Address |
| | List the contract number of any government contract | | |

| Los Angeles | CA | 90036 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Q1 2024 Royalties | Cloudco, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 1468 W. 9th Street, Suite 700 |
| | | | Address |
| | List the contract number of any government contract | | |

| Cleveland | OH | 44113 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Marketing Services |

Cloudflare Inc
Name

Notice Name

101 Townsend Street
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | CDN and Bot Management |

Cloudflare Inc
Name

Notice Name

101 Townsend Street
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Inventory Merchandise Freight In |

CMA CGM (America) LLC
Name

Notice Name

5701 Lake Wright Drive
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Norfolk | VA | 23502 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

---

**2.225** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Settlement |

Coastal Cowboy LLC
_____
Name

_____
Notice Name

2525 Precast Drive
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Columbia | TN | 38401 |
| City | State | ZIP Code |

_____
Country

---

**2.226** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services |

Codeboxx Technology
_____
Name

_____
Notice Name

136 4th Street North, Suite 201
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Saint Petersburg | FL | 33701 |
| City | State | ZIP Code |

_____
Country

---

**2.227** | **State what the contract or lease is for and the nature of the debtor's interest** | Barbie Launch Event |

Coffee N Clothes, LLC
_____
Name

_____
Notice Name

23679 Calabasas Road, Suite 349
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Calabasas | CA | 91302 |
| City | State | ZIP Code |

_____
Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency: CRM Strategy / Execution |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

Cognizant (fka Lev)

Name

Notice Name

211 Quality Circle

Address

| College Station | TX | 77845 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services |
| | | **State the term remaining** Undetermined |
| | | **List the contract number of any government contract** |

Columbus Consulting

Name

Notice Name

4200 Regent Street, Suite 200

Address

| Columbus | OH | 43219 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Lincoln Road, 701 Lincoln Road, Miami Beach, FL 33139 (Store ID 1982) |
| | | **State the term remaining** 1/31/2025 |
| | | **List the contract number of any government contract** |

COMCO, LLC

Name

Notice Name

1261 20th Street

Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*   25-10469

| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Card Provider | Comenity Capital Bank |
| | | | Name |

| | | | |
| | | | Notice Name |

| | **State the term remaining** | Undetermined | 3095 Loyalty Circle |
| | | | Address |

| | | | c/o ADS Tax Dept. |

| | **List the contract number of any government contract** | | |

| | | | Columbus | OH | 43219 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Travel and PNC card Management | Concur Technologies, Inc. |
| | | | Name |

| | | | |
| | | | Notice Name |

| | **State the term remaining** | Undetermined | 601, 108Th Avenue Ne, Suite 1000 |
| | | | Address |

| | **List the contract number of any government contract** | | |

| | | | Bellevue | WA | 98004 |
| | | | City | State | ZIP Code |

| | | | Country |

| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Physical Inventory Count | Contract DataScan LP |
| | | | Name |

| | | | |
| | | | Notice Name |

| | **State the term remaining** | Undetermined | 2941 Trade Center Drive, Suite 100 |
| | | | Address |

| | **List the contract number of any government contract** | | |

| | | | Carrollton | TX | 75007 |
| | | | City | State | ZIP Code |

| | | | Country |

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

**2.234**

**State what the contract or lease is for and the nature of the debtor's interest**

PCI DSS ROC Certification

Controlcase LLC
Name

Notice Name

12015 Lee Jackson Memorial Hwy
Address

Suite 520

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Fairfax | VA | 22033 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.235**

**State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Courtney L Fowler
Name

Notice Name

Address on File
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.236**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Tulare Outlet Center, 1695 Rutherford Street, Space A010, Tulare, CA 93274 (Store ID 1984)

Craig Realty Group
Name

Notice Name

4100 Macarthur, Suite 100
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fayette Pavilion, 121 Pavilion Pkwy, Ste. A, Fayetteville, GA 30214 (Store ID 1430) |

Crawford Square Property Management
Name

Attn Steve Chrimes
Notice Name

2700 2nd Avenue South, Suite 200
Address

**State the term remaining**    10/31/2025

**List the contract number of any government contract**

| Birmingham | AL | 35233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Perpetual License for UPS |

Creative Logistics Solutions, Inc.
Name

Notice Name

980 Mercantile Drive, Suite J
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Hanover | MD | 21076 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Creative World Management LLC
Name

Notice Name

245 Fifth Ave, Fl 24
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Case number *(if known):*    25-10469

| | | |
|---|---|---|
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions |

Cresset Strategic Partners (SMC) Private Limited
Name

Notice Name

R13, Main Commercial Blvd
Address

**State the term remaining**    Undetermined

Phase 8, DHA

**List the contract number of any government contract**

Lahore
City                State                ZIP Code

Pakistan
Country

| | | |
|---|---|---|
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Media Monks. Ecom Marketing |

Criteo Corp.
Name

Notice Name

387 Park Avenue South, 12th Floo
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

New York          NY              10016
City                State                ZIP Code

Country

| | | |
|---|---|---|
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight |

Crowley Liner Services Inc
Name

Notice Name

9487 Regency Square Blvd
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Jacksonville        FL              32225
City                State                ZIP Code

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**2.243** State what the contract or lease is for and the nature of the debtor's interest

Freight for US Logistics Disruption

Crowley Puerto
Name

Notice Name

State the term remaining    Undetermined

Calle Lindbergh, Isla Grande Terminal
Address

List the contract number of any government contract

| San Juan | PR | 00902-3921 |
| City | State | ZIP Code |

Country

**2.244** State what the contract or lease is for and the nature of the debtor's interest

Equipment Leases, Maintenance-Equipment

Crown Equipment Corporation
Name

Notice Name

State the term remaining    Undetermined

44 South Washington Street
Address

List the contract number of any government contract

| New Bremen | OH | 45869-1247 |
| City | State | ZIP Code |

Country

**2.245** State what the contract or lease is for and the nature of the debtor's interest

Legal Fees

CT Corporation System
Name

Notice Name

State the term remaining    Undetermined

28 Liverty Street
Address

List the contract number of any government contract

| New York | NY | 10005 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Incentives Services Work Opportunity Tax Credit Contract Amendment |

CTI III, LLC dba Corporate Tax Incentives
_____
Name

_____
Notice Name

10860 Gold Center Dr, Suite 225
_____
Address

**State the term remaining**   Evergreen

**List the contract number of any government contract**

| Rancho Cordova | CA | 95670 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Drinking Water for St |

Culligan Ultrapure Inc
_____
Name

_____
Notice Name

8745 Rawles Ave
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Indianapolis | IN | 46219 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Legal Services |

Custodio & Dubey LLP
_____
Name

_____
Notice Name

445 S. Figueroa Ste., Suite 2520
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Pool Distribution Cross Brands Project manager to leverage pool network |

Cyan360 Inc
Name

Notice Name

2863 W 95th Street, #143-270
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Naperville | IL | 60564 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Monroeville Mall, 266 Monroeville Mall, Suite 226, Monroeville, PA 15146 (Store ID 1877) |

Cypress Equities
Name

Attn General Counsel
Notice Name

8144 Walnut Hill Lane, Suite 1200
Address

**State the term remaining** | 1/31/2026

**List the contract number of any government contract**

| Dallas | TX | 75231 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Daniel Guerrero
Name

Notice Name

Address on File
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.252**

**State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

**State the term remaining**   Undetermined

**List the contract number of any government contract**

Danielle Jo LLC
Name

Notice Name

Address on File
Address

City | State | ZIP Code

Country

**2.253**

**State what the contract or lease is for and the nature of the debtor's interest**

Ecom Marketing

**State the term remaining**   Undetermined

**List the contract number of any government contract**

Dash Hudson Inc
Name

Notice Name

1668 Barrington Street, 6th Floor
Address

Halifax | NS | B3J 2A2
City | State | ZIP Code

Canada
Country

**2.254**

**State what the contract or lease is for and the nature of the debtor's interest**

POS Hardware Refresh, Manhattan Associates POS Platform

**State the term remaining**   Undetermined

**List the contract number of any government contract**

Data Akamai
Name

Notice Name

145 Broadway
Address

Cambridge | MA | 02142
City | State | ZIP Code

Country

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

**2.255**  **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

David Paul
Name

Notice Name

Address on File
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.256**  **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Executives Services

Davis & Gilbert LLP
Name

Notice Name

1675 Broadway
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10019 |

Country

**2.257**  **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement re Payroll, Benefits, HR

Dayforce Inc
Name

Notice Name

3311 East Old Shakopee Road
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Minneapolis | MN | 55425-1640 |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| **2.258** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

DBA Media, LLC
_____
Name

_____
Notice Name

750 N San Vicente Blvd. Suite 950
_____
Address

| | | |
|---|---|---|
| West Hollywood | CA | 90069 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.259** | **State what the contract or lease is for and the nature of the debtor's interest** | New POS-F21 PAYMENT/PAYPAL; POS hardware and software rollout, purchase and installation of payment processors/pin pads/Verifone terminals across all stores |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Decisionpoint Systems Inc
_____
Name

_____
Notice Name

3456 S. Pointe Drive, Unit A
_____
Address

| | | |
|---|---|---|
| Laguna Hills | CA | 92653 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.260** | **State what the contract or lease is for and the nature of the debtor's interest** | Firewall, Host and Network Management |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

DeepSeas, LLC
_____
Name

_____
Notice Name

12121 Scripps Summit Drive, Suite 320
_____
Address

| | | |
|---|---|---|
| San Diego | CA | 92131 |
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.261** **State what the contract or lease is for and the nature of the debtor's interest**

Telephone/DSL

Delta American Corp Dba
Name

Notice Name

7102 Greenwell Springs Road
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Baton Rouge | LA | 70805 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.262** **State what the contract or lease is for and the nature of the debtor's interest**

Benefits

Delta Dental Insurance Company
Name

Notice Name

1130 Sanctuary Parkway
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.263** **State what the contract or lease is for and the nature of the debtor's interest**

Dental Insurance Claims

Delta Dental Insurance Company
Name

Notice Name

1130 Sanctuary Parkway
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

---

**2.264**  **State what the contract or lease is for and the nature of the debtor's interest**    Dental Premium Fees

Delta Dental Insurance Company
Name

Notice Name

**State the term remaining**    Undetermined

1130 Sanctuary Parkway
Address

**List the contract number of any government contract**

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.265**  **State what the contract or lease is for and the nature of the debtor's interest**    Parking

Denison Parking, Inc.
Name

Notice Name

**State the term remaining**    Undetermined

320 N Meridian Street, Suite 700
Address

**List the contract number of any government contract**

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.266**  **State what the contract or lease is for and the nature of the debtor's interest**    Vending Machine

Dependable Vending Inc.
Name

Notice Name

**State the term remaining**    Undetermined

1431 W. 9Th St Bldg B
Address

**List the contract number of any government contract**

| Upland | CA | 91786 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | | |
|---|---|---|---|---|

**2.267** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Ecom Services

Descartes Systems
Name

Notice Name

120 Randall Drive
Address

State the term remaining — Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Waterloo | ON | N2V 1C6 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.268** State what the contract or lease is for and the nature of the debtor's interest

Freight

DHL Express (USA), Inc
Name

Notice Name

1210 Pine Island Road
Address

State the term remaining — Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Plantation | FL | 33324 |
| City | State | ZIP Code |
| Country | | |

**2.269** State what the contract or lease is for and the nature of the debtor's interest

DC to Ecom Customer

Di Overnite, LLC
Name

Notice Name

1900 S. State College Blvd, Ste 450
Address

State the term remaining — Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Anaheim | CA | 92806 |
| City | State | ZIP Code |
| Country | | |

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469
_____

| | | |
|---|---|---|
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services |

Digital Color Concepts, Inc.
_____
Name

_____
Notice Name

256 Sheffield Street
_____
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

_____

| Mountainside | NJ | 07092 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Brand Pulse Study |

DiMassimo, Inc.
_____
Name

_____
Notice Name

711 Third Ave, Suite 500
_____
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

_____

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Royalties |

Disney Consumer Products, Inc.
_____
Name

_____
Notice Name

500 South Buena Vista Street
_____
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

_____

| Burbank | CA | 91521 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Hollywood & Highland, 6801 Hollywood Blvd. #2C-271, Los Angeles, CA 90028 (Store ID 1829) |

DJM Capital Partners, Inc
_____
Name

Attn Legal Dept
_____
Notice Name

60 South Market Street, Suite 1120
_____
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| San Jose | CA | 95113 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | e-signature Management |

Docusign, Inc.
_____
Name

_____
Notice Name

221 Main Street, Suite 1550
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Drinking Water for St |

DS Services Of America, Inc.
_____
Name

_____
Notice Name

5660 New Northside Drive, Suite 500
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Atlanta | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight | Dsv Air & Sea Inc. |
|---|---|---|---|

Name

Notice Name

200 Wood Ave S
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Iselin | NJ | 08830 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Dta Agency, LLC |
|---|---|---|---|

Name

Notice Name

345 N Maple Drive, Ste 179
Address

**State the term remaining**   Undetermined

**List the contract number of**

**any government contract**

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Shoppes at Chino Hills, 13860 City Center Dr., Space #5085, Chino Hills, CA 91709 (Store ID 1862) | Dunhill Partners |
|---|---|---|---|

Name

Attn General Counsel/Dunhill Partners
Notice Name

3100 Monticello Avenue, Suite 300
Address

**State the term remaining**   12/31/2026

**List the contract number of**

**any government contract**

| Dallas | TX | 75205 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known):* 25-10469

| | | |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Merchandise |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Dynamic Worldwide Logistics Inc
Name

Notice Name

2501 71 Street
Address

| North Bergen | NJ | 07047 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecommerce Marketing |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Dynamicaction, Inc.
Name

Notice Name

Building 4, Suite 200
Address

3000 El Camino Real

| Palo Alto | CA | 94306 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Solomon Pond Mall, 601 Donald Lynch Blvd. #N133A, Marlborough, MA 1752 (Store ID 1884) |
| | | |
| | **State the term remaining** | 1/31/2025 |
| | **List the contract number of any government contract** | |

E3 Realty MA Advisors, LLC
Name

Notice Name

501 West Broadway, Suite 290
Address

| San Diego | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Last Mile - Hub to Store |

East Coast West Coast Logistics LLC
_____
Name

_____
Notice Name

1000 Riverside Drive
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Keasbey | NJ | 08832 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Eastridge Mall, 2200 Eastridge Loop, #2023, San Jose, CA 95122 (Store ID 1643) |

Eastridge Property Holdings, LLC
_____
Name

_____
Notice Name

9999 Bellaire Blvd., Ste. 610
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Houston | TX | 77036 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Security |

Elite Investigations, Ltd - NY
_____
Name

_____
Notice Name

2001 Central Park Ave
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Yonkers | NY | 10710 |
| City | State | ZIP Code |

_____
Country

Debtor:   F21 OpCo, LLC
Name

Case number (if known):   25-10469

---

**2.285**  **State what the contract or lease is for and the nature of the debtor's interest**   Models/Influencers/Freelancers

Ella Halikas Inc
Name

Notice Name

3711 Long Beach Blvd
Address

**State the term remaining**   Undetermined

Suite 4057, 4th Floor

**List the contract number of any government contract**

| Long Beach | CA | 90807 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.286**  **State what the contract or lease is for and the nature of the debtor's interest**   Models/Influencers/Freelancers

Elsie Fang
Name

Notice Name

Address on File
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.287**  **State what the contract or lease is for and the nature of the debtor's interest**   Agreement re Benefits

EMEA
Name

Notice Name

1657 Eastside Rd
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| El Cajon | CA | 92020 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Empire Social PTY LTD

Name

Notice Name

33 Garibaldi Street

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Traralgon | VIC | 3844 |

Australia

Country

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Plaza del Caribe, 2050 Ponce By Pass Suire #112, Ponce, Puerto Rico 717 (Store ID 1631) |

Empresas Fonalledas, Inc.

Name

Attn General Counsel

Notice Name

PO Box 363268

Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Juan | PR | 00936-3268 |

Country

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Plaza Las Americas, 525 Ave F.D. Roosevelt #326, San Juan, Puerto Rico 918 (Store ID 1934) |

Empresas Fonalledas, Inc.

Name

Attn General Counsel

Notice Name

PO Box 363268

Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Juan | PR | 00936-3268 |

Country

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*:   25-10469

---

**2.291** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Endeavor Parent, LLC
_____
Name

_____
Notice Name

9601 Wilshire Blvd, 3rd Floor
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Beverly Hills | CA | 90210 |

Country

---

**2.292** **State what the contract or lease is for and the nature of the debtor's interest**

Utility Billing Services

Engie Insight Services Inc.
_____
Name

_____
Notice Name

1313 N. Atlantic, Suite 5000
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Spokane | WA | 99201 |

Country

---

**2.293** **State what the contract or lease is for and the nature of the debtor's interest**

3P Data Append

Epsilon
_____
Name

_____
Notice Name

6021 Connection Drive
_____
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Irving | TX | 75039 |

Country

---

Debtor: F21 OpCo, LLC

Case number *(if known):* 25-10469

Name

**2.294** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Erick M Mendoza-Ojeda

Name

Notice Name

Address on File

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.295** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Erika S Aguilera

Name

Notice Name

Address on File

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.296** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Erique A. Duboise

Name

Notice Name

Address on File

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Accounting/Tax Services | Ernst & Young US LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 200 Plaza Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | Secaucus | NJ | 07094 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Tax Consultant Services | Ernst & Young US LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 200 Plaza Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | Secaucus | NJ | 07094 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Legal Fees | Ervin Cohen & Jessup LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 9401 Wilshire Blvd, 9th Floor |
| | State the term remaining | Undetermined | Address |
| | | | Suite #900 |
| | List the contract number of any government contract | | |

| | | Beverly Hills | CA | 90212-2974 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

---

**2.300**

| State what the contract or lease is for and the nature of the debtor's interest | Drinking Water for St |
|---|---|

Eureka Water Company
Name

Notice Name

729 Se 3rd St
Address

| State the term remaining | Undetermined |
|---|---|

List the contract number of any government contract

| Oklahoma City | OK | 73109 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.301**

| State what the contract or lease is for and the nature of the debtor's interest | DC to Stores and Ecom |
|---|---|

Express Messenger Systems Inc
Name

Notice Name

2501 S. Price Rd.
Address

| State the term remaining | Undetermined |
|---|---|

List the contract number of any government contract

| Chandler | AZ | 85286 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.302**

| State what the contract or lease is for and the nature of the debtor's interest | RX |
|---|---|

Express Scripts
Name

Notice Name

One Express Way
Address

| State the term remaining | Undetermined |
|---|---|

List the contract number of any government contract

| Saint Louis | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | RX Prescriptions Services | Express Scripts |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Express Way |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Saint Louis  MO  63121 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | F21 IPCO, LLC |
| | | | Name |
| | | | c/o Authentic Brands Group, LLC |
| | | | Notice Name |
| | | | Attn Legal Department |
| | **State the term remaining** | 12/31/2029 | Address |
| | | | 1411 Broadway, 21st Floor |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York  NY  10018 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Fanny Gavin |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

| | | | |
|---|---|---|---|
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | Fashion International Group |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Citystars Complex - Citystars |
| | **State the term remaining** | Undetermined | Address |
| | | | Star Capital F2 - 9th Floor, Office. No. 92-93 |
| | **List the contract number of any government contract** | | |
| | | | Heliopolis West |

| | | |
|---|---|---|
| Cairo | | 11771 |
| City | State | ZIP Code |
| Egypt | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | Fashion Retailers Limited |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 El Socorro Extension Road |
| | **State the term remaining** | 12/31/2029 | Address |
| | | | El Socorro |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| San Juan | | |
| City | State | ZIP Code |
| Trinidad and Tobago | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight Outbound Merch: TO ST | Fastmile Delivers, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 37-18 57th Street |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Woodside | NY | 11377 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

**2.309** **State what the contract or lease is for and the nature of the debtor's interest**

DC to Stores and Ecom

FedEx
Name

Notice Name

**State the term remaining**    Undetermined

942 South Shady Grove Road
Address

**List the contract number of any government contract**

| Memphis | TN | 38120 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.310** **State what the contract or lease is for and the nature of the debtor's interest**

Freight

FedEx Office and Print Services, Inc.
Name

Notice Name

**State the term remaining**    Undetermined

7900 Legacy Drive
Address

**List the contract number of any government contract**

| Plano | TX | 75024 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.311** **State what the contract or lease is for and the nature of the debtor's interest**

Catalog Syndication

Feedonomics, LLC
Name

Notice Name

**State the term remaining**    Undetermined

21011 Warner Center Lane
Address

**List the contract number of any government contract**

| Woodland Hills | CA | 91367 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.312** State what the contract or lease is for and the nature of the debtor's interest — Maintenance-Pest Control

Fenn Termite & Pest Control Inc.
Name

Notice Name

7322 Walnut Ave
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Buena Park | CA | 90620 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.313** State what the contract or lease is for and the nature of the debtor's interest — Vision Insurance for Ees (EyeMed)

Fidelity Security Life Insurance Co
Name

Notice Name

162 Prospect Hill Road, Suite 101A
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Brewster | NY | 10509-2374 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.314** State what the contract or lease is for and the nature of the debtor's interest — Agreement re Ecommerce Marketing

Figma, Inc.
Name

Notice Name

760 Market Street, Floor 10
Address

State the term remaining — Undetermined

List the contract number of any government contract

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**2.315** | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance-Elevator/Escalator | Fire Detection Unlimited, Inc

Name

Notice Name

3975 Industrial Way, Suite A

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Concord | CA | 94520 |
| City | State | ZIP Code |

Country

**2.316** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Payroll Services | First Advantage

Name

Notice Name

1 Concourse Parkway NE, Suite 200

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Atlanta | GA | 30328 |
| City | State | ZIP Code |

Country

**2.317** | **State what the contract or lease is for and the nature of the debtor's interest** | Alarm Fees/Maint/Inspection | First Alarm

Name

Notice Name

1111 Estates Drive

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Aptos | CA | 95003 |
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*:    25-10469

**2.318** **State what the contract or lease is for and the nature of the debtor's interest**    Legal Fees

Fisher & Phillips, LLP
_____
Name

_____
Notice Name

**State the term remaining**    Undetermined

1200 Abernathy Road Suite 950
_____
Address

**List the contract number of any government contract**

| Atlanta | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.319** **State what the contract or lease is for and the nature of the debtor's interest**    Supply Agreement Purchase Order Terms and Conditions

Forever Agape and Glory Inc.
_____
Name

SM Corporate Offices
_____
Notice Name

J.W. Diokno Blvd.
_____
Address

**State the term remaining**    12/31/2025

Mall of Asia Complex

**List the contract number of any government contract**

| Pasay City | | |
|---|---|---|
| City | State | ZIP Code |

Philippines
_____
Country

**2.320** **State what the contract or lease is for and the nature of the debtor's interest**    Credit Card Chargeback Guarantee

Forter Inc
_____
Name

_____
Notice Name

575 Fifth Ave
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*:   25-10469

| | | |
|---|---|---|
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Line Haul - DC to Hub. |

Forward Air

Name

Notice Name

1915 Snapps Ferry Rd Building N

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greenville | TN | 37745 |

Country

| | | |
|---|---|---|
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Forward Artists LLC

Name

Notice Name

7080 Hollywood Blvd. Suite 902

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90028 |

Country

| | | |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Royalties |

Francesca Clarke

Name

Notice Name

Address on File

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*   25-10469

**2.324** **State what the contract or lease is for and the nature of the debtor's interest**   Models/Influencers/Freelancers

Freedom Models California, Inc

Name

Notice Name

757 S. Alameda Street, Suite 525

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Los Angeles | CA | 90021 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.325** **State what the contract or lease is for and the nature of the debtor's interest**   Freight

Freight Systems Incorporated

Name

Notice Name

626 RXR Plaza

**State the term remaining**   Undetermined

Address

**List the contract number of any government contract**

| Uniondale | NY | 11556 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.326** **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease for F21 Arden Fair, 1689 Arden Way Ste 1000, Sacramento, CA 95815 (Store ID 1732)

Fulcrum Property

Name

Notice Name

1530 J St# 200

**State the term remaining**   1/31/2027

Address

**List the contract number of any government contract**

| Sacramento | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.327**

**State what the contract or lease is for and the nature of the debtor's interest**

Armored Carrier

**State the term remaining** Undetermined

**List the contract number of any government contract**

Garda Cl Southwest, Inc.
Name

Notice Name

2000 Nw Corporate Blvd, Ste 110
Address

| Boca Raton | FL | 33431 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.328**

**State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Marketing Services

**State the term remaining** Undetermined

**List the contract number of any government contract**

Gartner Inc
Name

Notice Name

56 Top Gallant Road
Address

| Stamford | CT | 06902 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.329**

**State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

**State the term remaining** Undetermined

**List the contract number of any government contract**

Genflow Inc
Name

Notice Name

2261 Market Street, #10131
Address

| San Francisco | CA | 94114 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | | |
|---|---|---|---|
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Getty Images (US), Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 605 5th Ave. S, Suite 400 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | GFG Comercio Digital Ltda |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Avenida Francisco Matarazzo, 1350, 13 e 14 Andares |
| | **State the term remaining** | Undetermined | Address |
| | | | Torre I, Condominio Edifício CGD |
| | **List the contract number of any government contract** | | |
| | | | Agua Branca |

| Sao Paulo | SP | 05001-100 |
|---|---|---|
| City | State | ZIP Code |
| Brazil | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight for US Logistics Disruption | Gilbert Companies |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1000 Riverside Dr |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| Keasbey | NJ | 08832 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**2.333** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Giuseppe Rinaldi

Name

Notice Name

Address on File

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.334** **State what the contract or lease is for and the nature of the debtor's interest**

Incident Management for CS

Gladly

Name

Notice Name

423 Broadway #503

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Millbrae | CA | 94030 |

Country

**2.335** **State what the contract or lease is for and the nature of the debtor's interest**

DC to Ecom Customer

Global Mail, Inc.

Name

Notice Name

2700 S Commerce Parkway Suite 400

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Weston | FL | 33331 |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | PR WC | Gobierno de Puerto Rico Departament |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 505 Edificio Prudencio Rivera Martinez, Piso 20 |
| | State the term remaining | Undetermined | Address |
| | | | Administracion de Seguridad y |
| | List the contract number of any government contract | | |

| | | | San Juan | PR | 00918 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Data Warehouse | Google Cloud Platform (GCP) |
|---|---|---|---|
| | | | Name |
| | | | Google Inc. |
| | | | Notice Name |
| | | | 1600 Amphitheatre Parkway |
| | State the term remaining | Undetermined | Address |
| | | | |
| | List the contract number of any government contract | | |

| | | | Mountain View | CA | 94043 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Ecom Services | Gotham Technology Group LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5 Paragon Dr # 103 |
| | State the term remaining | Undetermined | Address |
| | | | |
| | List the contract number of any government contract | | |

| | | | Montvale | NJ | 07645 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Accounting/Tax Services | Govdocs Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 1305 Corporate Center Drive, Suite 400 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Eagan | MN | 55121 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Telephone/DSL | Granite Telecommunications |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 870 Market Street Room 1200 |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| San Francisco | CA | 94102 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Southland Center, 23000 Eureka Rd Space #1360, Taylor, MI 48180 (Store ID 1712) | Greenwood Global LLC |
| | | | Name |
| | | | Jones Lang LaSalle Americas, Inc. |
| | | | Notice Name |
| | | | Attn General Counsel |
| | **State the term remaining** | 1/31/2026 | Address |
| | | | 3344 Peachtree Road NE, Suite 1200 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Atlanta | GA | 30326 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.342** **State what the contract or lease is for and the nature of the debtor's interest**  Legal Fees

Grunfeld Desiderio Lebowitz
Name

Notice Name

707 Wilshire Blvd Suite 4150
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90017-3605 |
| City | State | ZIP Code |

Country

**2.343** **State what the contract or lease is for and the nature of the debtor's interest**  Consultant for Global Creative

Hana Cho
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**2.344** **State what the contract or lease is for and the nature of the debtor's interest**  Real Property Lease for F21 Circle Centre Mall, 49 W Maryland St #E11A, Indianapolis, IN 46204 (Store ID 1738)

Hendricks Commercial Properties
Name

Notice Name

525 Third Street, Ste 300
Address

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Beloit | WI | 53511 |
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
         Name

Case number *(if known)*:  25-10469

**2.345** | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Scissor Lift | Herc Rentals Inc.
Name

Notice Name

27500 Riverview Center Blvd
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

Bonita Springs | FL | 34134
City | State | ZIP Code

Country

**2.346** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Hilco Merchant Resources, LLC
Name

Notice Name

5 Revere Drive Suite 206
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

Northbrook | IL | 60062
City | State | ZIP Code

Country

**2.347** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Atlantic Station, 231 18TH STREET, Suite 565, Atlanta, GA 30363 (Store ID 1418) | Hines Global REIT
Name

Attn Barbara Garrett
Notice Name

1380 Atlantic Drive, Suite 14250
Address

**State the term remaining** | 6/30/2026

**List the contract number of any government contract**

Atlanta | GA | 30363
City | State | ZIP Code

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Merchandise Freight In |

HMM Co., LTD
_____
Name

_____
Notice Name

222 W Las Colinas Blvd Suite 700
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Irving | TX | 75039 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Accounting Fees-401K |

Holthouse Carlin & Van Trigt LLP
_____
Name

_____
Notice Name

11444 W Olympic Blvd Fl11
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90064 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees |

Hope Law Group P. C.
_____
Name

_____
Notice Name

6131 Orangethorpe Ave., Suite 360
_____
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Buena Park | CA | 90620 |
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

---

**2.351**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Outlet Shoppes at Atlanta, 915 Ridgewalk Parkway, Woodstock, GA 30188 (Store ID 1492)

Horizon Group Properties, Inc.
Name

Notice Name

10275 Higgins Road, Suite 260
Address

**State the term remaining**  1/31/2033

**List the contract number of any government contract**

| Rosemont | IL | 60018 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.352**  **State what the contract or lease is for and the nature of the debtor's interest**

Agency: Analytics, SEO, GTM

Horizon Media (Night Market)
Name

Notice Name

1888 Century Park East
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.353**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Northlake Mall, 9801 Northlake Mall Drive Space #201, Charlotte, NC 28216 (Store ID 1794)

Hull Property Group, LLC
Name

Attn Legal Department
Notice Name

1190 Interstate Parkway
Address

**State the term remaining**  1/31/2027

**List the contract number of any government contract**

| Augusta | GA | 30909 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.354** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Payroll Services

ICIMS, Inc.

Name

Notice Name

**State the term remaining** Undetermined

101 Crawfords Corner Rd, Suite 3-100

Address

**List the contract number of any government contract**

| Holmdel | NJ | 07733 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.355** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Legal Services

ICR, LLC

Name

Notice Name

**State the term remaining** Undetermined

761 Main Avenue

Address

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.356** **State what the contract or lease is for and the nature of the debtor's interest**

Marketing Campaign

Icy Grl Touring & Licensing, LLC

Name

Notice Name

**State the term remaining** Undetermined

15821 Ventura Blvd Suite 370

Address

**List the contract number of any government contract**

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
_____
Name

Case number (if known): 25-10469

---

**2.357** State what the contract or lease is for and the nature of the debtor's interest

Fit Model

Ideal Fit Models Inc.
_____
Name

_____
Notice Name

145 S Fairfax Ave #200
_____
Address

State the term remaining    Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| Los Angeles | CA | 90036 |
| City | State | ZIP Code |

_____
Country

---

**2.358** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Moreno Valley Mall, 22500 Town Circle, Suite 1050, Moreno Valley, CA 92553 (Store ID 1624)

IGP Business Group
_____
Name

Attn Legal Department
_____
Notice Name

22500 Town Cir Suite 1206
_____
Address

State the term remaining    3/31/2025

List the contract number of any government contract

| | | |
|---|---|---|
| Moreno Valley | CA | 92553 |
| City | State | ZIP Code |

_____
Country

---

**2.359** State what the contract or lease is for and the nature of the debtor's interest

License Agreement

IMAN SRL - BOLIVIA formerly called Iman - Bolivia
_____
Name

_____
Notice Name

Av. 4 To Anillo Nro
_____
Address

S/N Ventura Mall Piso 2

State the term remaining    Undetermined

List the contract number of any government contract

Dpto.Local 1-1A Barrio

| | | |
|---|---|---|
| Costanera | | |
| City | State | ZIP Code |
| Bolivia | | |
| Country | | |

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Affiliate Marketing Platform |
| | | Impact Tech, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 223 East De La Guerra Street |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Santa Barbara |

Santa Barbara — CA — 93101
City — State — ZIP Code

Country

| | | |
|---|---|---|
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Imperial Valley Mall, 3451 dogwood Ave, #1117, El Centro, CA 92243 (Store ID 1783) |
| | | Imperial Valley Mall II, L.P. |
| | | Name |
| | | c/o CBRE |
| | | Notice Name |
| | | Attn General Counsel |
| | **State the term remaining** | 8/31/2029 |
| | | Address |
| | | 2121 North Pearl Street, Suite 300 |
| | **List the contract number of any government contract** | |

Dallas — TX — 75201
City — State — ZIP Code

Country

| | | |
|---|---|---|
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Giftcard Provider |
| | | Incomm |
| | | Name |
| | | |
| | | Notice Name |
| | | 250 Williams St NW, 5th Floor |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |

Atlanta — GA — 30303
City — State — ZIP Code

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.363** | **State what the contract or lease is for and the nature of the debtor's interest** | Benefits | InfoArmor, Inc.
| | | Name
| | |
| | | Notice Name
| | | 7350 N. Dobson Road, Suite 101
**State the term remaining** | Undetermined | | Address

**List the contract number of any government contract**

| | | Scottsdale | AZ | 85256 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.364** | **State what the contract or lease is for and the nature of the debtor's interest** | Cyber Security Insurance for EEs | InfoArmor, Inc.
| | | Name
| | |
| | | Notice Name
| | | 7350 N. Dobson Road, Suite 101
**State the term remaining** | Undetermined | | Address

**List the contract number of any government contract**

| | | Scottsdale | AZ | 85256 |
| | | City | State | ZIP Code |
| | | Country | | |

**2.365** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services | Ingenuity Live Holdings, Inc.
| | | Name
| | |
| | | Notice Name
| | | 215-800 Pender St., W
**State the term remaining** | Undetermined | | Address

**List the contract number of any government contract**

| | | Vancouver | BC | V6C 2V6 |
| | | City | State | ZIP Code |
| | | Canada | | |
| | | Country | | |

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

**2.366** | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Inmobiliaria Elisjoc SA DE CV
| | | Name
| | |
| | | Notice Name
| | |
| **State the term remaining** | Undetermined | Bosque de Alisos #58, Primer Piso
| | | Address
| **List the contract number of** | | Alcaldia Cuajimalpa de Morelos
| **any government contract** | |
| | | Ciudad de Mexico | 05120
| | | City | State | ZIP Code
| | | Mexico
| | | Country

**2.367** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services | Innomark Owc
| | | Name
| | |
| | | Notice Name
| | |
| **State the term remaining** | Undetermined | 420 Distribution Circle
| | | Address
| **List the contract number of** | |
| **any government contract** | |
| | | Fairfield | OH | 45014
| | | City | State | ZIP Code
| | | Country

**2.368** | **State what the contract or lease is for and the nature of the debtor's interest** | Taxes | International Equity Research Corp.
| | | Name
| | |
| | | Notice Name
| | |
| **State the term remaining** | Undetermined | 854 Massachusetts Avenue, Suite#10
| | | Address
| **List the contract number of** | |
| **any government contract** | |
| | | Cambridge | MA | 02139
| | | City | State | ZIP Code
| | | Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.369**

**State what the contract or lease is for and the nature of the debtor's interest**   Rental Trailers

Interstate Trailer Sales, Inc.
Name

Notice Name

14001 Valley Blvd

**State the term remaining**   Undetermined
Address

**List the contract number of any government contract**

| Fontana | CA | 92335 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.370**

**State what the contract or lease is for and the nature of the debtor's interest**   Testing Services for Legal

Intertek Testing Services Shenzhen
Name

Notice Name

East Bao Ying Road

**State the term remaining**   Undetermined
Address

Room 801/901, No.8

**List the contract number of any government contract**

| Huangpu District | | 510730 |
|---|---|---|
| City | State | ZIP Code |

China
Country

---

**2.371**

**State what the contract or lease is for and the nature of the debtor's interest**   Agreement re Legal Services

Intertek Vietnam Limited
Name

Notice Name

Quan Tan Binh, Thanh pho

**State the term remaining**   Undetermined
Address

Tang 5, 6, 7 Sanh D, Toa nha S.O.H.O Biz

**List the contract number of any government contract**

| Ho Chi Minh | | |
|---|---|---|
| City | State | ZIP Code |

Vietnam
Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Alarm Fees/Maint/Inspection | Iris Group Holdings LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2441 Western Ave |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Las Vegas    NV    89102-4815 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Enterprise PLM, FlexPLM OCM/Training for Lucky and F21 | Isg Information |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2187 Atlantic Street |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Stamford    CT    06902 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement Purchase Order Terms and Conditions | Itochu Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5F 5-1 Kita-Aoyama, 2-chome |
| | State the term remaining | 12/31/2027 | Address |
| | | | Minato-ku |
| | List the contract number of any government contract | | |
| | | | Tokyo    107-8077 |
| | | | City    State    ZIP Code |
| | | | Japan |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.375** **State what the contract or lease is for and the nature of the debtor's interest**

Investigations and Loss Prevention Services

Jack L. Hayes International, Inc.
Name

Notice Name

27520 Water Ash Dr. Suite#100
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Wesley Chapel | FL | 33544 |

Country

**2.376** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Legal Services

Jackson Lewis P.C.
Name

Notice Name

725 S Figueroa Street Suite 2500
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Los Angeles | CA | 90017 |

Country

**2.377** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Jana Marketing Inc
Name

Notice Name

3400 Cottage Way, Suite G2 #26180
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Sacramento | CA | 95825 |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known):*    25-10469

---

**2.378** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Jason Casillas
| | | Name
| | | Notice Name
| | | Address on File
**State the term remaining** | Undetermined | Address
**List the contract number of any government contract** | |
| | | City | State | ZIP Code
| | | Country

---

**2.379** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Jason Tartick
| | | Name
| | | Notice Name
| | | Address on File
**State the term remaining** | Undetermined | Address
**List the contract number of any government contract** | |
| | | City | State | ZIP Code
| | | Country

---

**2.380** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Jebbit Inc.
| | | Name
| | | Notice Name
| | | 280 Summer St Floor 7
**State the term remaining** | Undetermined | Address
**List the contract number of any government contract** | |
| | | Boston | MA | 02210
| | | City | State | ZIP Code
| | | Country

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**2.381**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Ecom Consultant, Ecomm Enhancement Project |

Jeremy Xavier
Name

Notice Name

Address on File
Address

State the term remaining — Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.382**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | WH Supplies |

Jerzy Szachniewicz
Name

Notice Name

Address on File
Address

State the term remaining — Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.383**

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Fire Prevention Services and other Store Services |

Johnson Controls US Holdings LLC
Name

Notice Name

5757 N Green Bay Ave
Address

State the term remaining — Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Milwaukee | WI | 53209 |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Chicago Ridge, 191 Chicago Ridge Mall Dr., #F-7, Chicago Ridge, IL 60415 (Store ID 1947) |
| | | Jones Lang LaSalle Americas, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 3344 Peachtree Road NE, Suite 1200 |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Atlanta | GA | 30326 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| | | |
|---|---|---|
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Franklin Mills, 1706 Franklin Mills Cir, Philadelphia, PA 19154 (Store ID 1960) |
| | | Jones Lang LaSalle Americas, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 3344 Peachtree Road NE, Suite 1200 |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Atlanta | GA | 30326 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| | | |
|---|---|---|
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Westfield Countryside, 27001 U.S Highway 19 N., Ste #2030, Clearwater, FL 33761 (Store ID 1681) |
| | | Jones Lang LaSalle Americas, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 3344 Peachtree Road NE, Suite 1200 |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Atlanta | GA | 30326 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| | Name | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers |

Jordelin Lopez
Name

Notice Name

Address on File
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

| | |
|---|---|
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest |

Models/Influencers/Freelancers

Jose Mendoza
Name

Notice Name

Address on File
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

| | |
|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest |

Models/Influencers/Freelancers

Joshua Gordon
Name

Notice Name

Address on File
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Old Estate SBLC Fees (held at JP Morgan) | JPMorgan Chase Bank N.A. |
|---|---|---|---|

Name

Notice Name

270 Park Avenue

State the term remaining    Undetermined

Address

List the contract number of any government contract

| | New York | NY | 10017 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Store Maintenance (Electric, etc) | Jsk Tech Inc. |
|---|---|---|---|

Name

Notice Name

13337 South St. #266

State the term remaining    Undetermined

Address

List the contract number of any government contract

| | Cerritos | CA | 90703 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Inventory Merchandise Freight In | Jsl Logistics, Inc. |
|---|---|---|---|

Name

Notice Name

12750 Center Court Dr Ste 170

State the term remaining    Undetermined

Address

List the contract number of any government contract

| | Cerritos | CA | 90703 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Juan Roman
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Royalties |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Juicy Couture
Name

ABG Juicy Couture LLC
Notice Name

1411 Broadway, 4th Floor
Address

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10018 |

Country

| | | |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

K&L Gates LLP
Name

Notice Name

210 Sixth Avenue
Address

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.396** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

State the term remaining    Undetermined

List the contract number of any government contract

Kailyn Brown

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

---

**2.397** State what the contract or lease is for and the nature of the debtor's interest

Benefits

State the term remaining    Undetermined

List the contract number of any government contract

Kaiser Foundation Health Plan, Inc.

Name

Notice Name

One Kaiser Plaza 17L

Address

| City | State | ZIP Code |
|------|-------|----------|
| Oakland | CA | 94612 |

Country

---

**2.398** State what the contract or lease is for and the nature of the debtor's interest

Health Insurance for EEs

State the term remaining    Undetermined

List the contract number of any government contract

Kaiser Foundation Health Plan, Inc.

Name

Notice Name

One Kaiser Plaza 17L

Address

| City | State | ZIP Code |
|------|-------|----------|
| Oakland | CA | 94612 |

Country

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

| | | |
|---|---|---|
| | | **Name** |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | Katelan Johnson |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City          State          ZIP Code |
| | | |
| | | Country |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees |
| | | Kelley Drye & Warren LLP |
| | | Name |
| | | |
| | | Notice Name |
| | | 175 Greenwich Street |
| | **State the term remaining** | Undetermined |
| | | Address |
| | | 3 World Trade Center |
| | **List the contract number of any government contract** | |
| | | |
| | | New York          NY          10007 |
| | | City          State          ZIP Code |
| | | |
| | | Country |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | Kenneth Rodriguez |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | |
| | | City          State          ZIP Code |
| | | |
| | | Country |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers |
| | | Kethlene Jean-Jacques |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Palms at Town & Country, 8525 Mills Drive, #114, Miami, FL 33183 (Store ID 1728) |
| | | Kimco Realty Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 500 North Broadway, Suite 201 |
| | State the term remaining | 1/31/2025 |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|
| Jericho | NY | 11753 |

Country

| | | |
|---|---|---|
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Architecture Services |
| | | Kimmerle Newman Architects |
| | | Name |
| | | |
| | | Notice Name |
| | | 1109 Mt. Kemble Ave |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|
| Morristown | NJ | 07960 |

Country

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

**2.405**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Accounting Services

Kinsel Forensic Accounting LLP
Name

Notice Name

35 North Lake Ave., Ste.710
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Pasadena | CA | 91101 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.406**  **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Kio Cyr
Name

Notice Name

Address on File
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.407**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Purchasing Services

Klarna Inc
Name

Notice Name

800 N High Street, Floor 4
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Columbus | OH | 43215 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

KM Artist Agency LLC

Name

Notice Name

217 Centre Street, 7th Floor

Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| New York | NY | 10013 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight Outbound Merch: TO ST |

Knight Transportation Services

Name

Notice Name

2002 W Wahalla Ln

Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| Phoenix | AZ | 85027 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fairlane Town Center, 18900 Michigan Ave, Dearborn, MI 48126 (Store ID 1697) |

Kohan Retail Investment Group

Name

Notice Name

1010 Northern Boulevard, Suite 234

Address

| | | |
|---|---|---|
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.411** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Montgomery Mall (PA), 189 Montgomery Mall, North Wales, PA 19454 (Store ID 1684)

Kohan Retail Investment Group
Name

Notice Name

1010 Northern Boulevard, Suite 234
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.412** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Pierre Bossier Mall, 2950 E. Texas Street Box 704 Suite D, Bossier City, LA 71111 (Store ID 1667)

Kohan Retail Investment Group
Name

Notice Name

1010 Northern Boulevard, Suite 234
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.413** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Santa Fe Place Mall, 4250 Cerrillos Rd. #1030, Santa Fe, NM 87507 (Store ID 1686)

Kohan Retail Investment Group
Name

Notice Name

1010 Northern Boulevard, Suite 234
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 The Mall at Robinson, 100 Robinson Centre Dr., Space #2800, Pittsburgh, PA 15205 (Store ID 1857) |

Kohan Retail Investment Group
Name

Notice Name

1010 Northern Boulevard, Suite 234
Address

State the term remaining: 1/31/2028

List the contract number of any government contract

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Town Center at Cobb, 400 Ernest Barrett Parkway, Space #252A, Kennesaw, GA 30144 (Store ID 1792) |

Kohan Retail Investment Group
Name

Notice Name

1010 Northern Boulevard, Suite 234
Address

State the term remaining: 1/31/2027

List the contract number of any government contract

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers |

Komodo Media LLC
Name

Notice Name

407 N Maple Dr, Ground Floor, The Studio
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

**2.417** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Maintenance Services

Kone Inc.
Name

Notice Name

State the term remaining: Undetermined

One Kone Court
Address

List the contract number of any government contract

| Moline | IL | 61265 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.418** State what the contract or lease is for and the nature of the debtor's interest

Royalties Lee

Kontoor Brands Inc
Name

Notice Name

State the term remaining: Undetermined

400 N Elm Street
Address

List the contract number of any government contract

| Greensboro | NC | 27401 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.419** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Services

Kozen Creative Inc
Name

Notice Name

5 Hanna Ave, Unit 520
Address

State the term remaining: Undetermined

List the contract number of any government contract

| Toronto | ON | M6K 0B3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Fees (Unclaimed Property, etc) | KPMG LLP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3 Chestnut Ridge Road |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Montavle |

Montavle | NJ | 07645
City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Lloyd Center, 1046 Lloyd Center, Suite F112, Portland, OR 97232 (Store ID 1717) | KREF Lloyd Center LLC |
| | | | Name |
| | | | Urban Renaissance Group |
| | | | Notice Name |
| | | | 925 S. Federal Highway, Suite 700 |
| | **State the term remaining** | 3/31/2025 | Address |
| | **List the contract number of any government contract** | | |

Boca Raton | FL | 33432
City | State | ZIP Code

Country

| | | | |
|---|---|---|---|
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Accounting/Tax Services | Kroll LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One World Trade Center |
| | **State the term remaining** | Undetermined | Address |
| | | | 285 Fulton Street, 31st Floor |
| | **List the contract number of any government contract** | | |

New York | NY | 10007
City | State | ZIP Code

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.423** State what the contract or lease is for and the nature of the debtor's interest — Wholesale and Store Freight

State the term remaining — Undetermined

List the contract number of any government contract

KW International, Inc

Name

Notice Name

18655 Bishop Ave

Address

| Carson | CA | 90746 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.424** State what the contract or lease is for and the nature of the debtor's interest — Models/Influencers/Freelancers

State the term remaining — Undetermined

List the contract number of any government contract

La Models

Name

Notice Name

7700 W Sunset Blvd

Address

| Los Angeles | CA | 90046 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.425** State what the contract or lease is for and the nature of the debtor's interest — License Agreement

State the term remaining — Undetermined

List the contract number of any government contract

Lacasa Fashion for Clothes Co

Name

Notice Name

LACASA Mall

Address

Floor 2 Offices

Al-Rihan District

City of Ramallah

| City | State | ZIP Code |
|------|-------|----------|
| Palestine | | |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

**2.426** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Marketing Services

Ladan Tabar Javahery
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

**2.427** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Maintenance Services

Lafayette Engineering, Inc
Name

Notice Name

2405 Lebanon Road
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Danville | KY | 40422 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**2.428** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Freelance Services

Lana L Cretz
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.429**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | **State the term remaining** Undetermined |
| | **List the contract number of any government contract** |

Lauren Bravo

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.430**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | **State the term remaining** Undetermined |
| | **List the contract number of any government contract** |

Lauren Robinson

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.431**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Parking |
| | **State the term remaining** Undetermined |
| | **List the contract number of any government contract** |

Laz Karp Associates, LLC.

Name

Notice Name

One Financial Plaza, 14th Floor

Address

| City | State | ZIP Code |
|---|---|---|
| Hartford | CT | 06103 |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Legal Fees |
| | | Lewis Brisbois Bisgaard & Smith LLP |
| | | Name |
| | | |
| | | Notice Name |
| | | 633 West 5Th Street, Suite 4000 |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90071 |

Country

| | | |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Payroll Services |
| | | Linkedin Corporation |
| | | Name |
| | | |
| | | Notice Name |
| | | 2029 Stierlin Ct |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|
| Mountain View | CA | 94043 |

Country

| | | |
|---|---|---|
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Cloud Personalization Managed Services |
| | | ListEngage LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 5 Edgell Road, Suite 20 |
| | State the term remaining | Undetermined |
| | | Address |
| | List the contract number of any government contract | |

| City | State | ZIP Code |
|---|---|---|
| Framingham | MA | 01701 |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*  25-10469

---

**2.435** | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees | Littler Mendelson PC
| | | Name
| | |
| | | Notice Name
| **State the term remaining** | Undetermined | 333 Bush Street 34th Floor
| | | Address
| **List the contract number of any government contract** | |
| | |
| | | San Francisco | CA | 94104
| | | City | State | ZIP Code
| | |
| | | Country

---

**2.436** | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Agreement re Festival | Live Nation Worldwide, Inc
| | | Name
| | |
| | | Notice Name
| **State the term remaining** | Undetermined | 9348 Civic Center Dr
| | | Address
| **List the contract number of any government contract** | |
| | |
| | | Beverly Hills | CA | 90210
| | | City | State | ZIP Code
| | |
| | | Country

---

**2.437** | **State what the contract or lease is for and the nature of the debtor's interest** | Armored Carrier | Loomis Fargo & Co.
| | | Name
| | |
| | | Notice Name
| | | 2500 Citywest Blvd Suite 2300
| **State the term remaining** | Undetermined | Address
| **List the contract number of any government contract** | |
| | |
| | | Houston | TX | 77042
| | | City | State | ZIP Code
| | |
| | | Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.438** State what the contract or lease is for and the nature of the debtor's interest — Address Verification

State the term remaining — Undetermined

List the contract number of any government contract

Loqate Inc
Name

Notice Name

805 Veterans Blvd, Suite 305
Address

| Redwood City | CA | 94063 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.439** State what the contract or lease is for and the nature of the debtor's interest — Agreement re Payroll Services

State the term remaining — Undetermined

List the contract number of any government contract

Lrn Corporation
Name

Notice Name

41 Madison Ave, 30th Floor
Address

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.440** State what the contract or lease is for and the nature of the debtor's interest — Fit Model

State the term remaining — Undetermined

List the contract number of any government contract

Luxe Fit Inc.
Name

Notice Name

222 Pacific Coast Highway
Address

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
          Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Water Tower Place, 835 N. Michigan, Space #6035 & 7025, Chicago, IL 60611 (Store ID 1904) |

M&J Wilkow Property LLC
Name

Notice Name

20 S. Clark Street, Suite 3000
Address

**State the term remaining**    7/31/2025

**List the contract number of any government contract**

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Cerritos, 200 Los Cerritos Center, Cerritos, CA 90703 (Store ID 1411) |

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Chandler Fashion Center, 3111 West Chandler Blvd., Space #1040, Chandler, AZ 85226 (Store ID 1843) |

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Deptford Mall, 1750 Deptford Center Rd, Space #2111, Deptford Township, NJ 8096 (Store ID 1975) |
| | | Macerich |
| | | Name |
| | | Attn Legal Department |
| | | Notice Name |
| | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 1/31/2027 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Santa Monica | CA | 90401 |
| City | State | ZIP Code |

Country
_____

| | | |
|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Eastland Mall, 800 N. Green River Road, Space #318A, Evansville, IN 47715 (Store ID 1619) |
| | | Macerich |
| | | Name |
| | | Attn Legal Department |
| | | Notice Name |
| | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 1/31/2027 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Santa Monica | CA | 90401 |
| City | State | ZIP Code |

Country
_____

| | | |
|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fashion District Philadelphia, 907-937A Market Street #2175, Philadelphia, PA 19107 (Store ID 1939) |
| | | Macerich |
| | | Name |
| | | Attn Legal Department |
| | | Notice Name |
| | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 12/31/2025 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Santa Monica | CA | 90401 |
| City | State | ZIP Code |

Country
_____

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | | |
|---|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fashion Outlets of Chicago, 5220 Fashion Outlet Way, Suite #1005, Rosemont, IL 60018 (Store ID 1740) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica |  CA  |  90401 |
| | | | City  State  ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fashion Outlets of Niagara Falls, 1965 Fashion Blvd. Suite 238, Niagara Falls, NY 14304 (Store ID 1481) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 1/31/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica  CA  90401 |
| | | | City  State  ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Flatiron Crossing, 51 West Flat Iron Crossing Dr., #ANC04, Broomfield, CO 80021 (Store ID 1650) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica  CA  90401 |
| | | | City  State  ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Freehold Raceway Mall, 3710 Route 9, Suite #1000, Freehold, NJ 7728 (Store ID 1704) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2027 | 401 Wilshire Boulevard, Suite 700 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fresno Fashion Fair, 755 East Shaw Ave., Fresno, CA 93710 (Store ID 1664) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2025 | 401 Wilshire Boulevard, Suite 700 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Green Acres Mall, 2034 Green Acres Mall, Space #108, Valley Stream, NY 11581 (Store ID 1679) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2027 | 401 Wilshire Boulevard, Suite 700 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor:    F21 OpCo, LLC
_____
Name

Case number (if known):    25-10469

| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Inland Center, 200 Inland Dr., San Bernardino, CA 92408 (Store ID 1674) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | State the term remaining | 1/31/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Kings Plaza Mall, 5301 Kings Plaza #210, Brooklyn, NY 11234 (Store ID 1885) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | State the term remaining | 1/31/2026 | Address |
| | List the contract number of any government contract | | |

| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Lakewood Center Mall, 326 Lakewood Center Mall, Lakewood, CA 90712 (Store ID 1410) | Macerich |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 401 Wilshire Boulevard, Suite 700 |
| | State the term remaining | 1/31/2025 | Address |
| | List the contract number of any government contract | | |

| | | | Santa Monica | CA | 90401 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Santa Monica Place, 395 Santa Monica Place, Space # 220, Santa Monica, CA 90401 (Store ID 1774) | Macerich |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining    6/30/2026

List the contract number of
any government contract

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 SanTan Village, 2268 E. Williams Field Rd #101, Gilbert, AZ 85296 (Store ID 1887) | Macerich |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining    1/31/2027

List the contract number of
any government contract

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Scottsdale Fashion Square, 7014 E. Camelback Rd.,  #2433, Scottsdale, AZ 85251 (Store ID 1942) | Macerich |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining    1/31/2027

List the contract number of
any government contract

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

**2.459** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 South Plains Mall, 6002 Slide Rd #G5, Lubbock, TX 79414 (Store ID 1911)

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining   2/28/2027

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Santa Monica | CA | 90401 |

Country

**2.460** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Stonewood Center, 223 Stonewood St., Downey, CA 90241 (Store ID 1610)

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining   12/31/2027

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Santa Monica | CA | 90401 |

Country

**2.461** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 The Shops at Atlas Park, 80-40 Cooper Ave., Suite #4-002, Glendale, NY 11385 (Store ID 1635)

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

State the term remaining   1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Santa Monica | CA | 90401 |

Country

Debtor:  F21 OpCo, LLC
Name

Case number (if known):    25-10469

| | | |
|---|---|---|
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Valley River Center, 293 Valley River Center, Eugene, OR 97401 (Store ID 1813) |

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Washington Square, 9601 SW Washington Square Rd, Tigard, OR 97223 (Store ID 1723) |

Macerich
Name

Attn Legal Department
Notice Name

401 Wilshire Boulevard, Suite 700
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Macie Lukavsky
Name

Notice Name

Address on File
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number (if known):  25-10469

**2.465**

State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Galleria at Tyler, 3700 Galleria at Tyler Mall, Riverside, CA 92503 (Store ID 1668)

Macys West Stores, LLC
Name

Attn Law Dept - Real Estate Group
Notice Name

145 Progress Place
Address

State the term remaining  1/31/2031

List the contract number of any government contract

| Springdale | OH | 45246 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.466**

State what the contract or lease is for and the nature of the debtor's interest

Inventory Merchandise Freight In

Maersk A/S
Name

Notice Name

9300 Arrowpoint Blvd
Address

State the term remaining  Undetermined

List the contract number of any government contract

| Charlotte | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.467**

State what the contract or lease is for and the nature of the debtor's interest

Perris DC, CA 3rd party labor. Line Haul - DC to Hub

Maersk Warehousing and Distribution Serv
Name

Notice Name

2240 E. Maple Ave.
Address

State the term remaining  Undetermined

List the contract number of any government contract

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Magia Media Inc
_____
Name

_____
Notice Name

1011 North Fuller Ave., Suite M
_____

**State the term remaining**  Undetermined
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| West Hollywood | CA | 90046 |

Country

| | | |
|---|---|---|
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Makena Yee
_____
Name

_____
Notice Name

Address on File
_____

**State the term remaining**  Undetermined
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Legal Services |

Managed Discovery LLC
_____
Name

_____
Notice Name

24325 Crenshaw Blvd. #124
_____

**State the term remaining**  Undetermined
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Torrance | CA | 90505 |

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number (if known): 25-10469
_____

**2.471** State what the contract or lease is for and the nature of the debtor's interest: Agreement re Legal Services

State the term remaining: Undetermined

List the contract number of any government contract:

Manatt, Phelps & Phillips, LLP
_____
Name

_____
Notice Name

2049 Century Park East, Suite 1700
_____
Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.472** State what the contract or lease is for and the nature of the debtor's interest: Perris Project Support Services

State the term remaining: Undetermined

List the contract number of any government contract:

Manhattan Associates, Inc.
_____
Name

_____
Notice Name

2300 Windy Ridge Pkwy 10th Floor
_____
Address

| Atlanta | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.473** State what the contract or lease is for and the nature of the debtor's interest: Models/Influencers/Freelancers

State the term remaining: Undetermined

List the contract number of any government contract:

Mark Quirimit
_____
Name

_____
Notice Name

Address on File
_____
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement Purchase Order Terms and Conditions | Marka Magazacilik A.S. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | 12/31/2034 | Cumhuriyet Mah. Halaskargazi Cad. No. 111/8 |
| | | | Address |
| | List the contract number of any government contract | | Sisli - 34371 |

| | | | Istanbul | | |
| | | | City | State | ZIP Code |
| | | | Turkey | | |
| | | | Country | | |

| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Bonds/Insurance | Marsh & McLennan Companies, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Undetermined | 1166 Avenue of the Americas |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | New York | NY | 10036 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Fire Inspection service | Martin County Board of County |
| | | | Name |
| | | | |
| | | | Notice Name |
| | State the term remaining | Undetermined | 2401 Se Monterey Rd |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Stuart | FL | 34996 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.477** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Ecommerce Marketing

Mastercard International Incorporated
Name

Notice Name

**State the term remaining** Undetermined

2000 Purchase Street
Address

**List the contract number of any government contract**

| Purchase | NY | 10577 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.478** **State what the contract or lease is for and the nature of the debtor's interest**

Royalties

Mattel Inc
Name

Notice Name

**State the term remaining** Undetermined

333 Contirntal Blvd
Address

**List the contract number of any government contract**

| El Segundo | CA | 90245 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.479** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

McAve Media LLC
Name

Notice Name

3442 E Heyward Ct
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Eagle Mountain | UT | 84005 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

Name

**2.480**  **State what the contract or lease is for and the nature of the debtor's interest**

Life Insurance for Puerto Rico Ees

MCS Life Insurance Co.

Name

Notice Name

255 Ponce De Leon Ave

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| San Juan | PR | 00917-1919 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.481**  **State what the contract or lease is for and the nature of the debtor's interest**

Puerto Rico Insurance

Mcs Life Insurance Co.

Name

Notice Name

255 Ponce De Leon Ave

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| San Juan | PR | 00917-1919 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.482**  **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Megan DiLeo

Name

Notice Name

Address on File

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

---

**2.483**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Name

Meghan Alice O'Hare
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.484**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Name

Men Women Ny Model Management, Inc.
Name

Notice Name

55 Hudson Yards, 3rd Floor
Address

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10001 |

Country

---

**2.485**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Human Resources |

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Name

Mercer Inc.
Name

Notice Name

1166 Avenue of The Americas
Address

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10036 |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

| | | |
|---|---|---|
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Insurance & Benefits |

Mercer Inc.

Name

Notice Name

1166 Avenue of The Americas

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing and Advertising Agency |

Merge West, Inc

Name

Notice Name

200 E. Randolph Street, Suite 3450

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Digital Marketing Services |

Merkle - 4Cite (Identity)

Name

Notice Name

7001 Columbia Gateway Drive

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Columbia | MD | 21046 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

---

**2.489** **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Ecommerce Marketing

Metric Theory LLC
_____
Name

_____
Notice Name

**State the term remaining**    Undetermined

1517 Blake St, Ste 250
_____
Address

**List the contract number of any government contract**

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.490** **State what the contract or lease is for and the nature of the debtor's interest**    Life Insurance

Metropolitan Life Insurance Company
_____
Name

_____
Notice Name

**State the term remaining**    Undetermined

200 Park Avenue
_____
Address

**List the contract number of any government contract**

| New York | NY | 10166 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.491** **State what the contract or lease is for and the nature of the debtor's interest**    DSL/Phone Service

Metropolitan Telecommunication
_____
Name

_____
Notice Name

**State the term remaining**    Undetermined

55 Water Street
_____
Address

**List the contract number of any government contract**

| New York | NY | 10041 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

Name

**2.492** | **State what the contract or lease is for and the nature of the debtor's interest** | Royalties, Bratz Summer | MGA Entertainment Inc

Name

Notice Name

9220 Winnetka Avenue

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| Chatsworth | CA | 91311 |
| City | State | ZIP Code |

Country

**2.493** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re IT Services | Microsoft Corporation

Name

Notice Name

One Microsoft Way

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| Redmond | WA | 98052-6399 |
| City | State | ZIP Code |

Country

**2.494** | **State what the contract or lease is for and the nature of the debtor's interest** | Bing Search Ads | Microsoft Online, Inc.

Name

Notice Name

6100 Neil Road, Ste100

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| Reno | NV | 89511 |
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

| | | | |
|---|---|---|---|
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re IT Services | Microstrategy Services Corp |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 1850 Towers Crescent Plaza |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tysons Corner      VA      22182 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Fire Prevention Services and other Store Services | Middletown Township-FSI |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 3 Municipal Way |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Langhorne      PA      19047-3424 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | This is Media Monks | MightyHive, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 311 California Street, Suite 200 |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | San Francisco      CA      94104 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Global Creative Services | Milk Studios Los Angeles, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 855 North Cahuenga Blvd |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Los Angeles | CA | 90038 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Settlement | Millicent Dunstan |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Las Tiendas Plaza, 700 East Expressway 83, Suite C, McAllen, TX 78503 (Store ID 1969) | Mimco Inc. |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 6500 Montana |
| | **State the term remaining** | 2/28/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | El Paso | TX | 79925 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services |

Miro Inv2786039

Name

c/o RealtimeBoard Inc. dba Miro

Notice Name

Attention Legal Department

**State the term remaining**    Undetermined

Address

201 Spear Street, Suite 1100

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Francisco | CA | 94105 |

Country

| | | |
|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Construction Services |

MJ Peterson Associates Consulting Engine

Name

Notice Name

7201 North Dreamy Draw Drive, Suite 200

**State the term remaining**    Undetermined

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| Phoenix | AZ | 85020 |

Country

| | | |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Model Two Management LLC

Name

Notice Name

9255 W. Sunset Blvd., Ste #407

**State the term remaining**    Undetermined

Address

**List the contract number of**

**any government contract**

| City | State | ZIP Code |
|---|---|---|
| West Hollywood | CA | 90069 |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.504** | **State what the contract or lease is for and the nature of the debtor's interest** | License and Distribution Agreement Summary of Commercial Terms | MODISER S.A formerly called Iman - Paraguay

Name

Notice Name

Via Ferrea NR. 2440, Casi Avda. Brasilia

Address

**State the term remaining** | 12/31/2039

**List the contract number of any government contract**

Asuncion

City | State | ZIP Code

Paraguay

Country

---

**2.505** | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Merchandise Freight In | Mol Consolidation Service Limited

Name

Notice Name

100 Kwai Cheong Road, Kwai Chung, N.T.

Address

Unit B-D, 11F, KC 100

**State the term remaining** | Undetermined

**List the contract number of any government contract**

Kwai Chung

City | State | ZIP Code

Hong Kong

Country

---

**2.506** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Monday Agency Inc

Name

Notice Name

1776 Broadway, Suite 701

Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

New York | NY | 10019

City | State | ZIP Code

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.507** State what the contract or lease is for and the nature of the debtor's interest: Store Music Service

State the term remaining: Undetermined

List the contract number of any government contract:

Mood Media North American Holdings Corp
Name

Notice Name

2100 S Interstate 35, Ste 200
Address

| Austin | TX | 78704 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.508** State what the contract or lease is for and the nature of the debtor's interest: Models/Influencers/Freelancers

State the term remaining: Undetermined

List the contract number of any government contract:

Morgan Knight
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.509** State what the contract or lease is for and the nature of the debtor's interest: Models/Influencers/Freelancers

State the term remaining: Undetermined

List the contract number of any government contract:

Moss Martin LLC
Name

Notice Name

4221 S Cathy Ave
Address

| Sioux Falls | SD | 57106 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Drinking Water for St | Mountain Glacier, LLC |
|---|---|---|---|

Name

Notice Name

709 Oak Hill Rd

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | Evansville | IN | 47711-5369 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Fit Model | Muse Fit Models, Inc. |
|---|---|---|---|

Name

Notice Name

2355 Westwood Blvd., #859

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | Los Angeles | CA | 90064 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecom Tech Consultant - Software Development | Nagarro, Inc. |
|---|---|---|---|

Name

Notice Name

1737 N. First Street, Suite 590

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| | San Jose | CA | 95112 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Crystal Mall, 850 Hartford Turnpike #R219A, Waterford, CT 6385 (Store ID 1925) | Namdar Realty Group LLC |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304

| State the term remaining | 1/31/2025 | Address |
|---|---|---|

List the contract number of
any government contract

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Florence Mall, 2028 Florence Mall #2070, Florence, KY 41042 (Store ID 1814) | Namdar Realty Group LLC |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304

| State the term remaining | 1/31/2025 | Address |
|---|---|---|

List the contract number of
any government contract

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Hamilton Mall, 4403 Black Horse Pike, Mays Landing, NJ 8330 (Store ID 1639) | Namdar Realty Group LLC |
|---|---|---|---|

Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304

| State the term remaining | 7/31/2026 | Address |
|---|---|---|

List the contract number of
any government contract

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
           Name

Case number *(if known)*:    25-10469

| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall at Tuttle Crossing, 5043 Tuttle Crossing Blvd Ste 283, Dublin, OH 43016 (Store ID 1730) |
|---|---|---|

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

**State the term remaining**    1/31/2025

150 Great Neck Road, Suite 304
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall of Acadiana, 5725 Johnston St, Space #D-164, Lafayette, LA 70503 (Store ID 1965) |
|---|---|---|

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

**State the term remaining**    1/31/2026

150 Great Neck Road, Suite 304
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Northwest Arkansas Mall, 4201 N. Shiloh Dr. #1150, Fayetteville, AR 72703 (Store ID 1901) |
|---|---|---|

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

**State the term remaining**    1/31/2028

150 Great Neck Road, Suite 304
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Great Neck | NY | 11021 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 South Shore Mall, 1701 Sunrise Hwy, #D10, Bay Shore, NY 11706 (Store ID 1687) |
| | **State the term remaining** | 1/31/2027 |
| | **List the contract number of any government contract** | |

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304
Address

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Trumbull Shopping Park, 5065 Main Street, #178, Trumbull, CT 6611 (Store ID 1659) |
| | **State the term remaining** | 1/31/2028 |
| | **List the contract number of any government contract** | |

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304
Address

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Westgate Mall, 7701 West Interstate 40, Ste. 542, Amarillo, TX 79121 (Store ID 1789) |
| | **State the term remaining** | 1/31/2028 |
| | **List the contract number of any government contract** | |

Namdar Realty Group LLC
Name

Attn Legal Department
Notice Name

150 Great Neck Road, Suite 304
Address

| Great Neck | NY | 11021 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.522** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Name on File - ID 15766686
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

**2.523** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Name on File - ID 15767423
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

**2.524** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Name on File - ID 15768021
Name

Notice Name

Address on File
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

City | State | ZIP Code

Country

---

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

Name

**2.525** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Ecommerce Marketing

Narvar Inc.
Name

Notice Name

State the term remaining    Undetermined

3 East Third Avenue, Suite 211
Address

List the contract number of any government contract

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.526** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Natalie Paige Pluto
Name

Notice Name

State the term remaining    Undetermined

Address on File
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.527** State what the contract or lease is for and the nature of the debtor's interest

Last Mile - Hub to Store

National Delivery Systems, Inc
Name

Notice Name

State the term remaining    Undetermined

7021 Columbia Gateway Dr, Ste 420
Address

List the contract number of any government contract

| Columbia | MD | 21046 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance - Elevator/Escalator | National Elevator Inspection Servic |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 11973 Westline Industrial Dr, Ste 100 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | St. Louis   MO   63146 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Security | National Security Consultants, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5577 Youngstown-Warren Road |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Niles   OH   44446 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Natural Model Management LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4505 W Jefferson Blvd # 108 |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Los Angeles   CA   90016 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

**2.531** **State what the contract or lease is for and the nature of the debtor's interest**  Agreement re Marketing Services

**State the term remaining**  Undetermined

**List the contract number of any government contract**

Nautica Amazon

Name

Notice Name

440 Terry Ave N

Address

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**2.532** **State what the contract or lease is for and the nature of the debtor's interest**  Agreement re Payroll Services

**State the term remaining**  Undetermined

**List the contract number of any government contract**

Navex Global

Name

Notice Name

5885 Meadows Road, Suite 500

Address

| Lake Oswego | OR | 97035 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**2.533** **State what the contract or lease is for and the nature of the debtor's interest**  Royalties

**State the term remaining**  Undetermined

**List the contract number of any government contract**

NBC Universal LLC

Name

Notice Name

100 Universal City Plaza

Address

| Universal City | CA | 91608 |
|----------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC

Name

Case number *(if known)*:   25-10469

---

**2.534**

| **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Software |
|---|---|

Nedgraphics

Name

Notice Name

135 West 41st Street, Floor 5

Address

| **State the term remaining** | Undetermined |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.535**

| **State what the contract or lease is for and the nature of the debtor's interest** | Store Security |
|---|---|

Nesctc Security Agency LLC

Name

Notice Name

46 Molter Street

Address

| **State the term remaining** | Undetermined |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Cranston | RI | 02910 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.536**

| **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Outlets of Des Moines, 801 Bass Pro Drive, Altoona, IA 50009 (Store ID 1447) |
|---|---|

New England Development

Name

Attn General Manager

Notice Name

75 Park Plaza

Address

| **State the term remaining** | 1/31/2028 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Boston | MA | 02116 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement |

New Fashion House LLC
Name

Notice Name

Post Box No 28091
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

Dubai
City | State | ZIP Code

United Arab Emirates
Country

| | | |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Rent |

New Orleans Riverside Lessee LLC
Name

Notice Name

Two Poydras Street
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

New Orleans | LA | 70130
City | State | ZIP Code

Country

| | | |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Software Services |

New Relic, Inc
Name

Notice Name

188 Spear St., Suite 1200
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

San Francisco | CA | 94105
City | State | ZIP Code

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number (if known):    25-10469
_____

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Market ST Phot Shoot | Newsha Tavakoli |
|---|---|---|---|

Name

Notice Name

Address on File

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Next Collective LLC |
|---|---|---|---|

Name

Notice Name

860 S Los Angeles St #417

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Los Angeles | CA | 90014 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Next Management Co. |
|---|---|---|---|

Name

Notice Name

8447 Wilshire Blvd

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Beverly Hills | CA | 90211 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.543** State what the contract or lease is for and the nature of the debtor's interest — Security

NFS Monitoring Inc.
Name

Notice Name

150 Candace Dr
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Maitland | FL | 32751 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.544** State what the contract or lease is for and the nature of the debtor's interest — Models/Influencers/Freelancers

Nicole Wetsch
Name

Notice Name

Address on File
Address

State the term remaining — Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.545** State what the contract or lease is for and the nature of the debtor's interest — Models/Influencers/Freelancers

NK Projects LLC
Name

Notice Name

2408 Butler National Dr.
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Pflugerville | TX | 78660 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Nneoma Akubuilo
Name

Notice Name

Address on File
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Noeah Jacobs
Name

Notice Name

Address on File
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Brandon Town Center, 566 Brandon Town Center, Brandon, FL 33511 (Store ID 1839) |

North American Development Group LLC
Name

Attn Executive VP
Notice Name

2581 John Street, Suite 1
Address

**State the term remaining** — Month to Month

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Markham Ontario | ON | L3R 5R7 |

Canada
Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Shops at Park Lane, 8166 Park Lane, Ste. 110, Dallas, TX 75231 (Store ID 1726) |

Northwood Retail, LLC
Name

Attn Lease Administration
Notice Name

1819 Wazee Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Denver | CO | 80202 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees |

Norton Rose Fulbright US LLP
Name

Notice Name

1550 Lamar Street, Suite 2000
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Houston | TX | 77010 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Speed Optimization |

Nostra, Inc.
Name

Notice Name

447 Sutter Street., Suite 405
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94108 |
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*:    25-10469
_____

| | | |
|---|---|---|
| **2.552** | State what the contract or lease is for and the nature of the debtor's interest | EE Relocation Expenses | NRI Relocation, Inc. |

Name

_____
Notice Name

1110 W. Lake Cook Road, Suite 301
_____

| | | |
|---|---|---|
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Buffalo Grove | IL | 60089 |

Country
_____

| | | |
|---|---|---|
| **2.553** | State what the contract or lease is for and the nature of the debtor's interest | Global provider of Interactive (web & mobile) | NU Technology, Inc. |

Name

_____
Notice Name

3721 S. Stonebridge Dr. Unit #1403
_____

| | | |
|---|---|---|
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Mckinney | TX | 75070 |

Country
_____

| | | |
|---|---|---|
| **2.554** | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Maintenance Services | Nutech Fire Alarm & Security |

Name

_____
Notice Name

11223 Old River School Rd. Ste. A
_____

| | | |
|---|---|---|
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Downey | CA | 90241 |

Country
_____

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Oakland Mall, 460 W. 14 Mile Road, Troy, MI 48083 (Store ID 1883) | Oakland Mall, LLC |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 2600 West Big Beaver Road, Suite 410 |
| | **State the term remaining** | 1/31/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | Troy / MI / 48084 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Osceola Crosslands, 620 Center View Blvd., Kissimmee, FL 34741 (Store ID 1427) | O'Connor Capital Partners |
| | | | Name |
| | | | Attn Lease Administration |
| | | | Notice Name |
| | | | 240 Royal Palm Way, Second Floor |
| | **State the term remaining** | 9/30/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | Palm Beach / FL / 33480 |
| | | | City / State / ZIP Code |
| | | | Country |
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Fair Oaks, 11750 Fair Oaks #H227, Fairfax, VA 22033 (Store ID 1844) | Olshan Properties |
| | | | Name |
| | | | Attn Legal Department |
| | | | Notice Name |
| | | | 600 Madison Avenue, 14th Floor |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | New York / NY / 10022 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.558** State what the contract or lease is for and the nature of the debtor's interest: Real Property Lease for F21 The Greene Town Center, 69 Chestnut St., Space #B112 & #B212, Beavercreek, OH 45440 (Store ID 1865)

Olshan Properties
Name

Attn Legal Department
Notice Name

600 Madison Avenue, 14th Floor
Address

State the term remaining: 1/31/2025

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10022 |

Country

**2.559** State what the contract or lease is for and the nature of the debtor's interest: Real Property Lease for F21 Media City Center, 201 E Magnolia Blvd, Ste 269, Burbank, CA 91502 (Store ID 1613)

Onni Properties LLC
Name

c/o Onni Group
Notice Name

1031 S Broadway
Address

State the term remaining: 1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90015 |

Country

**2.560** State what the contract or lease is for and the nature of the debtor's interest: Models/Influencers/Freelancers

Operant Media LLC
Name

Notice Name

755 Beacon Place
Address

State the term remaining: Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Escondido | CA | 92025 |

Country

Debtor:    F21 OpCo, LLC
Name

Case number (if known):    25-10469

**2.561** State what the contract or lease is for and the nature of the debtor's interest

Postage

State the term remaining    Undetermined

List the contract number of any government contract

Orange County Direct Mail, Inc.
Name

Notice Name

2672 Dow Avenue
Address

| Tustin | CA | 92780 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.562** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Payroll Services

State the term remaining    Undetermined

List the contract number of any government contract

Orgchart LLC
Name

Attention Legal Department
Notice Name

201 Alameda Del Prado Suite #301
Address

| Novato | CA | 94949 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.563** State what the contract or lease is for and the nature of the debtor's interest

Maintenance-Pest Control

State the term remaining    Undetermined

List the contract number of any government contract

Orkin Pest Control
Name

Notice Name

2170 Piedmont Rd NE
Address

| Atlanta | GA | 30324 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.564** **State what the contract or lease is for and the nature of the debtor's interest**

legal fees

Orrick, Herrington & Sutcliffe LLP
Name

Notice Name

2121 Main Street

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Wheeling | WV | 26003 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.565** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Oscar Torres Photography LLC
Name

Notice Name

2771 Newell St

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Los Angeles | CA | 90039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.566** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Outshine LLC
Name

Notice Name

15 E. Putnam Ave., #422

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Greenwich | CT | 06830 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

**2.567**

| State what the contract or lease is for and the nature of the debtor's interest | Freight |
|---|---|

Pace Runners Inc
Name

Notice Name

5951 Greenwood Parkway
Address

**State the term remaining** | Undetermined

**List the contract number of any government contract**

| Bessemer | AL | 35022 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.568**

| State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Belden Village, 4343 Belden Village Mall, #A4, Canton, OH 44718 (Store ID 1953) |
|---|---|

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550
Address

**State the term remaining** | 1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.569**

| State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Bridgewater Commons, 400 Commons Way Ste 310, Bridgewater, NJ 8807 (Store ID 1781) |
|---|---|

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550
Address

**State the term remaining** | 1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Crabtree Valley Mall, 4325 Glenwood Ave #1093, Raleigh, NC 27612 (Store ID 1701) |
| | | |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550

**State the term remaining**   1/31/2026
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Franklin Park, 5001 Monroe Street Unit 1800, Toledo, OH 43623 (Store ID 1809) |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550

**State the term remaining**   1/31/2026
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Great Northern, 560 Great Northern Mall, North Olmsted, OH 44070 (Store ID 1812) |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550

**State the term remaining**   1/31/2026
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Palm Desert, 72840 Highway 111, Ste. T-393, Palm Desert, CA 92260 (Store ID 1750) |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Park Place, 5870 East Broadway Blvd., Space #518, Tucson, AZ 85711 (Store ID 1850) |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Parkway Plaza, 415 Parkway Plaza #357, El Cajon, CA 92020 (Store ID 1637) |

Pacific Retail Capital Partners
Name

Attn General Counsel
Notice Name

2029 Century Park East, Suite 1550
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Southlake Mall (IN), 2060 Southlake Mall, Merrillville, IN 46410 (Store ID 1683) |

Pacific Retail Capital Partners

Name

Attn General Counsel

Notice Name

2029 Century Park East, Suite 1550

Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 West Covina Shopping Center, 112 Plaza Drive, Suite #326, West Covina, CA 91790 (Store ID 1899) |

Pacific Retail Capital Partners

Name

Attn General Counsel

Notice Name

2029 Century Park East, Suite 1550

Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Yorktown Center, 300 Yorktown Center, Lombard, IL 60148 (Store ID 1803) |

Pacific Retail Capital Partners

Name

Attn General Counsel

Notice Name

2029 Century Park East, Suite 1550

Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

**2.579** State what the contract or lease is for and the nature of the debtor's interest: Agreement re Legal Services

Pacific Trial Attorneys, A Professional

Name

Notice Name

4100 Newport Place Drive, Suite 800

State the term remaining: Undetermined

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Newport Beach | CA | 92660 |

Country

**2.580** State what the contract or lease is for and the nature of the debtor's interest: Models/Influencers/Freelancers

Palette Media, Inc.

Name

Notice Name

245 E. 93rd Street, Suite 21C

State the term remaining: Undetermined

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10128 |

Country

**2.581** State what the contract or lease is for and the nature of the debtor's interest: Last Mile - Hub to Store

Palmer Dedicated Logistics, LLC

Name

Notice Name

39 South Broad Street

State the term remaining: Undetermined

Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Westfield | MA | 01085 |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

---

**2.582**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Ecom Services

Pantone, Inc
Name

Notice Name

**State the term remaining**    Undetermined

590 Commerce Blvd
Address

**List the contract number of any government contract**

| Carlstadt | NJ | 07072 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.583**  **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Panzano and Partners, L.L.C.
Name

Notice Name

**State the term remaining**    Undetermined

14000 Horizon Way, Suite 350
Address

**List the contract number of any government contract**

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.584**  **State what the contract or lease is for and the nature of the debtor's interest**    Marketing Materials/supplies

Parrot Communications Int'l, Inc.
Name

Notice Name

**State the term remaining**    Undetermined

25461 Rye Canyon Road
Address

**List the contract number of any government contract**

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| **2.585** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Freight Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Pathmark Transportation
_____
Name

_____
Notice Name

5050 Poplar Ave, Suite 900
_____
Address

| Memphis | TN | 38157 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.586** | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Director |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Paul S Aronzon
_____
Name

_____
Notice Name

Address on File
_____
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.587** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Accounting/Tax Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Paypal Inc
_____
Name

_____
Notice Name

2211 N 1st St
_____
Address

| San Jose | CA | 95131 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

**2.588** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Ecom Services

Pc Connection

Name

Notice Name

730 Milford Rd

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Merrimack | NH | 03054 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.589** **State what the contract or lease is for and the nature of the debtor's interest**

Parking

Peak Parking LP

Name

Notice Name

701 Brazos #320

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Austin | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.590** **State what the contract or lease is for and the nature of the debtor's interest**

Store Contest

PerfectGift LLC

Name

Notice Name

495 Mansfield Ave

**State the term remaining** Undetermined

Address

**List the contract number of any government contract**

| Pittsburgh | PA | 15205 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*:    25-10469
_____

| | | |
|---|---|---|
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Legal Services |
| | | Perkins Coie LLP |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 1201 Third Avenue, Suite 4900 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Seattle          WA          98101 |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees |
| | | Perlman & Perlman, LLP |
| | | Name |
| | | |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 521 Fifth Avenue, 30th Floor |
| | | Address |
| | **List the contract number of any government contract** | |
| | | New York          NY          10175 |
| | | City          State          ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services |
| | | Phototek Inc |
| | | Name |
| | | |
| | | Notice Name |
| | | 1817 Tarboro St |
| | **State the term remaining** | Undetermined |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Elmont          NY          11003-1700 |
| | | City          State          ZIP Code |
| | | Country |

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**2.594** State what the contract or lease is for and the nature of the debtor's interest

Parking

Pioneer Parking Inc.

Name

Notice Name

205 North Michigan Avenue, Suite 810

State the term remaining    Undetermined

Address

List the contract number of any government contract

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.595** State what the contract or lease is for and the nature of the debtor's interest

Stamp Machine Rental

Pitney Bowes Global Financial

Name

Notice Name

27 Waterview Drive Msc 27-3C

State the term remaining    Undetermined

Address

List the contract number of any government contract

| Shelton | CT | 06484 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.596** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Platform

Pixlee Turnto, Inc

Name

Notice Name

2443 Fillmore Street #380-18365

State the term remaining    Undetermined

Address

List the contract number of any government contract

| San Francisco | CA | 94115 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | Picture Retouching |

Pixxy Etail Solutions Private Limited
Name

Notice Name

23/48 Canal Bank Road Cit Nagar
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Chennai, Tamil Nadu | | 600035 |
| City | State | ZIP Code |

India
Country

| | | |
|---|---|---|
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | Store Music Service |

Playnetwork, Inc
Name

Notice Name

14720 Ne 87Th Street
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Redmond | WA | 98052 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Treasury Management Services Comprehensive Agreement |

PNC Bank, National Association
Name

Attention Treasury Management Legal Liaison
Notice Name

PNC Firstside Center
Address

**State the term remaining**    Evergreen

500 First Avenue

**List the contract number of any government contract**

| | | |
|---|---|---|
| Pittsburgh | PA | 15219 |
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC

Case number *(if known)*:   25-10469

---

**2.600** State what the contract or lease is for and the nature of the debtor's interest

License Agreement

Poetic Brands Limited

Name

Notice Name

State the term remaining   Undetermined

Unit 4, The Trident Centre

Address

List the contract number of any government contract

Imperial Way Watford

| | | |
|---|---|---|
| Herts | | WD24 4YB |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

---

**2.601** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Ponte Firm LLC

Name

Notice Name

State the term remaining   Undetermined

406 South Park Dr.

Address

List the contract number of any government contract

| | | |
|---|---|---|
| Austin | TX | 78704 |
| City | State | ZIP Code |
| Country | | |

---

**2.602** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Services

Pratik Desai

Name

Notice Name

State the term remaining   Undetermined

Address on File

Address

List the contract number of any government contract

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469
_____

| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Capital City Mall, 3506 Capital City Mall Drive #0808, Camp Hill, PA 17011 (Store ID 1853) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Philadelphia | PA | 19103 | |
| City | State | ZIP Code | |

Country
_____

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Cherry Hill Mall, 2000 Route 38 #1175, Cherry Hill, NJ 8002 (Store ID 1955) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Philadelphia | PA | 19103 | |
| City | State | ZIP Code | |

Country
_____

| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Dartmouth Mall, 200 N Dartmouth Mall, Dartmouth, MA 02747 (Store ID 1419) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 10/31/2028 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Philadelphia | PA | 19103 | |
| City | State | ZIP Code | |

Country
_____

Debtor: F21 OpCo, LLC

Name

Case number (if known): 25-10469

---

**2.606** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Jacksonville Mall, 353 Jacksonville Mall, Suite L7, Jacksonville, NC 28546 (Store ID 1778)

**State the term remaining**  1/31/2026

**List the contract number of any government contract**

PREIT Services, LLC

Name

Attn General Counsel

Notice Name

2005 Market Street, Suite 1120

Address

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.607** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Patrick Henry Mall, 12300 Jefferson Ave., Ste #100, Newport News, VA 23602 (Store ID 1819)

**State the term remaining**  1/31/2025

**List the contract number of any government contract**

PREIT Services, LLC

Name

Attn General Counsel

Notice Name

2005 Market Street, Suite 1120

Address

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.608** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Springfield Town Center, 6531 Springfield Mall, Springfield, VA 22150 (Store ID 1680)

**State the term remaining**  1/31/2026

**List the contract number of any government contract**

PREIT Services, LLC

Name

Attn General Counsel

Notice Name

2005 Market Street, Suite 1120

Address

| Philadelphia | PA | 19103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Viewmont Mall, 100 Viewmont Mall, Space 804, Scranton, PA 18508 (Store ID 1690) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | Philadelphia | PA | 19103 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Willow Grove Park, 2500 Moreland Rd, Ste 2001, Willow Grove, PA 19090 (Store ID 1772) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | Philadelphia | PA | 19103 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Woodland Mall, 3195 28th St. SE, Grand Rapids, MI 49512 (Store ID 1722) | PREIT Services, LLC |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 2005 Market Street, Suite 1120 |
| | | | Address |
| | List the contract number of any government contract | | |

| | Philadelphia | PA | 19103 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

**2.612** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Services

Prelude Management LLC
Name

Notice Name

7250 Melrose Avenue, Suite 6
Address

State the term remaining    Undetermined

List the contract number of any government contract

| Los Angeles | CA | 90046 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.613** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Hillside Village, 305 West 1382, Cedar Hill, TX 75104 (Store ID 1465)

PREP Property Group
Name

Attn VP of legal Services
Notice Name

5905 E. Galbraith Road, Suite 1000
Address

State the term remaining    1/31/2026

List the contract number of any government contract

| Cincinnati | OH | 45236 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.614** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Mall at Bay Plaza, 272 Baychester Ave. Ste. 120-121, Bronx, NY 10475 (Store ID 1985)

Prestige Properties & Development Co Inc.
Name

Notice Name

546 Fifth Avenue, 15th Floor
Address

State the term remaining    1/31/2025

List the contract number of any government contract

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Pretty Management LLC

Name

Notice Name

1022 1/2 Masselin avenue

Address

| Los Angeles | CA | 90019 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Azalea Shopping Center, 4861 Firestone Blvd, South Gate, CA 90280 (Store ID 1759) |
| | | |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Primestor Development, Inc.

Name

Attn Legal Department

Notice Name

9950 Jefferson Blvd., Building 2

Address

| Culver City | CA | 90232 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Foothills Mall, 215 E. Foothills Pkwy # 620, Fort Collins, CO 80525 (Store ID 1694) |
| | | |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Prism Places, Inc.

Name

c/o McWhinney Real Estate Services, Inc.

Notice Name

1800 Wazee Street, Suite 200

Address

| Denver | CO | 80202 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)* 25-10469

| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Influencer Storefronts Hosted on website | Project Forty Two Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 3 South Beach Lagoon Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Hilton Head | SC | 29928 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Project15 LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 2231 Electric Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Los Angeles | CA | 90039 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for Perris DC 4323 Indian Avenue, Ste 100, Perris, CA 92571 (Store ID 2) | Prologis, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 11/30/2029 | 1800 Wazee St, Suite 500 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Denver | CO | 80202 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |

Promo Shop, Inc.

Name

Notice Name

5420 McConnell Avenue

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90066 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Alarm System |

Protection One

Name

Notice Name

1267 Windham Parkway

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Romeoville | IL | 60446 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | WH Supplies |

Prudential Overall Supply

Name

Notice Name

1661 Alton Parkway

Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| Irvine | CA | 92606 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.624** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Ecom Services

Ptc Inc
Name

Notice Name

121 Seaport Blvd
Address

State the term remaining     Undetermined

List the contract number of any government contract

| Boston | MA | 02210 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.625** State what the contract or lease is for and the nature of the debtor's interest

New HQ IT Data Center Migration Upgrade

PTS Data
Name

PTS Data Center Solutions, Inc.
Notice Name

16 Thornton Road
Address

State the term remaining     Undetermined

List the contract number of any government contract

| Oakland | NJ | 07436 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.626** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Architecture Services

PTS Data Center Solutions, Inc.
Name

Notice Name

16 Thornton Road
Address

State the term remaining     Undetermined

List the contract number of any government contract

| Oakland | NJ | 07436 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Galleria at Crystal Run, 1 Galleria Dr., Space #D207, Middletown, NY 10941 (Store ID 1936) |
|---|---|---|

Pyramid Management Group
Name

Attn General Counsel
Notice Name

4 Clinton Square
Address

State the term remaining: 1/31/2025

List the contract number of any government contract

| Syracuse | NY | 13202-1078 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Holyoke Mall, 50 Holyoke Street, Space #C-342, Holyoke, MA 1040 (Store ID 1698) |
|---|---|---|

Pyramid Management Group
Name

Attn General Counsel
Notice Name

4 Clinton Square
Address

State the term remaining: 1/31/2025

List the contract number of any government contract

| Syracuse | NY | 13202-1078 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Poughkeepsie Galleria, 2001 South Rd. #181, Poughkeepsie, NY 12601 (Store ID 1872) |
|---|---|---|

Pyramid Management Group
Name

Attn General Counsel
Notice Name

4 Clinton Square
Address

State the term remaining: 1/31/2025

List the contract number of any government contract

| Syracuse | NY | 13202-1078 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*  25-10469

| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Walden Galleria, 1 Walden Galleria #TH110, Buffalo, NY 14225 (Store ID 1903) | Pyramid Management Group |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2025 | 4 Clinton Square |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | | | |
|---|---|---|---|---|---|
| | Syracuse | | NY | | 13202-1078 |
| | City | | State | | ZIP Code |
| | Country | | | | |

| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Session Replay, Advanced Analytics | Quantum Metric, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 10807 New Allegiance Dr Ste 155 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | | | |
|---|---|---|---|---|---|
| | Colorado Springs | | CO | | 80921 |
| | City | | State | | ZIP Code |
| | Country | | | | |

| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | WH drinking water | Quench USA, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 630 Allendale Road, Suite 200 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | | | |
|---|---|---|---|---|---|
| | King Of Prussia | | PA | | 19406 |
| | City | | State | | ZIP Code |
| | Country | | | | |

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Store Services |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Radix Fire Protection, Inc.
Name

Notice Name

1769 East 23rd Street
Address

| | | |
|---|---|---|
| Los Angeles | CA | 90058 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | Fit Model |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Rage Models
Name

Notice Name

22287 Mulholland Hwy. #401
Address

| | | |
|---|---|---|
| Calabasas | CA | 91302 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | Accessories Sales, Concession Sales |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Rand Accessories Inc.
Name

Notice Name

1350 Rue Mazurette, Suite 212
Address

| | | |
|---|---|---|
| Montreal | QC | H4N 1H2 |
| City | State | ZIP Code |
| Canada | | |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Concession Agreement | RAND Accessories, Inc. |
| | | | Name |

Notice Name

#212 1350 Rue Mazurette
Address

State the term remaining | Evergreen

List the contract number of any government contract

| Montreal | QC | H4N1H2 |
| City | State | ZIP Code |

Canada
Country

| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Rayans Holdings LLC |
| | | | Name |

Notice Name

5424 Newcastle Ave. #365
Address

State the term remaining | Undetermined

List the contract number of any government contract

| Encino | CA | 91316 |
| City | State | ZIP Code |

Country

| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | DC Rental Swing Reach | Raymond Leasing Corporation |
| | | | Name |

Notice Name

22 South Canal Street
Address

State the term remaining | Undetermined

List the contract number of any government contract

| Greene | NY | 13778 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.639**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Re*Member Productions Inc
Name

Notice Name

15303 Ventura Blvd. Suite 1600
Address

| Sherman Oaks | CA | 91403 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.640**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Rebecah Janian
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.641**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Legends at Sparks, 1420 Scheels Dr., Suite #E-120, Sparks, NV 89434 (Store ID 1938) |
| **State the term remaining** | 1/31/2027 |
| **List the contract number of any government contract** | |

RED Development
Name

C/O RED DEVELOPMENT LLC
Notice Name

2502 E Camelback Road, Suite 200
Address

| Phoenix | AZ | 85016 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Town and Country, 2011 E. Camelback Road. Suite C12, Phoenix, AZ 85016 (Store ID 1436) |

RED Development
Name

Town & Country SC, LLC
Notice Name

2502 East Camelback Road, Suite 200
Address

| | | |
|---|---|---|
| **State the term remaining** | 1/31/2025 | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Phoenix | AZ | 85016 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 1200 Pacific Avenue, 1200 Pacific Ave., Ste #100, Santa Cruz, CA 95060 (Store ID 1626) |

Redtree Partners LP
Name

Notice Name

1200 Pacific Avenue, Suite 210
Address

| | | |
|---|---|---|
| **State the term remaining** | 1/31/2025 | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Santa Cruz | CA | 95060 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Royalties |

Reebok
Name

Reebok International Ltd
Notice Name

1895 J.W. Foster Blvd
Address

| | | |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of** | | |
| **any government contract** | | |

| | | |
|---|---|---|
| Canton | MA | 02021 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees | Reed Smith LLP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 355 South Grand Avenue, Suite 2900 |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles / CA / 90071 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefits | Reliastar Life Insurance Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 20 Washington Ave South |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Minneapolis / MN / 55401 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | Life/Disabilities Insurance for Ees | Reliastar Life Insurance Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Undetermined | 20 Washington Ave South |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Minneapolis / MN / 55401 |
| | | | City / State / ZIP Code |
| | | | Country |

| Debtor: | F21 OpCo, LLC | Case number *(if known):* | 25-10469 |
|---|---|---|---|
| | Name | | |

**2.648** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Marketing Services

Remijo, LLC
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.649** **State what the contract or lease is for and the nature of the debtor's interest**

Supply Agreement Purchase Order Terms and Conditions

Retailality (pty) Limited
Name

Notice Name

Unilever Building, 15 Nollsworth Crescent
Address

**State the term remaining**  12/31/2027

Nollsworth Park

**List the contract number of any government contract**

La Lucia

| Durban | | 4051 |
|---|---|---|
| City | State | ZIP Code |

South Africa
Country

---

**2.650** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Monte Vista Crossings, 2693 Countryside Drive, Turlock, CA 95380 (Store ID 1472)

Rhino Investments Group
Name

c/o GRE Management Services / Gallelli
Notice Name

3005 Douglas Blvd, Suite 200
Address

**State the term remaining**  1/31/2028

**List the contract number of any government contract**

| Roseville | CA | 95661 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

**2.651** **State what the contract or lease is for and the nature of the debtor's interest**  Real Property Lease for F21 Santa Anita, 400 South Baldwin Ave, Arcadia, CA 91007 (Store ID 1642)

Riderwood USA
Name

Attn Property Manager
Notice Name

400 South Baldwin Avenue, Suite 231
Address

**State the term remaining**  12/31/2028

**List the contract number of any government contract**

| Arcadia | CA | 91007 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.652** **State what the contract or lease is for and the nature of the debtor's interest**  Models/Influencers/Freelancers

Rosie A Vazquez
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.653** **State what the contract or lease is for and the nature of the debtor's interest**  Agreement re Accounting/Tax Services

RSM US
Name

Notice Name

30 S Wacker Dr, Suite 3300
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC                                          Case number *(if known)*:    25-10469
_____
Name

**2.654**  **State what the contract or lease is for and the nature of the debtor's interest**    Real Time Bidding Advertising Services

Rtb House Inc.
_____
Name

_____
Notice Name

2 Park Ave Ste 1800
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.655**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Construction Services

Russco, Inc.
_____
Name

_____
Notice Name

565 Commerce Drive #2
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Fall River | MA | 02720 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.656**  **State what the contract or lease is for and the nature of the debtor's interest**    Models/Influencers/Freelancers

Sabrina Zima
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | | | | |
|---|---|---|---|---|---|
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecom Maps Platform | Sada Systems Inc.<br>Name | | |
| | | | Notice Name | | |
| | | | 5250 Lankershim Blvd Suite 620 | | |
| | **State the term remaining** | Undetermined | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | North Hollywood | CA | 91601 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | Parking | Safetypark Corp<br>Name | | |
| | | | Notice Name | | |
| | | | 13420 Beach Avenue | | |
| | **State the term remaining** | Undetermined | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Marina Del Rey | CA | 90292 |
| | | | City | State | ZIP Code |
| | | | Country | | |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecommerce | Salesforce<br>Name | | |
| | | | Salesforce.Com Inc | | |
| | | | Notice Name | | |
| | | | 415 Mission Street, 3rd Floor | | |
| | **State the term remaining** | Undetermined | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | San Francisco | CA | 94105 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:    F21 OpCo, LLC

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| Name | | |

| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Webstore GMV, Support | Salesforce - Commerce Cloud (SFCC) |
|---|---|---|---|

Name

Salesforce.Com Inc

Notice Name

415 Mission Street, 3rd Floor

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | San Francisco | CA | 94105 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Email, Push Platform | Salesforce - Marketing Cloud (SFMC) |
|---|---|---|---|

Name

Salesforce.Com Inc

Notice Name

415 Mission Street, 3rd Floor

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | San Francisco | CA | 94105 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Integration / API Management | Salesforce - Mulesoft |
|---|---|---|---|

Name

Salesforce.Com Inc

Notice Name

415 Mission Street, 3rd Floor

| | State the term remaining | Undetermined | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| | | | San Francisco | CA | 94105 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number (if known):    25-10469
_____

| | | |
|---|---|---|
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Management / Omni |

Salesforce - OMS
_____
Name

Salesforce.Com Inc
_____
Notice Name

415 Mission Street, 3rd Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Service |

Salesforce - Service Cloud
_____
Name

Salesforce.Com Inc
_____
Notice Name

415 Mission Street, 3rd Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Visualization Tool |

Salesforce - Tableau Licenses
_____
Name

Salesforce.Com Inc
_____
Notice Name

415 Mission Street, 3rd Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Francisco | CA | 94105 |
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

---

2.666 **State what the contract or lease is for and the nature of the debtor's interest**

Ecommerce Order Management

Salesforce.Com Inc

Name

Notice Name

415 Mission Street, 3rd Floor

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.667 **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Freight Services

Salson Logistics, Inc

Name

Notice Name

888 Doremus Avenue

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Newark | NJ | 07114 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.668 **State what the contract or lease is for and the nature of the debtor's interest**

Inventory Merchandise

Salson Logistics, Inc

Name

Notice Name

888 Doremus Avenue

Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| Newark | NJ | 07114 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.669** **State what the contract or lease is for and the nature of the debtor's interest**    Inventory Merchandise Freight In

Samuel Kim Chb Inc.
Name

Notice Name

8939 S. Sepulveda Blvd. #510
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90045 |

Country

**2.670** **State what the contract or lease is for and the nature of the debtor's interest**    Collaboration

Sanrio, Inc
Name

Notice Name

2050 West 190th Street, Suite 205
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Torrance | CA | 90504 |

Country

**2.671** **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re IT Services

Sap Industries, Inc.
Name

Notice Name

3999 West Chester Pike
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Newtown Square | PA | 19073 |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

**2.672** **State what the contract or lease is for and the nature of the debtor's interest**

Gas for Forklifts

**State the term remaining** Undetermined

**List the contract number of any government contract**

SC Commercial LLC
Name

Notice Name

1800 W Katella Ave, Suite 400
Address

| Orange | CA | 92867 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.673** **State what the contract or lease is for and the nature of the debtor's interest**

Public Relations.

**State the term remaining** Undetermined

**List the contract number of any government contract**

Scenario Communications, LLC
Name

Notice Name

25876 The Old Road #191
Address

| Stevenson Ranch | CA | 91381 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.674** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Maintenance Services

**State the term remaining** Undetermined

**List the contract number of any government contract**

Schindler Elevator Corp
Name

Notice Name

20 Whippany Road
Address

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.675** **State what the contract or lease is for and the nature of the debtor's interest**

Real Estate Fees

Schreiber Pulvirenti LLC
Name

Notice Name

160 Mountain Ave
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Park Ridge | NJ | 07656 |
| City | State | ZIP Code |

Country

---

**2.676** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Park Plaza Mall, 6000 W. Markham St. #1050, Little Rock, AR 72205 (Store ID 1733)

Second Horizon Capital
Name

Attn Howard Levine or Camilo Varela
Notice Name

2255 Glades Road, Suite 324A
Address

**State the term remaining**   1/31/2025

**List the contract number of any government contract**

| Boca Raton | FL | 33431 |
| City | State | ZIP Code |

Country

---

**2.677** **State what the contract or lease is for and the nature of the debtor's interest**

DC Security

Securitas Security Services USA Inc
Name

Notice Name

1055 Wilshire Blvd Suite 1600
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Los Angeles | CA | 90017 |
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

Name

---

**2.678** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Select Los Angeles LLC
Name

Notice Name

7250 Melrose Ave., Suite 4
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Los Angeles | CA | 90046 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.679** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Select Management Group, LLC
Name

Notice Name

345 N Maple Dr. Ste 230
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.680** State what the contract or lease is for and the nature of the debtor's interest

Freelance Market Platform, Annual Subscription

Semrush Inc
Name

Notice Name

800 Boylston Street Suite 2475
Address

State the term remaining — Undetermined

List the contract number of any government contract

| Boston | MA | 02199 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | Sensource Inc |
|---|---|---|---|
| | | | Name |

Notice Name

3890 Oakwood Ave
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Youngstown | OH | 44515 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | POS Maintenance | Sensource Inc |
|---|---|---|---|
| | | | Name |

Notice Name

3890 Oakwood Ave
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Youngstown | OH | 44515 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Licenses, Fees - Maintenance | Servicechannel.Com, Inc |
|---|---|---|---|
| | | | Name |

Notice Name

6200 Stoneridge Mall Road
Address

Suite 450

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Workers Comp. Administration |

Sheakley UniService, Inc.
Name

Notice Name

One Sheakley Way

**State the term remaining** — Undetermined
Address

**List the contract number of any government contract**

| Cincinnati | OH | 45246 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefits |

Shelterpoint Life Insurance Company
Name

Notice Name

1225 Franklin Avenue, Suite 475

**State the term remaining** — Undetermined
Address

**List the contract number of any government contract**

| Garden City | NY | 11530 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Merchandising |

Shutterstock, Inc
Name

Notice Name

350 5th Ave, 21 St Floor

**State the term remaining** — Undetermined
Address

**List the contract number of any government contract**

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Sienna Gross
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

| | | |
|---|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Makeup Artist |

Sienna Gross Beauty LLC
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

| | | |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Sienna Leone
Name

Notice Name

Address on File
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Sienna Sacco
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | |
|---|---|
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

---

| | | |
|---|---|---|
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Allen Premium Outlets, 820 W. Stacy Rd., Space #602, Allen, TX 75013 (Store ID 1923) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| | |
|---|---|
| **State the term remaining** | 1/31/2029 |
| **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Indianapolis | IN | 46204-3438 |

Country

---

| | | |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Arizona Mills, 5000 S. Arizona Mills Circle, Suite #590, Tempe, AZ 85282 (Store ID 1828) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| | |
|---|---|
| **State the term remaining** | 1/31/2026 |
| **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Indianapolis | IN | 46204-3438 |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Arundel Mills, 7000 Arundel Mills Circle Suite G, Hanover, MD 21076 (Store ID 1653) | Simon Property Group, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | Indianapolis | IN | 46204-3438 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Auburn Mall, 385 Southbridge St., #N500A, Auburn, MA 1501 (Store ID 1918) | Simon Property Group, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | Indianapolis | IN | 46204-3438 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Barton Creek Square, 2901 S. Capital of Texas Highway, #M06A, Austin, TX 78746 (Store ID 1890) | Simon Property Group, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | Indianapolis | IN | 46204-3438 |
| --- | --- | --- | --- |
| | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Battlefield Mall, 2825 S. Glenstone, Suite #S03B, Springfield, MO 65804 (Store ID 1811) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Brea Mall, 1025 Brea Mall, Brea, CA 92821 (Store ID 1620) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Briarwood, 602 Briarwood Circle, D101A, Ann Arbor, MI 48108 (Store ID 1600) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

2.699 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Burlington Mall, 75 Middlesex Turnpike, Space #1065A, Burlington, MA 1803 (Store ID 1983)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.700 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Camarillo Premium Outlets, 630 Ventura Blvd. #1203, Camarillo, CA 93010 (Store ID 1951)

Simon Property Group, Inc.
Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.701 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Cape Cod Mall, 769 Lyannough Rd., Hyannis, MA 02601 (Store ID 1403)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2028

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*:  25-10469

| | | | |
|---|---|---|---|
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Castleton Square Mall, 6020 E. 82nd St., Ste 1515, Indianapolis, IN 46250 (Store ID 1734) | Simon Property Group, Inc. |

Name

Attn General Counsel

Notice Name

225 West Washington Street

**State the term remaining**  1/31/2026

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Chicago Premium Outlets, 1650 Premium Outlet Blvd., Aurora, IL 60502 (Store ID 1401) | Simon Property Group, Inc. |

Name

Attn General Counsel

Notice Name

225 West Washington Street

**State the term remaining**  1/31/2033

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Cielo Vista Mall, 8401 Gateway Blvd West #Q01B, El Paso, TX 79925 (Store ID 1714) | Simon Property Group, Inc. |

Name

Attn General Counsel

Notice Name

225 West Washington Street

**State the term remaining**  1/31/2026

Address

**List the contract number of**

**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
    Name

Case number *(if known)*:  25-10469

| | | |
|---|---|---|
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Columbia Center, 1321 N. Columbia Center Blvd., Kennewick, WA 99336 (Store ID 1463) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2032

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Concord Mills, 8111 Concord Mills Blvd, Ste #XQA, Concord, NC 28027 (Store ID 1743) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Del Amo Fashion Center, 3525 W. Carson St. #184, Torrance, CA 90503 (Store ID 1820) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2028

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Denver Premium Outlets, 13801 Grant Street, Space #550, Thornton, CO 80023 (Store ID 1752) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel

Notice Name

225 West Washington Street

State the term remaining    1/31/2026

Address

List the contract number of

any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Desert Hills Premium Outlets, 48650 Seminole Drive, Suite 900, Cabazon, CA 92230 (Store ID 1602) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn Director - Lease Administration and Leasing Counsel

Notice Name

60 Columbia Road, Building B

State the term remaining    1/31/2026

Address

List the contract number of

any government contract

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Dover Mall, 1365 N. Dupont Highway, Suite 4004-A, Dover, DE 19901 (Store ID 1651) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel

Notice Name

225 West Washington Street

State the term remaining    1/31/2026

Address

List the contract number of

any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.711** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Empire Mall, 4001 W 41st Street, Sioux Falls, SD 57106 (Store ID 1716)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining     1/31/2026

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.712** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Fashion City at Pentagon, 1100 S. Hayes St., Arlington, VA 22202 (Store ID 1793)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining     1/31/2026

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.713** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Fashion Valley, 7007 Friars Road, Ste. 1025, San Diego, CA 92108 (Store ID 1840)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining     1/31/2026

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Florida Keys Outlet Marketplace, 250 E Palm Dr., Florida City, FL 33034 (Store ID 1490) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 3/31/2030 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Florida Mall, Orlando, 8001 S. orange Blossom Trail, Orlando, FL 32809 (Store ID 1893) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2034 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Folsom Premium Outlets, 13000 Folsom Blvd., Ste #607, Folsom, CA 95630 (Store ID 1627) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn Director - Lease Administration and Leasing Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 60 Columbia Road, Building B |
| | | | Address |
| | List the contract number of any government contract | | |

| Morristown | NJ | 07960 |
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

**2.717** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Gilroy Premium Outlets, 8155 Arroyo Circle #1, Gilroy, CA 95020 (Store ID 1981)

Simon Property Group, Inc.

Name

Attn Director - Lease Administration and Leasing Counsel

Notice Name

60 Columbia Road, Building B

State the term remaining    1/31/2026

Address

List the contract number of any government contract

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.718** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Grapevine Mills, 3000 Grapevine Mills Parkway, Grapevine, TX 76051 (Store ID 1784)

Simon Property Group, Inc.

Name

Attn General Counsel

Notice Name

225 West Washington Street

State the term remaining    7/31/2028

Address

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.719** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Great Mall, 450A Great Mall Dr., Milpitas, CA 95035 (Store ID 1736)

Simon Property Group, Inc.

Name

Attn General Counsel

Notice Name

225 West Washington Street

State the term remaining    1/31/2026

Address

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Greenwood Park Mall, 1251 US Highway 31N Space G-15, Greenwood, IN 46142 (Store ID 1617) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Grove City Premium Outlets, 1911 Leesburg Grove Rd., Grove City, PA 16127 (Store ID 1455) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2028 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Gurnee Mills, 6170 West Grand Ave, #501, Gurnee, IL 60031 (Store ID 1742) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.723** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Haywood Mall, 700 Haywood Road, Suite #1067, Greenville, SC 29607 (Store ID 1645)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

**2.724** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Houston Galleria, 5085 Westheimer Road Space #B8020, Houston, TX 77056 (Store ID 1618)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

**2.725** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Houston Premium Outlets, 29300 Hempstead Road, Suite 882, Cypress, TX 77433 (Store ID 1987)

Simon Property Group, Inc.
Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Morristown | NJ | 07960 |
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

| | | |
|---|---|---|
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Jersey Gardens (Outlet), 651 Kapkowski Rd., #315, Elizabeth, NJ 07201 (Store ID 1678) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Katy Mills, 5000 Katy Mills Circle, Space #330C, Katy, TX 77494 (Store ID 1775) |
| | **State the term remaining** | 6/30/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 King of Prussia Mall, 160 N. Gulph Rd, Ste #1910, King of Prussia, PA 19406 (Store ID 1756) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 La Plaza Mall, 2200 S 10th Street, Ste# B48, McAllen, TX 78503 (Store ID 1913) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 6/30/2028 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Indianapolis |    IN    |    46204-3438 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Las Vegas North Premium Outlets, 875 Grand Central parkway South, Las Vegas, NV 89106 (Store ID 1486) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Indianapolis |    IN    |    46204-3438 |
| | | | City    State    ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Leesburg Premium Outlets, 41 Fort Evans Rd. NE, Leesburg, VA 20176 (Store ID 1491) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 6/30/2028 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Indianapolis |    IN    |    46204-3438 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.732** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Lehigh Valley Mall, 230 Lehigh Valley Mall #2087A, Whitehall, PA 18052 (Store ID 1869)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.733** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Lenox Square, 3393 Peachtree Rd NE, Ste 3136, Atlanta, GA 30326 (Store ID 1994)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.734** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Mall of Georgia, 3333 Buford Drive, Space #1058A, Buford, GA 30519 (Store ID 1834)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall of New Hampshire, 1500 S. Willow St, Space S117B, Manchester, NH 3103 (Store ID 1786) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

**State the term remaining** 1/31/2026

225 West Washington Street
Address

**List the contract number of**

**any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Meadowood Mall, 5170 Meadowood Mall Circle, Ste. F120A, Reno, NV 89502 (Store ID 1636) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

**State the term remaining** 1/31/2026

225 West Washington Street
Address

**List the contract number of**

**any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Menlo Park, 55 Parsonage Rd., Space #1614A, Edison, NJ 8837 (Store ID 1991) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

**State the term remaining** 1/31/2026

225 West Washington Street
Address

**List the contract number of**

**any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | | |
|---|---|---|---|
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Miami International, 1455 NW 107 Ave, Suite 560A, Doral, FL 33172 (Store ID 1833) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Newport Mall, 30 Mall Drive West, #B54A, Jersey City, NJ 7310 (Store ID 1669) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Norfolk Premium Outlets, 1600 Premium Outlets Blvd., Norfolk, VA 23502 (Store ID 1457) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2030 | Address |
| | **List the contract number of any government contract** | | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469
_____

---

**2.741**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 North East Mall, 1101 Melbourne Rd, Suite 4020, Hurst, TX 76053 (Store ID 1996)

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.742**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Northshore Mall, 210 Andover Street, Space #W169B, Peabody, MA 1960 (Store ID 1771)

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.743**  **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Ocean County Mall, 1201 Hooper Ave #1087A, Toms River, NJ 8753 (Store ID 1810)

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Ontario Mills, 4701 Mills Circle, Ontario, CA 91764 (Store ID 1615) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Opry Mills, 504 Opry Mills Drive, Suite #352, Nashville, TN 37214 (Store ID 1614) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Orlando Premium Outlets, 4951 International Drive, Suite #1C06, Orlando, FL 32819 (Store ID 1915) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | **State the term remaining** | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

| | | |
|---|---|---|
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Orlando Premium Outlets, 8249 Vineland Ave., Unit 2201, Orlando, FL 32821 (Store ID 1769) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Orlando Square, 288 Orland Square Dr., Orland Park, IL 60462 (Store ID 1835) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Oxford Valley Mall, 2300 E Lincoln Hwy Ste 270, Langhorne, PA 19047 (Store ID 1741) |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Penn Square, 1901 NW Expressway Suite #1889, Oklahoma City, OK 73118 (Store ID 1424) | Simon Property Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Pheasant Lane Mall, 310 Daniel Webster Hwy, Nashua, NH 3060 (Store ID 1822) | Simon Property Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Philadelphia Premium Outlet, 18 W. Lightcap Rd, Space #101, Pottstown, PA 19464 (Store ID 1978) | Simon Property Group, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Pier Park, 15575 Starfish St., Panama City Beach, FL 32413 (Store ID 1821) | Simon Property Group, Inc. |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn General Counsel |
|  |  |  | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
|  |  |  | Address |
| | List the contract number of | | |
| | any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Plaza Carolina Mall, Ave. Jesus M. Fargoso, Carolina, Puerto Rico 983 (Store ID 1997) | Simon Property Group, Inc. |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn General Counsel |
|  |  |  | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
|  |  |  | Address |
| | List the contract number of | | |
| | any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Pocono Premium Outlets, 1000 Route 611, Suite G200, Tannersville, PA 18372 (Store ID 1979) | Simon Property Group, Inc. |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn General Counsel |
|  |  |  | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
|  |  |  | Address |
| | List the contract number of | | |
| | any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Potomac Mills, 2700 Potomac Mills, Space #601, Woodbridge, VA 22192 (Store ID 1691) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Puerto Rico Premium Outlets, 1 Premium Outlets Blvd. Space 915, Barceloneta, Puerto Rico 617 (Store ID 1711) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    6/30/2029

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Quaker Bridge Mall, 174 Quaker Bridge Mall, Space #1003A, Lawrence Township, NJ 8648 (Store ID 1606) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number (if known): 25-10469

| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Rio Grande Valley Premium Outlets, 5001 East Expressway 83, Ste 800, Mercedes, TX 78570 (Store ID 1438) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

**State the term remaining** 1/31/2026

**List the contract number of**

**any government contract**

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Rockaway Townsquare, 301 Mt. Hope Ave., Ste #2094A, Rockaway, NJ 7866 (Store ID 1986) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of**

**any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Roosevelt Field Mall, 630 Old Country Rd. #1124A, Garden City, NY 11530 (Store ID 1886) | Simon Property Group, Inc. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining** 1/31/2026

**List the contract number of**

**any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.762** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 San Francisco Premium Outlets, 3620 Livermore Outlets Drive, Livermore, CA 94551 (Store ID 1413)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining       1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Indianapolis | IN | 46204-3438 |

Country

---

**2.763** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Sawgrass Mills Mall, 12801 W. Sunrise Blvd Ste 555, Sunrise, FL 33323 (Store ID 1800)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining       1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Indianapolis | IN | 46204-3438 |

Country

---

**2.764** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Seattle Premium Outlets, 10600 Quil Ceda Blvd. Suite #924, Tulalip, WA 98271 (Store ID 1937)

Simon Property Group, Inc.
Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

State the term remaining       1/31/2026

List the contract number of any government contract

| City | State | ZIP Code |
|------|-------|----------|
| Morristown | NJ | 07960 |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

| | | |
|---|---|---|
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Smith Haven Mall, 313 Smith Haven Mall, Space #MO5, Lake Grove, NY 11755 (Store ID 1912) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 South Hills Village, 301 South Hills Village, Space 2330A, Pittsburgh, PA 15241 (Store ID 1662) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 South Shore Plaza, 250 Granite Street, #1300, Braintree, MA 2184 (Store ID 1970) |

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

Country

Debtor:   F21 OpCo, LLC
Name

Case number *(if known)*:   25-10469

---

**2.768** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Southdale Center, 10 Southdale Center, Edina, MN 55435 (Store ID 1461)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining   1/31/2027

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.769** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Square One Mall, 1201 Broadway W132, Saugus, MA 1906 (Store ID 1791)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining   1/31/2026

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.770** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Stoneridge Mall, 2249 Stoneridge Mall Rd., Pleasanton, CA 94588 (Store ID 1640)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

State the term remaining   1/31/2026

List the contract number of any government contract

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Sugarloaf Mills, 5900 Sugarloaf Parkway, Space 531, Lawrenceville, GA 30043 (Store ID 1831) |
| | | Simon Property Group, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tacoma Mall, 4502 S. Steele St., Ste #426B, Tacoma, WA 98409 (Store ID 1654) |
| | | Simon Property Group, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tampa Premium Outlets, 2224 Grand Cypress Dr. Suite 730, Lutz, FL 33559 (Store ID 1948) |
| | | Simon Property Group, Inc. |
| | | Name |
| | | Attn General Counsel |
| | | Notice Name |
| | | 225 West Washington Street |
| | **State the term remaining** | 1/31/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | |
|---|---|---|
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Avenues, 10306 Southside Blvd., Jacksonville, FL 32256 (Store ID 1782) |

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of**
**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Block at Orange, 20 City Blvd. West #R11, Orange, CA 92868 (Store ID 1895) |

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of**
**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Mall at Rockingham Park, 99 Rockingham Park Boulevard, W-143B, Salem, NH 3079 (Store ID 1836) |

Simon Property Group, Inc.
_____
Name

Attn General Counsel
_____
Notice Name

225 West Washington Street
_____
Address

**State the term remaining**    1/31/2026

**List the contract number of**
**any government contract**

| | | |
|---|---|---|
| Indianapolis | IN | 46204-3438 |
| City | State | ZIP Code |

_____
Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

2.777
**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Shops at Las Americas, 4201 Camino De La Plaza, Suite #138, San Diego, CA 92173 (Store ID 1864)

Simon Property Group, Inc.
Name

Attn Director - Lease Administration and Leasing Counsel
Notice Name

60 Columbia Road, Building B
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.778
**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Shops at Mission Viejo, 555 The Shops at Mission Viejo, Mission Viejo, CA 92691 (Store ID 1439)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.779
**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Westchester, White Plains, NY 10601 United States, 125 Westchester Ave., White Plains, NY 10601 (Store ID 1485)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2027

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

---

2.780 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Town Center at Boca Raton, 6000 West Glades Road, Space #1166E, Boca Raton, FL 33431 (Store ID 1832)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.781 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Towne East Square, 7700 East Kellogg Drive, Unit 857, Wichita, KS 67207 (Store ID 1920)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.782 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Treasure Coast Square, 3080 NW Federal Highway, Jensen Beach, FL 34957 (Store ID 1646)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | | |
|---|---|---|---|
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tucson Premium Outlets, 6401 W. Marana Center Blvd. Ste. 815, Tucson, AZ 85742 (Store ID 1707) | Simon Property Group, Inc. <br> _____ Name <br> Attn General Counsel <br> _____ Notice Name <br> 225 West Washington Street <br> _____ Address |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | | |
| | | | Indianapolis          IN          46204-3438 <br> City               State          ZIP Code <br> _____ Country |

| | | | |
|---|---|---|---|
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 University Park Mall, 6501 N. Grape Rd. #274, Mishawaka, IN 46545 (Store ID 1873) | Simon Property Group, Inc. <br> _____ Name <br> Attn General Counsel <br> _____ Notice Name <br> 225 West Washington Street <br> _____ Address |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | | |
| | | | Indianapolis          IN          46204-3438 <br> City               State          ZIP Code <br> _____ Country |

| | | | |
|---|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Walt Whitman Shops, 160 Walt Whitman Road Ste 1003B, Huntington Station, NY 11746 (Store ID 1670) | Simon Property Group, Inc. <br> _____ Name <br> Attn General Counsel <br> _____ Notice Name <br> 225 West Washington Street <br> _____ Address |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| | | | Indianapolis          IN          46204-3438 <br> City               State          ZIP Code <br> _____ Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Wolfchase Galleria, 2760 N. Germantown Pkwy, Ste 163, Memphis, TN 38133 (Store ID 1876) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
| | | | City | State | ZIP Code |

Country

| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Woodburn Outlet, 1001 Arney Road Suite #1000, Woodburn, OR 97071 (Store ID 1632) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
| | | | City | State | ZIP Code |

Country

| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Woodbury Commons Premium Outlets, 223 Red Apple Ct, Space #0223, Central Valley, NY 10917 (Store ID 1754) | Simon Property Group, Inc. |
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 225 West Washington Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Indianapolis | IN | 46204-3438 |
| | | | City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

2.789 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Woodfield Shopping Center, 5 Woodfield Mall, Space D116, Schaumburg, IL 60173 (Store ID 1807)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.790 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Woodland Hills Mall, 7021 S. Memorial Dr. #143B, Tulsa, OK 74133 (Store ID 1905)

Simon Property Group, Inc.
Name

Attn General Counsel
Notice Name

225 West Washington Street
Address

**State the term remaining**    1/31/2029

**List the contract number of any government contract**

| Indianapolis | IN | 46204-3438 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.791 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Outlets at the Pike, 80 Bay Street, Long Beach, CA 90802 (Store ID 1415)

Site Centers Corp.
Name

Attn General Counsel
Notice Name

3300 Enterprise Parkway
Address

**State the term remaining**    8/31/2025

**List the contract number of any government contract**

| Beachwood | OH | 44122 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor:   F21 OpCo, LLC
_____
Name

Case number (if known):   25-10469
_____

| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Winter Garden Village, 3049 Daniel Rd. Unit 220C, Winter Garden, FL 34787 (Store ID 1431) | Site Centers Corp. |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | State the term remaining | 12/31/2025 | 3300 Enterprise Parkway |
| | | | Address |
| | List the contract number of any government contract | | |

| Beachwood | OH | 44122 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Inventory Merchandise Freight In | Sky Eagle Logistics, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 247 E Redondo Beach Blvd |
| | | | Address |
| | List the contract number of any government contract | | |

| Gardena | CA | 90248 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Ecom Services | Slalom, Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 255 S King St, Suite 1800 |
| | | | Address |
| | List the contract number of any government contract | | |

| Seattle | WA | 98104 |
|---|---|---|
| City | State | ZIP Code |

Country
_____

Debtor:  F21 OpCo, LLC

Case number *(if known)*    25-10469

Name

---

**2.795** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Slash Management Inc

Name

Notice Name

7225 Sunset Blvd

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| Los Angeles | CA | 90046 |
| City | State | ZIP Code |

Country

---

**2.796** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Sloot Media, LLC

Name

Notice Name

9150 Wilshire Blvd, Suite 350

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| Beverly Hills | CA | 90212 |
| City | State | ZIP Code |

Country

---

**2.797** | **State what the contract or lease is for and the nature of the debtor's interest** | Store Credit Contests | Snappy App, Inc.

Name

Notice Name

33 Irving Place, #5021

**State the term remaining** | Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10003 |
| City | State | ZIP Code |

Country

---

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | Data Warehouse | Snowflake Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 450 Concar Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | San Mateo | CA | 94402 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | Software Creator Core | SocialEdge, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 8605 Santa Monica Blvd, PMB 8223 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | West Hollywood | CA | 90069 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Socialyte LLC |
| | | | Name |
| | | | Notice Name |
| | | | 150 Alhambra Circle South, Suite 1200 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |

| | | | Coral Gables | FL | 33134 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Maintenance Services |

Solucore, LLC

Name

Notice Name

100 Park Ave, 16th Floor

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | Parking |

Sp Plus Corporation

Name

Notice Name

200 E. Randolph St., Suite 7700

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Outlets of Mississippi, 200 Bass Pro Drive Ste 105, Pearl, MS 39208 (Store ID 1665) |

Spectrum Capital R/E

Name

FFO Realty

Notice Name

1340 Smith Ave, Suite 200

Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Baltimore | MD | 21209 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*:    25-10469

**2.804**  **State what the contract or lease is for and the nature of the debtor's interest**    Last Mile - Hub to Store

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Speedy Delivery, LLC
Name

Notice Name

901 Aaron Drive
Address

| Richland | WA | 99352 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.805**  **State what the contract or lease is for and the nature of the debtor's interest**    Agreement re Ecom Services

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Spencer Technologies, Inc.
Name

Notice Name

10 Trotter Drive
Address

| Medway | MA | 02053 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.806**  **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease for F21 Buckland Hills, 194 Buckland Hills Dr. Ste. 1038, Manchester, CT 6042 (Store ID 1891)

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Cottonwood Mall, 10000 Coors Blvd, #B21A, Albuquerque, NM 87114 (Store ID 1802) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Dayton Mall, 2700 Miamisburg-Centerville, Space # 300, Dayton, OH 45459 (Store ID 1746) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Galleria at Sunset, 1300 Sunset Road Space 1230, Henderson, NV 89014 (Store ID 1870) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Glenbrook Square, 4201 Coldwater Rd., #D04, Fort Wayne, IN 46805 (Store ID 1852) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Montebello Town Center, 1800 Montebello Town Center, Montebello, CA 90640 (Store ID 1909) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Palisades Center, 3510 Palisades Center Drive, Ste G307, West Nyack, NY 10994 (Store ID 1689) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| North Syracuse | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Partridge Creek, 17360 Hall Road #191, Clinton Township, MI 48038 (Store ID 1889) | Spinoso Real Estate Group, LLC |
| | | | Name |
| | | | Attn Lease Admin |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 112 Northern Concourse |
| | | | Address |
| | List the contract number of any government contract | | |

| | | North Syracuse | NY | 13212 |
| | | City | State | ZIP Code |

Country

| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Southpark Mall, 500 Southpark Center #HL54, Strongsville, OH 44136 (Store ID 1882) | Spinoso Real Estate Group, LLC |
| | | | Name |
| | | | Attn Lease Admin |
| | | | Notice Name |
| | State the term remaining | 1/31/2027 | 112 Northern Concourse |
| | | | Address |
| | List the contract number of any government contract | | |

| | | North Syracuse | NY | 13212 |
| | | City | State | ZIP Code |

Country

| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Wellington Green, 10300 W. Forest Hill Blvd., Ste 191, West Palm Beach, FL 33414 (Store ID 1625) | Spinoso Real Estate Group, LLC |
| | | | Name |
| | | | Attn Lease Admin |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 112 Northern Concourse |
| | | | Address |
| | List the contract number of any government contract | | |

| | | North Syracuse | NY | 13212 |
| | | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 White Marsh Mall, 8200 Perry Hall Blvd, #1235, Baltimore, MD 21236 (Store ID 1685) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Syracuse | NY | 13212 |

Country

| | | |
|---|---|---|
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Woodbridge Center Mall, 173 Woodbridge Center Dr., Space #1635, Woodbridge, NJ 7095 (Store ID 1718) |

Spinoso Real Estate Group, LLC
Name

Attn Lease Admin
Notice Name

112 Northern Concourse
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| North Syracuse | NY | 13212 |

Country

| | | |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Software Services |

Sps Commerce, Inc
Name

Notice Name

333 South Seventh Street Suite 1000
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Minneapolis | MN | 55402 |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.819 | State what the contract or lease is for and the nature of the debtor's interest | Investment Banker | SSG Advisors LLC |
| | | | Name |
| | | | Notice Name |
| | | | 300 Barr Harbor Drive Suite 420 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | West Conshohocken / PA / 19428 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.820 | State what the contract or lease is for and the nature of the debtor's interest | Supplies | Staples Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 500 Staples Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Framingham / MA / 01702 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.821 | State what the contract or lease is for and the nature of the debtor's interest | Makeup Artist | Stephanie Evans Makeup LLC |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Stephanie Meneses |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Payroll Services | Sterling Talent |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1950 Spectrum Cir #500 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Marietta / GA / 30067 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | DC to Puerto Rico Stores | Stevens Global Logistics, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3700 Redondo Beach Ave |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Redondo Beach / CA / 90278 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 The Oaks, 350 W. Hillcrest Drive, Thousand Oaks, CA 91360 (Store ID 1797) | Stockdale Capital Partners |
| | | | Name |

| | | | Notice Name |
| | | | 11601 Wilshire Blvd. Suite 1750 |
| State the term remaining | | 6/30/2026 | Address |

List the contract number of
any government contract

| | | | Los Angeles | CA | 90025 |
| | | | City | State | ZIP Code |

Country

| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Storm Management LLC |
| | | | Name |

| | | | Notice Name |
| | | | 11012 Ventura Blvd #G |
| State the term remaining | | Undetermined | Address |

List the contract number of
any government contract

| | | | Studio City | CA | 91604 |
| | | | City | State | ZIP Code |

Country

| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | Processes Parcel EDI (Invoice) Orders | Strategiq Commerce LLC |
| | | | Name |

| | | | Notice Name |
| | | | 217 N. Jefferson St., Fl 3 |
| State the term remaining | | Undetermined | Address |

List the contract number of
any government contract

| | | | Chicago | IL | 60661 |
| | | | City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469
_____

| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Maintenance Services | Stylitics Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 236 Fifth Avenue - 6th Floor |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | New York | NY | 10001 |
| | | | Country | | |

| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Emerald Square, 999 S. Washington St, North Attleborough, MA 2760 (Store ID 1790) | Summit Properties USA |
|---|---|---|---|
| | | | Name |
| | | | Attn Lease Administration |
| | | | Notice Name |
| | | | 1350 Avenue of the Americas, 19th Fl, Ste. 1925 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | New York | NY | 10019 |
| | | | Country | | |

| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Montgomery Mall (PA), 189 Montgomery Mall, North Wales, PA 19454 (Store ID 1684) | Summit Properties USA |
|---|---|---|---|
| | | | Name |
| | | | Attn Lease Administration |
| | | | Notice Name |
| | | | 1350 Avenue of the Americas, 19th Fl, Ste. 1925 |
| | **State the term remaining** | 1/31/2026 | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | New York | NY | 10019 |
| | | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number (if known)  25-10469

| | | |
|---|---|---|
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 The Crossroads Mall, 6650 South Westnedge Ave #139, Portage, MI 49024 (Store ID 1878) |

Summit Properties USA
Name

Attn Lease Administration
Notice Name

1350 Avenue of the Americas, 19th Fl, Ste. 1925
Address

**State the term remaining**  1/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10019 |

Country

| | | |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

Sun and Sky Entertainment, Inc.
Name

Notice Name

1835 Hallandale Beach Blvd, Suite 258
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Hallandale | FL | 33009 |

Country

| | | |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Merchandise Freight In |

Sunteck Transport Co.
Name

Notice Name

4500 Slisbury Rd. Ste 305
Address

**State the term remaining**  Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Jacksonville | FL | 32216 |

Country

Debtor:  F21 OpCo, LLC

Case number *(if known)*:  25-10469

Name

**2.834** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Supa and Co.

Name

Notice Name

Address on File

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

**2.835** **State what the contract or lease is for and the nature of the debtor's interest**

SurveyMonkey Enterprise

SurveyMonkey Inc.

Name

Notice Name

1 Curiosity Way

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

San Mateo    CA    94403

City    State    ZIP Code

Country

**2.836** **State what the contract or lease is for and the nature of the debtor's interest**

Real Estate Fees

Sylvia S. Charpilloz

Name

Notice Name

Address on File

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

Debtor: F21 OpCo, LLC

Name

Case number (if known): 25-10469

**2.837** State what the contract or lease is for and the nature of the debtor's interest

Agreement re IT Services

Talend, Inc

Name

Notice Name

400 South El Camino Real, Suite 1400

Address

State the term remaining    Undetermined

List the contract number of any government contract

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.838** State what the contract or lease is for and the nature of the debtor's interest

Unemployment Service

Talx Corporation

Name

Notice Name

4076 Paysphere Circle

Address

State the term remaining    Undetermined

List the contract number of any government contract

| Chicago | IL | 60674-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.839** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Foxwoods Outlets, 455 Trolley Line Blvd. Suite 170, Mashantucket, CT 6338 (Store ID 1721)

Tanger Factory Outlet Centers, Inc.

Name

Attn Legal Department

Notice Name

3200 Northline Avenue, Suite 360

Address

State the term remaining    1/31/2025

List the contract number of any government contract

| Greensboro | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Palm Beach Outlets, 1795 Palm Beach Lakes Blvd. #W500, West Palm Beach, FL 33401 (Store ID 1672) |

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| Greensboro | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Savannah Outlets, 200 Tanger Outlets Blvd. Ste. 191, Pooler, GA 31322 (Store ID 1745) |

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| Greensboro | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tanger Outlet Riverhead, 200 Tanger Mall Drive, Suite 201, Riverhead, NY 11901 (Store ID 1495) |

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| Greensboro | NC | 27408 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC

Name

Case number *(if known)*    25-10469

| | | |
|---|---|---|
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tanger Outlet San Marcos, 4015 Interstate 35th Frontage Road # 740, San Marcos, TX 78666 (Store ID 1696) |

Tanger Factory Outlet Centers, Inc.

Name

Attn Legal Department

Notice Name

3200 Northline Avenue, Suite 360

Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27408 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tanger Outlets at Myrtle Beach, 4634 Factory Stores Blvd, #EE160, Myrtle Beach, SC 29579 (Store ID 1980) |

Tanger Factory Outlet Centers, Inc.

Name

Attn Legal Department

Notice Name

3200 Northline Avenue, Suite 360

Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27408 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tanger Outlets Deer Park, 152 The Arches Circle, Ste. 924, Deer Park, NY 11729 (Store ID 1658) |

Tanger Factory Outlet Centers, Inc.

Name

Attn Legal Department

Notice Name

3200 Northline Avenue, Suite 360

Address

**State the term remaining**    1/31/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Greensboro | NC | 27408 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

---

**2.846** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Tanger Outlets Foley, 2601 S. McKenzie St #266, Foley, AL 36536 (Store ID 1475)

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27408 |

Country

---

**2.847** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Tanger Outlets Locust Grove, 1000 Tanger Drive, Ste. #101, Locust Grove, GA 30248 (Store ID 1630)

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27408 |

Country

---

**2.848** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Tanger Outlets The Walk, 2000 Artic Ave., Suite #500, Atlantic City, NJ 8401 (Store ID 1988)

Tanger Factory Outlet Centers, Inc.
Name

Attn Legal Department
Notice Name

3200 Northline Avenue, Suite 360
Address

**State the term remaining** 1/31/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Greensboro | NC | 27408 |

Country

---

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469
_____

| | | |
|---|---|---|
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest** | Revvim, Paid Search Optimization |

Taskmaster Technologies, Inc
_____
Name

_____
Notice Name

2915 Ross Dr
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| San Juan Bautista | CA | 95045 |

_____
Country

| | | |
|---|---|---|
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest** | HR Services |

Tata Consultancy Services Limited
_____
Name

_____
Notice Name

Nirmal Building 9th Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Mumbai | | 400021 |

India
_____
Country

| | | |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | Labor Support for Payroll and HRIS teams |

Tata Consultancy Services Limited
_____
Name

_____
Notice Name

Nirmal Building 9th Floor
_____
Address

**State the term remaining**    Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Mumbai | | 400021 |

India
_____
Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)* 25-10469

**2.852** **State what the contract or lease is for and the nature of the debtor's interest**

Merch Consultant

Taylor Sell

Name

Notice Name

Address on File

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.853** **State what the contract or lease is for and the nature of the debtor's interest**

Models/Influencers/Freelancers

Team Onward Agency, LLC

Name

Notice Name

5575 Wood Falls Drive

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Buford | GA | 30518 |

Country

**2.854** **State what the contract or lease is for and the nature of the debtor's interest**

Resources for UX/UI Design, Business Analysis for the Ecomm Tech Team

Tech Mahindra Americas Inc.

Name

Notice Name

5700 Democracy Drive, Suite 2000

Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Plano | TX | 75024 |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)* 25-10469

| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | That Agency Corp |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 771 NE Southridge Drive |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Belfair / WA / 98528 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Alarm Fees/Maint/Inspection | The ADT Security Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2441 Western Ave |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Las Vegas / NV / 89102-4815 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Royalties | The Coca-Cola Company |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Coca-Cola Plaza NW |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Atlanta / GA / 30313 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

---

**2.858**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Lakeside Shopping Center, 3301 Veterans Memorial Blvd Space #54F, Metairie, LA 70002 (Store ID 1432)

The Feil Organization
Name

Attn Legal Department
Notice Name

7 Penn Plaza, 11th Floor
Address

**State the term remaining**    1/31/2025

7th Avenue at 31st Street

**List the contract number of any government contract**

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.859**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 North Riverside Park Mall, 7501 West Cermak Rd. STE F9, North Riverside, IL 60546 (Store ID 1897)

The Feil Organization
Name

Attn Legal Department
Notice Name

7 Penn Plaza, 11th Floor
Address

**State the term remaining**    1/31/2027

7th Avenue at 31st Street

**List the contract number of any government contract**

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.860**

**State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 The Mall at Millenia, 4200 Conroy Rd Ste #206, Orlando, FL 32839 (Store ID 1409)

The Forbes Company
Name

Notice Name

100 Galleria Officentre, Suite 427
Address

**State the term remaining**    1/31/2025

Post Office Box 667

**List the contract number of any government contract**

| Southfield | MI | 48037-0667 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Harlem Irving Plaza, 4146-E North Harlem Ave., Norridge, IL 60706 (Store ID 1855) | The Harlem Irving Co. |
|---|---|---|---|

Name

Attn General Counsel
Notice Name

| **State the term remaining** | 1/31/2032 |

4104 North Harlem Avenue
Address

**List the contract number of any government contract**

| Norridge | IL | 60706 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | The Industry Group Usa LLC |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | Undetermined |

469 S. Robertson Blvd
Address

**List the contract number of any government contract**

| Beverly Hills | CA | 90211 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | Legal Fees | The Karlin Law Firm LLP |
|---|---|---|---|

Name

Notice Name

| **State the term remaining** | Undetermined |

13522 Newport Ave, Suite 201
Address

**List the contract number of any government contract**

| Tustin | CA | 92780 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*   25-10469

**2.864** **State what the contract or lease is for and the nature of the debtor's interest**   Environmental Compliance Services

**State the term remaining**   Undetermined

**List the contract number of any government contract**

The Kendall Compliance Group, Inc.
Name

Notice Name

33175 Temecula Parkway
Address

Suite A-311

| Temecula | CA | 92592 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.865** **State what the contract or lease is for and the nature of the debtor's interest**   Agreement re Marketing Services

**State the term remaining**   Undetermined

**List the contract number of any government contract**

The M Jewelers Inc
Name

Notice Name

8101 Biscayne Boulevard
Address

| Miami | FL | 33138 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.866** **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease for F21 OKC Outlets, 7658 West Reno Avenue, Ste # 1090, Oklahoma City, OK 73127 (Store ID 1657)

**State the term remaining**   1/31/2025

**List the contract number of any government contract**

The Outlet Resource Group (TORG)
Name

Notice Name

980 N Michigan Ave, Suite 1660
Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Campaign |

The Repeat Agency
Name

Notice Name

Marnixstraat 259 IV
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

**List the contract number of any government contract**

| Amsterdam | | 1015WH |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

| | | |
|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |

The Sunset Group LA, Inc.
Name

Notice Name

2160 E. Woodlyn Road
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

**List the contract number of any government contract**

| Pasadena | CA | 91104-3333 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Marketing Services |

The Susquehanna Hat Company
Name

Notice Name

21250 Mulholland Dr
Address

| | | |
|---|---|---|
| | **State the term remaining** | Undetermined |

**List the contract number of any government contract**

| Woodland Hills | CA | 91364 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:    25-10469

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Beverly Center, 8500 Beverly Blvd., Ste 835, Los Angeles, CA 90048 (Store ID 1406) | The Taubman Company |
|---|---|---|---|

State the term remaining   3/31/2025

List the contract number of any government contract

The Taubman Company
Name

Attn Lease Administration
Notice Name

200 East Long Lake Road
Address

PO Box 200

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Cherry Creek, 3000 E. 1st Ave., Ste 123, Denver, CO 80206 (Store ID 1731) |
|---|---|---|

State the term remaining   1/31/2025

List the contract number of any government contract

The Taubman Company
Name

Attn Lease Administration
Notice Name

200 East Long Lake Road
Address

PO Box 200

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Dolphin Mall, 11401 NW 12th St., Suite I-100, Miami, FL 33172 (Store ID 1962) |
|---|---|---|

State the term remaining   1/15/2025

List the contract number of any government contract

The Taubman Company
Name

Attn Lease Administration
Notice Name

200 East Long Lake Road
Address

PO Box 200

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC
          Name

Case number *(if known)*:    25-10469

---

| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Great Lakes Crossing, 4160 Baldwin Road Space #426, Auburn Hills, MI 48326 (Store ID 1666) | The Taubman Company |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn Lease Administration |
|  |  |  | Notice Name |
|  |  |  | 200 East Long Lake Road |
|  | **State the term remaining** | 3/31/2025 | Address |
|  |  |  | PO Box 200 |
|  | **List the contract number of** |  |  |
|  | **any government contract** |  |  |

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

---

| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Sun Valley Mall, 329 Sun Valley Mall, Suite #121, Concord, CA 94520 (Store ID 1706) | The Taubman Company |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn Lease Administration |
|  |  |  | Notice Name |
|  |  |  | 200 East Long Lake Road |
|  | **State the term remaining** | 3/31/2025 | Address |
|  |  |  | PO Box 200 |
|  | **List the contract number of** |  |  |
|  | **any government contract** |  |  |

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

---

| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Twelve Oaks Mall, 27434 Novi Road, Novi, MI 48377 (Store ID 1896) | The Taubman Company |
|---|---|---|---|

|  |  |  | Name |
|---|---|---|---|
|  |  |  | Attn Lease Administration |
|  |  |  | Notice Name |
|  |  |  | 200 East Long Lake Road |
|  | **State the term remaining** | 3/31/2025 | Address |
|  |  |  | PO Box 200 |
|  | **List the contract number of** |  |  |
|  | **any government contract** |  |  |

| Bloomfield Hills | MI | 48304-2324 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

---

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| | | |
|---|---|---|
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 University Town Center, FL, 140 University Town Center Dr. Suite 215, Sarasota, FL 34243 (Store ID 1479) |
| | | The Taubman Company |
| | | Name |
| | | Attn Lease Administration |
| | | Notice Name |
| | **State the term remaining** | 1/31/2025 |
| | | 200 East Long Lake Road |
| | | Address |
| | | PO Box 200 |
| | **List the contract number of** | |
| | **any government contract** | |

| | | | |
|---|---|---|---|
| Bloomfield Hills | MI | 48304-2324 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Westfarms Mall, 155 Westfarms Mall, Farmington, CT 6032 (Store ID 1601) |
| | | The Taubman Company |
| | | Name |
| | | Attn Lease Administration |
| | | Notice Name |
| | **State the term remaining** | 3/31/2025 |
| | | 200 East Long Lake Road |
| | | Address |
| | | PO Box 200 |
| | **List the contract number of** | |
| | **any government contract** | |

| | | |
|---|---|---|
| Bloomfield Hills | MI | 48304-2324 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance |
| | | The Taubman Company, LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Undetermined |
| | | 200 East Long Lake Road Suite 300 |
| | | Address |
| | **List the contract number of** | |
| | **any government contract** | |

| | | |
|---|---|---|
| Bloomfield Hills | MI | 48304-2324 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Case number (if known): 25-10469

Name

**2.879** State what the contract or lease is for and the nature of the debtor's interest

Round Up Donation

The Trevor Project Inc

Name

Notice Name

8704 Santa Monica Blvd, Suite 200

Address

State the term remaining   Undetermined

List the contract number of any government contract

| West Hollywood | CA | 90069 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.880** State what the contract or lease is for and the nature of the debtor's interest

Unemployment Cost Control -Quarterly Service Fee

Thomas And Thorngren, Inc.

Name

Notice Name

One Vantage Way, Suite A-105

Address

State the term remaining   Undetermined

List the contract number of any government contract

| Nashville | TN | 37228 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.881** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Services

Thomas Schwartz f/s/o Deece Inc.

Name

Notice Name

Address on File

Address

State the term remaining   Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:  F21 OpCo, LLC
Name

Case number *(if known)*:  25-10469

**2.882** State what the contract or lease is for and the nature of the debtor's interest

Online Legal Service Provider

Thomson Reuters (Tax & Accounting)
Name

Notice Name

2395 Midway Road
Address

State the term remaining  Undetermined

List the contract number of any government contract

| Carrollton | TX | 75006 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.883** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Tippada Bunnag
Name

Notice Name

Address on File
Address

State the term remaining  Undetermined

List the contract number of any government contract

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**2.884** State what the contract or lease is for and the nature of the debtor's interest

License Agreement

Tower of Brands, (2020) Limited Partnership
Name

Notice Name

Partnership registration number 540299443
Address

State the term remaining  Undetermined

1 Har HaGilboa Street

List the contract number of any government contract

| Ramle | | |
|---|---|---|
| City | State | ZIP Code |
| Israel | | |
| Country | | |

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 295 of 320

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.885** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Dallas Galleria, 13350 Dallas Parkway #2840, Dallas, TX 75240 (Store ID 1729)

Trademark Property Company
Name

Attn Vice President Real Estate
Notice Name

1701 River Run, Suite 500
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.886** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 La Palmera, 5488 S. Padre Island Dr., Corpus Christi, TX 78411 (Store ID 1719)

Trademark Property Company
Name

Attn Vice President Real Estate
Notice Name

1701 River Run, Suite 500
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.887** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 North Point Mall, 1000 North Point Circle Ste 1170, Alpharetta, GA 30022 (Store ID 1798)

Trademark Property Company
Name

Attn North Point Asset Manager
Notice Name

1701 River Run, Suite 500
Address

**State the term remaining** 1/31/2026

**List the contract number of any government contract**

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

---

**2.888** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Zona Rosa, 7121 N. West 86 Terrace #117, Kansas City, MO 64153 (Store ID 1753)

Trademark Property Company
Name

Attn Vice President Real Estate
Notice Name

1701 River Run, Suite 500
Address

State the term remaining    1/31/2026

List the contract number of any government contract

| Fort Worth | TX | 76107 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.889** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Outlets at Tejon, 5701 Outlets at Tejon Pkwy, Arvin, CA 93203 (Store ID 1404)

TRCC-Rock Outlet Center, LLC
Name

Attn General Counsel
Notice Name

4436 LEBEC RD
Address

State the term remaining    1/31/2029

List the contract number of any government contract

| LEBEC | CA | 93243 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.890** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Trend Management LLC
Name

Notice Name

3040 Post Oak Blvd Ste 1800-117
Address

State the term remaining    Undetermined

List the contract number of any government contract

| Houston | TX | 77056 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

---

**2.891** State what the contract or lease is for and the nature of the debtor's interest

Real Property Lease for F21 Mall of America, 144 E. Broadway Space #E144, Bloomington, MN 55425 (Store ID 1735)

Triple Five Corp.
Name

Notice Name

2131 Lindau Lane, Suite 500
Address

State the term remaining  1/31/2025

List the contract number of any government contract

| Bloomington | MN | 55425-2640 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.892** State what the contract or lease is for and the nature of the debtor's interest

Fit and Size

True Fit Corporation
Name

Notice Name

60 State Street, 12th Floor
Address

State the term remaining  Undetermined

List the contract number of any government contract

| Boston | MA | 02109 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.893** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Tyson Lee Smyer
Name

Notice Name

Address on File
Address

State the term remaining  Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor:    F21 OpCo, LLC
_____
Name

Case number (if known):    25-10469

---

**2.894**  **State what the contract or lease is for and the nature of the debtor's interest**    legal Fees

**State the term remaining**    Undetermined

**List the contract number of any government contract**

Udell Wang LLP
_____
Name

_____
Notice Name

65 N. Raymond Avenue, Suite 220
_____
Address

_____

| Pasadena | CA | 91103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.895**  **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease for F21 Culver City (Fox Hills), 6000 Sepulveda Blvd., Space #1331, Culver City, CA 90230 (Store ID 1764)

**State the term remaining**    1/31/2026

**List the contract number of any government contract**

Unibail-Rodamco-Westfield (URW)
_____
Name

Attn Legal Department
_____
Notice Name

2049 Century Park East, 41st Floor
_____
Address

_____

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

**2.896**  **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease for F21 Garden State Plaza, 1 Garden State Plaza, Space #B11, Paramus, NJ 7652 (Store ID 1435)

**State the term remaining**    4/30/2026

**List the contract number of any government contract**

Unibail-Rodamco-Westfield (URW)
_____
Name

Attn Legal Department
_____
Notice Name

2049 Century Park East, 41st Floor
_____
Address

_____

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Montgomery Mall (MD), 7101 Democracy Blvd, Space 1252, Bethesda, MD 20817 (Store ID 1661) |
| | | |

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

**State the term remaining**     1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Old Orchard, 4999 Old Orchard Center #J6, Skokie, IL 60077 (Store ID 1826) |

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

**State the term remaining**     2/28/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Plaza Bonita, 3030 Plaza Bonita Rd., #2100, National City, CA 91950 (Store ID 1453) |

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

**State the term remaining**     1/31/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90067 |
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Sherman Oaks Fashion Square, 14006 Riverside Drive, Space #244, Sherman Oaks, CA 91423 (Store ID 1838) | Unibail-Rodamco-Westfield (URW) |
|---|---|---|---|

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

State the term remaining    1/31/2026

List the contract number of
any government contract

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Southcenter Mall, 836 Southcenter Mall, Tukwila, WA 98188 (Store ID 1851) |
|---|---|---|

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

State the term remaining    2/28/2026

List the contract number of
any government contract

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Valley Fair, 2855 Stevens Creek Blvd, Unit #2522, Santa Clara, CA 95050 (Store ID 1866) |
|---|---|---|

Unibail-Rodamco-Westfield (URW)
Name

Attn Legal Department
Notice Name

2049 Century Park East, 41st Floor
Address

State the term remaining    1/31/2026

List the contract number of
any government contract

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.903** **State what the contract or lease is for and the nature of the debtor's interest**

Inventory Merchandise Freight In

Unique Logistics International (NYC) LLC
Name

Notice Name

146Th Avenue, 3rd Floor, Unit B
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Jamaica | NY | 11434 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.904** **State what the contract or lease is for and the nature of the debtor's interest**

DC to Stores and Ecom

United Parcel Service, Inc.
Name

Notice Name

55 Glenlake Pkwy, NE
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Atlanta | GA | 30328 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.905** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement re Ecommerce Services

United Tech
Name

Notice Name

4900 Hopeyard Rd. Ste 100
Address

**State the term remaining** Undetermined

**List the contract number of any government contract**

| Pleasanton | CA | 94588 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*:    25-10469

| | | |
|---|---|---|
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Unlocked Branding LTD

Name

Notice Name

Barrymore, Flat 5, Bow Lane

Address

| | | |
|---|---|---|
| London | | N12 0JL |
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| | | |
|---|---|---|
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Utilities |
| | | |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Upper Merion Township

Name

Notice Name

175 West Valley Forge

Address

| | | |
|---|---|---|
| King Of Prussia | PA | 19406 |
| City | State | ZIP Code |
| | | |
| Country | | |

| | | |
|---|---|---|
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Las Catalinas, PR52 Esquina PR156, Suite 611, Caguas, Puerto Rico 725 (Store ID 1709) |
| | | |
| | **State the term remaining** | 1/31/2025 |
| | **List the contract number of any government contract** | |

Urban Edge Properties

Name

Attn Legal Department

Notice Name

210 Route 4 East

Address

| | | |
|---|---|---|
| Paramus | NJ | 07652 |
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor:    F21 OpCo, LLC
Name

Case number *(if known)*    25-10469

| | | | |
|---|---|---|---|
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Mall at Stonecrest, 2929 Turner Hill Road N.E #2460, Lithonia, GA 30038 (Store ID 1609) | Urban Retail Properties, LLC |

Name

Notice Name

50 Public Square, Suite 1360

**State the term remaining**    1/31/2028

Address

**List the contract number of any government contract**

| Cleveland | OH | 44113-2267 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | Last Mile - Hub to Store | US Logistics Solutions, Inc |

Name

Notice Name

18727 Kenswick Drive

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| Humble | TX | 77338 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | ADA Compliance | Usablenet Inc. |

Name

Notice Name

500 7Th Ave, 8th Floor

**State the term remaining**    Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Store Maintenance | Us-Store Maintenance Service LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5870 NE 21st Rd |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Fort Lauderdale / FL / 33308 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Parking | Utah Property Management Associates, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 51 South Main Street, Suite 301 |
| | State the term remaining | Undetermined | Address |
| | List the contract number of any government contract | | |
| | | | Salt Lake City / UT / 84111 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Line Haul - DC to Hub.Line Haul - DC to Hub | Vantiva Global Logistics, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 4855 Peachtree Industrial Blvd. |
| | | | Address |
| | | | Suite 200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| | | | Norcross / GA / 30092 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*:    25-10469

| | | | |
|---|---|---|---|
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | Store to Store | Veltri Logistics |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1961 Hartel Street |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Levittown  PA  19057 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Tax | Vertex, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2301 Renaissance Blvd |
| | **State the term remaining** | Undetermined | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | King Of Prussia  PA  19406 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Tempe Marketplace, 2000 East Rio Salado Parkway, Suite 1016, Tempe, AZ 85281 (Store ID 1917) | Vestar Property Management |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2415 E. Camelback Road, Suite 100 |
| | **State the term remaining** | 1/31/2026 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | Phoenix  AZ  85016 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.918** State what the contract or lease is for and the nature of the debtor's interest

Trademark

Viacom International Inc
Name

Notice Name

1515 Broadway
Address

State the term remaining    Undetermined

List the contract number of any government contract

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.919** State what the contract or lease is for and the nature of the debtor's interest

Agreement re Marketing Services

Viral Nation Inc
Name

Notice Name

2355 Skymark Avenue, Suite 200
Address

State the term remaining    Undetermined

List the contract number of any government contract

| Mississauga | ON | L4W4Y6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.920** State what the contract or lease is for and the nature of the debtor's interest

First Amendment to the Amended and Restated Acceptance Incentive Agreement

Visa U.S.A. Inc.
Name

General Counsel
Notice Name

900 Metro Center Blvd.
Address

State the term remaining    9/30/2028

List the contract number of any government contract

| Foster City | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

**2.921** **State what the contract or lease is for and the nature of the debtor's interest**

Independent Director

Vogel Advisors Corp.

Name

Notice Name

885 Park Avenue

**State the term remaining**  Undetermined

Address

**List the contract number of any government contract**

| New York | NY | 10075 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.922** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Seventh Ave-Penn Station, 435 Seventh Ave, New York, NY 10120 (Store ID 1949)

Vornado Realty Trust

Name

Attn Chief Financial Officer

Notice Name

210 Route 4 East

**State the term remaining**  4/30/2025

Address

**List the contract number of any government contract**

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.923** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease for F21 Times Square, 1540 Broadway, New York, NY 10036 (Store ID 1796)

Vornado Realty Trust

Name

Attn Chief Financial Officer

Notice Name

210 Route 4 East

**State the term remaining**  4/30/2025

Address

**List the contract number of any government contract**

| Paramus | NJ | 07652 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | 401k Plans for Ees |

Voya (401)k
Name

Notice Name

230 Park Avenue
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| New York | NY | 10169 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | Benefits |

Wageworks, Inc.
Name

Notice Name

15 W Scenic Pointe Dr, Suite 100
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Draper | UT | 84020 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | Royalties |

Warner Bros. Consumer Products Inc.
Name

Notice Name

4000 Warner Blvd 1 56 S Office 41733
Address

**State the term remaining** — Undetermined

**List the contract number of any government contract**

| Burbank | CA | 91522 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Great Lakes Mall, 7850 Mentor Avenue, Suite #806B, Mentor, OH 44060 (Store ID 1644) | Washington Prime Group |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 4900 East Dublin Granville Road, 4th Floor |
| | State the term remaining | 1/31/2026 | Address |
| | List the contract number of any government contract | | |

| | | | City: Columbus | State: OH | ZIP Code: 43081 |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Jefferson Valley Mall, 650 Lee Blvd. #D118, Yorktown Heights, NY 10598 (Store ID 1933) | Washington Prime Group |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 4900 East Dublin Granville Road, 4th Floor |
| | State the term remaining | 1/31/2026 | Address |
| | List the contract number of any government contract | | |

| | | | City: Columbus | State: OH | ZIP Code: 43081 |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 Johnson City Mall, 2011 North Roan St., Space #H5, Johnson City, TN 37601 (Store ID 1881) | Washington Prime Group |
|---|---|---|---|
| | | | Name |
| | | | Attn General Counsel |
| | | | Notice Name |
| | | | 4900 East Dublin Granville Road, 4th Floor |
| | State the term remaining | 1/31/2026 | Address |
| | List the contract number of any government contract | | |

| | | | City: Columbus | State: OH | ZIP Code: 43081 |
|---|---|---|---|---|---|
| | | | Country | | |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| | | | | |
|---|---|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Weberstown Mall, 4950 Pacific Ave., Stockton, CA 95207 (Store ID 1940) | Washington Prime Group | |
| | | | Name | |
| | | | Attn General Counsel | |
| | | | Notice Name | |
| | **State the term remaining** | 1/31/2028 | 4900 East Dublin Granville Road, 4th Floor | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Columbus | OH | 43081 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | Workers Comp | Washington Retail Association | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Undetermined | 618 Quince St Se | |
| | | | Address | |
| | **List the contract number of any government contract** | | PO Box 2227 | |
| | | | Olympia | WA | 98501 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | Freight | Wesley Kraker Enterprises, Inc. | |
| | | | Name | |
| | | | Notice Name | |
| | **State the term remaining** | Undetermined | 5050 Poplar Ave., Suite 900 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Memphis | TN | 38157 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: F21 OpCo, LLC
Name

Case number (if known): 25-10469

| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease for F21 West Acres Shopping Center, 3902 13th Ave South, Ste #1629, Fargo, ND 58103 (Store ID 1966) | West Acres Development, LLP |
|---|---|---|---|
| | | | Name |
| | | | Attn Chief Executive Officer |
| | | | Notice Name |
| | State the term remaining | 1/31/2026 | 3902 13th Ave. S., Suite 3717 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Fargo | ND | 58103 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | Legal Fees | West Publishing Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 610 Opperman Drive |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Eagan | MN | 55123 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | Legal Fees | Westerman Ball Ederer |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 1201 RXR Plaza |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Uniondale | NY | 11556 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| Debtor: | F21 OpCo, LLC | Case number (if known): | 25-10469 |
|---------|---------------|-------------------------|----------|
| | Name | | |

| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | WGSN LLC |
|-------|-------|-------|-------|

Name

Notice Name

1411 Broadway, 17th Floor

**State the term remaining**    Undetermined    Address

**List the contract number of any government contract**

| | New York | NY | 10018 |
|--|----------|----|-------|
| | City | State | ZIP Code |

Country

| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | White Butterfly SRL |
|-------|-------|-------|-------|

Name

Notice Name

Gral. N. Manuel Savio 2750

**State the term remaining**    Undetermined    Address

**List the contract number of any government contract**

| | Provincia de Buenos Aires | | |
|--|---------------------------|--|--|
| | City | State | ZIP Code |
| | Argentina | | |
| | Country | | |

| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | White Rice, Inc. |
|-------|-------|-------|-------|

Name

Notice Name

3371 Glendale Blvd. #236

**State the term remaining**    Undetermined    Address

**List the contract number of any government contract**

| | Los Angeles | CA | 90039 |
|--|-------------|----|-------|
| | City | State | ZIP Code |

Country

Debtor:    F21 OpCo, LLC

Name

Case number *(if known)*:    25-10469

**2.939** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Wilhelmina International Inc.
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| | | 300 Park Ave South
**State the term remaining** | Undetermined | | Address
| | |
**List the contract number of any government contract** | | |

| | | New York | NY | 10010
--- | --- | --- | --- | ---
| | | City | State | ZIP Code
| | | | |
| | | Country | |

**2.940** | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | William Seremetis
--- | --- | --- | ---
| | | Name
| | | 
| | | Notice Name
| | | Address on File
**State the term remaining** | Undetermined | | Address
| | |
**List the contract number of any government contract** | | |

| | | City | State | ZIP Code
--- | --- | --- | --- | ---
| | | | |
| | | Country | |

**2.941** | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease for F21 Eastview, 7979 Pittsford-Victor Rd., Suite #140, Victor, NY 14564 (Store ID 1863) | Wilmorite Management Group, LLC
--- | --- | --- | ---
| | | Name
| | | Attn General Counsel
| | | Notice Name
| | | 1265 Scottsville Road
**State the term remaining** | 1/31/2026 | | Address
| | |
**List the contract number of any government contract** | | |

| | | Rochester | NY | 14624
--- | --- | --- | --- | ---
| | | City | State | ZIP Code
| | | | |
| | | Country | |

Debtor:   F21 OpCo, LLC
　　　　　Name

Case number *(if known)*:   25-10469

**2.942** **State what the contract or lease is for and the nature of the debtor's interest**   Physical Inventory Count

WIS IVS, LLC ( fka RGIS, LLC)
Name

_____
Notice Name

2000 Taylor Rd, Suite 200
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Auburn Hills | MI | 48326 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.943** **State what the contract or lease is for and the nature of the debtor's interest**   Legal Fees

Womble Bond Dickinson (US) LLP
Name

_____
Notice Name

One West Fourth Street
Address

**State the term remaining**   Undetermined

**List the contract number of any government contract**

| Winston-Salem | NC | 27101 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.944** **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease for F21 University Mall, 575 E. University Parkway #E91, Orem, UT 84097 (Store ID 1824)

Woodbury Corporation
Name

Attn Legal Department
Notice Name

2733 East Parleys Way, Suite 300
Address

**State the term remaining**   1/31/2026

**List the contract number of any government contract**

| Salt Lake City | UT | 84109 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:    F21 OpCo, LLC
Name

Case number (if known):    25-10469

| | | | | |
|---|---|---|---|---|
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Logistics Services | World Manager-Inv | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 5700 Granite Parkway Ste 400 | |
| | **State the term remaining** | Undetermined | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Plano | TX | 75024 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | Load Testing | Xceptance Software | |
| | | | Name | |
| | | | Xceptance Software Technologies, Inc. | |
| | | | Notice Name | |
| | | | One Broadway, 14th Floor | |
| | **State the term remaining** | Undetermined | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Cambridge | MA | 02142 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers | Yasmen Essam Tyby | |
| | | | Name | |
| | | | Notice Name | |
| | | | Address on File | |
| | **State the term remaining** | Undetermined | Address | |
| | **List the contract number of any government contract** | | | |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor:    F21 OpCo, LLC
_____
Name

Case number *(if known)*    25-10469

| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | Location Services | Yext, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 61 9th Avenue |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | New York | NY | 10011 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement Purchase Order Terms and Conditions | YM Inc. |
| | | | Name |
| | | | c/o The YM Group of Companies |
| | | | Notice Name |
| | | | 50 Dufflaw Road |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | Toronto | ON | M6A 2W1 |
| | | | City | State | ZIP Code |
| | | | Canada |
| | | | Country |

| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re Ecom Services | Yoobic |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 130 Madison Avenue, 6th Floor |
| | **State the term remaining** | Undetermined | Address |
| | **List the contract number of any government contract** | | |
| | | | New York | NY | 10016 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

**2.951** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Yvonne Ng
Name

Notice Name

Address on File
Address

State the term remaining    Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.952** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Zachary Arch
Name

Notice Name

Address on File
Address

State the term remaining    Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.953** State what the contract or lease is for and the nature of the debtor's interest

Models/Influencers/Freelancers

Zaynna Beckford
Name

Notice Name

Address on File
Address

State the term remaining    Undetermined

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: F21 OpCo, LLC
Name

Case number *(if known)*: 25-10469

| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re Purchasing Services | Zebra Technologies International LL |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 3 Overlook Point |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Lincolnshire | IL | 60069 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | Email Personalization Tool | Zembula Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | 8201 SE 17th Ave., Suite 100 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Portland | OR | 97202 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | Models/Influencers/Freelancers | Zoya P Milentyeva |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Undetermined | Address on File |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

Debtor: F21 OpCo, LLC

Name

Case number *(if known)*: 25-10469

| | | |
|---|---|---|
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | Models/Influencers/Freelancers |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Zuri Model and Talent Agency, Inc.

Name

Notice Name

2121 Avenue of the Stars, Suite 800

Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : F21 OpCo, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10469 (MFW)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable to a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  F21 Giftco Management, LLC | 110 East 9th Street, Suite A500 <br> Street | Pathlight Capital LP, as Term Loan Agent | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Los Angeles / CA / 90079 <br> City / State / ZIP Code <br> Country | | |
| 2.2  F21 Giftco Management, LLC | 110 East 9th Street, Suite A500 <br> Street | Simon Blackjack Consolidated Holdings, LLC, as Subordinated Loan Agent | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Los Angeles / CA / 90079 <br> City / State / ZIP Code <br> Country | | |

Debtor: F21 OpCo, LLC
_____
Name

Case number *(if known)*: 25-10469
_____

| 2.3 | F21 Giftco Management, LLC | 110 East 9th Street, Suite A500<br>Street | Wells Fargo Bank, N.A., as ABL Agent | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Los Angeles | CA | 90079 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.4 | F21 Puerto Rico, LLC | 110 East 9th Street, Suite A500<br>Street | Pathlight Capital LP, as Term Loan Agent | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Los Angeles | CA | 90079 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.5 | F21 Puerto Rico, LLC | 110 East 9th Street, Suite A500<br>Street | Simon Blackjack Consolidated Holdings, LLC, as Subordinated Loan Agent | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Los Angeles | CA | 90079 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.6 | F21 Puerto Rico, LLC | 110 East 9th Street, Suite A500<br>Street | Wells Fargo Bank, N.A., as ABL Agent | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Los Angeles | CA | 90079 |
| | | City | State | ZIP Code |
| | | Country | | |

| 2.7 | Penney Holdings LLC | Attention:Nancy Benson, Treasurer<br>Street<br>6501 Legacy Drive, Suite B100 | Pathlight Capital LP, as Term Loan Agent | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Plano | TX | 75024 |
| | | City | State | ZIP Code |
| | | Country | | |

Debtor:  F21 OpCo, LLC
_____
Name

Case number *(if known)*:  25-10469

| | | | | |
|---|---|---|---|---|
| 2.8 | Penney Holdings LLC | Attention:Nancy Benson, Treasurer | Simon Blackjack Consolidated Holdings, LLC, as Subordinated Loan Agent | ☑ D |
| | | Street | | |
| | | 6501 Legacy Drive, Suite B100 | | ☐ E/F |
| | | | | ☐ G |
| | | Plano        TX        75024 | | |
| | | City        State        ZIP Code | | |
| | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | Penney Holdings LLC | Attention:Nancy Benson, Treasurer | Wells Fargo Bank, N.A., as ABL Agent | ☑ D |
| | | Street | | |
| | | 6501 Legacy Drive, Suite B100 | | ☐ E/F |
| | | | | ☐ G |
| | | Plano        TX        75024 | | |
| | | City        State        ZIP Code | | |
| | | Country | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : F21 OpCo, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td>Case number (if known): 25-10469 (MFW)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2025
         MM / DD / YYYY

✖ / s / Michael Brown
Signature of individual signing on behalf of debtor

Michael Brown
Printed name

Co-Chief Restructuring Officer
Position or relationship to debtor

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 10 - Stonewood Center, CA | $2,900.00 |
| Cash on Hand | Store 13 - Media City Center, CA | $1,500.00 |
| Cash on Hand | Store 15 - Ontario Mills, CA | $5,100.00 |
| Cash on Hand | Store 21 - Montclair Place, CA | $900.00 |
| Cash on Hand | Store 24 - Moreno Valley Mall, CA | $2,000.00 |
| Cash on Hand | Store 28 - Northridge Fashion Center, CA | $2,200.00 |
| Cash on Hand | Store 37 - Parkway Plaza, CA | $2,800.00 |
| Cash on Hand | Store 40 - Stoneridge Mall, CA | $1,800.00 |
| Cash on Hand | Store 43 - Eastridge Mall, CA | $1,400.00 |
| Cash on Hand | Store 55 - Staten Island Shopping Center, NY | $1,900.00 |
| Cash on Hand | Store 59 - Trumbull Shopping Park, CT | $1,600.00 |
| Cash on Hand | Store 61 - Montgomery Mall, MD | $2,000.00 |
| Cash on Hand | Store 66 - Great Lakes Crossing, MI | $3,000.00 |
| Cash on Hand | Store 69 - Newport Mall, NJ | $1,800.00 |
| Cash on Hand | Store 73 - Governor's Square, FL | $1,700.00 |
| Cash on Hand | Store 78 - Jersey Gardens (Outlet), NJ | $4,500.00 |
| Cash on Hand | Store 79 - Green Acres Mall, NY | $2,100.00 |
| Cash on Hand | Store 81 - Countryside, FL | $1,800.00 |
| Cash on Hand | Store 82 - South County Center, MO | $1,500.00 |
| Cash on Hand | Store 84 - Montgomery Mall, PA | $2,200.00 |
| Cash on Hand | Store 85 - White Marsh Mall, MD | $1,500.00 |
| Cash on Hand | Store 87 - South Shore Mall, NY | $2,600.00 |
| Cash on Hand | Store 89 - Palisades Center, NY | $3,200.00 |
| Cash on Hand | Store 93 - Annapolis Mall, MD | $5,000.00 |
| Cash on Hand | Store 95 - Independence Mall, NC | $1,000.00 |
| Cash on Hand | Store 97 - Fairlane, MI | $1,900.00 |
| Cash on Hand | Store 100 - Briarwood, MI | $1,500.00 |
| Cash on Hand | Store 101 - Westfarms Mall, CT | $3,200.00 |
| Cash on Hand | Store 106 - Quaker Bridge Mall, NJ | $2,200.00 |
| Cash on Hand | Store 109 - Stonecrest, GA | $1,200.00 |
| Cash on Hand | Store 112 - Southland Center, MI | $1,300.00 |
| Cash on Hand | Store 113 - Connecticut Post, CT | $1,550.00 |
| Cash on Hand | Store 114 - Cielo Vista Mall, TX | $1,400.00 |
| Cash on Hand | Store 115 - Mall in Columbia, MD | $1,500.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 117 - Lloyd Center, OR | $2,600.00 |
| Cash on Hand | Store 122 - Woodland Mall, MI | $2,100.00 |
| Cash on Hand | Store 124 - Southwest Plaza, CO | $1,750.00 |
| Cash on Hand | Store 130 - Mall at Tuttle Crossing, OH | $1,300.00 |
| Cash on Hand | Store 132 - Arden Fair, CA | $1,600.00 |
| Cash on Hand | Store 134 - Castleton Square Mall, IN | $3,100.00 |
| Cash on Hand | Store 136 - Great Mall, CA | $3,200.00 |
| Cash on Hand | Store 141 - Oxford Valley Mall, PA | $1,800.00 |
| Cash on Hand | Store 142 - Gurnee Mills, IL | $2,900.00 |
| Cash on Hand | Store 143 - Concord Mills, NC | $2,800.00 |
| Cash on Hand | Store 144 - Clackamas Town Center, OR | $3,800.00 |
| Cash on Hand | Store 146 - Dayton Mall, OH | $1,600.00 |
| Cash on Hand | Store 150 - Palm Desert, CA | $2,300.00 |
| Cash on Hand | Store 153 - Zona Rosa, MO | $1,500.00 |
| Cash on Hand | Store 156 - King of Prussia Mall, PA | $4,600.00 |
| Cash on Hand | Store 162 - Fox River, WI | $1,300.00 |
| Cash on Hand | Store 165 - Jordan Creek Town Center, IA | $1,800.00 |
| Cash on Hand | Store 167 - Victoria Gardens, CA | $1,300.00 |
| Cash on Hand | Store 172 - Willow Grove Park, PA | $3,000.00 |
| Cash on Hand | Store 176 - Park Meadows, CO | $3,300.00 |
| Cash on Hand | Store 179 - Southland Mall, CA | $1,400.00 |
| Cash on Hand | Store 181 - Bridgewater Commons, NJ | $1,200.00 |
| Cash on Hand | Store 183 - Imperial Valley Mall , CA | $1,600.00 |
| Cash on Hand | Store 184 - Grapevine Mills, TX | $3,000.00 |
| Cash on Hand | Store 186 - Mall of New Hampshire, NH | $1,200.00 |
| Cash on Hand | Store 188 - Pembroke Lakes Mall, FL | $1,400.00 |
| Cash on Hand | Store 190 - Emerald Square, MA | $1,200.00 |
| Cash on Hand | Store 191 - Square One Mall, MA | $1,800.00 |
| Cash on Hand | Store 192 - Town Center @ Cobb, GA | $1,500.00 |
| Cash on Hand | Store 194 - Northlake Mall, NC | $2,000.00 |
| Cash on Hand | Store 195 - The Shops @ La Cantera, TX | $3,500.00 |
| Cash on Hand | Store 198 - North Point Mall, GA | $1,200.00 |
| Cash on Hand | Store 200 - Sawgrass Mills, FL | $5,400.00 |
| Cash on Hand | Store 202 - Cottonwood Mall, NM | $1,400.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 205 - Riverchase Galleria, AL | $1,700.00 |
| Cash on Hand | Store 207 - Altamonte Mall, FL | $2,700.00 |
| Cash on Hand | Store 209 - Franklin Park, OH | $2,100.00 |
| Cash on Hand | Store 210 - Ocean County Mall, NJ | $1,500.00 |
| Cash on Hand | Store 211 - Battlefield Mall, MO | $1,600.00 |
| Cash on Hand | Store 212 - Great Northern, OH | $2,000.00 |
| Cash on Hand | Store 213 - Valley River Center, OR | $1,200.00 |
| Cash on Hand | Store 214 - Florence Mall, KY | $1,200.00 |
| Cash on Hand | Store 216 - St. Clair Square, IL | $1,000.00 |
| Cash on Hand | Store 218 - First Colony, TX | $1,700.00 |
| Cash on Hand | Store 219 - Patrick Henry Mall, VA | $1,500.00 |
| Cash on Hand | Store 225 - Mayfair Mall, WI | $1,500.00 |
| Cash on Hand | Store 228 - Arizona Mills , AZ | $3,000.00 |
| Cash on Hand | Store 231 - Sugarloaf Mills, GA | $2,100.00 |
| Cash on Hand | Store 232 - Town Center at Boca Raton , FL | $2,800.00 |
| Cash on Hand | Store 233 - Miami International, FL | $1,400.00 |
| Cash on Hand | Store 234 - Mall of Georgia , GA | $1,600.00 |
| Cash on Hand | Store 235 - Orlando Square, IL | $1,600.00 |
| Cash on Hand | Store 236 - The Mall at Rockingham Park, NH | $2,200.00 |
| Cash on Hand | Store 238 - Sherman Oaks Fashion Square, CA | $2,300.00 |
| Cash on Hand | Store 239 - Brandon Town Center, FL | $1,700.00 |
| Cash on Hand | Store 252 - Glenbrook Square, IN | $800.00 |
| Cash on Hand | Store 253 - Capital City Mall, PA | $2,000.00 |
| Cash on Hand | Store 255 - Harlem & Irving, IL | $1,600.00 |
| Cash on Hand | Store 256 - Vancouver Mall, WA | $2,000.00 |
| Cash on Hand | Store 259 - The Oaks, FL | $2,800.00 |
| Cash on Hand | Store 260 - Coastland, FL | $1,700.00 |
| Cash on Hand | Store 261 - Hulen Mall, TX | $2,600.00 |
| Cash on Hand | Store 263 - Eastview, NY | $2,400.00 |
| Cash on Hand | Store 264 - The Shops at Las Americas, CA | $2,400.00 |
| Cash on Hand | Store 269 - Lehigh Valley Mall, PA | $1,400.00 |
| Cash on Hand | Store 270 - Galleria at Sunset, NV | $900.00 |
| Cash on Hand | Store 272 - Poughkeepsie Galleria, NY | $1,800.00 |
| Cash on Hand | Store 273 - University Park Mall, IN | $1,200.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 275 - Four Seasons Town Centre, NC | $2,000.00 |
| Cash on Hand | Store 276 - Wolfchase Galleria, TN | $1,800.00 |
| Cash on Hand | Store 277 - Monroeville Mall, PA | $2,000.00 |
| Cash on Hand | Store 278 - The Crossroads Mall, MI | $1,300.00 |
| Cash on Hand | Store 282 - Southpark Mall, OH | $1,395.00 |
| Cash on Hand | Store 283 - Oakland Mall, MI | $1,500.00 |
| Cash on Hand | Store 284 - Solomon Pond Mall, MA | $1,200.00 |
| Cash on Hand | Store 287 - San Tan Village, AZ | $1,200.00 |
| Cash on Hand | Store 289 - Partridge Creek, MI | $1,400.00 |
| Cash on Hand | Store 291 - Buckland Hills, CT | $3,100.00 |
| Cash on Hand | Store 294 - Hanes Mall, NC | $2,400.00 |
| Cash on Hand | Store 295 - The Outlets at Orange, CA | $2,100.00 |
| Cash on Hand | Store 297 - North Riverside Park Mall, IL | $3,200.00 |
| Cash on Hand | Store 298 - Town East, TX | $1,500.00 |
| Cash on Hand | Store 300 - Market Place Shopping Center, IL | $600.00 |
| Cash on Hand | Store 301 - Northwest Arkansas Mall, AR | $1,400.00 |
| Cash on Hand | Store 302 - Westroads Mall, NE | $2,200.00 |
| Cash on Hand | Store 305 - Woodland Hills Mall, OK | $1,200.00 |
| Cash on Hand | Store 306 - Oglethorpe Mall, GA | $1,200.00 |
| Cash on Hand | Store 310 - Pearland Town Center, TX | $1,400.00 |
| Cash on Hand | Store 311 - South Plains Mall, TX | $1,200.00 |
| Cash on Hand | Store 314 - Valencia Town Center, CA | $1,100.00 |
| Cash on Hand | Store 315 - Orlando Premium Outlets, FL | $2,400.00 |
| Cash on Hand | Store 316 - Parkway Place, AL | $1,400.00 |
| Cash on Hand | Store 318 - Auburn Mall, MA | $1,400.00 |
| Cash on Hand | Store 319 - Post Oak Mall, TX | $1,500.00 |
| Cash on Hand | Store 320 - Towne East Square, KS | $1,200.00 |
| Cash on Hand | Store 322 - Park City Center, PA | $3,800.00 |
| Cash on Hand | Store 324 - Boise Towne Center, ID | $2,000.00 |
| Cash on Hand | Store 325 - Crystal Mall, CT | $1,200.00 |
| Cash on Hand | Store 331 - Cross Creek Mall, NC | $1,100.00 |
| Cash on Hand | Store 332 - Spokane Valley Mall, WA | $1,700.00 |
| Cash on Hand | Store 333 - Jefferson Valley Mall, NY | $1,300.00 |
| Cash on Hand | Store 334 - Plaza Las Americas, PR | $2,300.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 335 - Cape Cod, MA | $1,200.00 |
| Cash on Hand | Store 336 - Galleria @ Crystal Run, NY | $1,800.00 |
| Cash on Hand | Store 338 - The Outlets at Sparks, NV | $1,500.00 |
| Cash on Hand | Store 340 - Weberstown Mall, CA | $1,860.00 |
| Cash on Hand | Store 342 - Scottsdale Fashion Square, AZ | $1,600.00 |
| Cash on Hand | Store 343 - Stonestown Galleria, CA | $2,000.00 |
| Cash on Hand | Store 346 - St. Louis Galleria, MO | $1,700.00 |
| Cash on Hand | Store 347 - Chicago Ridge Shopping Center, IL | $1,600.00 |
| Cash on Hand | Store 351 - Camarillo Premium Outlets, CA | $1,900.00 |
| Cash on Hand | Store 352 - Augusta Mall, GA | $1,500.00 |
| Cash on Hand | Store 353 - Belden Village Mall, OH | $2,100.00 |
| Cash on Hand | Store 354 - Promenade in Temecula, CA | $2,400.00 |
| Cash on Hand | Store 358 - Coronado Center, NM | $2,100.00 |
| Cash on Hand | Store 360 - Philadelphia Mills, PA | $4,200.00 |
| Cash on Hand | Store 365 - Mall of Acadiana, LA | $2,100.00 |
| Cash on Hand | Store 366 - West Acres Shopping Center, ND | $2,400.00 |
| Cash on Hand | Store 370 - South Shore Plaza, MA | $3,200.00 |
| Cash on Hand | Store 372 - Cool Springs Galleria, TN | $2,900.00 |
| Cash on Hand | Store 374 - Beachwood Place, OH | $2,000.00 |
| Cash on Hand | Store 375 - Deptford Mall, NJ | $2,000.00 |
| Cash on Hand | Store 377 - Columbiana Centre, SC | $1,500.00 |
| Cash on Hand | Store 378 - Philadelphia Premium Outlet, PA | $1,800.00 |
| Cash on Hand | Store 379 - The Crossings Premium Outlet, PA | $2,200.00 |
| Cash on Hand | Store 380 - Tanger Outlets at Myrtle Beach, SC | $1,400.00 |
| Cash on Hand | Store 381 - Gilroy Premium Outlets, CA | $1,400.00 |
| Cash on Hand | Store 382 - Lincoln Road, FL | $4,500.00 |
| Cash on Hand | Store 386 - Rockaway Townsquare, NJ | $2,500.00 |
| Cash on Hand | Store 388 - The Walk (Outlet), NJ | $1,900.00 |
| Cash on Hand | Store 391 - Menlo Park, NJ | $1,800.00 |
| Cash on Hand | Store 394 - Lenox Square, GA | $2,600.00 |
| Cash on Hand | Store 395 - Streets at Southpoint, NC | $1,700.00 |
| Cash on Hand | Store 396 - North East Mall, TX | $1,700.00 |
| Cash on Hand | Store 397 - Plaza Carolina Mall, PR | $2,400.00 |
| Cash on Hand | Store 398 - Fayette Mall, KY | $2,080.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 412 - Alderwood Mall, WA | $3,000.00 |
| Cash on Hand | Store 414 - Opry Mills, TN | $4,400.00 |
| Cash on Hand | Store 416 - Visalia Mall, CA | $1,700.00 |
| Cash on Hand | Store 417 - Greenwood Park Mall, IN | $1,600.00 |
| Cash on Hand | Store 418 - The Galleria Houston, TX | $4,200.00 |
| Cash on Hand | Store 419 - Eastland Mall, IN | $2,600.00 |
| Cash on Hand | Store 420 - Arbor Place, GA | $1,800.00 |
| Cash on Hand | Store 421 - Pier Park, FL | $2,000.00 |
| Cash on Hand | Store 422 - Bellis Fair, WA | $1,600.00 |
| Cash on Hand | Store 424 - Penn Square Mall, OK | $4,400.00 |
| Cash on Hand | Store 425 - Wellington Green, FL | $1,670.00 |
| Cash on Hand | Store 427 - Folsom Premium Outlets, CA | $1,200.00 |
| Cash on Hand | Store 428 - Apache Mall, MN | $2,800.00 |
| Cash on Hand | Store 431 - Plaze Del Caribe, PR | $2,200.00 |
| Cash on Hand | Store 432 - Woodburn Outlet, OR | $1,000.00 |
| Cash on Hand | Store 435 - The Shops at Atlas Park, NY | $1,900.00 |
| Cash on Hand | Store 436 - Meadowood Mall, NV | $1,400.00 |
| Cash on Hand | Store 437 - Seattle Premium Outlets, WA | $2,100.00 |
| Cash on Hand | Store 438 - Rio Grande Valley Premium Outlets, TX | $2,200.00 |
| Cash on Hand | Store 439 - Hamilton Mall, NJ | $3,500.00 |
| Cash on Hand | Store 440 - Fashion Outlet of Chicago, IL | $3,100.00 |
| Cash on Hand | Store 444 - Great Lakes Mall, OH | $1,300.00 |
| Cash on Hand | Store 445 - Haywood Mall, SC | $2,800.00 |
| Cash on Hand | Store 446 - Treasure Coast Square, FL | $1,900.00 |
| Cash on Hand | Store 449 - Orlando Premium Outlets - Vineland, FL | $2,300.00 |
| Cash on Hand | Store 451 - Dover Mall, DE | $2,100.00 |
| Cash on Hand | Store 453 - Arundel Mall, MD | $2,600.00 |
| Cash on Hand | Store 455 - Station Park, UT | $1,400.00 |
| Cash on Hand | Store 459 - Azalea Shopping Center, CA | $2,600.00 |
| Cash on Hand | Store 462 - South Hills Village, PA | $1,600.00 |
| Cash on Hand | Store 463 - Millcreek Mall, PA | $1,500.00 |
| Cash on Hand | Store 465 - Outlets of Mississippi, MS | $1,500.00 |
| Cash on Hand | Store 467 - Pierre Bossier Mall, LA | $1,500.00 |
| Cash on Hand | Store 469 - Las Tiendas, TX | $2,600.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 472 - Palm Beach Outlets, FL | $1,500.00 |
| Cash on Hand | Store 478 - Jacksonville Mall, NC | $1,300.00 |
| Cash on Hand | Store 479 - University Town Center, FL | $1,200.00 |
| Cash on Hand | Store 480 - Springfield Town Center, VA | $2,900.00 |
| Cash on Hand | Store 481 - Fashion Outlets of Niagara Falls, NY | $1,900.00 |
| Cash on Hand | Store 483 - Southlake Mall, IN | $1,300.00 |
| Cash on Hand | Store 484 - Tulare Outlet Center, CA | $1,100.00 |
| Cash on Hand | Store 487 - Dulles Town Center, VA | $1,600.00 |
| Cash on Hand | Store 489 - Westgate Mall, TX | $1,600.00 |
| Cash on Hand | Store 490 - Viewmont Mall, PA | $1,400.00 |
| Cash on Hand | Store 495 - Tanger Outlet Riverhead, NY | $1,400.00 |
| Cash on Hand | Store 496 - Tanger Outlet San Marcos , TX | $1,200.00 |
| Cash on Hand | Store 499 - Avenue at Murfreesboro, TN | $2,300.00 |
| Cash on Hand | Store 602 - Desert Hills Premium Outlets, CA | $2,400.00 |
| Cash on Hand | Store 604 - Peachtree Mall, GA | $1,200.00 |
| Cash on Hand | Store 609 - Las Catalinas, PR | $1,600.00 |
| Cash on Hand | Store 611 - Puerto Rico Outlets, PR | $1,000.00 |
| Cash on Hand | Store 613 - San Francisco Premium Outlets, CA | $1,200.00 |
| Cash on Hand | Store 615 - Outlets at The Pike, CA | $2,300.00 |
| Cash on Hand | Store 617 - Tempe Marketplace, AZ | $2,000.00 |
| Cash on Hand | Store 621 - Foxwoods Outlets, CT | $1,300.00 |
| Cash on Hand | Store 626 - Shops at Park Lane, TX | $1,600.00 |
| Cash on Hand | Store 627 - Osceola Crosslands, FL | $2,300.00 |
| Cash on Hand | Store 630 - Fayette Pavilion, GA | $2,000.00 |
| Cash on Hand | Store 631 - Winter Garden Village, FL | $2,000.00 |
| Cash on Hand | Store 637 - Tucson Premium Outlets, AZ | $1,400.00 |
| Cash on Hand | Store 645 - Savannah Outlets, GA | $1,800.00 |
| Cash on Hand | Store 649 - Valley Mall, WA | $1,600.00 |
| Cash on Hand | Store 665 - Hillside Village, TX | $1,200.00 |
| Cash on Hand | Store 672 - Monte Vista Crossings, CA | $1,200.00 |
| Cash on Hand | Store 676 - Santa Fe Place, NM | $1,600.00 |
| Cash on Hand | Store 679 - Warwick Mall, RI | $2,000.00 |
| Cash on Hand | Store 681 - Southlake Mall, GA | $1,400.00 |
| Cash on Hand | Store 684 - Fashion Place, UT | $1,700.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 685 - Collection at Riverpark, CA | $1,000.00 |
| Cash on Hand | Store 694 - Foothills Mall, CO | $1,200.00 |
| Cash on Hand | Store 706 - Beverly Center, CA | $2,750.00 |
| Cash on Hand | Store 707 - Woodfield, IL | $2,800.00 |
| Cash on Hand | Store 709 - The Mall at Millenia, FL | $2,600.00 |
| Cash on Hand | Store 712 - Smith Haven Mall, NY | $2,600.00 |
| Cash on Hand | Store 713 - Fashion City @ Pentagon, VA | $2,600.00 |
| Cash on Hand | Store 714 - Willow Brook, TX | $3,000.00 |
| Cash on Hand | Store 717 - Carolina Place, NC | $1,500.00 |
| Cash on Hand | Store 718 - Woodbridge Center Mall, NJ | $2,100.00 |
| Cash on Hand | Store 719 - La Palmera, TX | $3,300.00 |
| Cash on Hand | Store 720 - Del Amo Fashion Center, CA | $2,200.00 |
| Cash on Hand | Store 723 - Washington Square, OR | $2,000.00 |
| Cash on Hand | Store 724 - University Mall, UT | $1,400.00 |
| Cash on Hand | Store 726 - Old Orchard, IL | $1,500.00 |
| Cash on Hand | Store 727 - Main Place, CA | $2,200.00 |
| Cash on Hand | Store 729 - Hollywood & Highland, CA | $1,500.00 |
| Cash on Hand | Store 731 - Crabtree Valley Mall, NC | $2,400.00 |
| Cash on Hand | Store 732 - Lakeside Shopping Center, LA | $2,400.00 |
| Cash on Hand | Store 733 - Park Plaza Mall, AR | $2,000.00 |
| Cash on Hand | Store 734 - Oakwood Center, LA | $1,400.00 |
| Cash on Hand | Store 735 - Garden State Plaza, NJ | $4,600.00 |
| Cash on Hand | Store 736 - Oak Park Mall, KS | $2,400.00 |
| Cash on Hand | Store 742 - Cumberland Mall, GA | $2,200.00 |
| Cash on Hand | Store 743 - Chandler Fashion Center , AZ | $2,800.00 |
| Cash on Hand | Store 744 - Fair Oaks, VA | $2,000.00 |
| Cash on Hand | Store 745 - Perimeter Mall, GA | $1,200.00 |
| Cash on Hand | Store 749 - Lynnhaven Mall, VA | $2,100.00 |
| Cash on Hand | Store 750 - Park Place, AZ | $1,700.00 |
| Cash on Hand | Store 751 - Southcenter Mall, WA | $5,000.00 |
| Cash on Hand | Store 752 - Willowbrook Mall, NJ | $1,800.00 |
| Cash on Hand | Store 753 - Plaza Bonita, CA | $2,500.00 |
| Cash on Hand | Store 757 - The Mall at Robinson, PA | $1,700.00 |
| Cash on Hand | Store 758 - The Parks @ Arlington, TX | $2,200.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 759 - Towson Town Center, MD | $3,000.00 |
| Cash on Hand | Store 760 - Parkdale Mall, TX | $2,000.00 |
| Cash on Hand | Store 761 - Mall of Louisiana, LA | $2,600.00 |
| Cash on Hand | Store 762 - The Shoppes @ Chino Hills, CA | $1,300.00 |
| Cash on Hand | Store 763 - Fox Valley , IL | $1,300.00 |
| Cash on Hand | Store 765 - The Greene Town Center, OH | $1,800.00 |
| Cash on Hand | Store 766 - Valley Fair , CA | $1,400.00 |
| Cash on Hand | Store 770 - West County Center, MO | $1,700.00 |
| Cash on Hand | Store 771 - Northshore Mall, MA | $2,200.00 |
| Cash on Hand | Store 772 - Holyoke Mall, MA | $2,500.00 |
| Cash on Hand | Store 773 - Meadows Mall, NV | $2,300.00 |
| Cash on Hand | Store 774 - Cross County Shopping Center, NY | $3,600.00 |
| Cash on Hand | Store 775 - Katy Mills, TX | $2,600.00 |
| Cash on Hand | Store 776 - Flatiron Crossing, CO | $4,000.00 |
| Cash on Hand | Store 779 - Dallas Galleria, TX | $2,800.00 |
| Cash on Hand | Store 780 - Northbrook Court, IL | $1,200.00 |
| Cash on Hand | Store 781 - Johnson City Mall, TN | $1,400.00 |
| Cash on Hand | Store 783 - Burlington Mall, MA | $1,900.00 |
| Cash on Hand | Store 784 - Westfield Culver City, CA | $2,800.00 |
| Cash on Hand | Store 785 - Kings Plaza Mall, NY | $3,500.00 |
| Cash on Hand | Store 786 - Roosevelt Field Mall, NY | $4,600.00 |
| Cash on Hand | Store 789 - Christiana Mall, DE | $3,600.00 |
| Cash on Hand | Store 790 - Barton Creek Square, TX | $2,000.00 |
| Cash on Hand | Store 791 - Potomac Mills, VA | $1,700.00 |
| Cash on Hand | Store 793 - Florida Mall, FL | $2,800.00 |
| Cash on Hand | Store 795 - Cherry Hill Mall, NJ | $3,600.00 |
| Cash on Hand | Store 796 - Twelve Oaks Mall, MI | $2,200.00 |
| Cash on Hand | Store 797 - The Oaks, CA | $1,200.00 |
| Cash on Hand | Store 799 - West Covina Shopping Center, CA | $1,750.00 |
| Cash on Hand | Store 2113 - La Plaza, TX | $1,500.00 |
| Cash on Hand | Store 2116 - Empire Mall, SD | $2,800.00 |
| Cash on Hand | Store 2118 - Atlantic Station, GA | $1,500.00 |
| Cash on Hand | Store 2119 - Dartmouth Mall, MA | $1,200.00 |
| Cash on Hand | Store 2121 - Shoppes at Carlsbad, CA | $1,400.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 2122 - Pheasant Lane, NH | $1,200.00 |
| Cash on Hand | Store 2130 - Tanger Locust Grove, GA | $900.00 |
| Cash on Hand | Store 2134 - Santa Monica Place, CA | $2,000.00 |
| Cash on Hand | Store 2136 - Carriage Crossing, TN | $1,400.00 |
| Cash on Hand | Store 2139 - Philadelphia Fashion Outlets, PA | $1,600.00 |
| Cash on Hand | Store 2140 - Tanger Outlets Deer Park , NY | $1,000.00 |
| Cash on Hand | Store 2147 - Outlets of Des Moines, IA | $1,200.00 |
| Cash on Hand | Store 2149 - Seventh Ave-Penn Station , NY | $6,200.00 |
| Cash on Hand | Store 2152 - Denver Premium Outlets, CO | $1,600.00 |
| Cash on Hand | Store 2153 - Allen Premium Outlets, TX | $1,500.00 |
| Cash on Hand | Store 2154 - Woodbury Premium Outlets, NY | $2,300.00 |
| Cash on Hand | Store 2155 - Grove City Premium Outlets, PA | $1,500.00 |
| Cash on Hand | Store 2157 - Norfolk Premium Outlets, VA | $1,500.00 |
| Cash on Hand | Store 2163 - Columbia Center, WA | $2,400.00 |
| Cash on Hand | Store 2175 - Tanger Outlets Foley, AL | $1,200.00 |
| Cash on Hand | Store 2185 - The Westchester, NY | $2,000.00 |
| Cash on Hand | Store 2186 - Las Vegas North Premium Outlets, NV | $1,800.00 |
| Cash on Hand | Store 2187 - Gran Plaza, CA | $1,700.00 |
| Cash on Hand | Store 2188 - Chicago Premium Outlets, IL | $1,800.00 |
| Cash on Hand | Store 2190 - Florida Keys Premium, FL | $1,500.00 |
| Cash on Hand | Store 2191 - Leesburg Premium Outlets, VA | $1,500.00 |
| Cash on Hand | Store 2192 - The Outlet Shoppes of Atlanta, GA | $1,500.00 |
| Cash on Hand | Store 2193 - Outlets of Tejon, CA | $1,700.00 |
| Cash on Hand | Store 3002 - Yorktown Center, IL | $1,900.00 |
| Cash on Hand | Store 3003 - Walden Galleria, NY | $2,800.00 |
| Cash on Hand | Store 3004 - Water Tower Place , IL | $2,900.00 |
| Cash on Hand | Store 3006 - Times Square, NY | $26,400.00 |
| Cash on Hand | Store 3505 - Tucson mall, AZ | $1,700.00 |
| Cash on Hand | Store 3506 - Mall Del Norte, TX | $1,500.00 |
| Cash on Hand | Store 3509 - Montebello Town Center, CA | $4,800.00 |
| Cash on Hand | Store 3510 - Lakewood Center Mall, CA | $3,350.00 |
| Cash on Hand | Store 3511 - Los Cerritos Mall, CA | $6,400.00 |
| Cash on Hand | Store 3515 - Inland Center, CA | $3,500.00 |
| Cash on Hand | Store 3524 - Fresno Fashion Fair, CA | $5,600.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 2
Cash on hand

| Cash on hand | Location | Current value of debtor's interest |
|---|---|---|
| Cash on Hand | Store 3525 - Valley Plaza Mall, CA | $4,200.00 |
| Cash on Hand | Store 3526 - Fashion Show, NV | $16,090.00 |
| Cash on Hand | Store 3527 - The Woodlands Mall, TX | $7,200.00 |
| Cash on Hand | Store 3528 - Baybrook Mall, TX | $8,400.00 |
| Cash on Hand | Store 3529 - North Star Mall, TX | $4,300.00 |
| Cash on Hand | Store 3531 - Mall of St. Matthews, KY | $2,200.00 |
| Cash on Hand | Store 3534 - Tacoma Mall, WA | $2,200.00 |
| Cash on Hand | Store 3538 - Galleria at Tyler, CA | $6,100.00 |
| Cash on Hand | Store 3539 - The Shops at Mission Viejo, CA | $1,200.00 |
| Cash on Hand | Store 3541 - Deerbrook Mall, TX | $5,700.00 |
| Cash on Hand | Store 3542 - Santa Anita Mall, CA | $4,000.00 |
| Cash on Hand | Store 6004 - Freehold Raceway Mall , NJ | $2,400.00 |
| Cash on Hand | Store 6006 - Sun Valley Mall, CA | $3,000.00 |
| Cash on Hand | Store 6008 - South Coast Plaza, CA | $4,600.00 |
| Cash on Hand | Store 6011 - Natick Mall, MA | $3,200.00 |
| | TOTAL: | **$803,045.00** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 3
Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Fashion 21 con acct | 3229 | $8,898.03 |
| JP Morgan | F21 Inc Operating Acct | 1251 | $478,665.31 |
| JP Morgan Chase | Clearing - POS | 3158 | $0.00 |
| PNC Bank | Master AR Account | 5923 | $1,867,589.22 |
| PNC Bank | Operating Account | 5915 | $1,125,703.46 |
| PNC Bank | Store Cash Deposits | 5966 | $0.00 |
| | | TOTAL: | $3,480,856.02 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Account # | Current value of debtor's interest |
|---|---|---|---|
| Deposit Other | Amazon Pay | | $152,079.64 |
| Deposit Other | MAERSK WAREHOUSING AND DISTRIBUTION (Previously known as Performance Team) | | $1,000,000.00 |
| Utility Deposit | Alabama Power | 33472-58032 | $9,450.00 |
| Utility Deposit | Ameren Illinois | 9368218153 | $2,730.00 |
| Utility Deposit | Ameren Missouri | 1799107222 | $4,974.00 |
| Utility Deposit | Ameren Missouri | 1851009051 | $4,898.00 |
| Utility Deposit | Ameren Missouri | 9409801149 | $3,120.00 |
| Utility Deposit | Arlington Utilities | 20-1486.302 | $2,200.00 |
| Utility Deposit | Birmingham Water Works - Sewer & Water | 220010196895 | $2,983.85 |
| Utility Deposit | Cass County Electric Cooperative | 1177961 | $6,575.00 |
| Utility Deposit | CenterPoint Energy/4849 | 12839652-0 | $784.00 |
| Utility Deposit | CenterPoint Energy/4849 | 12839662-9 | $801.00 |
| Utility Deposit | City of Laredo Utilities | 1111038-564888 | $450.00 |
| Utility Deposit | City of Laredo Utilities | 1111038-674140 | $600.00 |
| Utility Deposit | City of Rancho Cucamonga, CA | 340 | $3,350.00 |
| Utility Deposit | ComEd | 9695632111 | $5,680.00 |
| Utility Deposit | Con Edison | 13058-13000-9 | $1,738.00 |
| Utility Deposit | Coweta-Fayette EMC | 33424166001 | $1,050.00 |
| Utility Deposit | Dominion VA/NC Power/26543/26666 | 5177970729 | $2,206.00 |
| Utility Deposit | Dominion VA/NC Power/26543/26666 | 8956963402 | $5,264.00 |
| Utility Deposit | Duke Energy/1094 | 910094124796 | $3,695.00 |
| Utility Deposit | Duke Energy/1094 | 910094137197 | $7,860.00 |
| Utility Deposit | Duke Energy/1094 | 910094138677 | $2,050.00 |
| Utility Deposit | Duke Energy/1094 | 910094139719 | $7,085.00 |
| Utility Deposit | Duke Energy/1094 | 910139114865 | $2,220.00 |
| Utility Deposit | Entergy Arkansas, Inc./8101 | 192211621 | $5,094.00 |
| Utility Deposit | Entergy Louisiana, Inc./8108 | 183014653 | $3,790.00 |
| Utility Deposit | Entergy Louisiana, Inc./8108 | 184294395 | $9,725.00 |
| Utility Deposit | Entergy Mississippi, Inc./8105 | 184997096 | $373.00 |
| Utility Deposit | Eversource Energy 660753/56007 | 7300 381 5914 | $640.00 |
| Utility Deposit | Eversource Energy 660753/56007 | 7300 381 5914 | $640.00 |
| Utility Deposit | FPL - Florida Power & Light Company | 1026632057 | $10,627.18 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Account # | Current value of debtor's interest |
|---|---|---|---|
| Utility Deposit | FPL - Florida Power & Light Company | 1026632057 | $500.00 |
| Utility Deposit | FPL - Florida Power & Light Company | 87927-00158 | $26.00 |
| Utility Deposit | FPL Northwest FL | 21114-30167 | $8,705.00 |
| Utility Deposit | Gainesville Regional Utilities | 2000-7035-3562 | $12,480.00 |
| Utility Deposit | Georgia Power | 00693-28132 | $7,160.00 |
| Utility Deposit | Georgia Power | 04956-42129 | $3,740.00 |
| Utility Deposit | Georgia Power | 50716-49025 | $9,220.00 |
| Utility Deposit | Georgia Power | 52139-13042 | $4,000.00 |
| Utility Deposit | Georgia Power | 53670-05057 | $3,170.00 |
| Utility Deposit | Georgia Power | 58830-10067 | $1,230.00 |
| Utility Deposit | Georgia Power | 75079-85049 | $3,730.00 |
| Utility Deposit | Georgia Power | 86599-71103 | $6,419.53 |
| Utility Deposit | Hayward Water System | 30589-193711 | $120.00 |
| Utility Deposit | Imperial Irrigation District, CA | 50853711 | $9,000.00 |
| Utility Deposit | Jefferson Parish, LA | 401557 0218640 | $225.00 |
| Utility Deposit | Kissimmee Utility Authority | 002461524-001279830 | $10,750.00 |
| Utility Deposit | Kissimmee Utility Authority | 002461524-001279830 | $1,230.00 |
| Utility Deposit | KU-Kentucky Utilities Company | 3500-0983-1438 | $4,377.30 |
| Utility Deposit | Lake Apopka Natural Gas District,FL | 525219 | $1,000.00 |
| Utility Deposit | LG&E - Louisville Gas & Electric | 3500-0951-5346 | $8,124.11 |
| Utility Deposit | Los Angeles Dept of Water & Power/30808 | 420 745 7220 | $16,900.00 |
| Utility Deposit | Los Angeles Dept of Water & Power/30808 | 649 232 6117 | $14,600.00 |
| Utility Deposit | Los Angeles Dept of Water & Power/30808 | 740 536 7782 | $5,000.00 |
| Utility Deposit | Martin County Utilities | 109957-40616 | $200.00 |
| Utility Deposit | Memphis Light, Gas & Water Division | 00127-2296-1238-820 | $1,915.00 |
| Utility Deposit | Memphis Light, Gas & Water Division | 00127-2296-1238-820 | $1,915.00 |
| Utility Deposit | Memphis Light, Gas & Water Division | 00127-2296-1238-822 | $2,480.00 |
| Utility Deposit | Memphis Light, Gas & Water Division | 00127-2296-1486-306 | $9,220.00 |
| Utility Deposit | Middle Tennessee Electric | 29 0233 3932 | $6,710.00 |
| Utility Deposit | National Fuel/371835 | 8843107 10 | $1,320.00 |
| Utility Deposit | Nicor Gas/2020/0632/5407 | 6864312635 9 | $27.00 |
| Utility Deposit | NIPSCO - Northern Indiana Public Serv Co | 331-788-007-3 | $12,015.00 |
| Utility Deposit | NIPSCO - Northern Indiana Public Serv Co | 745-088-000-5 | $1,230.00 |
| Utility Deposit | NV Energy/30073 North Nevada | 1000302147605230000 | $7,380.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Account # | Current value of debtor's interest |
|---|---|---|---|
| Utility Deposit | NV Energy/30150 South Nevada | 3000370152810920000 | $260.00 |
| Utility Deposit | NV Energy/30150 South Nevada | 3000370152811940000 | $71,230.00 |
| Utility Deposit | NV Energy/30150 South Nevada | 3000370152812130000 | $910.00 |
| Utility Deposit | NV Energy/30150 South Nevada | 3000370152816000000 | $3,030.00 |
| Utility Deposit | NV Energy/30150 South Nevada | 3000370152822950000 | $5,505.00 |
| Utility Deposit | NW Natural | 4317782-3 | $2,085.00 |
| Utility Deposit | Orange and Rockland Utilities (O&R) | 17043-25000-4 | $25,800.00 |
| Utility Deposit | Orange and Rockland Utilities (O&R) | 29585-34000-2 | $6,135.00 |
| Utility Deposit | Orange and Rockland Utilities (O&R) | 36601-06117 | $1,875.00 |
| Utility Deposit | Orlando Utilities Commission | 4073423719 | $5,100.00 |
| Utility Deposit | Orlando Utilities Commission | | $9,835.00 |
| Utility Deposit | PECO/37629 | 2816662222 | $300.00 |
| Utility Deposit | PECO/37629 | 2974076000 | $325.00 |
| Utility Deposit | Penelec | 100 148 489 196 | $3,732.00 |
| Utility Deposit | PEPCO (Potomac Electric Power Company) | 5002 9288 243 | $7,990.00 |
| Utility Deposit | Portland General Electric (PGE) | 3084772842 | $627.00 |
| Utility Deposit | Portland General Electric (PGE) | 3084772842 | $627.00 |
| Utility Deposit | Portland General Electric (PGE) | 3084772842 | $627.00 |
| Utility Deposit | Public Works & Utilities, KS | 1662503-105157 | $150.00 |
| Utility Deposit | Rhode Island Energy | 27161-42060 | $2,979.99 |
| Utility Deposit | Santee Cooper | 2008067853 | $4,000.00 |
| Utility Deposit | Southern California Edison | 700777366431 | $19,295.00 |
| Utility Deposit | Southern California Edison | 700886812339 | $2,475.00 |
| Utility Deposit | Southern California Edison | 700886812339 | $10,585.00 |
| Utility Deposit | Southern California Edison | | $10,585.00 |
| Utility Deposit | Southwestern Electric Power | 96380992147 | $7,428.00 |
| Utility Deposit | SRP - Salt River Project/2951 | 151-758-003 | $4,650.00 |
| Utility Deposit | Teco Tampa Electric Company | 211023921797 | $5,562.00 |
| Utility Deposit | Teco Tampa Electric Company | 211023921797 | $547.00 |
| Utility Deposit | Teco: Peoples Gas | 211023897880 | $72.00 |
| Utility Deposit | Teco: Peoples Gas | 221008425508 | $117.00 |
| Utility Deposit | The Illuminating Company | 110 154 695 966 | $5,014.00 |
| Utility Deposit | Turlock Irrigation District | 2971348648 | $8,000.00 |
| Utility Deposit | UGI Utilities Inc | 411012220926 | $1,423.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Account # | Current value of debtor's interest |
|---|---|---|---|
| Utility Deposit | Washington Gas/37747 | 310005800456 | $295.00 |
| Utility Deposit | Xcel Energy/660553 | 5300139404875 | $4,374.00 |
| | | TOTAL: | $1,674,396.60 |

**In re: F21 OpCo, LLC**
**Case No.  25-10469**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid ABG | Authentic Brands Group (ABG) | $1,294,169.51 |
| Prepaid Insurance | BUREAU OF WORKERS COMPENSATION | $6,519.00 |
| Prepaid Insurance | Marsh | $7,619.02 |
| Prepaid IT | ATLASSIAN | $5,113.69 |
| Prepaid IT | Baymard Institute | $12,242.29 |
| Prepaid IT | Bloomreach | $26,195.19 |
| Prepaid IT | BYNDER LLC | $16,185.71 |
| Prepaid IT | CDW DIRECT, LLC | $129,470.12 |
| Prepaid IT | CJS Wasabi | $19,517.67 |
| Prepaid IT | CREATIVE LOGISTICS SOLUTIONS, INC. | $13,042.71 |
| Prepaid IT | GOTHAM TECH | $106,612.75 |
| Prepaid IT | IVANTI CDI | $155,387.81 |
| Prepaid IT | MANHATTAN ASSOCIATES, INC. | $145,797.09 |
| Prepaid IT | MICROSTRATEGY SERVICES CORP | $64,394.23 |
| Prepaid IT | NARVAR INC. | $63,214.29 |
| Prepaid IT | NEW RELIC, INC | $10,714.29 |
| Prepaid IT | Nostra, Inc. | $7,333.33 |
| Prepaid IT | PC Con | $53,862.87 |
| Prepaid IT | SALESFORCE.COM INC | $10,570.65 |
| Prepaid IT | Truefit | $17,361.11 |
| Prepaid IT | VARGO LLC | $84,037.62 |
| Prepaid IT | VERTEX, INC. | $116,648.54 |
| Prepaid Marketing | AKENEO INC | $30,779.76 |
| Prepaid Marketing | BRANCH METRICS, INC. | $6,582.52 |
| Prepaid Marketing | CLOUDFLARE | $40,257.14 |
| Prepaid Marketing | Figma, Inc. | $18,898.29 |
| Prepaid Marketing | Hana Cho | $8,571.43 |
| Prepaid Marketing | LA MODELS | $1,371.43 |
| Prepaid Marketing | SocialEdge, Inc. | $11,458.33 |
| Prepaid Marketing | Stylitics Inc | $16,686.48 |
| Prepaid Marketing | YEXT | $35,714.29 |
| Prepaid Marketing Deferred Spend | AMPERITY | $244,370.76 |
| Prepaid Marketing Deferred Spend | BLUECORE | $71,048.64 |
| Prepaid Marketing Deferred Spend | SALESFORCE | $416,428.57 |

**In re: F21 OpCo, LLC**
**Case No.  25-10469**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Marketing Deferred Spend | SEMRUSH | $728.28 |
| Prepaid Marketing Deferred Spend | ZEMBULA | $163,106.94 |
| Prepaid Other | AGILENCE | $9,434.00 |
| Prepaid Other | CONCUR TECHNOLOGIES, INC. | $987.00 |
| Prepaid Other | DYNAMICACTION, INC. | $31,243.00 |
| Prepaid Other | LAZ KARP ASSOCIATES, LLC. | $51.00 |
| Prepaid Other | Linkedin | $3,714.00 |
| Prepaid Other | LOQATE INC | $2,649.00 |
| Prepaid Other | NEDGRAPHICS | $8,047.00 |
| Prepaid Other | Realtimeboard Inc. | $1,226.00 |
| Prepaid Other | SAFETYPARK CORP | $857.00 |
| Prepaid Other | SHUTTERSTOCK, INC | $19,940.00 |
| Prepaid Other | TABLEAU (Salesforce) | $2,540.00 |
| Prepaid Other | TALEND, INC | $38,186.00 |
| Prepaid Other | VIACOM INTERNATIONAL INC | $4,762.00 |
| Prepaid Other | WGSN | $3,655.00 |
| Prepaid Taxes - Income Taxes | Various | $74,828.07 |
| Prepaid Taxes - Sales Tax - AR | Arkansas | $21,500.00 |
| Prepaid Taxes - Sales Tax - FL | Florida | $302,810.93 |
| Prepaid Taxes - Sales Tax - GA | Georgia | $78,563.71 |
| Prepaid Taxes - Sales Tax - IL | Illinois | $365,024.00 |
| Prepaid Taxes - Sales Tax - MA | Massachusetts | $4,909.33 |
| Prepaid Taxes - Sales Tax - MI | Michigan | $76,466.17 |
| Prepaid Taxes - Sales Tax - NC | North Carolina | $92,030.14 |
| Prepaid Taxes - Sales Tax - NY | New York | $172,500.00 |
| Prepaid Taxes - Sales Tax - OH | Ohio | $48,774.03 |
| Prepaid Taxes - Sales Tax - OK | Oklahoma | $21,866.00 |
| Prepaid Taxes - Sales Tax - PA | Pennsylvania | $8,618.28 |
| | TOTAL: | **$4,827,194.00** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 8
Rent and trade debt related credits and discounts

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Landlord Prepaid Rent or Rent Related Credits | Brookfield Properties | $140,047.62 |
| Landlord Prepaid Rent or Rent Related Credits | CBL & Associates Properties, Inc. | $25,110.90 |
| Landlord Prepaid Rent or Rent Related Credits | Centennial Real Estate Company | $98,991.91 |
| Landlord Prepaid Rent or Rent Related Credits | CenterCal Properties, LLC | $1,862.16 |
| Landlord Prepaid Rent or Rent Related Credits | E3 Realty MA Advisors, LLC | $170,781.21 |
| Landlord Prepaid Rent or Rent Related Credits | Jones Lang LaSalle Americas, Inc. | $68,101.80 |
| Landlord Prepaid Rent or Rent Related Credits | Kohan Retail Investment Group | $836,859.04 |
| Landlord Prepaid Rent or Rent Related Credits | Olshan Properties | $100,458.39 |
| Landlord Prepaid Rent or Rent Related Credits | Pacific Retail Capital Partners | $564,285.07 |
| Landlord Prepaid Rent or Rent Related Credits | Simon Property Group, Inc. | $99,972.60 |
| Landlord Prepaid Rent or Rent Related Credits | Summit Properties USA | $331,622.78 |
| Landlord Prepaid Rent or Rent Related Credits | Tanger Factory Outlet Centers, Inc. | $103,337.68 |
| Landlord Prepaid Rent or Rent Related Credits | The Taubman Company | $312,500.00 |
| Landlord Prepaid Rent or Rent Related Credits | TRCC-Rock Outlet Center, LLC | $52.32 |
| Landlord Prepaid Rent or Rent Related Credits | Unibail-Rodamco-Westfield (URW) | $243,586.79 |
| Vendor (Merch) Prepayments or Credits | 4 WHAT ITS WORTH INC | $15,457.06 |
| Vendor (Merch) Prepayments or Credits | ALL ACCESS APPAREL INC | $505.33 |
| Vendor (Merch) Prepayments or Credits | ALONE AGAIN STUDIO LLC | $6,371.00 |
| Vendor (Merch) Prepayments or Credits | APPAREL PROMOTERS LIMITED | $708,640.43 |
| Vendor (Merch) Prepayments or Credits | ARTISTIC FABRIC MILLS PVT LTD | $71,590.21 |
| Vendor (Merch) Prepayments or Credits | BLUE BLUSH CLOTHING INC | $549.70 |
| Vendor (Merch) Prepayments or Credits | BONA INDUSTRIAL CO LIMITED | $100,866.69 |
| Vendor (Merch) Prepayments or Credits | C & C NANTONG CATHAY CLOTHING CO LT | $1,465.17 |
| Vendor (Merch) Prepayments or Credits | CACTUS AND PEARL LLC | $5,243.39 |
| Vendor (Merch) Prepayments or Credits | CFH FASHION INC | $2,311.71 |
| Vendor (Merch) Prepayments or Credits | CHENGDA INTERNATIONAL CO LTD | $1,810.36 |
| Vendor (Merch) Prepayments or Credits | COTTON CLUB BD LTD | $470,989.36 |
| Vendor (Merch) Prepayments or Credits | CRS DENIM GARMENTS EGYPT S A E | $9,740.56 |
| Vendor (Merch) Prepayments or Credits | DANIEL M FRIEDMAN & ASSOCIATES INC | $1,647.61 |
| Vendor (Merch) Prepayments or Credits | DENIM & BEYOND LLC | $18,357.16 |
| Vendor (Merch) Prepayments or Credits | DONGSUH INTERNATIONAL CO LTD | $441.60 |
| Vendor (Merch) Prepayments or Credits | ELLEN CLOTHING | $1,737.50 |
| Vendor (Merch) Prepayments or Credits | GLOBAL FASHION RESOURCE INC DBA SSS | $4,983.15 |
| Vendor (Merch) Prepayments or Credits | GRAND APPARELS DESIGNS LIMITED | $23,099.19 |
| Vendor (Merch) Prepayments or Credits | HAHNLEE GLOBAL LLC | $682.67 |

**In re: F21 OpCo, LLC**
**Case No.  25-10469**
Schedule A/B 8
Rent and trade debt related credits and discounts

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Vendor (Merch) Prepayments or Credits | HANGZHOU QIDI FASHION APPAREL CO LT | $48,553.81 |
| Vendor (Merch) Prepayments or Credits | HOLD THIS INC DBA GOODIE TWO SLEEVE | $1,983.29 |
| Vendor (Merch) Prepayments or Credits | HONG KONG BUTTERFLY LIMITED | $1,939.13 |
| Vendor (Merch) Prepayments or Credits | HONG KONG OLIVE FASHION CO LIMITED | $574.34 |
| Vendor (Merch) Prepayments or Credits | JIANGYIN KENADI INTERNATIONAL TRADE | $265.46 |
| Vendor (Merch) Prepayments or Credits | KISOO K TRADING CO LTD | $4,246.65 |
| Vendor (Merch) Prepayments or Credits | KNF INTERNATIONAL CO LTD | $4,055.22 |
| Vendor (Merch) Prepayments or Credits | LEUKON INC | $1,520.46 |
| Vendor (Merch) Prepayments or Credits | LIEM TRINH CO LTD | $1,524.60 |
| Vendor (Merch) Prepayments or Credits | LIFE CLOTHING CO | $659.75 |
| Vendor (Merch) Prepayments or Credits | LOUISE PARIS LTD | $59,164.96 |
| Vendor (Merch) Prepayments or Credits | LOVIN ENTERPRISES INC | $150.00 |
| Vendor (Merch) Prepayments or Credits | LUCKY DRAGON ENTERPRISE GROUP INC | $314.18 |
| Vendor (Merch) Prepayments or Credits | MANREN HK ENTERPRISE LIMITED | $195.30 |
| Vendor (Merch) Prepayments or Credits | MARK EDWARDS APPAREL INC | $1,543,004.34 |
| Vendor (Merch) Prepayments or Credits | NANJING SKYMOUNTAIN TRADING CO LTD | $16,852.50 |
| Vendor (Merch) Prepayments or Credits | NANTONG D & J FASHION CO LTD | $1,217.68 |
| Vendor (Merch) Prepayments or Credits | NEW CENTURY TEXTILES LTD | $639.52 |
| Vendor (Merch) Prepayments or Credits | NINGBO SUNYU FASHION CO LTD | $5,828.90 |
| Vendor (Merch) Prepayments or Credits | NKM HOLDINGS LTD | $6,550.33 |
| Vendor (Merch) Prepayments or Credits | NYC ALLIANCE COMPANY LLC | $1,888.98 |
| Vendor (Merch) Prepayments or Credits | O & K INC DBA ONE CLOTHING | $459.26 |
| Vendor (Merch) Prepayments or Credits | OCEAN SWEATER IND PVT LTD | $29,525.40 |
| Vendor (Merch) Prepayments or Credits | ONLY STAR NINGBO CO LTD | $125.00 |
| Vendor (Merch) Prepayments or Credits | PINK USA JEWELRY INC | $375.98 |
| Vendor (Merch) Prepayments or Credits | PLANET GOLD CLOTHING COMPANY INC | $472.96 |
| Vendor (Merch) Prepayments or Credits | PRODUCT DEVELOPMENT INTERNATIONAL | $2,188.44 |
| Vendor (Merch) Prepayments or Credits | QINGDAO HORIZON TRADING CO LTD | $140,045.89 |
| Vendor (Merch) Prepayments or Credits | QINGDAO WETOHIGHER CLOTHING CO LTD | $2,112.46 |
| Vendor (Merch) Prepayments or Credits | SEOYOUNG INDUSTRY CO LTD | $2,753.86 |
| Vendor (Merch) Prepayments or Credits | SHANGHAI FEI CHUAN IMP & EXP CORP | $537.90 |
| Vendor (Merch) Prepayments or Credits | SHANGHAI TOEX INTERNATIONAL TRADING | $2,678.79 |
| Vendor (Merch) Prepayments or Credits | SHANGHAI WINGS INTERNATIONAL TRADIN | $157.06 |
| Vendor (Merch) Prepayments or Credits | SHAOXING LANKOU TRADING CO LTD | $1,189.30 |
| Vendor (Merch) Prepayments or Credits | SHEER LABEL INC | $7,344.00 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**

Schedule A/B 8
Rent and trade debt related credits and discounts

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Vendor (Merch) Prepayments or Credits | SNOGEN GREEN LTD | $34,598.15 |
| Vendor (Merch) Prepayments or Credits | STAGE GROUP CO LTD | $1,441.69 |
| Vendor (Merch) Prepayments or Credits | SWEET APPAREL INC | $40,579.00 |
| Vendor (Merch) Prepayments or Credits | TROY DESIGNS INC | $238.68 |
| Vendor (Merch) Prepayments or Credits | UNITED DENIM GROUP LLC | $520.49 |
| Vendor (Merch) Prepayments or Credits | URBAN NATION APPAREL INC | $21,427.85 |
| Vendor (Merch) Prepayments or Credits | VARIOUS VENDORS (DE MINIMIS) | $1,244.25 |
| Vendor (Merch) Prepayments or Credits | V & E ACCESSORIES INC | $2,044.84 |
| Vendor (Merch) Prepayments or Credits | VELOCITY APPARELZ FOR READYMADE GA | $8,536.99 |
| Vendor (Merch) Prepayments or Credits | WEIHAI HILOW IMP & EXP CO LTD | $112.25 |
| Vendor (Merch) Prepayments or Credits | WENZHOU DATURA ACCESSORIES IMPORT | $198.41 |
| Vendor (Merch) Prepayments or Credits | WITHY INC | $15,923.29 |
| Vendor (Merch) Prepayments or Credits | YIWU CASA FASHION INTERNATIONAL CO | $628.48 |
| Vendor (Merch) Prepayments or Credits | YOUNG PLUS TRADING HK CO LTD | $316.40 |
| Vendor (Merch) Prepayments or Credits | ZHEJIANG YODU IMP & EXP CO LTD | $4,767.65 |
| Vendor (Non-Merch) Prepayments or Credits | AT&T CORP | $66,662.53 |
| Vendor (Non-Merch) Prepayments or Credits | BIF III US AGGREGATOR (DELAWARE) | $118,745.38 |
| Vendor (Non-Merch) Prepayments or Credits | BOLT FINANCIAL, INC. | $275,061.57 |
| Vendor (Non-Merch) Prepayments or Credits | BRINKS INCORPORATED | $6,792.78 |
| Vendor (Non-Merch) Prepayments or Credits | BYNDER LLC | $24,575.83 |
| Vendor (Non-Merch) Prepayments or Credits | CHARTER COMMUNICATIONS | $423.62 |
| Vendor (Non-Merch) Prepayments or Credits | CROWN EQUIPMENT CORPORATION | $3,022.39 |
| Vendor (Non-Merch) Prepayments or Credits | ENGIE INSIGHT SERVICES INC. | $3,194.72 |
| Vendor (Non-Merch) Prepayments or Credits | GERBER TECHNOLOGY, INC. | $8,893.83 |
| Vendor (Non-Merch) Prepayments or Credits | GLOBAL CAPACITY | $360.60 |
| Vendor (Non-Merch) Prepayments or Credits | Maersk A/S | $2,730.00 |
| Vendor (Non-Merch) Prepayments or Credits | MANHATTAN ASSOCIATES, INC. | $2,406.94 |
| Vendor (Non-Merch) Prepayments or Credits | Meta Platforms, Inc. | $34.90 |
| Vendor (Non-Merch) Prepayments or Credits | MICROSOFT CORPORATION | $56,235.61 |
| Vendor (Non-Merch) Prepayments or Credits | RotoCo LLC. dba Roto-Rooter Plumber | $12,013.33 |
| Vendor (Non-Merch) Prepayments or Credits | SEKO WORLDWIDE LLC | $2,700.00 |
| Vendor (Non-Merch) Prepayments or Credits | STAPLES INC. | $118.65 |
| | TOTAL: | $7,151,706.92 |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 11a
Accounts receivable, 90 days old or less

| Description | Face amount | Doubtful or uncollectible accounts | Current value of debtor's interest |
|---|---|---|---|
| 120516  AR - Forever21 Private Label Credit Card | $197,927.72 | $0.00 | $197,927.72 |
| AR - Credit Cards | $11,021,376.17 | $0.00 | $11,021,376.17 |
| AR - Global-E | $1,198.13 | $0.00 | $1,198.13 |
| AR - Web Capture | $359.82 | $0.00 | $359.82 |
| AR Licensee & Wholesale | $1,443,682.61 | $900,478.19 | $543,204.42 |
| Store/Ecom | $197,178.18 | $0.00 | $197,178.18 |
| **TOTALS:** | **$12,861,722.63** | **$900,478.19** | **$11,961,244.44** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 15
Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| F21 China Holdings, LLC | 100% | | Undetermined |
| F21 GiftCo Management, LLC | 100% | | Undetermined |
| F21 Guam, LLC, | 100% | | Undetermined |
| F21 Korean Holdings, LLC | 100% | | Undetermined |
| F21 Puerto Rico, LLC | 100% | | Undetermined |
| F21 Turkey Holdings, LLC | 100% | | Undetermined |
| | | TOTAL: | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Asset Number | Asset Desc | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 1067070 | A-Z BUS SALES | Corporate | $0.00 | STL | Undetermined |
| 1067071 | A-Z BUS SALES | Corporate | $0.00 | STL | Undetermined |
| 1067073 | USED CAR PURCHASE FOR COMP CAR | Corporate | $0.00 | STL | Undetermined |
| 1067074 | COMPANY CAR PURCHASE | Corporate | $0.00 | STL | Undetermined |
| 1067076 | COMP CAR PURCHASE FOR SAP PROJ | Corporate | $0.00 | STL | Undetermined |
| 1068494 | Hankook Motors (2006 Sonata) | Corporate | $0.00 | STL | Undetermined |
| 1068495 | HAN MI MOTORS | Corporate | $0.00 | STL | Undetermined |
| 1069562 | SOUTH BAY | Facility Services | $0.00 | STL | Undetermined |
| 1069563 | REYNOLDS | Facility Services | $0.00 | STL | Undetermined |
| 1069564 | REYNOLDS | Facility Services | $0.00 | STL | Undetermined |
| 1069565 | REYNOLDS | Facility Services | $0.00 | STL | Undetermined |
| 1069566 | REYNOLDS | Facility Services | $0.00 | STL | Undetermined |
| 1069301 | BUENA PARK HONDA | IT | $0.00 | STL | Undetermined |
| 1069789 | MILEA | Perris DC | $0.00 | STL | Undetermined |
| 1069797 | AUTO & TRUCKS & PLANES | Perris DC | $0.00 | STL | Undetermined |
| 1069798 | AUTOS & TRUCK & PLANES | Perris DC | $0.00 | STL | Undetermined |
| 1069799 | TRUCK MAX | Perris DC | $0.00 | STL | Undetermined |
| 1069805 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069806 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069807 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069808 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069809 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069810 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069811 | LSV CARTS | Perris DC | $0.00 | STL | Undetermined |
| 1069812 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069813 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069814 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069815 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069816 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1069817 | LSV CART | Perris DC | $0.00 | STL | Undetermined |
| 1069818 | LSV CART | Perris DC | $0.00 | STL | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Asset Number | Asset Desc | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 1070517 | THORSON MOTOR CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070518 | THORSON  MOTOR CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070519 | THORSON MOTOR CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070520 | CAMINO REAL CHEVROLET | Perris DC | $0.00 | STL | Undetermined |
| 1070521 | THORSON MOTOR CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070522 | rush medium duty | Perris DC | $0.00 | STL | Undetermined |
| 1070523 | rush medium duty | Perris DC | $0.00 | STL | Undetermined |
| 1070524 | camino real | Perris DC | $0.00 | STL | Undetermined |
| 1070525 | Hanaro Motors Inc | Perris DC | $0.00 | STL | Undetermined |
| 1070526 | HAN MI MOTORS | Perris DC | $0.00 | STL | Undetermined |
| 1070527 | KEEP CLEAN PRODUCTS, INC. | Perris DC | $0.00 | STL | Undetermined |
| 1070528 | KOMATSU | Perris DC | $0.00 | STL | Undetermined |
| 1070529 | HAN MI MOTORS | Perris DC | $0.00 | STL | Undetermined |
| 1070530 | HAN MI MOTORS | Perris DC | $0.00 | STL | Undetermined |
| 1070531 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070532 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070533 | AUTO & TRUCKS & PLANES | Perris DC | $0.00 | STL | Undetermined |
| 1070677 | ILLINOIS TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070678 | ILLINOIS TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1070679 | 122669M&K QUALITY TRUCK SAL | Perris DC | $0.00 | STL | Undetermined |
| 1079588 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1079589 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1079590 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1079591 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1079592 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| 1079593 | BOERNER TRUCK CENTER | Perris DC | $0.00 | STL | Undetermined |
| | | **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| CIP – Leasehold Improvements(PRJ) | Various | Undetermined | $222,356.75 | STL | $222,356.75 |
| Leasehold Improvements | Various | Undetermined | $17,079,766.75 | STL | $17,079,766.75 |
| Lease for Distribution Center | 4323 Indian Avenue, Ste 100 Perris, CA 92571 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Office Headquarters | 110 East 9th Street Los Angeles, CA 90079 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1401 | Chicago Premium Outlets 1650 Premium Outlet Blvd. Aurora, IL 60502 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1402 | Warwick Mall 400 Bald Hill Rd. Warwick, RI 02886 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1403 | Cape Cod Mall 769 Lyannough Rd. Hyannis, MA 02601 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1404 | Outlets at Tejon 5701 Outlets at Tejon Pkwy Arvin, CA 93203 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1406 | Beverly Center 8500 Beverly Blvd., Ste 835 Los Angeles, CA 90048 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1409 | The Mall at Millenia 4200 Conroy Rd Ste #206 Orlando, FL 32839 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1410 | Lakewood Center Mall 326 Lakewood Center Mall Lakewood, CA 90712 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1411 | Cerritos<br>200 Los Cerritos Center<br>Cerritos, CA 90703 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1413 | San Francisco Premium Outlets<br>3620 Livermore Outlets Drive<br>Livermore, CA 94551 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1414 | Willow Brook<br>7925 FM 1960 Rd West<br>Houston, TX 77070 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1415 | Outlets at the Pike<br>80 Bay Street<br>Long Beach, CA 90802 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1418 | Atlantic Station<br>231 18TH STREET, Suite 565<br>Atlanta, GA 30363 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1419 | Dartmouth Mall<br>200 N Dartmouth Mall<br>Dartmouth, MA 02747 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1424 | Penn Square<br>1901 NW Expressway Suite #1889<br>Oklahoma City, OK 73118 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1425 | Valley Plaza Mall<br>2801 Ming Ave.<br>Bakersfield, CA 93304 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1427 | Osceola Crosslands<br>620 Center View Blvd.<br>Kissimmee, FL 34741 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1428 | Apache Mall 1200 12th Street SW, Ste 692 Rochester, MN 55902 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1430 | Fayette Pavilion 121 Pavilion Pkwy., Ste. A Fayetteville, GA 30214 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1431 | Winter Garden Village 3049 Daniel Rd. Unit 220C Winter Garden, FL 34787 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1432 | Lakeside Shopping Center 3301 Veterans Memorial Blvd Space #54F Metairie, LA 70002 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1434 | Oakwood Center 197 Westbank Expressway #1013 Gretna, LA 70056 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1435 | Garden State Plaza 1 Garden State Plaza, Space #B11 Paramus, NJ 7652 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1436 | Town and Country 2011 E. Camelback Road. Suite C12 Phoenix, AZ 85016 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1438 | Rio Grande Valley Premium Outlets 5001 East Expressway 83, Ste 800 Mercedes, TX 78570 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1439 | The Shops at Mission Viejo 555 The Shops at Mission Viejo Mission Viejo, CA 92691 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1447 | Outlets of Des Moines 801 Bass Pro Drive Altoona, IA 50009 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1453 | Plaza Bonita 3030 Plaza Bonita Rd., #2100 National City, CA 91950 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1455 | Grove City Premium Outlets 1911 Leesburg Grove Rd. Grove City, PA 16127 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1457 | Norfolk Premium Outlets 1600 Premium Outlets Blvd. Norfolk, VA 23502 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1461 | Southdale Center 10 Southdale Center Edina, MN 55435 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1463 | Columbia Center 1321 N. Columbia Center Blvd. Kennewick, WA 99336 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1465 | Hillside Village 305 West 1382 Cedar Hill, TX 75104 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1472 | Monte Vista Crossings 2693 Countryside Drive Turlock, CA 95380 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1475 | Tanger Outlets Foley 2601 S. McKenzie St #266 Foley, AL 36536 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1479 | University Town Center, FL 140 University Town Center Dr. Suite 215 Sarasota, FL 34243 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1481 | Fashion Outlets of Niagara Falls 1965 Fashion Blvd. Suite 238 Niagara Falls, NY 14304 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1485 | The Westchester, White Plains, NY 10601 United States 125 Westchester Ave. White Plains, NY 10601 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1486 | Las Vegas North Premium Outlets 875 Grand Central parkway South Las Vegas, NV 89106 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1487 | Gran Plaza Outlets Calexico 888 West Second Street Calexico, CA 92231 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1490 | Florida Keys Outlet Marketplace 250 E Palm Dr. Florida City, FL 33034 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1491 | Leesburg Premium Outlets 41 Fort Evans Rd. NE Leesburg, VA 20176 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1492 | The Outlet Shoppes at Atlanta 915 Ridgewalk Parkway Woodstock, GA 30188 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1495 | Tanger Outlet Riverhead 200 Tanger Mall Drive, Suite 201 Riverhead, NY 11901 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1600 | Briarwood<br>602 Briarwood Circle, D101A<br>Ann Arbor, MI 48108 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1601 | Westfarms Mall<br>155 Westfarms Mall<br>Farmington, CT 6032 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1602 | Desert Hills Premium Outlets<br>48650 Seminole Drive, Suite 900<br>Cabazon, CA 92230 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1604 | Peachtree Mall<br>3501 Manchester Expressway Space 53<br>Columbus, GA 31909 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1606 | Quaker Bridge Mall<br>174 Quaker Bridge Mall, Space #1003A<br>Lawrence Township, NJ 8648 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1607 | Altamonte Mall<br>451 E. Altamonte Drive Suite 2113<br>Altamonte Springs, FL 32701 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1608 | Mall Del Norte<br>5300 San Dario Ave, Suite 2004<br>Laredo, TX 78041 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1609 | Mall at Stonecrest<br>2929 Turner Hill Road N.E #2460<br>Lithonia, GA 30038 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1610 | Stonewood Center<br>223 Stonewood St.<br>Downey, CA 90241 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1611 | Natick Mall<br>1245 Worcester St., Suite 3030<br>Natick, MA 1760 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1612 | Alderwood Mall<br>3000 184th St. SW, Ste 910<br>Lynnwood, WA 98037 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1613 | Media City Center<br>201 E Magnolia Blvd, Ste 269<br>Burbank, CA 91502 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1614 | Opry Mills<br>504 Opry Mills Drive, Suite #352<br>Nashville, TN 37214 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1615 | Ontario Mills<br>4701 Mills Circle<br>Ontario, CA 91764 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1616 | Visalia Mall<br>2055 S. Mooney Blvd. #1608<br>Visalia, CA 93277 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1617 | Greenwood Park Mall<br>1251 US Highway 31N Space G-15<br>Greenwood, IN 46142 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1618 | Houston Galleria<br>5085 Westheimer Road Space #B8020<br>Houston, TX 77056 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1619 | Eastland Mall<br>800 N. Green River Road, Space #318A<br>Evansville, IN 47715 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1620 | Brea Mall<br>1025 Brea Mall<br>Brea, CA 92821 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1621 | Montclair Plaza<br>5060 Montclair Plaza Ln., #2121<br>Montclair, CA 91763 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1622 | Bellis Fair<br>1 Bellis Fair Parkway, Ste #532<br>Bellingham, WA 98226 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1624 | Moreno Valley Mall<br>22500 Town Circle, Suite 1050<br>Moreno Valley, CA 92553 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1625 | Wellington Green<br>10300 W. Forest Hill Blvd., Ste 191<br>West Palm Beach, FL 33414 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1626 | 1200 Pacific Avenue<br>1200 Pacific Ave., Ste #100<br>Santa Cruz, CA 95060 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1627 | Folsom Premium Outlets<br>13000 Folsom Blvd., Ste #607<br>Folsom, CA 95630 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1628 | Northridge Fashion Center<br>9301 Tampa Ave., #4<br>Northridge, CA 91324 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1629 | Carriage Crossing<br>4674 Merchadts Park Circle. ,<br>Space 721<br>Collierville, TN 38017 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1630 | Tanger Outlets Locust Grove 1000 Tanger Drive, Ste. #101 Locust Grove, GA 30248 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1631 | Plaza del Caribe 2050 Ponce By Pass Suire #112 Ponce, Puerto Rico 717 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1632 | Woodburn Outlet 1001 Arney Road Suite #1000 Woodburn, OR 97071 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1635 | The Shops at Atlas Park 80-40 Cooper Ave., Suite #4-002 Glendale, NY 11385 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1636 | Meadowood Mall 5170 Meadowood Mall Circle, Ste. F120A Reno, NV 89502 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1637 | Parkway Plaza 415 Parkway Plaza #357 El Cajon, CA 92020 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1639 | Hamilton Mall 4403 Black Horse Pike Mays Landing, NJ 8330 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1640 | Stoneridge Mall 2249 Stoneridge Mall Rd. Pleasanton, CA 94588 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1641 | Deerbrook Mall 20131 Highway 59 North Humble, TX 77338 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1642 | Santa Anita<br>400 South Baldwin Ave<br>Arcadia, CA 91007 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1643 | Eastridge Mall<br>2200 Eastridge Loop, #2023<br>San Jose, CA 95122 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1644 | Great Lakes Mall<br>7850 Mentor Avenue, Suite #806B<br>Mentor, OH 44060 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1645 | Haywood Mall<br>700 Haywood Road, Suite #1067<br>Greenville, SC 29607 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1646 | Treasure Coast Square<br>3080 NW Federal Highway<br>Jensen Beach, FL 34957 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1650 | Flatiron Crossing<br>51 West Flat Iron Crossing Dr., #ANC04<br>Broomfield, CO 80021 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1651 | Dover Mall<br>1365 N. Dupont Highway, Suite 4004-A<br>Dover, DE 19901 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1652 | Willowbrook Mall<br>1842 Willowbrook Mall, Space #1275<br>Wayne, NJ 7470 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1653 | Arundel Mills<br>7000 Arundel Mills Circle Suite G<br>Hanover, MD 21076 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1654 | Tacoma Mall<br>4502 S. Steele St., Ste #426B<br>Tacoma, WA 98409 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1655 | Staten Island Shopping Center<br>2655 Richmond Ave., Suite 1040<br>Staten Island, NY 10314 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1657 | OKC Outlets<br>7658 West Reno Avenue, Ste # 1090<br>Oklahoma City, OK 73127 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1658 | Tanger Outlets Deer Park<br>152 The Arches Circle, Ste. 924<br>Deer Park, NY 11729 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1659 | Trumbull Shopping Park<br>5065 Main Street, #178<br>Trumbull, CT 6611 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1661 | Montgomery Mall (MD)<br>7101 Democracy Blvd, Space 1252<br>Bethesda, MD 20817 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1662 | South Hills Village<br>301 South Hills Village, Space 2330A<br>Pittsburgh, PA 15241 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1663 | Millcreek Mall<br>5800 Peach St. Unit #450<br>Erie, PA 16565 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1664 | Fresno Fashion Fair<br>755 East Shaw Ave.<br>Fresno, CA 93710 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1665 | Outlets of Mississippi 200 Bass Pro Drive Ste 105 Pearl, MS 39208 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1666 | Great Lakes Crossing 4160 Baldwin Road Space #426 Auburn Hills, MI 48326 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1667 | Pierre Bossier Mall 2950 E. Texas Street Box 704 Suite D Bossier City, LA 71111 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1668 | Galleria at Tyler 3700 Galleria at Tyler Mall Riverside, CA 92503 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1669 | Newport Mall 30 Mall Drive West, #B54A Jersey City, NJ 7310 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1670 | Walt Whitman Shops 160 Walt Whitman Road Ste 1003B Huntington Station, NY 11746 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1672 | Palm Beach Outlets 1795 Palm Beach Lakes Blvd. #W500 West Palm Beach, FL 33401 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1673 | Governor's Square 1500 Apalachee Pkwy, Ste 1210 Tallahassee, FL 32301 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1674 | Inland Center 200 Inland Dr. San Bernardino, CA 92408 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1677 | The Woodlands Mall<br>1201 Lake Woodland Dr., Ste #100<br>The Wooslands, TX 77380 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1678 | Jersey Gardens (Outlet)<br>651 Kapkowski Rd., #315<br>Elizabeth, NJ 07201 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1679 | Green Acres Mall<br>2034 Green Acres Mall, Space #108<br>Valley Stream, NY 11581 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1680 | Springfield Town Center<br>6531 Springfield Mall<br>Springfield, VA 22150 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1681 | Westfield Countryside<br>27001 U.S Highway 19 N., Ste #2030<br>Clearwater, FL 33761 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1682 | South County Center<br>38 South County Center Way<br>Saint Louis, MO 63129 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1683 | Southlake Mall (IN)<br>2060 Southlake Mall<br>Merrillville, IN 46410 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1684 | Montgomery Mall (PA)<br>189 Montgomery Mall<br>North Wales, PA 19454 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1685 | White Marsh Mall<br>8200 Perry Hall Blvd, #1235<br>Baltimore, MD 21236 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1686 | Santa Fe Place Mall<br>4250 Cerrillos Rd. #1030<br>Santa Fe, NM 87507 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1687 | South Shore Mall<br>1701 Sunrise Hwy, #D10<br>Bay Shore, NY 11706 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1688 | Christiana Mall<br>162 Christiana Mall, Space #1466<br>Newark, DE 19702 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1689 | Palisades Center<br>3510 Palisades Center Drive, Ste G307<br>West Nyack, NY 10994 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1690 | Viewmont Mall<br>100 Viewmont Mall, Space 804<br>Scranton, PA 18508 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1691 | Potomac Mills<br>2700 Potomac Mills, Space #601<br>Woodbridge, VA 22192 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1693 | Annapolis Mall<br>1115 Annapolis Mall #173<br>Annapolis, MD 21401 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1694 | Foothills Mall<br>215 E. Foothills Pkwy # 620<br>Fort Collins, CO 80525 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1695 | Independence Mall<br>3500 Oleander Dr. Ste 1069<br>Wilmington, NC 28403 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1696 | Tanger Outlet San Marcos<br>4015 Interstate 35th Frontage Road # 740<br>San Marcos, TX 78666 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1697 | Fairlane Town Center<br>18900 Michigan Ave<br>Dearborn, MI 48126 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1698 | Holyoke Mall<br>50 Holyoke Street, Space #C-342<br>Holyoke, MA 1040 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1699 | Avenue at Murfreesboro<br>2615 Medical Center Parkway, Ste. 2300<br>Murfreesboro, TN 37129 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1700 | West County Center<br>9 West County Center<br>Des Peres, MO 63131 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1701 | Crabtree Valley Mall<br>4325 Glenwood Ave #1093<br>Raleigh, NC 27612 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1704 | Freehold Raceway Mall<br>3710 Route 9, Suite #1000<br>Freehold, NJ 7728 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1705 | Tucson Mall<br>4510 North Oracle Road<br>Tucson, AZ 85705 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1706 | Sun Valley Mall<br>329 Sun Valley Mall, Suite #121<br>Concord, CA 94520 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1707 | Tucson Premium Outlets<br>6401 W. Marana Center Blvd. Ste. 815<br>Tucson, AZ 85742 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1708 | South Coast Plaza<br>3333 Bristol Ave.<br>Costa Mesa, CA 92626 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1709 | Las Catalinas<br>PR52 Esquina PR156, Suite 611<br>Caguas, Puerto Rico 725 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1711 | Puerto Rico Premium Outlets<br>1 Premium Outlets Blvd. Space 915<br>Barceloneta, Puerto Rico 617 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1712 | Southland Center<br>23000 Eureka Rd Space #1360<br>Taylor, MI 48180 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1713 | Connecticut Post<br>1201 Boston Post Rd, #2009<br>Milford, CT 6460 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1714 | Cielo Vista Mall<br>8401 Gateway Blvd West #Q01B<br>El Paso, TX 79925 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1715 | Mall in Columbia<br>10300 Little Patuxent Pkwy Ste 1780<br>Columbia, MD 21044 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1716 | Empire Mall<br>4001 W 41st Street<br>Sioux Falls, SD 57106 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1717 | Lloyd Center 1046 Lloyd Center, Suite F112 Portland, OR 97232 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1718 | Woodbridge Center Mall 173 Woodbridge Center Dr., Space #1635 Woodbridge, NJ 7095 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1719 | La Palmera 5488 S. Padre Island Dr. Corpus Christi, TX 78411 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1720 | Arbor Place 6594 Douglas Blvd. Douglasville, GA 30135 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1721 | Foxwoods Outlets 455 Trolley Line Blvd. Suite 170 Mashantucket, CT 6338 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1722 | Woodland Mall 3195 28th St. SE Grand Rapids, MI 49512 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1723 | Washington Square 9601 SW Washington Square Rd Tigard, OR 97223 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1724 | Southwest Plaza 8501 West Bowles Ave. Littleton, CO 80123 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1726 | Shops at Park Lane 8166 Park Lane, Ste. 110 Dallas, TX 75231 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1728 | Palms at Town & Country<br>8525 Mills Drive, #114<br>Miami, FL 33183 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1729 | Dallas Galleria<br>13350 Dallas Parkway #2840<br>Dallas, TX 75240 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1730 | Mall at Tuttle Crossing<br>5043 Tuttle Crossing Blvd Ste 283<br>Dublin, OH 43016 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1731 | Cherry Creek<br>3000 E. 1st Ave., Ste 123<br>Denver, CO 80206 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1732 | Arden Fair<br>1689 Arden Way Ste 1000<br>Sacramento, CA 95815 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1733 | Park Plaza Mall<br>6000 W. Markham St. #1050<br>Little Rock, AR 72205 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1734 | Castleton Square Mall<br>6020 E. 82nd St., Ste 1515<br>Indianapolis, IN 46250 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1735 | Mall of America<br>144 E. Broadway Space #E144<br>Bloomington, MN 55425 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1736 | Great Mall<br>450A Great Mall Dr.<br>Milpitas, CA 95035 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1738 | Circle Centre Mall<br>49 W Maryland St #E11A<br>Indianapolis, IN 46204 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1740 | Fashion Outlets of Chicago 5220 Fashion Outlet Way, Suite #1005 Rosemont, IL 60018 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1741 | Oxford Valley Mall 2300 E Lincoln Hwy Ste 270 Langhorne, PA 19047 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1742 | Gurnee Mills 6170 West Grand Ave, #501 Gurnee, IL 60031 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1743 | Concord Mills 8111 Concord Mills Blvd, Ste #XQA Concord, NC 28027 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1744 | Clakamas Town Center 12000 SE 82nd Ave., Ste #1129 Happy Valley, OR 97086 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1745 | Savannah Outlets 200 Tanger Outlets Blvd. Ste. 191 Pooler, GA 31322 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1746 | Dayton Mall 2700 Miamisburg-Centerville, Space # 300 Dayton, OH 45459 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1747 | Fox Valley 1068 Fox Valley Center Dr., Space #G08 Aurora, IL 60504 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1749 | Valley Mall<br>2529 Main Street, Ste. 128<br>Union Gap, WA 98903 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1750 | Palm Desert<br>72840 Highway 111, Ste. T-393<br>Palm Desert, CA 92260 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1751 | Southlake Mall (GA)<br>1000 Southlake Circle<br>Morrow, GA 30260 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1752 | Denver Premium Outlets<br>13801 Grant Street, Space #550<br>Thornton, CO 80023 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1753 | Zona Rosa<br>7121 N. West 86  Terrace #117<br>Kansas City, MO 64153 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1754 | Woodbury Commons Premium Outlets<br>223 Red Apple Ct, Space #0223<br>Central Valley, NY 10917 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1755 | Station Park<br>188 North East Promontory, Space J-120<br>Farmington, UT 84025 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1756 | King of Prussia Mall<br>160 N. Gulph Rd, Ste #1910<br>King of Prussia, PA 19406 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1758 | The Parks @ Arlington<br>3811 S. Cooper St. #1020<br>Arlington, TX 76015 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1759 | Azalea Shopping Center 4861 Firestone Blvd South Gate, CA 90280 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1760 | Parkdale Mall 6155 Eastex Freeway, Suite D-420 Beaumont, TX 77706 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1761 | Mall of Louisiana 6401 Bluebonnet Blvd., Space 1002 Baton Rouge, LA 70836 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1762 | Fox River 4301 W. Wisconsin Ave. #902 Appleton, WI 54913 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1763 | Fashion Place 6191 State St., Ste. 1930 Murray, UT 84107 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1764 | Culver City (Fox Hills) 6000 Sepulveda Blvd., Space #1331 Culver City, CA 90230 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1765 | Jordan Creek Town Center 101 Jordan Creek Parkway West Des Moines, IA 50266 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1767 | Victoria Gardens 12482 N. Main St. Rancho Cucamonga, CA 91739 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1769 | Orlando Premium Outlets 8249 Vineland Ave., Unit 2201 Orlando, FL 32821 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1771 | Northshore Mall<br>210 Andover Street, Space #W169B<br>Peabody, MA 1960 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1772 | Willow Grove Park<br>2500 Moreland Rd, Ste 2001<br>Willow Grove, PA 19090 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1774 | Santa Monica Place<br>395 Santa Monica Place, Spae # 220<br>Santa Monica, CA 90401 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1775 | Katy Mills<br>5000 Katy Mills Circle, Space #330C<br>Katy, TX 77494 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1776 | Park Meadows<br>8557 Park Meadows Center Dr.<br>Lone Tree, CO 80124 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1778 | Jacksonville Mall<br>353 Jacksonville Mall, Suite L7<br>Jacksonville, NC 28546 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1779 | Southland Mall<br>343 Southland Mall Drive, Space #76<br>Hayward, CA 94545 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1781 | Bridgewater Commons<br>400 Commons Way Ste 310<br>Bridgewater, NJ 8807 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1782 | The Avenues<br>10306 Southside Blvd.<br>Jacksonville, FL 32256 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1783 | Imperial Valley Mall<br>3451 dogwood Ave, #1117<br>El Centro, CA 92243 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1784 | Grapevine Mills<br>3000 Grapevine Mills Parkway<br>Grapevine, TX 76051 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1785 | The Collection at Riverpark<br>520 Town Center Drive<br>Oxnard, CA 93036 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1786 | Mall of New Hampshire<br>1500 S. Willow St, Space S117B<br>Manchester, NH 3103 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1787 | Dulles Town Center<br>21100 Dulles Town Circle, Suite 206<br>Dulles, VA 20166 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1788 | Pembroke Lakes Mall<br>11401 Pines Blvd #576<br>Pembroke Pines, FL 33026 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1789 | Westgate Mall<br>7701 West Interstate 40, Ste. 542<br>Amarillo, TX 79121 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1790 | Emerald Square<br>999 S. Washington St<br>North Attleborough, MA 2760 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1791 | Square One Mall 1201 Broadway W132 Saugus, MA 1906 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1792 | Town Center at Cobb 400 Ernest Barrett Parkway, Space #252A Kennesaw, GA 30144 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1793 | Fashion City at Pentagon 1100 S. Hayes St. Arlington, VA 22202 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1794 | Northlake Mall 9801 Northlake Mall Drive Space #201 Charlotte, NC 28216 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1795 | The Shops at La Cantera 15900 La Cantera Parkway, Ste 12050 San Antonio, TX 78256 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1796 | Times Square 1540 Broadway New York, NY 10036 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1797 | The Oaks 350 W. Hillcrest Drive Thousand Oaks, CA 91360 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1798 | North Point Mall 1000 North Point Circle Ste 1170 Alpharetta, GA 30022 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1800 | Sawgrass Mills Mall 12801 W. Sunrise Blvd Ste 555 Sunrise, FL 33323 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1801 | Mall St. Matthews (REMO-Downsize) 5000 Shelbyville Road, Suite #D200 Louisville, KY 40207 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1802 | Cottonwood Mall 10000 Coors Blvd, #B21A Albuquerque, NM 87114 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1803 | Yorktown Center 300 Yorktown Center Lombard, IL 60148 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1805 | Riverchase Galleria 2700 Riverchase Galleria, Space 2701 Birmingham, AL 35244 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1807 | Woodfield Shopping Center 5 Woodfield Mall, Space D116 Schaumburg, IL 60173 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1809 | Franklin Park 5001 Monroe Street Unit 1800 Toledo, OH 43623 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1810 | Ocean County Mall 1201 Hooper Ave #1087A Toms River, NJ 8753 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1811 | Battlefield Mall 2825 S. Glenstone, Suite #S03B Springfield, MO 65804 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1812 | Great Northern 560 Great Northern Mall North Olmsted, OH 44070 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1813 | Valley River Center<br>293 Valley River Center<br>Eugene, OR 97401 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1814 | Florence Mall<br>2028 Florence Mall #2070<br>Florence, KY 41042 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1815 | Kenwood Towne Center<br>7875 Montgomery Rd, #1150<br>Cincinnati, OH 45236 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1816 | St. Clair Square<br>134 St. Clair Square #112<br>Fairview Heights, IL 62208 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1817 | Carolina Place<br>11025 Carolina Place Parkway<br>Pineville, NC 28134 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1818 | First Colony<br>16535 SW Freeway #550<br>Sugar Land, TX 77479 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1819 | Patrick Henry Mall<br>12300 Jefferson Ave., Ste #100<br>Newport News, VA 23602 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1820 | Del Amo Fashion Center<br>3525 W. Carson St. #184<br>Torrance, CA 90503 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1821 | Pier Park<br>15575 Starfish St.<br>Panama City Beach, FL 32413 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1822 | Pheasant Lane Mall<br>310 Daniel Webster Hwy<br>Nashua, NH 3060 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1824 | University Mall<br>575 E. University Parkway #E91<br>Orem, UT 84097 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1825 | Mayfair Mall<br>2500 North Mayfair Road, Space # 624<br>Wauwatosa, WI 53226 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1826 | Old Orchard<br>4999 Old Orchard Center #J6<br>Skokie, IL 60077 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1827 | Main Place<br>2800 N. Main St. #201<br>Santa Ana, CA 92705 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1828 | Arizona Mills<br>5000 S. Arizona Mills Circle, Suite #590<br>Tempe, AZ 85282 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1829 | Hollywood & Highland<br>6801 Hollywood Blvd. #2C-271<br>Los Angeles, CA 90028 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1831 | Sugarloaf Mills<br>5900 Sugarloaf Parkway, Space 531<br>Lawrenceville, GA 30043 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1832 | Town Center at Boca Raton<br>6000 West Glades Road, Space #1166E<br>Boca Raton, FL 33431 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1833 | Miami International<br>1455 NW 107 Ave, Suite 560A<br>Doral, FL 33172 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1834 | Mall of Georgia<br>3333 Buford Drive, Space #1058A<br>Buford, GA 30519 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1835 | Orlando Square<br>288 Orland Square Dr.<br>Orland Park, IL 60462 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1836 | The Mall at Rockingham Park<br>99 Rockingham Park Boulevard, W-143B<br>Salem, NH 3079 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1838 | Sherman Oaks Fashion Square<br>14006 Riverside Drive, Space #244<br>Sherman Oaks, CA 91423 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1839 | Brandon Town Center<br>566 Brandon Town Center<br>Brandon, FL 33511 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1840 | Fashion Valley<br>7007 Friars Road, Ste. 1025<br>San Diego, CA 92108 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1842 | Cumberland Mall<br>1429 Cumberland Mall<br>Atlanta, GA 30339 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1843 | Chandler Fashion Center<br>3111 West Chandler Blvd., Space #1040<br>Chandler, AZ 85226 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1844 | Fair Oaks<br>11750 Fair Oaks #H227<br>Fairfax, VA 22033 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1845 | Perimeter Mall<br>4400 Ashford Dunwoody Rd., Space #1315<br>Atlanta, GA 30346 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1846 | Fashion Show<br>3200 Las Vegas Blvd, Space #D200<br>Las Vegas, NV 89109 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1849 | Lynnhaven Mall<br>701 Lynnhaven Parkway, Space #E07A<br>Virginia Beach, VA 23452 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1850 | Park Place<br>5870 East Broadway Blvd., Space #518<br>Tucson, AZ 85711 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1851 | Southcenter Mall<br>836 Southcenter Mall<br>Tukwila, WA 98188 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1852 | Glenbrook Square<br>4201 Coldwater Rd., #D04<br>Fort Wayne, IN 46805 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1853 | Capital City Mall<br>3506 Capital City Mall Drive #0808<br>Camp Hill, PA 17011 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1855 | Harlem Irving Plaza<br>4146-E North Harlem Ave.<br>Norridge, IL 60706 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1856 | Vancouver Mall<br>8700 NE Vancouver Mall Dr., #138<br>Vancouver, WA 98662 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1857 | The Mall at Robinson<br>100 Robinson Centre Dr., Space #2800<br>Pittsburgh, PA 15205 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1859 | The Oaks (FL)<br>6419 Newberry Rd., Space #B16<br>Gainesville, FL 32605 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1860 | Coastland<br>1704 Tamiami Trail North, Ste A19<br>Naples, FL 34102 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1861 | Hulen Mall<br>4800 S. Hulen Street, Space #1125<br>Fort Worth, TX 76132 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1862 | The Shoppes at Chino Hills<br>13860 City Center Dr., Space #5085<br>Chino Hills, CA 91709 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1863 | Eastview<br>7979 Pittsford-Victor Rd., Suite #140<br>Victor, NY 14564 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1864 | The Shops at Las Americas 4201 Camino De La Plaza, Suite #138 San Diego, CA 92173 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1865 | The Greene Town Center 69 Chestnut St., Space #B112 & #B212 Beavercreek, OH 45440 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1866 | Valley Fair 2855 Stevens Creek Blvd, Unit #2522 Santa Clara, CA 95050 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1869 | Lehigh Valley Mall 230 Lehigh Valley Mall #2087A Whitehall, PA 18052 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1870 | Galleria at Sunset 1300 Sunset Road Space 1230 Henderson, NV 89014 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1872 | Poughkeepsie Galleria 2001 South Rd. #181 Poughkeepsie, NY 12601 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1873 | University Park Mall 6501 N. Grape Rd. #274 Mishawaka, IN 46545 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1874 | Cross County Shopping Center 8040 Mall Walk Yonkers, NY 10704 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1875 | Four Seasons Town Centre 410 Four Seasons Town Centre, Space #111 Greensboro, NC 27427 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1876 | Wolfchase Galleria 2760 N. Germantown Pkwy, Ste 163 Memphis, TN 38133 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1877 | Monroeville Mall 266 Monroeville Mall, Suite 226 Monroeville, PA 15146 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1878 | The Crossroads Mall 6650 South Westnedge Ave #139 Portage, MI 49024 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1880 | Northbrook Court 2270 Northbrook Court Northbrook, IL 60062 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1881 | Johnson City Mall 2011 North Roan St., Space #H5 Johnson City, TN 37601 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1882 | Southpark Mall 500 Southpark Center #HL54 Strongsville, OH 44136 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1883 | Oakland Mall 460 W. 14 Mile Road Troy, MI 48083 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1884 | Solomon Pond Mall 601 Donald Lynch Blvd. #N133A Marlborough, MA 1752 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1885 | Kings Plaza Mall<br>5301 Kings Plaza #210<br>Brooklyn, NY 11234 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1886 | Roosevelt Field Mall<br>630 Old Country Rd. #1124A<br>Garden City, NY 11530 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1887 | SanTan Village<br>2268 E. Williams Field Rd #101<br>Gilbert, AZ 85296 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1889 | Partridge Creek<br>17360 Hall Road #191<br>Clinton Township, MI 48038 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1890 | Barton Creek Square<br>2901 S. Capital of Texas Highway, #M06A<br>Austin, TX 78746 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1891 | Buckland Hills<br>194 Buckland Hills Dr. Ste. 1038<br>Manchester, CT 6042 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1893 | Florida Mall, Orlando<br>8001 S. orange Blossom Trail<br>Orlando, FL 32809 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1894 | Hanes Mall<br>3320 Silas Creek Pkwy #DL450<br>Winston-Salem, NC 27103 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1895 | The Block at Orange<br>20 City Blvd. West #R11<br>Orange, CA 92868 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1896 | Twelve Oaks Mall<br>27434 Novi Road<br>Novi, MI 48377 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1897 | North Riverside Park Mall<br>7501 West Cermak Rd. STE F9<br>North Riverside, IL 60546 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1898 | Town East<br>2063 Town East #2078<br>Mesquite, TX 75150 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1899 | West Covina Shopping Center<br>112 Plaza Drive, Suite #326<br>West Covina, CA 91790 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1900 | Market Place Shopping Center<br>2000 N. Neil St. #520<br>Champaign, IL 61820 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1901 | Northwest Arkansas Mall<br>4201 N. Shiloh Dr. #1150<br>Fayetteville, AR 72703 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1902 | Westroads Mall<br>10000 California Street, Suite #2156<br>Omaha, NE 68114 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1903 | Walden Galleria<br>1 Walden Galleria #TH110<br>Buffalo, NY 14225 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1904 | Water Tower Place<br>835 N. Michigan, Space #6035 &<br>7025<br>Chicago, IL 60611 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1905 | Woodland Hills Mall<br>7021 S. Memorial Dr. #143B<br>Tulsa, OK 74133 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1906 | Oglethorpe Mall<br>7804 Abercorn Street, Space #81<br>Savannah, GA 31406 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1909 | Montebello Town Center<br>1800 Montebello Town Center<br>Montebello, CA 90640 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1910 | Pearland Town Center<br>11200 Broadway St. #340<br>Pearland, TX 77584 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1911 | South Plains Mall<br>6002 Slide Rd #G5<br>Lubbock, TX 79414 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1912 | Smith Haven Mall<br>313 Smith Haven Mall, Space #MO5<br>Lake Grove, NY 11755 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1913 | La Plaza Mall<br>2200 S 10th Street, Ste# B48<br>McAllen, TX 78503 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1914 | Valencia Town Center<br>24201 W. Valencia Blvd. #139<br>Valencia, CA 91355 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1915 | Orlando Premium Outlets<br>4951 International Drive, Suite #1C06<br>Orlando, FL 32819 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1916 | Parkway Place<br>2801 Memorial Parkway SW #211<br>Huntsville, AL 35801 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1917 | Tempe Marketplace<br>2000 East Rio Salado Parkway, Suite 1016<br>Tempe, AZ 85281 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1918 | Auburn Mall<br>385 Southbridge St., #N500A<br>Auburn, MA 1501 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1919 | Post Oak Mall<br>1500 Harvey Road, Space #7012<br>College Station, TX 77840 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1920 | Towne East Square<br>7700 East Kellogg Drive, Unit 857<br>Wichita, KS 67207 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1921 | The Shoppes at Carlsbad<br>2525 El Camino Real, Space #102<br>Carlsbad, CA 92008 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1922 | Park City Center<br>828 Park Ciy Center (Space A-828)<br>Lancaster, PA 17601 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1923 | Allen Premium Outlets<br>820 W. Stacy Rd., Space #602<br>Allen, TX 75013 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1924 | Boise Town Center<br>350 N. Milwaukee, #2060<br>Boise, ID 83704 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1925 | Crystal Mall 850 Hartford Turnpike #R219A Waterford, CT 6385 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1928 | Baybrook Mall 1408 Baybrook Mall Friendswood, TX 77546 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1929 | North Star Mall 7400 San Pedro Ave. San Antonio, TX 78216 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1931 | Cross Creek Mall 425 Cross Creek Mall #TA-04 Fayetteville, NC 28303 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1932 | Spokane Valley Mall 14700 East Indiana Ave., Space #2144 Spokane Valley, WA 99216 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1933 | Jefferson Valley Mall 650 Lee Blvd. #D118 Yorktown Heights, NY 10598 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1934 | Plaza Las Americas 525 Ave F.D. Roosevelt #326 San Juan, Puerto Rico 918 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1936 | Galleria at Crystal Run 1 Galleria Dr., Space #D207 Middletown, NY 10941 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1937 | Seattle Premium Outlets 10600 Quil Ceda Blvd. Suite #924 Tulalip, WA 98271 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1938 | The Legends at Sparks<br>1420 Scheels Dr., Suite #E-120<br>Sparks, NV 89434 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1939 | Fashion District Philadelphia<br>907-937A Market Street #2175<br>Philadelphia, PA 19107 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1940 | Weberstown Mall<br>4950 Pacific Ave.<br>Stockton, CA 95207 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1942 | Scottsdale Fashion Square<br>7014 E. Camelback Rd.,  #2433<br>Scottsdale, AZ 85251 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1943 | Stonestown Galleria<br>3251 20th Ave., Space #136<br>San Francisco, CA 94132 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1946 | St. Louis Galleria<br>2186 St. Louis Galleria<br>St. Louis, MO 63117 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1947 | Chicago Ridge<br>191 Chicago Ridge Mall Dr., #F-7<br>Chicago Ridge, IL 60415 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1948 | Tampa Premium Outlets<br>2224 Grand Cypress Dr. Suite 730<br>Lutz, FL 33559 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1949 | Seventh Ave-Penn Station<br>435 Seventh Ave<br>New York, NY 10120 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1951 | Camarillo Premium Outlets<br>630 Ventura Blvd. #1203<br>Camarillo, CA 93010 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1952 | Augusta Mall<br>3450 Wrightsboro Rd., #1200<br>Augusta, GA 30909 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1953 | Belden Village<br>4343 Belden Village Mall, #A4<br>Canton, OH 44718 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1954 | Promenade in Temecula<br>40820 Winchester Road, Ste #1050<br>Temecula, CA 92591 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1955 | Cherry Hill Mall<br>2000 Route 38 #1175<br>Cherry Hill, NJ 8002 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1956 | Oak Park Mall<br>11799 W. 95th St.<br>Overland Park, KS 66214 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1958 | Coronado Center<br>6600 Menaul Blvd NE, Space #N-011<br>Albuquerque, NM 87110 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1959 | Towson Town Center<br>825 Dulaney Valley Rd., Space #1405<br>Towson, MD 21204 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1960 | Franklin Mills<br>1706 Franklin Mills Cir<br>Philadelphia, PA 19154 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1962 | Dolphin Mall<br>11401 NW 12th St., Suite I-100<br>Miami, FL 33172 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1965 | Mall of Acadiana<br>5725 Johnston St, Space #D-164<br>Lafayette, LA 70503 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1966 | West Acres Shopping Center<br>3902 13th Ave South, Ste #1629<br>Fargo, ND 58103 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1969 | Las Tiendas Plaza<br>700 East Expressway 83, Suite C<br>McAllen, TX 78503 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1970 | South Shore Plaza<br>250 Granite Street, #1300<br>Braintree, MA 2184 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1972 | Cool Springs Galleria<br>1800 Galleria Blvd, Ste #2520<br>Franklin, TN 37067 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1973 | The Meadows Mall<br>4300 Meadows Lane, Space #2380<br>Las Vegas, NV 89107 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1974 | Beachwood Place<br>26300 Cedar Road, Space #2370<br>Beachwood, OH 44122 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1975 | Deptford Mall<br>1750 Deptford Center Rd, Space #2111<br>Deptford Township, NJ 8096 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1977 | Columbiana Centre<br>100 Columbiana Circle, Ste #1022<br>Columbia, SC 29212 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1978 | Philadelphia Premium Outlet 18 W. Lightcap Rd, Space #101 Pottstown, PA 19464 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1979 | Pocono Premium Outlets 1000 Route 611, Suite G200 Tannersville, PA 18372 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1980 | Tanger Outlets at Myrtle Beach 4634 Factory Stores Blvd, #EE160 Myrtle Beach, SC 29579 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1981 | Gilroy Premium Outlets 8155 Arroyo Circle #1 Gilroy, CA 95020 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1982 | Lincoln Road 701 Lincoln Road Miami Beach, FL 33139 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1983 | Burlington Mall 75 Middlesex Turnpike, Space #1065A Burlington, MA 1803 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1984 | Tulare Outlet Center 1695 Rutherford Street, Space A010 Tulare, CA 93274 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1985 | Mall at Bay Plaza 272 Baychester Ave. Ste. 120-121 Bronx, NY 10475 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1986 | Rockaway Townsquare 301 Mt. Hope Ave., Ste #2094A Rockaway, NJ 7866 | Real Property Lease | Undetermined | N/A | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Lease for Store 1987 | Houston Premium Outlets 29300 Hempstead Road, Suite 882 Cypress, TX 77433 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1988 | Tanger Outlets The Walk 2000 Artic Ave., Suite #500 Atlantic City, NJ 8401 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1991 | Menlo Park 55 Parsonage Rd., Space #1614A Edison, NJ 8837 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1994 | Lenox Square 3393 Peachtree Rd NE, Ste 3136 Atlanta, GA 30326 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1995 | Streets at Southpoint 6910 Fayetteville Rd., Suite #105 Durham, NC 27713 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1996 | North East Mall 1101 Melbourne Rd, Suite 4020 Hurst, TX 76053 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1997 | Plaza Carolina Mall Ave. Jesus M. Fargoso Carolina, Puerto Rico 983 | Real Property Lease | Undetermined | N/A | Undetermined |
| Lease for Store 1998 | Fayette Mall 3401 Nicholasville Rd., Suite A100 Lexington, KY 40503 | Real Property Lease | Undetermined | N/A | Undetermined |
| | | TOTAL: | **$17,302,123.50** | TOTAL: | **$17,302,123.50** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 62
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| AdoreMe - DailyLook Investment (Project Venus) | Undetermined | N/A | Undetermined |
| Authentic Brands Group, LLC | Undetermined | N/A | Undetermined |
| C3  Presents, LLC | Undetermined | N/A | Undetermined |
| CAA Brands USA, LLC | Undetermined | N/A | Undetermined |
| Cloudco, LLC | Undetermined | N/A | Undetermined |
| Disney Consumer Products, Inc. | Undetermined | N/A | Undetermined |
| F21 IPCO, LLC | Undetermined | N/A | Undetermined |
| Francesca Clarke | Undetermined | N/A | Undetermined |
| KONTOOR BRANDS INC | Undetermined | N/A | Undetermined |
| MATTEL INC | Undetermined | N/A | Undetermined |
| MGA Entertainment Inc | Undetermined | N/A | Undetermined |
| NBC Universal LLC | Undetermined | N/A | Undetermined |
| Netflix, Inc. | Undetermined | N/A | Undetermined |
| Sanrio, Inc. | Undetermined | N/A | Undetermined |
| Shein Distribution Corporation | Undetermined | N/A | Undetermined |
| The Coca-Cola Company | Undetermined | N/A | Undetermined |
| VIACOM INTERNATIONAL INC | Undetermined | N/A | Undetermined |
| Warner Bros. Consumer Products Inc. | Undetermined | N/A | Undetermined |
| **TOTAL:** | Undetermined | **TOTAL:** | Undetermined |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| AIG | General Liability | 6547046 | Undetermined |
| AIG | General Liability | 005-1003079-03 | Undetermined |
| AIG | Workers Compensation | DBB-WC 037788099 | Undetermined |
| AIU Insurance Co | Workers Compensation | WC AOS 086326457 | Undetermined |
| AIU Insurance Co | Workers Compensation | WC WI 086326459 | Undetermined |
| | | **TOTAL:** | **Undetermined** |

**In re: F21 OpCo, LLC**
**Case No. 25-10469**
Schedule A/B 74
Causes of action against third parties

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Champs | Property recovery | Unspecified | Undetermined |
| Cyber Insured Claim - Allied World Assurance Company, Ltd | Cyber Security Breach Claim | Unspecified | Undetermined |
| Cyber Insured Claim - Ascot Group | Cyber Security Breach Claim | Unspecified | Undetermined |
| Cyber Insured Claim - Validus | Cyber Security Breach Claim | Unspecified | Undetermined |
| Cyber Insured Claim - Westfield Insurance | Cyber Security Breach Claim | Unspecified | Undetermined |
| F21 OPCO, LLC v. Capri Holdings Limited d/b/a Michael Kors, 24-CC-45570, Thirteenth Judicial Circuit for Hillsborough County, Florida | Property recovery | Unspecified | Undetermined |
| F21 OPCO, LLC v. Urban Outfitters, Inc. d/b/a Free People, 24-CA-006553, Thirteenth Judicial Circuit for Hillsborough County, Florida | Property recovery | Unspecified | Undetermined |
| Jamba Juice | Property recovery | Unspecified | Undetermined |
| Mochimee | Property recovery | Unspecified | Undetermined |
| PF Changs | Property recovery | Unspecified | Undetermined |
| Salon Republic | Property recovery | Unspecified | Undetermined |
| Starbucks | Property recovery | Unspecified | Undetermined |
| Texas de Brazil | Property recovery | Unspecified | Undetermined |
| | | **TOTAL:** | **Undetermined** |