**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>F21 OPCO, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10469 (MFW)<br><br>(Jointly Administered)<br><br><u>Rescheduled Hearing Date</u>:  May 12, 2025 at 10:30 a.m. (ET)<br><u>Objection Deadline</u>: April 28, 2025 at 4:00 p.m. (ET) |

**NOTICE OF RESCHEDULED HEARING TO CONSIDER
<u>ADEQUACY OF DISCLOSURE STATEMENT</u>**

TO:   (I) THE OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO WELLS FARGO BANK, N.A. AS PREPETITION ABL ADMINISTRATIVE AGENT; (III) COUNSEL TO PATHLIGHT CAPITAL AS PREPETITION TERM LOAN AGENT; (IV) COUNSEL TO SIMON BLACKJACK CONSOLIDATED HOLDINGS, LLC AS PREPETITION SUBORDINATED LOAN AGENT; (V) PROPOSED COUNSEL FOR THE COMMITTEE; (VI) THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (VII) THE INTERNAL REVENUE SERVICE; (VIII) THE STATE ATTORNEYS GENERAL FOR STATES IN WHICH THE DEBTORS CONDUCT BUSINESS; AND (IX) ALL PARTIES ENTITLED TO NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on March 28, 2025, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") the Disclosure Statement for Debtors' Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code (as may be subsequently amended, modified or supplemented, the "**Disclosure Statement**") [D.I. 124].  Also on March 28, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving (A) the Adequacy of the Disclosure Statement; (B) the Solicitation and Notice Procedures with Respect to the Confirmation of the Debtors' Joint Chapter 11 Plan; and (C) the Forms of Ballots and Notices in Connection Therewith; (II) Scheduling Certain Dates with Respect Thereto; and (III) Granting Related Relief* [D.I. 126] (the "**Disclosure Statement Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Disclosure Statement and the Disclosure Statement Motion was originally scheduled to be held before the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: F21 OpCo, LLC (8773); F21 Puerto Rico, LLC (5906); and F21 GiftCo Management, LLC (6412). The Debtors' address for purposes of service in these Chapter 11 Cases is 110 East 9th Street, Suite A500, Los Angeles, CA 90079.

Honorable Mary F. Walrath on May 5, 2025 at 10:30 a.m. (ET) in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT THE HEARING ON THE DISCLOSURE STATEMENT AND THE DISCLOSURE STATEMENT MOTION HAS BEEN RESCHEDULED TO <u>MAY 12, 2025 AT 10:30 A.M. (ET)</u>.** Please be advised that the hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on the list of parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that, as stated in the *Notice of Hearing to Consider Adequacy of Disclosure Statement* [D.I. 125] and in the notice attached to the Disclosure Statement Motion, the deadline for filing any responses or objections to the Disclosure Statement or the Disclosure Statement Motion is **April 28, 2025 at 4:00 p.m. (ET)**. These deadlines remain unchanged by this notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement and the Disclosure Statement Motion may be obtained by visiting the website maintained by the Debtors' notice, claims, and solicitation agent in the chapter 11 cases, https://veritaglobal.net/forever21.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: April 21, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ *S. Alexander Faris*
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
Ashley E. Jacobs (No. 5635)
S. Alexander Faris (No. 6278)
Kristin L. McElroy (No. 6871)
Andrew M. Lee (No. 7078)
Sarah Gawrysiak (No. 7403)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
   rpoppiti@ycst.com
   ajacobs@ycst.com
   afaris@ycst.com
   kmcelroy@ycst.com
   alee@ycst.com
   sgawrysiak@ycst.com

*Counsel to the Debtors and Debtors in Possession*